**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss:
COUNTY OF KINGS )

I, Winnie Yeung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 4th day of February, 2022, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Eighth Omnibus Objection to Certain Claims Held by Unresponsive Claimants" (Docket No. 1599), along with each of the Personalized Notice of Objection to indicate the name and address respective of the claimant's claim(s) subject to objection as set forth on Exhibit 1, via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

4. On the 4th day of February, 2022, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Eighth Omnibus Objection to Certain Claims Held by Unresponsive Claimants" (Docket No. 1599), via electronic mail upon the parties as set forth on Exhibit 3, and via First Class U.S. Mail upon the party as set forth on Exhibit 4, attached hereto.

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

5. On the 7th day of February, 2022, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Eighth Omnibus Objection to Certain Claims Held by Unresponsive Claimants" (Docket No. 1599), along with a Personalized Notice of Objection to indicate the name and address respective of the claimant's claim(s) subject to objection as set forth on Exhibit 5, via First Class U.S. Mail upon the parties as set forth on Exhibit 6, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 7th day of February, 2022, Brooklyn, New York.

By ______________________
Winnie Yeung

Sworn before me this
7th day of February, 2022

______________________
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

.

# EXHIBIT 1

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
19 PETROLEUM DISTRIBUTION INC
79 RT 520
ENGLISHTOWN, NJ 07726

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
42GEARS MOBILITY SYSTEMS INC
48521 WARM SPRING BVD
STE 303
FREMONT, CA 94539

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

A AND D MAINTENANCE LEASING AND
REPAIRS INC
MICHAEL FLIEGER
118 WYANDANCH AVE
WYANDANCH, NY 11798

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
A AND R TRANSPORTATION CORP
P O BOX 12346
ST THOMAS, VI 00801

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
A1 VENDING INC
PO BOX 338
BOILING SPRINGS, PA 17007

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AAA KAM SVC INC
125 20 150TH AVE
SOUTH OZONE PARK, NY 11420

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AAF FLANDERS
ARGUS
P O BOX 4750
TROY, MI 48099

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ABBOTT NUTRITION
MARTY FEBUS
2900 EASTON SQUARE PL
COLUMBUS, OH 43229-9413

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AB-CON TERMITE SPECIALISTS
2927 HADDONFIELD RD
PENNSAUKEN, NJ 08110

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ACCO BRANDS INC
FOUR CORPORATE DR
LAKE ZURICH, IL 60047-8929

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ACSI
P O BOX 17423
NASHVILLE, TN 37217

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ADHESIVE APPLICATIONS
PASQUALE RETTURA
45 FERRY ST
EASTHAMPTON, MA 01027-1203

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ADMINISTRACION PARA EL SUSTENO
DE MENORES
PO BOX 71442
SAN JUAN, PR 00936

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ADMIRAL FIRE AND SAFETY INC
9 HAIGIS PKWY
SCARBOROUGH, ME 04074

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ADP INC
PO BOX 842875
BOSTON, MA 02284-2854

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ADVANCED WHEEL SALES
NICOLE CHASE
400 W WILSON BRIDGE RD STE 300
WORTHINGTON, OH 43085-2259

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ADVANTAGE RESTORATION
MARK VILLANO
17 CENTRAL AVE
MILFORD, CT 06460

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AEE SOLAR
CHRIS SMITH
775 FIERO LN STE 200
SAN LUIS OBISPO, CA 93401-7904

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AEP
PAYMENT PROCESSING
PO BOX 371496
PITTSBURGH, PA 15250-7496

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AEROTEK COMMERCIAL STAFFING
PO BOX 198531
ATLANTA, GA 30384-8531

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AG PRO COMPANIES
JOHN DEERE DEALER
1200 DELMONT RD
LANCASTER, OH 43130-9550

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AIR GROUND XPRESS INC
KYLE J SAWCHAK
55 MATCHETTE RD
CLINTON, PA 15026

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AIRSTREAM INC
CHRISTINA RICHARD
420 W PIKE ST
JACKSON CENTER, OH 45334-9727

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AIT WORLDWIDE
ACCOUNT PAY
701 N ROHLWING RD
ITASCA, IL 60107

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

AJ LOGISTICS
ROSE CROCILLA
2744 HYLAN BLVD PMB #524
STATEN ISLAND, NY 10306

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AJ OSTER CO
JOANN ORICHIO
150 LACKAWANNA AVE
PARSIPPANY, NJ 07054-1057

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AKERMAN LLP
POST OFFICE BOX 4906
ORLANDO, FL 32802

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

AKERS INDUSTRIES
EDNA PERLMUSTER
115 SHAWMUT RD
CANTON, MA 02021-1438

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

ALADDIN BAKERS INC
EMILIA SCIECHOWSKA
240 25TH ST
BROOKLYN, NY 11232-1338

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ALBERT RUSSO TRUSTEE
PO BOX 933
MEMPHIS, TN 38101-0933

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ALBERTSONS COMPANIES
ASHLEY OLSON
20427 N 27TH AVE
MS 6018
PHOENIX, AZ 85027

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ALKALOL C/O REDWOOD MULTIMODAL
WAYNE CREEL
1765 N ELSTON AVE SUITE 301
CHICAGO, IL 60642

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ALL PHASE ELECTRICAL SUPP
ROGER ALBERT
1559 KING ST
ENFIELD, CT 06082-5844

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ALLIANCE DESIGN INC
434 UNION BLVD
TOTOWA, NJ 07512

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ALLIED EQUIPMENT SVC CORP
JOSEPH A RABER
4420 SAM JONES EXPWY
INDIANAPOLIS, IN 46241

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ALLIED INTL CORP
HEATHER ADKINS
101 DOVER RD NE
GLEN BURNIE, MD 21060-6560

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ALLIED OLD ENGLISH
DIPTI PATEL
100 MARKLEY ST
PORT READING, NJ 07064-1821

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

ALPHA SURE TECHNOLOGIES LLC
DE SEC 05187 FIRE FAL0146
MARK W GARFINKEL
101 W 40TH ST
WILMINGTON, DE 19802

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

ALPHACARD
ACCOUNTS PAYABLE
PO BOX 231179
PORTLAND, OR 97281

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ALPINE SPRINKLER INC
ALBERT V GENTES
77 ETHAN ALLEN DR
SO BIRLINGTON, VT 05403

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AL'S GARAGE
52 E CATHRINE ST
BINGHAMPTON, NY 13904

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

AMARK LOGISTICS
28915 CLEMENS RD
#200
WESTLAKE, OH 44145-1177

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AMERICAN ASPHALT PAVING CO
139 JOHNSON RD
GREENSBURG, PA 15601

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AMERICAN BEVERAGE CORP
TRAFFIC CONTROL
PO BOX 18
DILLSBURG, PA 17019-0018

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AMERICAN HOSE AND HYDRAULIC
700 21TH AVE
PATERSON, NJ 07513

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AMERICAN HOTEL REGISTRY
JASON M EDGAR
100 S MILWAUKEE AVE
VERNON HILLS, IL 60061

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
AMERICAN STANDARD+
MELISIA ROBINS
2105 ELM HILL PIKE STE 105
NASHVILLE, TN 37210-3977

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AMERICAN TRUCK
PO BOX 183
SCARSDALE, NY 10583-0183

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

AMERILIFT LLC
700 CEDAR AVE
MIDDLESEX, NJ 08846

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
AMERIMAX HOME PRODUCTS
OMNIMAX INTL
4455 RIVER GREEN PKWY
DULUTH, GA 30096

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
ANCHOR AUTO GLASS AND MIRROR
89 F HANCOCK ST
STONEHAM, MO 02180

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
APPALACHIAN POWER AEP
PO BOX 371496
PITTSBURGH, PA 15250-7496

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
APPALACHIAN POWER AEP
1068 US-60
MILTON, WV 25541

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
APPLIED POLYMER SVC
MICHAEL BARR
150 SCHMITT BLVD
FARMINGDALE, NY 11735-1424

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

APPLIED PRODUCTS INC
JOANN DIMINO
6035 BAKER RD
MINNETONKA, MN 55345-5908

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ARCTIC COOLERS
520 FELLOWSHIP RD
STE E-501
MOUNT LAUREL, NJ 08054

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ARETT SALES
REBECCA MORGAN
9285 COMMERCE HWY
PENNSAUKEN, NJ 08110-1201

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ARGO PARTNERS/ ACTION STAFFING GROUP
TRANSFEROR: ACTION STAFFING GROUP
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

ARGO PARTNERS/ ERTS EMERGENCY RESPONSE (HEPAC
TRANSFEROR: ERTS EMERGENCY RESPONSE (HEPACO)
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ARGO PARTNERS/ GOJO INDUSTRIES
TRANSFEROR: GOJO INDUSTRIES
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

ARGO PARTNERS/ LOWE AND MOYER GARAGE INC
TRANSFEROR: LOWE AND MOYER GARAGE INC
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

ARGO PARTNERS/ NORTHEAST BATTERY AND ALTERNAT
TRANSFEROR: NORTHEAST BATTERY AND ALTERNATOR
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ARIEL CONDE PLERQUI
CLAIMS DEPT
VILLA BLANCA ACERINA 2
CAGUAS, PR 00725

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ARIENS REDWOOD SCS
WAYNE CREEL
1765 N ELSTON AVE SUITE 301
CHICAGO, IL 60642

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ARMALY BRANDS
SUSAN TELEP
PO BOX 611
WALLED LAKE, MI 48390-0611

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ARMSTRONG FLOORING
DM TRANSPORTATION
PO BOX 621
BOYERTOWN, PA 19512-0621

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ARTHUR W BROWN MFG
PHILIP SABATINO
PO BOX 755
SAINT JAMES, NY 11780-0755

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ARUNDEL INSPECTION SVC
7666 BALTIMORE ANNAPOLIS BLVD
GLEN BURNIE, MD 21060

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ASAD ABIDI
919 BROMTON DR
WESTBURY, NY 11590

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ASHLAND
TATIANA SWAIN
5200 BLAZER PKWY
DUBLIN, OH 43017-3309

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ASSOCIATED TRUCK PARTS
KAREN L ROHRBACH
1075 E PHILADELPHIA AVE
GILBERTSVILLE, PA 19525

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ATLANTIC FOREST PRODUCTS LLC
DAWN CONNOLLY
1600 SPARROWS POINT BLVD STE D
SPARROWS POINT, MD 21219

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ATLANTIC TIRE INC
48 ARMENTO ST
JOHNSTON, RI 02919

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ATLAS COPCO COMPTEC LLC
PAUL BURDICK
46 SCHOOL RD
VOORHEESVILLE, NY 12186

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ATLASTAR
PO BOX 436
FISHKILL, NY 12524

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
AUTOPARTS COMPONENTS INC
PATRICI KIMRAY
1400 CAVALIER BLVD SUITE E
CHESAPEAKE, VA 23323

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
B AND L TOWING
SEAN CODY
100 MINUE ST
CARTERET, NJ 07008

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
B E ACTIVE CORP
41 WEST 33RD ST
NEW YORK, NY 10001

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
B E UNIQUE DESIGNWEAR
DIANE J BRUSTOWICZ
278 CRANBURY HALF ACRE RD
MONROE TWP, NJ 08831-3746

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BACTOLAC PHARMACEUTICAL
RENEE REYNOLDS
7 OSER AVE
HAUPPAUGE, NY 11788-3811

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BAILEYS AUTOBODY LLC
AKA BAILEYS AUTOBODY AND TOWING
ROYCE BAILEY
16818 US RT 15
ALLENWOOD, PA 17810

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BALLARD MACK SALES AND SVC INC
DBA BALLARD TRUCK CENTER
ALISON MACLAREN
442 SW CUTOFF
WORCESTER, MA 01604

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
BALLATO LAW FIRM
3721 WESTERRE PKWY #A
HENRICO, VA 23233

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BALTIMORE GAS AND ELECTRIC CO
GAIL BUSH
PO BOX 1475
BALTIMORE, MD 21201

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

BANGOR WATER DISTRICT
PO BOX 1129
BANGOR, ME 04402-1129

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BANNER DOORS CORP
KRISTY LAMBERT
550 POND ST
PO BOX 3124
WOONSOCKET, RI 02895

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BANYAN INTERNATIONAL
CHERYL LZU
24 CENTRAL DR
FARMINGDALE, NY 11735

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

BARCODING INC
A/R DEPT
3840 BANK ST
BALTIMORE, MD 21224-2522

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BARGAIN OUTLET
20 PILLA DR
WARWICK, RI 02886

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BARGAINHUNTER1000 LLC
SCOTT LANE
317 W BROAD ST STE 1
BETHLEHEM, PA 18018

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BASF CORP
RANS AUDIT INC
11 MARSHALL RD #2D
WAPPINGERS FALLS, NY 12590-4132

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BAY STATE ELEVATOR COMPANYINC
PO BOX 5
DALTON, MA 01227-0005

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BAY STATE POOL SUPPLY
RACHEL WILLEY
26 SMITH PL
CAMBRIDGE, MA 02138-1008

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BEAM MACK
MINDY MORSE
22048 SALMON RUN RD
WATERTOWN, NY 13601

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BED BATH AND BEYOND
CLAIMS DEPT
700 LIBERTY AVE
UNION, NJ 07083-8107

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BELCAM INC
KRISTIN TAYLOR
27 MONTGOMERY ST
ROUSES POINT, NY 12979-1041

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BELMONT AND MINNESOTA TERMINAL
PARTNERSHIP
8463 CASTLEWOOD DR
INDIANAPOLIS, IN 46250

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BELMONT AND MINNESOTA TERMINAL PARTNERSHIP
PROVIDENCE DEVELOPMENT LLC
LIZ YOHO
8463 CASTLEWOOD DR
INDIANAPOLIS, IN 46250

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BELTWAY INTL TRUCKSINC
1800 SULPHUR SPRINGS RD
BALTIMORE, MD 21227

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BENJAMIN DI NAPOLI
ELIZABETH
6 KRULL DR
JACKSON, NJ 08527

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BENNY GARCIA HERRERA
SO PLAINFIELD SAFETY
130 THIRD ST
APT 1
NEWBURGH, NY 12550

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BERK ENTERPRISES
SHIRLEY SHELLY
1554 THOMAS RD SE
WARREN, OH 44484-5119

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BERRY PLASTICS CORP
FAWNYA YORK
20 ELMWOOD AVE
MOUNTAIN TOP, PA 18707-2100

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BEST LINE LEASING INC
2582 GATEWAY DR
STATE COLLEGE, PA 16801

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BESTPASS INC
555 PATROON CREEK BLVD
LOCKBOX 941
ALBANY, NY 12206

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BGE
PO BOX 13070
PHILADELPHIA, PA 19101-3070

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BGE
100 CONSTELLATION WAY
BALTIMORE, MD 22120

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BJORKMAN INDUSTRIAL POWER CORP
PHILIP BJORKMAN
70 FINNELL DR
WEYMOUTH, MA 02188

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BJS WHOLESALE CLUB INC
LEGAL DEPT
25 RESEARCH DR
WESTBOROUGH, MA 01581

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BLUE AIR ONE
AGATA ZMUDA
508 W ELIZABETH AVE
LINDEN, NJ 07036

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BLUE-GRACE LOGISTICS LLC
ROBERT BECKMANN
2846 S FALKENBURG RD
RIVERVIEW, FL 33578

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

BNX SHIPPING
DANNY KIM
147-32 FARMERS BLVD
JAMAICA, NY 11434-5218

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BOB SUMEREL TIRE CO INC
PO BOX 633096
CINCINNATI, OH 45263-3096

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BOBS STORES
DATA2LOGISTICS
PO BOX 6105
FOR MYERS, FL 33906-1050

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BOOTS AND HANKS TOWING AND REC
1500 N KEYSER AVE
SCRANTON, PA 18504

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BOSHART IND INC
BRAD LICHTY
PO BOX 310
MILVERTON, ON N0K1M06505
CANADA

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BOUCHER CLEANING SVCS LLC
DERIK BREEN
57 CURTIS AVE
BURLINGTON, VT 05408

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BOX PARTNERS LLC
CHRISSY CODUTO
2650 GALVIN DR
ELGIN, IL 60124-7893

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BOYKO'S PETROLEUM SVC INC
4171 CHESTNUT ST
WHITEHALL, PA 18052-2001

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BOYLES MOTOR SALES INC
2955 STRUNK RD
JAMESTOWN, NY 14701

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BRACH EICHLER LLC
101 EISENHOWER PKWY
ROSELAND, NJ 07068

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BREEZY POINT TRUCK REPAIRINC
PO BOX 1298
STRATFORD, CT 06615

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BRIDGET LAVELLE AND CIOCCA
COLLISION CENTER
8015 ALLENTOWN BLVD
HARRISBURG, PA 17112

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BRISTOL TRANSPORT INC
MOIRA TUMINARO
1 W LAKE ST
NORTHLAKE, IL 60164

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BROTHERS INTERNATIONAL FOOD
MAUREEN BORELLI
1175 LEXINGTON AVE
ROCHESTER, NY 14606-2903

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BSP TRANS INC
MICHELLE D LAROCHE
PO BOX 1387
LONDONDERRY, NH 03053-1387

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BSP TRANS INC
MICHELLE D LAROCHE
2500 LIBERTY DR
PO BOX 1387
LONDONBERRY, NH 03053

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BUNZL INDIANAPOLIS
JONI HEUGEL
7034 BROOKVILLE RD
INDIANAPOLIS, IN 46239-1006

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BUTTERNUT MOUNTAIN FARM
BRANDI DANNAT
37 INDUSTRIAL PK DR
MORRISVILLE, VT 05661-8533

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BUY-WISE AUTO PARTS
2091 SPRINGFIELD AVE
VAUX HALL (UNION), NJ 07088

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

BWC STATE INSURANCE FUND
30 W SPRING ST
COLUMBUS, OH 43271-0821

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
BWC STATE INSURANCE FUND
OHIO BUREAU OF WORKERS COMPENSATION
PO BOX 89492
CLEVELAND, OH 44101-6492

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
C AND C LIFT TRUCK
RONALD CASALETTO
30 PARKWAY PL
EDISON, NJ 08837

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
C AND S WHOLESALE GROCERS INC
PO BOX 414270
BOSTON, MA 02241-4270

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

CABLEVISION LIGHTPATH INC
PO BOX 360111
PITTSBURGH, PA 15251-6111

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CAC ASSOCIATES INC
RYAN PERRYSHAK
136 LAZOR RD
EBENSBURG, PA 15931-3924

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CALUMET CARTON CO
WORLDWIDE LOGISTICS
1213 REMINGTON BLVD
ROMEOVILLE, IL 60446-6504

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)** **Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CAMBRIA MACK TRUCKS INC
PO BOX 34038
NEWARK, NJ 07189-0001

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CAMP AUTO AND TRUCK PARTS INC
9 WHITMORE AVE
WAYNE, NJ 07470

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CANASTOTA VILLAGE COURT
205 S PETERBORO ST
CANASTOTA, NY 13032

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CAPITAL TRANS LOGISTICS
PO BOX 12497
NEWARK, NJ 07101-3597

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
CAPITAL TRANS SOLUTIONS LLC
1915 VAUGHN RD
KENNESAW, GA 30144

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CAPITAL TRANS SVC INC
KIM GARNEAU
PO BOX 248
WINDHAM, NH 03087

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CAPSTONE LOGISTICS
ROBYN N HOLLAND
30 TECHNOLOGY PKWY S STE 200
PEACHTREE CORNERS, GA 30092

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CARBON COUNTY AUTO PARTS
LEHIGHTON NAPA
90 BLAKESLEE BLVD E
LEHIGHTON, PA 18235

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CARMILLE A STOKES
182 CALIFORNIA AVE
PROVIDENCE, RI 02905

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CARRIER CREDIT SVC INC
CLAUDIA CALLES
5350 W HILLSBORO BLVDD
STE 107
COCONUT CREEK, FL 33073-4396

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CARRIER LYNX LLC
ZACH TAYLOR
15954 S MUR-LEN RD STE
OLATHE, KS 66062-8300

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CARY CO
OVAIS YOUSUF
1195 W FULLERTON AVE
ADDISON, IL 60101-4303

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CATANIA OILS
MARC PICARIELLO
3 NEMCO WAY
AYER, MA 01432-1539

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CBA SVC INC
PO BOX 628
SCOTCH PLAINS, NJ 07076

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CELLUCAP MANUFACTURING
PATRICIA IANNESSA
4626 N 15TH ST
PHILADELPHIA, PA 19140-1109

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CENTERLINE
CENTERLINE DRIVERSLLC
PO BOX 31001-1431
PASADENA, CA 91110-1431

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CENTRAL BUSINESS SYSTEMS
1219 WALT WHITMAN RD
MELVILLE, NY 11747

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CENTRAL GARDEN AND PET
A/K/A TFH PUCLICATIONS IMS TRADING ET AL
% ASSOCIATED TRAFFIC SVCS
1064 CALLE CARRILLO
SAN DIMAS, CA 91773

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CENTRAL HUDSON GAS AND ELECTRIC
STACEY A RENNER
284 SOUTH AVE
POUGHKEEPSIE, NY 12601-4839

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CENTRAL HUDSON GAS AND ELECTRIC
284 SOUTH AVE
POUGHKEEPSIE, NY 12601

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:

CENTRAL MAINE POWER CO
BANKRUPTCY DEPT
COLLEEN HIBBERT
83 EDISON DR
AUGUSTA, ME 04336

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CENTRAL MAINE POWER CO
PO BOX 847810
BOSTON, MA 02284-7810

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CENTRAL PET DISTRIBU
ASSOCIATED TRAF SRV
861 VILLAGE OAKS DR
COVINA, CA 91724-3673

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CENTRIC BUSINESS SYSTEMS INC
PO BOX 75222
BALTIMORE, MD 21275-5222

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
CH ROBINSON
AMANDA RAMCHARRAN
100 GARDEN PLZ STE 405
GARDEN CITY, NY 11530-3207

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CH ROBINSON WORLDWIDE
DANNY SUSTARSIC
6530 W CAMPUS AVE
STE 170
NEW ALBANY, OH 43054

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CH ROBINSON WORLDWIDE
MICHELLE BLACHFEINER
14800 CHARLSON RD STE 1
EDEN PRAIRIE, MN 55347-5042

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CH ROBINSON WORLDWIDE
MEGAN THOMSSEN
14800 CHARLSON RD STE 1
EDEN PRAIRIE, MN 55347-5042

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CH ROBINSON WORLDWIDE
WILLIAM A GLAD
14701 CHARLSON RD
EDEN PRAIRIE, MN 55347

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CHARKIT CHEMICAL
PO BOX 90
NORWALK, CT 06856-0090

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
CHARLES J DEHART ESQUIRE
PO BOX 7005
LANCASTER, PA 17604

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CHARTER COMMUNICATIONS
AKA TIME WARNER CABLE
SMB CREDITSERVICES
1600 DUBLIN RD
COLUMBUS, OH 43215

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CHESTER'S TOWING AND RECOVERY
606 PORT WASHINGTON BLVD
PORT WASHINGTON, NY 11050

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CHICKS TOWING SVC INC
LESLEY A GABER
1000 UNION LANDING RD
CINNAMINSON, NJ 08077-2502

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).[3]**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CHINCOTEAGUE SEAFOOD
LEN RUBIN
PO BOX 88
PARSONSBURG, MD 21849-0088

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CHIPPENHAN AND JOHNSTON-WILLIS
HOSPITALSINCCITY OF RICHMOND
400 NORTH 9TH ST
RICHMOND, VA 23219

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CHR LTL
14800 CHARLSON RD
STE 2100
EDEN PRAIRIE, MN 55347-5051

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CIOCCA COLLISION CENTER
CIOCCA HONDA
TESSA SHORB
8001 ALLENTOWN BLVD
HARRISBURG, PA 17112

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CIOX HEALTH
PO BOX 1812
ALPHARETTA, GA 30023-1812

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CITATION PROCESSING CENTER
PO BOX 55890
BOSTON,, MA 02205-5890

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CITIZEN CIDER
CAITLIN JENNESS
316 PINE ST STE 114
BURLINGTON, VT 05401

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CITY COURT OF NEW ROCHELLE
P O BOX 5090
WHITE PLAINS, NY 10602-5090

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CITY OF BALTIMORE
REVENUE COLLECTIONS
PO BOX 17535
BALTIMORE, MD 21297

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

CITY OF CAMBRIDGE
OFFICE OF THE CITY SOLICITOR PAUL KAWAI
795 MASSACHUSETTS AVE
CAMBRIDGE, MA 02139

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CITY OF CAMBRIDGE
TRAFFIC P;ARKING AND TRANSORTATION DEPARTMENT
PO BOX 399113
CAMBRIDGE, MA 02139

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CITY OF CONCORD
GEN SVC
311 N STATE ST
CONCORD, NH 03301

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CITY OF HAGERSTOWN
WATER AND WASTEWATER
PO BOX 1498
HAGERSTOWN, MD 21741-1498

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CITY OF NEW HAVEN
815 LINCOLN HWY EAST
NEW HAVEN, IN 46774

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CITY OF PHILADELPHIA
PARKING VIOLATIONS BRANCH
PO BOX 41818
PHILADELPHIA, PA 19101

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

CITY OF PORTSMOUTH
LEGAL DEPT
ROBERT P SULLIVAN
1 JUNKINS AVE
PORTSMOUTH, NH 03801

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CITY UTILITIES
PO BOX 4632
CAROL STREAM, IL 60197-4632

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

CITY UTILITIES
DIANA WOTNOW
200 E BERRY ST STE 130
FORT WAYNE, IN 46802

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CJS VIOLATIONS SVCS INC
GERALD VADAS
1421 HAMLIN HWY
LAKE ARIEL, PA 18436

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS)<br>(Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CLEANING SPECIALISTS OF WNY
167 YOUNG ST
TONAWANDA, NY 14150

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CLEANNET OF ILLINOIS INC
9861 BROKEN LAND PKWY
STE 208
COLUMBIA, MD 21046

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CLEANNET OF NEW JERSEY
MIKE TAHIRY
20 COMMERCE DR
STE 126
CRANFORD, NJ 07016

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
CLEARFREIGHT INC
JFK INTL AIRPORT 250 BLDG 75
JAMAICA, NY 11430-1814

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CLERK OF CIRCUIT COURTS
14 W JEFFERSON ST
RM 212
JOLIET, IL 60432

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CLERK OF THE CIVIL COURT
QUEENS COUNTY
89-17 SUTPHIN BLVD
JAMAICA, NY 11435

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CLX LOGISTICS
MARY ELLEN MC KAY
960 HARVEST DR BLDG A
BLUE BELL, PA 19422-1900

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CO C
TECH LOGISTICS
300 ELM ST UNIT 1
MILFORD, NH 03055-4715

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COAST TO COAST CARRIERS
SK
PO BOX 110994
BROOKLYN, NY 11211-0994

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COATES TONERS
BILL GRIBBLE
555 COUNTRY CLUB RD
DALLAS, PA 18612-9241

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COLUMBIA FLEET SVC INC
P O BOX 1038
JESSUP, MD 20794

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COLUMBUS CITY TREASURER
WATER AND SEWER SVC
PO BOX 182882
COLUMBUS, OH 43218-2882

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COLUMBUS JOINT CLUTCH
PO BOX 14805
COLUMBUS, OH 43214-4805

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COMCAST
PO BOX 70219
PHILADELPHIA, PA 19176-0219

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COMED
PO BOX 6111
CAROL STREAM, IL 60197-6111

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COMED
10 S DEARBORN ST
CHICAGO, IL 60603

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COMMONWEALTH EDISON CO
COMED BANKUPTCY DEPT
1919 SWIFT DR
OAK BROOK, IL 60523

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COMMONWEALTH TRAILER PARTS INC
KIMBERLY WATSON
106 W CRONE RD
YORK, PA 17406

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COMPLY FIRST LLC
HOPE BLOCK
500 CAMPUS DR
STE 202
MORGANVILLE, NJ 07751

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CONAIR CORP
150 MILFORD RD
EAST WINDSOR, NJ 08520

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CONTINENTAL TIRE NORTH AMERICA
P O BOX 60049
CHARLOTTE, NC 28260-0049

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COOPER BUSINESS MACHINES INC
3304 STATE ST
ERIE, PA 16508

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COOPER ELECTRIC SUPPLY CO
RACHEL JACKSON
1 MATRIX DR
MONROE TOWNSHIP, NJ 08831-3702

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COPIRITE INC
PO BOX 128
ALLENTOWN, NJ 08501-0128

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COPY KING
1162 W 8TH ST
ERIE, PA 16502

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CORPORATE LODGING CONSULTANTS
KEVIN C SIEBERT
8111 E 32ND ST NORTH STE 300
WICHITA, KS 67226

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CORPORATION SVC COMPANY
CSC
251 LITTLE FALLS DR
WILMINGTON, DE 19808

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COVENANT TRANSPORT INC
ALICIA BEAZER
400 BIRMINGHAM HWY
CHATTANOOGA, TN 37419

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COVERT TRANSPORTATION
JEFF SALKIN
2517 HWY 35 BLDG K STE
MANASQUAN, NJ 08736-1918

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

COWORX STAFFING
COWORX STAFFING SVC
WENDY O'SHEA
412 MOUNT KEMBLE AVE STE 200C
MORRISTOWN, NJ 07960-6674

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
COX COMUNICATIONS
DEPT 781110
PO BOX 78000
DETROIT, MI 48278-1110

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CRAIN CUSTODIAL LLC
PAM CRAIN
36 COLLIAS RD
CHARLESTON, WV 25320

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CROSS TOWN RADIATOR INC
DBA ASSOCIATED AUTO RADIATOR
PO BOX 684786
BAYSIDE, NY 11360-4785

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CROSSFIRE LOGISTICS
2550 ELSSMERE AVE
NORFOLK, VA 23513-2413

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CROSSROADS SVC GROUP LLC
4980 EAST BEVERLY RD
PHOENIX, AZ 85044

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CROWLEY PUERTO RICO SVCS INC
LEGAL DEPT
9487 REGENCY SQUARE BLVD
JACKSONVILLE, FL 32225

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CRYSTAL INFOSYSTEMS LLC
980 MAGNOLIA AVE STE 5
LARKSPUR, CA 94939

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

CT- DEPT OF REVENUE SVCS
COLLECTION UNIT- BANKRUPTCY TEAM
450 COLUMBUS BLVD
STE 1
HARTFORD, CT 06103

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CURTIS INDUSTRIES
OUTSOURCE
72 SHARP ST C11
HINGHAM, MA 02043-4328

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CUSTOM COMPANIES
THOMAS BUTKOVICH
317 WEST LAKE ST
NORTHLAKE, IL 60164-2433

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
CUYAHOGA COUNTY COURT
COMMON PLEAS CLEVELAND
1200 ONTARIO ST
CLEVELAND, OH 44113

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
CVS HEALTH
MICHAEL GRENON INBOUND TRANSPORTATION
1 CVS DR
MC 5035
WOONSOCKET, RI 02921

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
D AND J ASSOCIATES
14545 J MILITARY TR
#192
DELRAY BEACH, FL 33484-3730

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
D M BOWMAN INC
P O BOX 37683
BALTIMORE, MD 21297-3683

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
D M EXPRESS
JAVIER A GONZALEZ
PMB 449
1353 ROAD 19
GUAYNABO, PR 00966

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DANDREA WINE AND LIQUOR
JOHN DANDREA
670 RODI RD
PITTSBURGH, PA 15235-4574

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DANIEL LUI
THE LOGISTICS CONCIERGE LLC
1 MEADOWLANDS PLZ
SUITE 200
EAST RUTHERFORD, NJ 07073

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DB BECKER MAROON GROUP
JONATHAN FARAH
46 LEIGH ST
CLINTON, NJ 08809-1349

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DC AUTO BODY LLC
835 W TRINDLE RD
MECHANICSBURG, PA 17055

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DEBBIES STAFFING SVCS INC
QUINTIN WILLIAMS
4431 CHERRY ST
WINSTON SALEM, NC 27105

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DEBJO SALES LLC
103 NOTCH RD
OAK RIDGE, NJ 07438

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DECORUM OF VIRGINIA
301 WEST 21ST
NORFOLK, VA 23517

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

DEERE AND CO
LANE AND WATERMAN LLP
BRETT R MARSHALL
220 N MAIN ST STE 600
DAVENPORT, IA 52801

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
DEFENDER INDUSTRIES
LORI GALLO
42 GREAT NECK RD
WATERFORD, CT 06385-3336

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DEHAVEN TRANSPORTATION CO INC
KAREN DEHAVEN SHELTON
7033 WALROND DR
ROANOKE, VA 24019

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

DEL CORONA AND SCARDIGLI USA
STEFANO D'ANGELO
568 SUPREME DR
BENSENVILLE, IL 60106-1122

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DELAWARE DEPT TRANSPORTATION
EZ PASS VIOLATIONS CENTER
P O BOX 697
DOVER, DE 19903-0697

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DELAWARE E-ZPASS VIOLATIONS
PO BOX 697
DOVER, DE 19903-0697

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DELMARVA POWER AND LIGHT COMPANY
BANKRUPTCY DIVISION MAIL STOP 84CP42
5 COLLINS DR STE 2133
CARNEYS POINT, NJ 08069-3600

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating
Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.:
Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq.
(mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection
that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the
United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D,
Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY
GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT
FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances
Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted
telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
DELTA DENTAL
DELTA DENTAL PLAN OF NJ INC
PO BOX 36483
NEWARK, NJ 07188-6483

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DELUXE HOME AND OFFICE CLEANING
428 SOUTH MAIN ST STE 101
NORTH SYRACUSE, NY 13212

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DENNIS K BURKE INC
POBOX 3639
BOSTON, MA 02241-3629

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DESCARTES SYSTEMS (USA) LLC
PO BOX 404037
ATLANTA, GA 30384-4037

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

DIAMOND REPORTING AND LEGAL VIDEO
16 COURT ST
STE 907
BROOKLYN, NY 11241

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DICKINSON FLEET SVCS LLC
THEODORE W GRAY
4709 WEST 96TH ST
INDIANAPOLIS, IN 46268

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DICKINSON TOWN COURT
531 OLD FRONT ST # 4
BINGHAMTON, NY 13905

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

DLL
LITIGATION AND BANKRUPTCY DEPTR RIDGE
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DLS WORLDWIDE
ALICIA CUMMINS
1000 WINDHAM PKWY
BOLINGBROOK, IL 60586

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DO IT BEST CORP
AMY SOMMER
PO BOX 868
FORT WAYNE, IN 46801-0868

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DOHRN TRANSFER
625 3RD AVE
ROCK ISLAND, IL 61201-8351

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
DONALD CIPRIANO-STATE MARSHALL
45 FREIGHT ST STE 1
WATERBURY, CT 06702

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DORMAN PRODUCTS
KEN JOHNSON
3400 E WALNUT ST
COLMAR, PA 18915-9768

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DOTUNIVERSITY OF MARYLAND
8056 REGENTS DR
COLLEGE PARK, MD 20742

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DRESSEL WELDING SUPPLY INC
PO BOX 69016
BALTIMORE, MD 21264-9016

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DRINKMORE CUSTON WATER INC
JOHN WALSH
7595 RICKENBACKER DR
GAITHERSBURG, MD 20879

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
DSC LOGISTICS
CHRISTINA BALDASSARRA
1750 SOUTH WOLF RD
DES PLAINES, IL 60018-1924

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DSI DOOR SVC INC
PO BOX 8772
PORTLAND, ME 04104

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DUKE ENERGY
PO BOX 1326
CHARLOTTE, NC 28201-1326

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DUKE ENERGY
550 S TRYON ST
CHARLOTTE, NC 28202

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DUPONT NUTRITION USA INC
RHONALYN ARSENAL
974 CENTRE RD
WILMINGTON, DE 19805-1269

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DURKEE MOWER INC
EDIE HARRIS
2 EMPIRE ST
LYNN, MA 01902-1815

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DWS PALLET INC
MARIE GUNTIS
89 N INDUSTRY CT
DEER PARK, NY 11729

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
DWS PRINTING
MARIE GUNTIS
89 N INDUSTRY CT
DEER PARK, NY 11729-4601

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EAGLE HAULING INC
5 CLEARVIEW AVE
SELDEN, NY 11784

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EASTERN OFFICE SUPPLY CO
139 ERIE BLVD
SCHENECTADY, NY 12305

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
ECHO GLOBAL LOGISTICS
GEORGIA CORDOVA
600 W CHICAGO AVE STE 725
CHICAGO, IL 60610-2422

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ECMC
P O BOX 16478
LOCKBOX 7096
ST PAUL, MN 55116-0848

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ECP INC
TRACIE NICKLEY
11210 KATHERINES CROSSING STE 100
WOODRIDGE, IL 60517-5053

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

ED AND ED BUSINESS TECHNOLOGY
ANN L GILLEY
4919 STATE RTE 233
WESTMORELAND, NY 13490

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EDIBLE ARRANGEMENTS-121
220 RYDERS LN
MILLTOWN, NJ 08850

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EFAX CORPORATE
J2 GLOBAL COMMUNICATIONSINC
PO BOX 51873
LOS ANGELES, CA 90051-6173

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EFS TRANSPORTATION SVC
CUST #2204501504070
P O BOX 630038
CINCINNATI, OH 45263-0038

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
EL MUSTEE AND SONS INC
PAT MILLER
5431 W 164TH ST
CLEVELAND, OH 44142-1511

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ELEVATOR INTERIOR DESIGN
100 MARINE BLVD
LYNN, MA 01905

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ELITE SPICE INC
TABITHA STEWART
7151 MONTEVIDEO RD
JESSUP, MD 20794-9308

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

ELIZABETH AUTO WRECKING CO
450 ROUTE 1 NORTH
ELIZABETH, NJ 07202

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ELIZABETHTOWN GAS
544 S INDEPENDENCE BLVD
VIRGINIA BEACH, VA 23452

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ELK LIGHTING INC
12 WILLOW LN
NESQUEHONING, PA 18240

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EMERSON HEALTHCARE
GEODIS
PO BOX 2208
BRENTWOOD, TN 37024

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

EMERSON LIEBERT CORP
NVISION GLOBAL
1900 BRANNAN RD STE 300
STE 300
MCDONOUGH, GA 30252-2895

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EMPIRE COMMERCIAL SVC LP
543 CARY AVE
STATEN ISLAND, NY 10310

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
ENCOMPASS INSURANCE COMPANY
SANDLER & MARCHESINI PC
1500 WALNUT STREET SUITE 2020
PHILADELPHIA, PA 19102

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ENVIRONMENTAL AWARENESS CORP
244 EAST BROAD ST
TAMAQUA, PA 18252

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

EQUIPMENT DEPOT OHIO INC DBA EQUIPMENT DEPOT
RICHARD J WALLACE III
SCHEEF AND STONE LLP
500 NORTH AKARD STE 2700
DALLAS, TX 75201

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EQUIPMENT DEPOT PENNSYLVANIA INC
DBA EQUIPMENT DEPOT
SCHEEF AND STONE LLP
500 NORTH AKARD STE 2700
DALLAS, TX 75201

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ESCREEN INC
PO BOX 25902
OVERLAND PARK, KS 66225

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ESPOSITO AND SONS FREIGHTLINES
6 GRAHAM DR
PLATTSBURGH, NY 12901

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ESSENDANT CO
CORPORATE CARRIER RELA1
1 PARKWAY N STE 100
DEERFIELD, IL 60015

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ESTEE LAUDER
BOB ANDERSEN
80 RULAND RD
MELVILLE, NY 11747-4211

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EVERSOURCE
PO BOX 56005
BOSTON, MA 02205-6005

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
EVERSOURCE
300 CADWELL DR
SPRINGFIELD, MA 01104

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EVERYTHING PLUS INC
YITZCHOK FRIEDMAN
1 US 22
HILLSIDE, NJ 07205

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

EXACT DIRECT
MILTON ATKISSON
8113 RIDGEPOINT DR STE 200
IRVING, TX 75063

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EXFREIGHT ZETA
2290 10TH AVE N
STE 501
LAKE WORTH, FL 33461

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EXPEDITORS CARGO INSURANCE BROKERS
CECILIA OLIVOS
1015 THIRD AVE 12TH FLR
SEATTLE, WA 98104-1184

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EXPEDITORS CARGO INSURANCE BROKERS
LYNDSIE WRIGHT
1015 THIRD AVE 12TH FLR
SEATTLE, WA 98104-1184

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EXPRESS SVC INC
EMPLOYMENT PROFESSIONALS
PO BOX 535434
ATLANTA, GA 30353-5434

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EXPRESSIONS WHOLESALE ART
JIM BITTLE
539 EASTGATE RD
SEVIERVILLE, TN 37862-4121

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
EXTREME CW SYSTEMS
28 GENESEE
ONEIDA, NY 13421

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

FABRI-CAL CORP
ALISON UNDERWOOD
1102 PIEDMONT HWY
PIEDMONT, SC 29673-9195

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FAIRBORN EQUIPMENT OF MID ATLANTIC
MICHELLE CAMPBELL
2201 GREEN LN UNIT 6
LEVITOWN, PA 19057

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FHI LLC
P O BOX 890949
CHARLOTTE, NC 28289-0949

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FINDLAY MUNICIPAL COURT
318 DORNEY PLZ RM 206
P O BOX 826
FINDLAY, OH 45839

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG, WV 25402

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FIVE STAR INTERNATIONAL LLC
PO BOX 64006
BALTIMORE, MD 21264-4006

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

FLEET PRIDE
PO BOX 847118
DALLAS, TX 75284-7118

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FLEETPRIDE INC
269 STATE ST
NORTH HAVEN, CT 06473

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FLOW CONTROL
JUSTIN CURTIN
2 ENTERPRISE CT
SEWELL, NJ 08080-4112

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

FLUOR FEDERAL SOLUTIONS
RICK GAMBINI
13455 SUNRISE VLY DR
HERNDON, VA 20171-3295

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
FOLLETT CORP
ERICKA SIMMONS
777 ELSBREE ST
FALL RIVER, MA 02720-7307

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

FORGE CELLARS
RICHARD RAINEY
3775 MATTHEWS RD
BURDETT, NY 14818-9728

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FOUR IN ONE LLC
BERNADETTE JONES
12 ALPHA RD
CHELMSFORD, MA 01824-4102

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FOUR QUARTERS PLUMBING
HEATING AND AIR CONDITIONING
2601 RIVER RD UNIT 4
CINNAMINSON, NJ 08077

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FRAN ROCK INC
230 WEST NYACK RD
WEST NYACK, NY 10994

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FRANCIS BECK ET AL V
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
TWO LIBERTY PL 50 S 16TH ST FL 28
PHILADELPHIA, PA 19102

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FRANCIS BECK ET AL V
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
ONE LIBERTY FL 38
1650 MARKET ST
PHILADELPHIA, PA 19103

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FRANK MORAN AND SONS
1508 JOH AVE
BALTIMORE, MD 21227-1000

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FREIGHT SPECIALISTS INC
BOX 503
SYRACUSE, NY 13209

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FREIGHTCOM
AISHA CHAUDHRY
77 PILLS WORTH RD UNIT
BOLTON, ON L7E4G4
CANADA

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FREIGHTQUOTECOM
AMBER COYLE
P O BOX 7001
OVERLAND PARK, KS 66207-0001

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI, OH 45274-0407

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FUJI FILM
SHERRI YONKEE
850 CENTRAL AVE
HANOVER PARK, IL 60133-5422

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
FUJI PHOTO FILM USA
SHERRI YONKEE
850 CENTRAL AVE
HANOVER PARK, IL 60133-5422

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
FUJIFILM AVERITT
SHERRI YONKEE
850 CENTRAL AVE
HANOVER PARK, IL 60133-5422

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GABRIELLI KENWORTH OF NJ LLC
2306 US HIGHWAY 130
DAYTON, NJ 08810

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
GAMUT SYSTEMS AND SOLUTIONS LLC
PO BOX 562357
CHARLOTTE, NC 28256

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GASKELLS TOWING INC
JEREMY J VIEIRA
2555 GAR HIGHWAY
SWANSEA, MA 02777

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GCR TIRE CENTERS
P O BOX 910530
DENVER, CO 80291-0530

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GEL SPICE CO INC
JACOB HERTZ
48 HOOK RD
BAYONNE, NJ 07002-5007

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GENCO CLAIM MANAGEMENT
DEENA WALECHKA
1400 LOMBARDI AVE STE 204
GREEN BAY, WI 54304

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GHENT MANUFACTURING/GMI COMPANIES
KAREN KURTZ
2999 HENKLE DR
LEBANON, OH 45036

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GL AND V USA INC
KIM BUTLAND
1 CELLU DR ? STE 200
NASHUA, NH 03063-1008

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GLADIEUX TRADING AND MARKETING CO
4133 NEW HAVEN AVE
FORT WAYNE, IN 46803-1643

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GLANBIA PERFORMANCE NUTRITION
TRANSPLACE TEXAS LP
PO BOX 518
LOWELL, AR 72745-0518

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GLASFLOSS INDUSTRIES
JOANNE KING
310 MAIN AVE WAY SE
HICKORY, NC 28602-3513

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GLOBAL INGREDIENTS
GRIFFITH JONES
317 9TH AVE
PATERSON, NJ 07514-2310

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GLOBAL TRANSPORT LOGISTICS
LARRY DI PASQUALE
208 HARRISTOWN RD STE 201
GLEN ROCK, NJ 07452-3308

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GLOBAL TRANSPORT LOGISTICS INC
TOM VINCENT
208 HARRISTOWN RD
GLEN ROCK, NJ 07452-3308

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

GLOBAL TRANSPORT LOGISTICS INC
PEZOLD SMITH HIRSCHMANN & SELVAGGIO LLC
GERARD F SMITH
1 BROADWAY
DANVILLE, NJ 07834

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GLOBAL TRANZ
GT FREIGHT AUDIT PYMT
PO BOX 6348
SCOTTSDALE, AZ 85251

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

GLOBAL TRANZ
STEPHANIE ORTIZ
PO BOX 6348
SCOTTSDALE, AZ 85251-2611

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

GLOBAL TRANZ
PAT O'MALLEY
PO BOX 160
GOSHEN, AR 72735-0160

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GLOBALTRANZ
7350 NDOBSON RD
SCOTTSDALE, AZ 85258

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GLT
4995 NW 72ND AVE
STE 200
MIAMI, FL 33166

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GOLDFARB ELECTRIC
LARRY HILLIARD
116 VIRGINIA ST E
CHARLESTON, WV 25301-2519

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GOLUB CORP
TRAFFIC-MB17/B ROBERTS
501 DUANESBURG RD
SCHENECTADY, NY 12306

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GOODING CO INC
AKA NOSCO INC
JOANNE WILLIAMS
500 E LAKE COOK RD STE 400
DEERFIELD, IL 60015

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GOODYEAR TIRE AND RUBBER
LAW DEPT
SHARON L MAXFIELD
200 INNOVATION WY
AKRON, OH 44316

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GRAYBAR ELECTRIC CO
SANDRA DOOLEY
350 METRO PK
ROCHESTER, NY 14623-2614

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GRM DOCUMENT MANAGEMENT
ROI RPOCESSING
2002 SOUTH EAST ST
INDIANAPOLIS, IN 46225

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GROUNDWATER AND ENVIRONMENTAL SVC INC
440 CREAMERY WAY STE 500
EXTON, PA 19341-2577

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
GSI LLC
3086 MOMENTUM PL
CHICAGO, IL 60689-5330

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
GTT COMMUNICATIONS
PO BOX 842630
DALLAS, TX 75284-2630

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
H AND R CONSTRUCTION
FRANKLIN GLOBAL
P O BOX 100
RANSOMVILLE, NY 14131-0100

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
HAB-DIT (ER)
PO BOX 995
BANGOR, PA 18013-0995

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HARMONY PRINTING
100 SANDS POINT RD UNIT 305
LONGBOAT KEY, FL 34228-3905

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
HARRIS FIRE PROTECTION CO INC
50 KANE ST
BALTIMORE, MD 21224

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HARRS AUTO GLASS INC
TODD W WHITE
2630 PARSONS AVE
COLUMBUS, OH 43207

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HAZLETON OIL AND ENVIRONMENTAL
300 S TAMAQUA ST
HAZLETON, PA 18201-7913

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HD SUPPLY
FM FREIGHT CLAIMS
3400 CUMBERLAND BLVD 7T
ATLANTA, GA 30339-1113

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

HEALTHTRUST PURCHASING GROUP
HPG C O WELLS FARGO090143067
FOR MOLD RITE PLASTICS
P O BOX 751576
CHARLOTTE, NC 28275-1576

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HEARTH AND HOME
WILLIAMS AND ASSOCIATES
405 E 78TH ST
BLOOMINGTON, MN 55420-1251

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HEAVY DUTY PARTS
29787 NETWORK PL
CHICAGO, IL 60673-1787

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HERCULES TRUCK AND TRAILER REPAIR
PIOTR SUROWIEC
2 NEW ST
EAST RUTHERFORD, NJ 07073

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HERITAGECRYSTAL CLEAN LLC
13621 COLLECTIONS CTR DR
CHICAGO, IL 60693-0136

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HERSHEY CREAMERY CO
MARLENE SMITH
301 S CAMERON ST
HARRISBURG, PA 17101-2815

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HFC PRESTIGE
RAMON CORDOVA
10123 ALLIANCE RD
STE 320
CINCINNATI, OH 45252

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HIGH TECH AUTO MACHINE SHOP
404 BRIDGE ST
WEISSPORT, PA 18235

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HILLSIDE PLASTICS CO
SANDY JIMENEZ
125 LONG AVE
HILLSIDE, NJ 07205-2350

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

HOBART CORP
BRENDA HYLAND
3775 LAKE PK DR
COVINGTON, KY 41017-9603

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
HOME DEPOT
CONDATA GLOBAL
9830 WEST 190TH ST STE M
MOKENA, IL 60448-5603

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HOME DEPOT
2450 CUMBERLAND PKWY
TERRY ECKER
ATLANTA, GA 30339

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HOME DEPOT CREDIT SVC
DEPT 5313
PO BOX 78047
PHOENIX, AZ 85062-8047

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HOME DEPOT USA INC
DEVVRAT SINHA
SEYFARTH SHAW LLP
233 S WACKER DR STE 8000
CHICAGO, IL 60606

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HORNINGS SUPPLY INC
JOSEPH P GRANTZ
23 PARK LN
HEGINS, PA 17938-9089

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HORO TRUCKING CO INC
PO BOX 468
AVENEL, NJ 07001

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HOSPITAL FOR SPECIAL SURGERY
IMAGE RECORDS DEPT
525 WAST 71ST ST
NEW YORK, NY 10021

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HUB CITY TERMINALS
CARGO CLAIMS
36258 TREASURY CTR
CHICAGO, IL 60694-0001

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HUBERT CO
BEVERLY ERTEL
9555 DRY FORK RD
HARRISON, OH 45030

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
HUNTER TRUCK SALES AND SVC
DEPT 105
P O BOX 820849
PHILADELPHIA, PA 19182-0849

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

IAM NATIONAL PENSION FUND
RAYMOND E GOAD JR
1300 CONNECTICUT AVE NW SUITE 300
WASHINGTON, DC 20036

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
IBM CREDIT LLC
IBM CORP
MARIE-JOSEE DUBE
275 VIGER EAST
MONTREAL, QC H2X 3R7
CANADA

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
IL- DEPT OF EMPLOYMENT SECURITY
BANKRUPTCY UNIT
33 S STATE ST 10TH FL
CHICAGO, IL 60603

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
IL- DEPT OF EMPLOYMENT SECURITY
LOURDES G CRUZ
33 S STATE ST
CHICAGO, IL 60603

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
IMAGE FLEET GRAPHICS
4410 DELL AVE
NORTH BERGEN, NJ 07047

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
IMEDVIEW INC
380 LEXINGTON AVE
17TH FLOOR
NEW YORK, NY 10168

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

IN THE SWIM
TYE WILSON
320 INDUSTRIAL DR
WEST CHICAGO, IL 60185-1817

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INDEED INC
MAIL CODE 5160
PO BOX 660367
DALLAS, TX 75266-0367

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INDEPENDENT ELECTRIC
WHITNEY LINCOLN
41 INNER BELT RD
SOMERVILLE, MA 02143-4417

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INDIANA STATE CENTRAL
COLLECTION UNIT INSCCU
PO BOX 6219
INDIANAPOLIS, IN 46206-6219

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INDIANAPOLIS POWER AND LIGHT CO
PO BOX 110
INDIANAPOLIS, IN 46206-0110

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INDIANAPOLIS POWER AND LIGHT CO
2102 NORTH ILLINOIS ST
INDIANAPOLIS, IN 46202-1330

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INDUSTRIAL HANDLING SYSTEMS
336 LOCKHOUSE RD
WESTFIELD, MA 01085-1237

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INDUSTRIAL PARTS CO
163 BELMONT AVE
GARFIELD,, NJ 07026

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INDUSTRIAL RUBBER
938 S ELMORA AVE
ELIZABETH, NJ 07207

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
INFORM DECISIONS
VERNON CPA AND CO
LUCILLE VERNON
647 CAMINO DE LOS MARES #108-259
SAN CLEMENTE, CA 92673

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INK IT DESIGN
AVI PERLSTEIN
644 CROSS ST UNIT 19
LAKEWOOD, NJ 08701-4654

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INLINE PLASTICS CORP
LEZLIE STORCH
42 CANAL ST
SHELTON, CT 06484-3223

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INNOVEX
11 POWDER HILL RD
LINCOLN, RI 02865

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INSTANT EXPRESS
1277 MT READ BLVD
ROCHESTER, NY 14606

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INTEGRATED LOGISTICS AND ASSOCIATES
MORGAN CARR
PO BOX 25189
FARMINGTON, NY 14425

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INTEGRATED OFFICE SOLUTIONS
126 HALL ST STE J
CONCORD, NH 03301-3447

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INTENSIVE SUPERVISION PROGRAM
PROBATION SVC
P O BOX 974
TRENTON, NJ 08625

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INTER CITY TIRE
777 DOWD AVE
ELIZABETH, NJ 07201

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INTERLINE BRANDS INC DBA BARNETT
BANKRUPTCY
LYNN ADKINS
801 W BAY ST
JACKSONVILLE, FL 32204

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INTERLINE BRANDS INC DBA LERAN
BANKRUPTCY
LYNN ADKINS
801 W BAY ST
JACKSONVILLE, FL 32204

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INTERNATIONAL ALUMINUM CORP
767 MONTEREY PASS RD
MONTEREY PARK, CA 91454

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INTERNATIONAL CARGO TERMINALS
MARLO J HITTMAN ESQ
354 EISENHOWER PKWY PLZ I
LIVINGSTON, NJ 07458

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:

INTERPOOL INC DBA TRAC INTERMODAL
KAREN WOLCOTT
750 COLLEGE ROAD E
PRINCETON, NJ 08540

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INTERSTATE BATTERY
RUAN TRANSPORTATION
PO BOX 9319
DES MOINES, IA 50306-9319

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INTERSTATE BILLING SVC INC
SHANE STEWART
PO BOX 2250
DECATUR, AL 35609

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INTERSTATE TOWING AND RECOVERY INC
CO MCMANIMON SCOTLAND AND BAUMANN LLC
75 LIVINGSTON AVE 2ND FL
ROSELAND, NJ 07068

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
INTERSTATE TOWING AND TRANSPORT
SPECIALIST INC
1655 HIGHLAND RD
TWINSBURG, OH 44087

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

INTERTAPE POLYMER GROUP
RAJ GOSAL
9999 CAVENDISH BLVD STE 200
ST-LAURENT, QC H4M 2X5
CANADA

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
IRS- DEPT OF THE TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
IRS- DEPT OF THE TREASURY
INTERNAL REVENUE SERVICE
955 S SPRINGIELD AVE BLDG A
SPRINGFIELD, NJ 07081

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
IRS RAIVS TEAM
STOP 6705 P6
KANSAS CITY, MO 64999

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

IRVING OIL CORP
ACCNT#0018518005604
PO BOX 11012
LEWISTON, ME 04243-9463

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ITSIMPLIFY
PO BOX 32192
NEW YORK, NY 10087-2192

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ITW FOOD EQUIPMENT GROUP
AKA HOBART CORP VULCAN FOOD EQUIP
3775 LAKE PK DR
COVINGTON, KY 41017-9603

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ITW FOOD EQUIPMENT GROUP
AKA HOBART CORP VULCAN FOOD EQUIP
JONATHAN D LEESON
701 S RIDGE AVE
TROY, OH 45374

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
J B HUNT
PO BOX 682
LOWELL, AR 72745-0682

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
J M LANDSCAPING
JOSE MONDRAGON
113 N MICHIGAN AVE
ADDISON, IL 60101

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JACKSON WELDING SUPPLY CO
DOROTHY L LONERO
1421 W CARSON ST
PITTSBURGH, PA 15219

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JACQUELINE MOK
2452 W BELMONT AVE
CHICAGO, IL 60618-5925

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
JAFRAY REALTY INC
PASCAL SERVICE CORP
51 DELTA DR
PAWTUCKET, RI 02860

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JANI-KING OF RICHMOND
C AND C FRANCHISING INC
9701 A METROPOLITAN CT
RICHMOND, VA 23236

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JANS FARMHOUSE CRISPS
112 S WINSOOKI AVE #214
BURLINGTON, VT 05403

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JARDEN HOME BRANDS
VICTORIA MIANESE
9999 E 121ST ST
FISHERS, IN 46038-0657

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JAY B SPIRT PA
3205 B CORPORATE CT
ELLICOTT CITY, MD 21042

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

JC SUPPLY CO
JORGE CANCIO
245 E ROOSEVELT AVE
HATO REY, PR 00918

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JC SUPPLY CO
JORGE CANCIO
PO BOX 10472
SAN JUAN, PR 00922

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JD EQUIPMENT INC
1662 US HIGHWAY 62 SW
WASHINGTON COURT HOUSE, OH 43160

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JENNY MUNSON ANDRESS ETC V
SWARTZ CAMPBELL LLC
KEVIN J CANAVAN
ONE LIBERTY PL FL 38
1650 MARKET ST
PHILADELPHIA, PA 19103

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JERSEY CITY MUNICIPAL COURT
365 SUMMIT AVE
JERSEY CITY, NJ 07306-3112

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JESCO INC
JOHN DEERE DEALER
8411 PULASKI HWY
BALTIMORE, MD 21237

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JFV TRUCKING
37 MAPLE AVE
DOVER, NJ 07801

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JJ KELLER AND ASSOCIATES
PO BOX 6609
CAROL STREAM, IL 60197-6609

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JOHN HANCOCK LIFE INSURANCE CO
PO BOX 7247-0274
PHILADELPHIA, PA 19170-0274

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JOHN W KENNEDY CO INC
990 WATERMAN AVE
PO BOX 14217
EAST PROVIDENCE, RI 02914

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JOHN'S MOBILE REPAIR SVC
1511 COMMERCE AVE
CARLISLE, PA 17015

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JOHNSON CO
625 CONKLIN RD
BINGHAMTON , NY 13903-2700

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JOHNSONS TIRE SVC INC
10426 ROUTE 6
CLARENDON, PA 25164-0553

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JONAITIS PLOWING
MIKE JONAITIS
4 BURNHAM ST
SOUTH PORTLAND, ME 04106

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JX ENTERPRISES INC
1320 WALNUT RIDGE DR
STE 100
HARTLAND, WI 53029

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
K LINE LOGISTICS USA INC
ANNU KOMAGUCHI
OCEAN EXPORT SUPERVISOR
14568 228TH ST UNIT 2
SPRINGFIELD GARDENS, NY 11413

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
KAL PAC CORP
LISA MULE
10 FACTORY ST
MONTGOMERY, NY 12549-1202

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
KDL
PO BOX 752
CARNEGIE, PA 15106-0752

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
KDL FREIGHT MANAGEMENT
ASHLEY MC INTYRE
111 RYAN CT
PITTSBURGH, PA 15205-1310

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
KDM PRODUCTS
CARIN ZINKE
820 COMMERCE PKWY
CARPENTERSVILLE, IL 60110-1721

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
KEHE DISTRIBUTORS
860 NESTLE WAY STE 250
BREINIGSVILLE, PA 18031

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
KENNETH WEGNER
9 BRIDLEPATH LN
LANCASTER, NY 14086

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
KEVIN HOLLEY
GUNNING & LAFAZIA INC
33 COLLEGE HILL RD STE 25 B
WARWICK, RI 02886

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
KEYSTONE OIL PRODUCTS CORP
1600 HUMMEL AVE
PO BOX 157
CAMP HILL, PA 17011

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

KEYSTONE TECHNOLOGIES
PETER SEIDEMAN ATTORNEY LLC
PETER SEIDEMAN
130 WEST MAIN ST
EAST ISLIP, NY 11730

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
KEYSTONE TRAILER SVC INC
NICHOLAS E HAUCK
100 W CRONE RD
YORK, PA 17406

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
KISS LOGISTICS INC
2504 APPLEBY DR
OCEAN, NJ 07712

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
KOCH FILTER CORP
TRACI VANCE BOBBY
8401 AIR COMMERCE DR
LOUISVILLE, KY 40219-3503

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
KOKE INC
THOMAS MIKSCH
582 QUEENSBURY AVE
QUEENSBURY, NY 12804-7612

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
KONICA MINOLTA BUS SOLUTIONS
DEPT2366
PO BOX 122366
DALLAS, TX 75312-2366

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
KOVATCH MOBILE EQUIPMENT
KME FIRE APARATUS
BRITTANY BOWMAN
ONE INDUSTRIAL COMPLEX
NESQUEHONING, PA 18240-2201

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LANDRY AND MARTIN CORP INC
362 CENTRAL AVE
PAWTUCKET, RI 02860

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LANDSTAR GLOBAL LOGISTICS INC
DAWN BOWERS
13410 SUTTON PARK DR S
JACKSONVILLE, FL 32224

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LANGHAM LOGISTICS
DEANNE JACKSON
5335 W 74TH ST
INDIANAPOLIS, IN 46268-4180

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LARRABEES TIRE SVC LLC
17 HUNT CREEK RD
NICHOLS, NY 13812

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LARRY PRESS INC
2284 FLATBUSH AVE
BROOKLYN, NY 11234

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LATHAM POOL PRODUCTS
BACKHAUL DIRECT
1 VIRGINIA AVE STE 400
INDIANAPOLIS, IN 46204-3644

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LAUNDRYLUX
461 DOUGHTY BLVD
INWOOD, NY 11096

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LEASE PLAN USA LT
1165 SANCTUARY PKWY
ALPHARETTA, GA 30009

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LEAVITT CORP
JANINE LE FAVE
100 SANTILLI HWY
EVERETT, MA 02149-1938

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LEE HI TOWING AND RECOVERY
P O BOX 12101
ROANOKE, VA 24022

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LEWIS GALE MEDICAL CENTER
1900 ELECTRIC RD
SALEM, VA 24153

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LEXIS NEXIS
P O BOX 9584
NEW YORK, NY 10087-4584

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LIBERTY GLASS TECHS INC
1550 W FULLERTON AVE
UNIT D
ADDISON, IL 60101

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LIBERTY INTL TRUCKS OF NH LLC
1400 SOUTH WILLOW ST
MANCHESTER, NH 03103

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LIBERTY UTILITIES
NH
75 REMITTANCE DR STE 1032
CHICAGO, IL 60675-1032

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LIBERTY WATER CO
PO BOX 371852
PITTSBURGH, PA 15250-7852

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LIFEFACTORY
ECHO GLOBAL
600 W CHICAGO AVESTE 725
CHICAGO, IL 60654-2801

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LIFTECH EQUIPMENT COMPANIES
6847 ELLICOTT DR
EAST SYRACUSE, NY 13057

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LIGHTNING LOADING SVC
8280 SIXTY RD
BALDWINSVILLE, NY 13027

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

LINCOLN AUTOMOTIVE FINANCIAL SVCS
AKA CAB EAST LLC
DEBORAH EISENHAUER
PO BOX 62180
COLORADO SPRINGS, CO 80962-4400

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LINCOLN WASTE SOLUTIONS LLC
JASON CRANE
2075 SILAS DEANE HWY
STE 101
ROCKY HILL, CT 06067

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LINE OF CREDIT NOW
P O BOX 959
WOOD DALE, IL 60191

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LISIS TOWING SVC INC
ANTHONY LISI
3402 DANBURY RD
BREWSTER, NY 10509

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LIVIU GROSULEAC
ELKTON T43
155 GATESHEAD WAY
PHOENIXVILLE, PA 19460

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LMS INTELLIBOUND LLC
3086 MOMENTUM PL
CHICAGO, IL 60689-5330

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LORDS VALLEY TOWING
500 ROUTE 739
LORDS VALLEY, PA 18428

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LOREAL CONSUMER PRODS DIV
TRANSPORTATION DEPT
KATHY OLDAK
35 BROADWAY RD
CRANBURY, NJ 08512-5411

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
LOUNSBERRY TRUCK STOP
ROUTE 17 AT EXPRESSWAY 63
NICHOLS, NY 13812

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
M AND K MOBILE SVC
8308 SPENCER LAKE RD
MEDINA, OH 44256

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
M AND N SALES CO INC
415 KEIM BLVD
BURLINGTON, NJ 08016

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
M BLOCK AND SONS INC
DONNA CHURMS
5020 W 73RD ST
BEDFORD PARK, IL 60638-6612

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MACHINISTS MONEY PURCHASE
PENSION FUND
140 SYLVAN AVE STE 303
ENGLEWOOD CLIFFS, NJ 07632

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MAGISTERIAL DISTRICT CT
26-3-03
400 FISHER AVE
CATAWISSA, PA 17820

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MAINE TURNPIKE AUTHORITY
VIOLATION PROCESSING CNTR
2360 CONGRESS ST
PORTLAND, ME 04102

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
MAINFREIGHT USA
NANCY SANCHEZ
300 ED WRIGHT LA STE L
NEWPORT NEWS, VA 23606-4384

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MALCO PRODUCTS INC
DORIS MATUCH
361 FAIRVIEW AVE
BARBERTON, OH 44203

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MANHATTAN ASSOCIATES
PO BOX 405696
ATLANTA, GA 30368

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MANITOULIN
YVONNE BAILEY
PO BOX 390
GORE BAY, ON POP1HO
CANADA

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MANITOULIN TRANSPORT
YVONNE BAILEY
PO BOX 390
GORE BAY, ON POP1H02190
CANADA

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MANITOULIN TRANSPORT
YVONNE BAILEY
PO BOX 390
GORE BAY, ON P0P1H0
CANADA

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MANITOULIN TRANSPORT LTD
YVONNE BAILEY
PO BOX 390
GORE BAY, ON POP1H02190
CANADA

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

MANSFIELD OIL CO OF GAINESVILLE INC
THOMPSON OBRIEN KEMP AND NASUTI PC
ALBERT F. NASUTI
2 SUN CT SUITE 400
PEACHTREE CORNERS, GA 30092

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MANUEL STUBB
SO PLAINFIELD SAFETY
135 WEST 238TH ST
BRONX, NY 10463

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MARCO POLO LOGISTICS
PHILIP LEE
10929 FRANKLIN AVE
SUITE # W
FRANKLIN PARK, IL 60008

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
MARIANNE T OTOOLE CH 7 TRUSTEE OF CALICO IND
CO LAMONICA HERBST AND MANISCALCO LLP
3305 JERUSALEM AVE STE 501
WANTAGH, NY 11793

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MARIO T RUBIO
THE JAFFE LAW FIRM PC
JEROME JAFFE
11260 ROGER BACON DR STE 504
RESTON, VA 20190

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MARKO RADIATOR INC
725 WEST COAL ST
SHENANDOAH, PA 17976

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MARLBOROUGH COUNTRY
45 NORTH MAIN ST
MARLBOROUGH, CT 06447-1309

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MARYLAND AUTOMOBILE INS FUND
P O BOX 6309
BALTIMORE, MD 21230-0309

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MARYLAND DISTRICT COURT
TRAFFIC PROCESSING CENTER
PO BOX 6676
ANNAPOLIS, MD 21401-0676

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MASCO CABINETRY
CINDY MYERS
641 MADDOX DR
CULPEPER, VA 22701-4100

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MASERGY COMMUNICATIONS INC
STEVEN T HOLMES
CAVAZOS HENDRICKS POIROT PC
900 JACKSON STREET STE 570
DALLAS, TX 75202

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MASIS STAFFING SOLUTIONS LLC
PO BOX 204653
DALLAS, TX 75320-4653

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MASKCARA COSMETICS
STEPHEN HEPNER
1987 S 2940 E
SAINT GEORGE, UT 84790-5111

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
MASONITE
JASPER CHIGUMA
970 NEW YORK RTE 11
KIRKWOOD, NY 13795-1649

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MASTER MECHANICAL CORP
151 E 2ND ST
HUNTINGTON STATION, NY 11746-1430

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MCCOURT LABEL CABINET CO
20 EGBERT LN
LEWIS RUN, PA 16738

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MCCUE CORP
STEVE MOONEY
125 WATER ST
DANVERS, MA 01923

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MCGRATH OFFICE EQUIPMENT
416 LIBERTY ST
MORRIS, IL 60450-2133

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MCINTOSH ENERGY COMPANY
CULLEN & DYKMAN LLP
DAVID EDELBERG
433 HACKENSACK AVE
HACKENSACK, NJ 07601

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MCLANE NORTHEAST
PO BOX 6131
TEMPLE, TX 76503-6131

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MCS LIFE INSURANCE CO
FINANCE DEPT
PO BOX 193310
SAN JUAN, PR 00919-3310

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MEDEXPRESS BILLING
#7958J
PO BOX 7964
BELFAST, ME 04915

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MEDITERRANEAN SHIPPING
700 WATERMARK BLVD
MOUNT PLEASANT, SC 29464

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MELLOTT AND MELLOTT
SPENCER SKAATS
312 WALNUT ST STE 2500
CINCINNATI, OH 45202-4024

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MERCANTILE DEVELOPMENT
CHRISTOPHER CARROLL
10 WATERVIEW DR
SHELTON, CT 06484-4300

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MESCA FREIGHT SVC
PO BOX 70000
NEWARK, NJ 07101-3521

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
METROPOLITAN LIFE INSURANCE CO
P O BOX 360229
PITTSBURGH, PA 15251-6229

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

MG A MINOR CHILD BY HER PARENT AND
NATURAL GUARDIAN PORTIA DIXON
DENNIS ABRAMS
LOWENTHAL AND ABRAMS PC
555 CITY LINE AVE SUITE 500
BALA CYNWYD, PA 19004

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MICA CORP
ALPHONSE ACONFORA
9 MOUNTAIN VIEW RD
SHELTON, CT 06484-6404

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MICHAEL AND ANDREA WOOD
106 PEARL ST
WOBURN, MA 01801

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MICHELIN NORTH AMERICA
CLAIMS DEPT
PO BOX 100860
ATLANTA, GA 30384-0860

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MICHELIN NORTH AMERICA INC
LESLIE MCCAULEY
MICHELIN NORTH AMERICA INC
ONE PARKWAY SOUTH
GREENVILLE, SC 29615

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MID ATLANTIC TRUCK CENTRE
525 LINDEN AVE WEST
LINDEN, NJ 07036

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

MIDRANGE SOLUTIONS INC
200 SHEFFIELD ST
SUITE 103
MOUNTAINSIDE, NJ 07092

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MILLS CO
CLAIMS DEPT
3007 HARDING HWY E BLDG
MARION, OH 43302

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MILTON REGIONAL WASTE WATER
SEWER AUTHORITY
5585 STATE ROUTE 405
MILTON, PA 17847-7519

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MITSUBISHI INTL FOOD
DANA MCKINNEY STE 400
5080 TUTTLE CROSSING BLVD
DUBLIN, OH 43016-3540

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MLL LOGISTICS LLC
BERRY PLASTICS
18250 FRESH LAKE WAY
BOCA RATON, FL 33498

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MODERN HANDLING EQUIPMENT CO
PO BOX 95000-5770
PHILADELPHIA, PA 19195-5770

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MOEN INC
JUSTINE PETCHLER
PO BOX 8022
NORTH OLMSTED, OH 44070-8022

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MOHAWK DISTRIBUTION
CHRISTINA SMITH
26B EAGLE DR
HOGANSBURG, NY 13655

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
MORRIS COUNTY JOINT INS FUND
HANOVER TWP
PO BOX 268
NEWTON, NJ 07860

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MOUNTAIN TARP
BILL CHRISTIE
2580 E SHARON RD
SHARONVILLE, OH 45241-1847

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MSC INDUSTRIAL SUPPLY CO
PO BOX 953635
SAINT LOUIS, MO 63195-3635

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MSN
86 CARGO PLAZA/BLDG
JAMAICA, NY 11430

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MTA B AND T
VIOLATION PROCESSING CENTER
P O BOX 15186
ALBANY, NY 12212-5186

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MTD DISTRIBUTION CENTER
KATHY FIDLER
701 THEO MOLL DR
WILLARD, OH 44890-9289

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MURATEC AMERICA INC
14800 LANDMARK BLVD STE 720
DALLAS, TX 75254-7010

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MVP GROUP
ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO, IL 60654-2801

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MW TRANSPORTATION SYSTEMS INC
PO BOX 388077
CHICAGO, IL 60638

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
MYBAR LABOR SVC
MARIA FRESCHI
PO BOX 5178
NORTH BRANCH STATION
SOMERVILLE, NJ 08876

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NAPA AUTO PARTS
PO BOX 414988
BOSTON, MA 02241-4988

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NARRAGANSETT BAY COMMISSION
PO BOX 9668 DEPT25
PROVIDENCE, RI 02940-9668

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NASSAU COUNTY DEPT OF HEALTH
JOHN L LOVEJOY 140500 BEP/X1
200 COUNTY SEAT DR
MINEOLA, NY 11501

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NATIONAL BUSINESS EQUIPMENT
505 BRADFORD ST
ALBANY, NY 12206

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

NATIONAL GRID
VALERIE IVES
300 ERIE BLVD W
SYRACUSE, NY 13202

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NATIONAL RETAIL SYSTEMS
1624 16TH ST
NORTH BERGEN, NJ 07047

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NEOPOST USA INC
DEPT 3689
PO BOX 123689
DALLAS, TX 75312-3689

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
NES GEORGIA INC
PO BOX 277329
ATLANTA, GA 30384-7329

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
NESTLE WATERS NORTH AMERICA
DBA NESTLE PURE LIFE
PO BOX 856192
LOUISVILLE, KY 40285

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NEW JERSEY AMERICAN WATER
BOX 371331
PITTSBURGH, PA 15250-7476

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
NEW YORK STATE COMPTROLLER
OFFICE OF UNCLAIMED FUNDS
110 STATE ST 8TH FL
ALBANY, NY 12236

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

NEW YORK STATE INSURANCE FUND
THOMAS P ETZEL
225 OAK ST
BUFFALO, NY 14203

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NEWARK POOL CO LLC
GINA CLIFFORD
682 PASSAIC AVE
NUTLEY, NJ 07110-1230

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NEWLY WEDS FOODS
ROSIO RUIZ
4140 W FULLERTON AVE
CHICAGO, IL 60639-2106

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NEXEO SOLUTIONS
CASS INFORMATION SYSTEM
PO BOX 17600
SAINT LOUIS, MO 63178

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NGT D/B/A COVERALL SERV CO-HBG
8965 GUILFORD RD STE 100
COLUMBIA, MD 21046

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NINOS EQUIPTMENT
SUSAN LAWRENCE
1110 MITCHELL RD
SCHENECTADY, NY 12303-2254

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
NJ E-Z PASS
VIOLATIONS PROCESSING CENTER
PO BOX 4971
TRENTON, NJ 08650

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NJ MANUFACTURERS INSCO
PO BOX 70167
PHILADELPHIA, PA 19176-0167

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NJ MVC-SPECIAL SERV TITLES
PO BOX 008
TRENTON, NJ 08646-0008

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NNR GLOBAL LOGISTICS
CARGO CLAIMS
145 HOOK CREEK BLVD UNIT
VALLEY STREAM, NY 11581-2299

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NORTH HAVEN PAINT AND HARDWARE
87 QUINNIPIAC AVE
NORTH HAVEN, CT 06473

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NORTH JERSEY TRAILER AND TRUCK
SVC INC
975 BELMONT AVE
NORTH HALEDON, NJ 07508

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NORTHEAST STIHL
ROBERT BONVINI
2 PATRIOTS WAY
OXFORD, CT 06478-1274

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NORTHERN BUSINESS MACHINESINC
24 TERRY AVE
BURLINGTON, MA 01803

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NOVOLEX DUROBAG
TRANSPLACE SE
PO BOX 518
LOWELL, AR 72745

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NPC GLOBAL CORP
100 MIDDLESEX AVE
CARTERET, NJ 07008

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

NY- TOWN OF MONTGOMERY
WATER AND SEWER DEPT
RODNEY WINCHELL
110 BRACKEN RD
MONTGOMERY, NY 12549

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NYC DEPT OF FINANCE
TAX AUDIT AND ENFORCEMENT DIV
BANKRUPTCY UNIT
375 PEARL ST
NEW YORK, NY 10038

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
NYS- DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
OAK HARBOR FREIGHT LINES INC
JASON PETERSON
PO BOX 1469
AUBURN, WA 98071-1469

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
OAK HARBOR FREIGHT LINES INC
OAK HARBOR FREIGHT
MISTY GABLEHOUSE
PO BOX 1469
AUBURN, WA 98071-1469

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
OCCUPATIONAL HEALTH CENTERS OF
THE SOUTHWEST
PO BOX 20127
CRANSTON, RI 02920-0942

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
OCEANIC LINKWAYS INC
1300 LIVINGSTON AVE
NORTH BRUNSWICK, NJ 08902-3833

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ODW LOGISTICS INC
BRIAN BANTEL
345 HIGH ST STE 600
HAMILTON, OH 45011-6072

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ODYSSEY TRANSPORTLLC
CTS
1915 VAUGHN RD
KENNESAW, GA 30144-4502

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
OHSERASE MANU LLC
AUTUMN CAJIGAS
PO BOX 550
HOGANSBURG, NY 13655

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
OLD MILL
UNISHIPPERS
2323 VICTORY AVE
#1600
DALLAS, TX 75219-7657

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
OMEGA SIGN AND LIGHTING INC
YESCO CHICAGO
CARMELA P MENNA
100 W FAY
ADDISON, IL 60101

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
OMNI SVC INC
PO BOX 350016
BOSTON, MA 02241-0516

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
OMNITRACS LLC
MARK A PLATT
FROST BROWN TODD LLC
100 CRESCENT CT STE 350
DALLAS, TX 75201

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
ONE TON BAG
BRIAN BRADLEY
1060 MONROE ST
HOBOKEN, NJ 07030-6481

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ONEIDA HEALTHCARE CENTER
PO BOX 350
PLAINVIEW, NY 11803

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ONEIDA MEDICAL IMAGING CTR
321 GENESEE ST
ONEIDA, NY 13421

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ONEMAIN FINANCIAL GROUP LLC
600 BALTIMORE AVE
STE 208
TOWSON, MD 21204

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

ONONDAGA COUNTY WATER AUTH
PO BOX 4949
SYRACUSE, NY 13221-4949

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ORLANDO PRODUCTS
DONNA TRIBULL
2639 MERCHANT DR
BALTIMORE, MD 21230-3306

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PA DEP
BUREAU OF CLEAN WATER CH92A
PO BOX 8466
HARRISBURG, PA 17105-8466

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PACCAR PARTS FLEET SVC
P O BOX 731165
DALLAS, TX 75373-1165

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PACKAGING WHOLESALERS
CARRIE POIDOMANI
1717 GIFFORD RD
ELGIN, IL 60120-7534

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PAETEC COMMUNICATIONS INC
WINDSTREAM
PO BOX 9001013
LOUISVILLE, KY 40290-1013

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PALADONE
ANGELA SHIPLEY
120 RESOURCE AVE
MOUNTAIN LAKE PARK, MD 21550-6973

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PALADONE PRODUCTS
TOTAL BIZ FULFILLMENT
SHAWNA SHOEMAKE
PO BOX 600
GRANTSVILLE, MD 21532

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PALMERTON COMMUNITY AMBULANCE
501 DELAWARE AVE
P O BOX 2
PALMERTON, PA 18071

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PARADIGM PLUMBING HEATING AND
AIR CONDITIONING INC
8 INDUSTRIAL PK DR UNIT 12
HOOKSETT, NH 03106

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PASQUALE IANNONE
55 DILKS RD
MONROEVILLE, NJ 08343

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

PASSIAC METAL AND BLDG
TARA CRANE
1957 RUTGERS UNIVERSITY
LAKEWOOD, NJ 08701-4568

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PBS BRAKE AND SUPPLY CORP
6044 CORPORATE DR
EAST SYRACUSE, NY 13057

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PCM SALESINC
BANK OF AMERICA-FILE 55327
2706 MEDIA CTR DR
LOS ANGELES, CA 90065

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PDA INC
PO BOX 471909
FORT WORTH, TX 76147

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
PEERLESS CLOTHING INTERNATIONAL INC
DANIELA CASCINO
200 INDUSTRIAL PK RD
ST ALBANS, VT 05478-1881

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PEGASUS TRANSTECH CORP
DEB SUDTELGTE
201 N FRANKLIN ST STE 1700
TAMPA, FL 33602

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PENN JERSEY DIESEL AND TRAILER
2950 STATE RD
BENSALEM, PA 19020-7318

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PENNSYLVANIA AMERICAN WATER
PO BOX 371412
PITTSBURGH, PA 15250-7412

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PENNSYLVANIA TURNPIKE COMM
VIOLATION PROCESSING CENTER
300 EAST PK DR
HARRISBURG, PA 17111

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PENNWOOD PRODUCTS
NEXTERUS INC
802 FAR HILLS DR
NEW FREEDOM, PA 17349-8428

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating
Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.:
Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq.
(mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection
that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the
United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D,
Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY
GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT
FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances
Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted
telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PEOPLE OF THE STATE OF NEW YORK
JACQUELINE HUI
NYC LAW DEPARTMENT
100 CHURCH ST 4TH FL
NEW YORK, NY 10007

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PEPPERELL BRAIDING CO
22 LOWELL ST
PEPPERELL,, MA 01463

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PERFORMANCE FREIGHT
JANINE OLSON
2040 W OKLAHOMA AVE
MILWAUKEE, WI 53215-4444

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PERFORMANCE FREIGHT
LIZ KENNOW
2040 W OKLAHOMA AVE
MILWAUKEE, WI 53215-4444

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PERKINS PAPER CO
MARY JO O'BRIEN
630 JOHN HANCOCK RD
TAUNTON, MA 02780-7380

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PET PRODUCTS
CLAIMS DEPT/ PABLO DE JESUS
STATE ROAD 1 KM25
SAN JUAN, PR 00926-9518

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PETER DECORE
1824 ST CLAIR LN
HANOVER PARK, IL 60133

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PETERBILT OF CONNECTICUT INC
DBA PETERBILT OF RHODE ISLAND
11 INDUSTRIAL LN
JOHNSTON, RI 02919

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PHILIPS LIGHTING
LEE ANN LACEY
1111 NORTHSHORE DR STE
KNOXVILLE, TN 37919-4005

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

PILOT THOMAS LOGISTICS LLC
AKA PETROLEUM PRODUCTS FLEET FUELING
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 THROCKMORTON ST STE 1000
FT WORTH, TX 76102

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PILOT THOMAS LOGISTICS LLC
AKA PETROLEUM PRODUCTS FLEET FUELING
RUSS EPPERSON
201 N RUPERT ST
FT WORTH, TX 76107

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PINNACLE WORKFORCE LOG LLC
3086 MOMENTUM PL
CHICAGO, IL 60689-5330

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PITCO FRIALATOR INC
TECH LOGISTICS
300 ELM ST UNIT 1
MILFORD, NH 03055-4715

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PITNEY BOWES GLOBAL FIN LLC
PO BOX 317887
PITTSBURGH, PA 15250-7887

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PLAINVIEW WATER DISTRICT
PO BOX 9113
PLAINVIEW, NY 11803-9013

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PMXF SYSTEMS INC
DWAYNE SPENCER
183 27TH ST
BROOKLYN, NY 11232

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
POLLAK DIST
ABRAHAM JACOB ROSNER
1200 BABBIT RD
EUCLID, OH 44132

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PORT AUTHORITY OF NY AND NJ
VIOLATIONS PROCESSING CENTER
PO BOX 15186
ALBANY, NY 12212-5186

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PORTIA DIXON
DENNIS ABRAMS
LOWENTHAL AND ABRAMS PC
555 CITY LINE AVE SUITE 500
BALA CYNWYD, PA 19004

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PORTIA DIXON
DENNIS ABRAMS
LOWENTHAL AND ABRAMS PC
555 CITY LINE AVE SUITE 500
BALA CYNWYD, PA 19004

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
POWERCO INC
7247 PENN DR
ALLENTOWN, PA 18106

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PP AND L
2 NORTH 9TH ST CPC GENNI
ALLENTOWN, PA 18101

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PP AND L
TWO NORTH NINTH ST LEHIGH
ALLENTOWN, PA 18101-1179

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PPG ARCHITECTURAL COATINGS
MATT TESSARO
400 BERTHA LAMME DR
CRANBERRY TOWNSHIP, PA 16066-5229

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PRAXAIR DISTRIBUTION INC
P O BOX 382000
PITTSBURGH, PA 15250-8000

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PRECEPT MEDICAL PRODUCTS
DEBBIE HYATT
370 AIRPORT RD
ARDEN, NC 28704-9202

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PRED MATERIALS
ALEXIS BEHNKE
60 E 42ND ST STE 1456
NEW YORK, NY 10165

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

PRIDE OF INDIA
AKSHAT JAIN
329 SUMMIT AVE STE 7
BRIGHTON, MA 02135-7532

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PRIMARY COLORS
D PATTERSON
9 MILLENNIUM DR
NO GRAFTON, MA 01536-1862

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PRIORITY 1 INC
SARAH K MORRIS
PO BOX 398
N LITTLE ROCK, AR 72115-0398

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PRIVATE LABEL FOODS
JAMES COLLINS
1686 LYELL AVE
ROCHESTER, NY 14606-2312

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PRODRIVERS
PO BOX 102409
ATLANTA, GA 30368-2409

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PROFORMANCE FOODS
EMILIE DOMER
42 WEST ST #316
BROOKLYN, NY 11222-3110

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PROTRANS INTERNATIONAL INC
BOBBI MARTIN
8311 NO PERIMETER RD
INDIANAPOLIS, IN 46241-3628

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PSE AND G
BANKRUPTCY DEPT
VILNA W GASTON
PO BOX 490
CRANFORD, NJ 07016

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PUBLIC SVC ELECTRIC AND GAS CO
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PUBLIC SVC ELECTRIC AND GAS CO
80 PARK PL
NEWARK, NJ 07102

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
PUERTO RICO BIOMEDICAL CORP
GERMAN PADRO
PO BOX 4755
CAROLINA, PR 00984-4755

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
QUAD LOGISTICS
EDDIE KARNES
655 ENGINEERING DR STE 310
NORCROSS, GA 30092

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
QUALITY AUTO GLASS INC
SUSAN M LESTER
2300 SOUTH CLINTON AVE
SOUTH PLAINFIELD, NJ 07080

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
QUICK FUEL
NICHOLLE A JOHNSON
2360 LINDBERGH ST
AUBURN, CA 95602

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
QUICK TRANSFER INC
RIVKY SCHWARTZ
331 RUTLEDGE ST
BROOKLYN, NY 11211-7547

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
R2 LOGISTICS INC
CLAIMS DEPT
10739 DEERWOOD PK BLVD STE 103
JACKSONVILLE, FL 32256

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RADIANT POOLS
MARILYN SIRCO
440 N PEARL ST
ALBANY, NY 12207-1320

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RADICI PLASTICS USA
RANDY STEELE
960 SEVILLE RD
WADSWORTH, OH 44281-8316

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RAND MCNALLY
PO BOX 674311
DALLAS, TX 75267-4311

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RANDALL REILLY LLC
PAUL DICKEY
PO BOX 2029
TUSCALOOSA, AL 35403

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RANDALL REILLY LLC
3200 RICE MINE RD
TUSCALOOSA, AL 35406

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RANDSTAD US LP
P O BOX 7247-6655
PHILADELPHIA, PA 19170-6655

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RANDY MERRIT V NEMF ET AL
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
TWO LIBERTY PL
50 S 16TH ST FL 28
PHILADELPHIA, PA 19102

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
RANDY MERRIT V NEMF ET AL
SWARTZ CAMBELL LLC
KEVIN CANAVAN
ONE LIBERTY PL FL 38
1650 MARKET ST
PHILADELPHIA, PA 19103

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RAYMOND OF NEW JERSEY LLC
1000 BRIGHTON ST
UNION, NJ 07205

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RED HAWK FIRE AND SECURITY LLC
PO BOX 970071
BOSTON, MA 02297-0071

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
REDCO FOODS INC
TECH LOGISTICS
300 ELM ST UNIT 1
MILFORD, NH 03055-4715

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

REDSTONE LOGISTICS LLC
ERIC FRIEDLANDER
8500 W 110TH ST
STE 300
OVERLAND PARK, KS 66210

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
REGIONAL INTERNATIONAL CORP
1007 LEHIGH STATION RD
HENRIETTA, NY 14467

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
REGIONAL WATER AUTHORITY
AKA SOUTH CENTRAL CT REGIONAL WATER AUTHORITY
90 SARGENT DR
NEW HAVEN, CT 06511

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
REI 0057
ISAAC SWANSON
375 COCHITUATE RD
FRAMINGHAM, MA 01701

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
REI 166
GREG HOWELL
350 INDEPENDENCE BLVD
VIRGINIA BEACH, VA 23462-2802

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RELIABLE MATERIAL HANDLING INSTALLATIONS LLC
JESUS RAMIREZ
HANDLING INSTALLATION LLC
286 LESWING DR
BRICK, NJ 08723

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RELX INC DBA LEXISNEXIS
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
REPUBLIC TOBACCO
MARTIN TRUJILLO
2301 RAVINE WAY
GLENVIEW, IL 60025-7627

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RG AND E
PO BOX 847813
BOSTON, MA 02284-7813

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RG AND E
89 EAST AVE
ROCHESTER, NY 14649-0001

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RI- CITY OF PAWTUCKET
TREASURY DEPARTMENT
DIANE E WYMAN
137 ROOSEVELT AVE
PAWTUCKET, RI 02860

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RI- DIVISION OF TAXATION
CRYSTAL COTE
ONE CAPITOL HILL
PROVIDENCE, RI 02908

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RICHARDSON BRANDS COMPANY
TRACEY BURTON
101 ERIE BLVD
CANAJOHARIE, NY 13317-1148

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RICHMOND TOWING INC
9932 JEFFERSON DAVIS HWY
RICHMOND, VA 23237

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RICOH USA INC
TRANSPORTATION INSIGHT
310 MAIN AVE WAY SE
HICKORY, NC 28602-3513

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RIDOT
P O BOX 576
JAMESTOWN, RI 02835

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RITE AID CORP
LOCK BOX 4252
PO BOX 8500
PHILADELPHIA, PA 19178-4252

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RIVIANA FOODS
T C S
LEANN MURPHY
PO BOX 18
DILLSBURG, PA 17019-0018

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
ROADNET TECHNOLOGIES INC
PO BOX 840720
DALLAS, TX 75284-0720

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ROADRUNNER ENTERPRISES LLC
21 E 6TH ST APT 1B
CLIFTON, NJ 07011

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ROARING SPRING BLANK BOOK
SUSAN KOLINCHAK
PO BOX 35
ROARING SPRING, PA 16673-0035

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ROBERTS AND SON INC
20 JEWELL ST
GARFIELD, NJ 07026

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ROBERTS LOGISTICS
MICHELLE BRICKER
5501 RT 89
NORTH EAST, PA 16428-5054

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ROCHESTER FIRE EQUIPMENT INC
64 MARSHALL ST
ROCHESTER, NY 14607

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ROCHESTER TRUCK REPAIR
549 U S HIGHWAY 1 BYPASS
PORTSMOUTH, NH 03801-4131

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ROCKWELL EQUIPMENT AND SUPPLY
DINO PICCILINO
216 4TH ST
WILMERDING, PA 15148-1004

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ROCKWELL EQUIPMENT AND SUPPLY
DINO PICCILINO
PO BOX 114
N VERSAILLES, PA 15137

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ROCKY MOUNTAIN DATA SVC
PO BOX 5746
DENVER, CO 80217

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ROHLIG USA
1601 ESTES AVE
ELK GROVE VILLAGE, IL 60007-5409

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
ROSENBACH CONTEMPORARY
PROMPT LOGISTICS-AVI
212 SECOND ST 205A
LAKEWOOD, NJ 08701-3683

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RUBBERMAID COMMERCIAL PROD
SHERRY SINGHAS
3124 VALLEY AVE
WINCHESTER, VA 22601-2636

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RUSH TRUCK CENTERS OF OHIOINC
PO BOX 34630
SAN ANTONIO, TX 78265

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RYDER SHARED SVC CENTER
6000 WINDWARD PKWY
ALPHARETTA, GA 30005

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RYDER TRANSPORTATION INC
PO BOX 96723
CHICAGO, IL 60693-6723

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RYDER TRUCK RENTAL
PO BOX 96723
CHICAGO, IL 60693-6723

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
RYNEL INC
11 TWIN RIVERS DR
WISCASSET, ME 04578-4973

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
S AND F RADIATOR SVC INC
1022 TONNELLE AVE
NORTH BERGEN, NJ 07047

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
S AND W SVCS INC
EASTERN PETROLEUM EQUIPMENT
6057 CORPORATE DR
EAST SYRACUSE, NY 13057

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

SABERT CORP
CARGO CLAIMS
PO BOX 827615
PHILADELPHIA, PA 19182-7615

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SAFELITE GLASS CORP
PO BOX 633197
CINCINNATI, OH 45263-3197

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SAFETY KLEEN CLEAN HARBORS
KRISTINE T ANDERSON
600 LONGWATER DR
PO BOX 9149
NORWELL, MA 02061

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SAFEWAY INC
TRUCKING CORP
PO BOX 21006
NEW YORK, NY 10087-1006

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SAIA INC
P O BOX 730532
DALLAS, TX 75373

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SAIA MOTOR FREIGHT LINE LLC
CLAIMS DEPARTMENT
PO BOX A STATION 1
HOUMA, LA 70363

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SAINT CHARLES TRADING INC
RUBI HERNANDEZ
1400 MADELINE LA
ELGIN, IL 60123

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SAINT GOBAIN ABRASIVES
INTUNE LOGISTICS CLAIMS DEPT
208 ADLEY WAY
GREENVILLE, SC 29607-6511

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SAINT JOSEPHS MEDICAL CENTER
DEPT OF RADIOLOGY
127 SOUTH BROADWAY
YONKERS, NY 10701

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SAM SON DISRTIBUTION CENTER INC
PO BOX 248
BUFFALO, NY 14215-0248

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SAM SON DISRTIBUTION CENTER INC
BETH CURTIS
203 EGGERT RD
CHEEKTOWAGA, NY 14215

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SAMANTHA ROUGEUX PRESIDENT CO THE RTA STORE
SAMANTHA ROUGEUX PRESIDENT
THE RTA STORE
2345 ROUTE 52 STE 1A
HOPEWELL JUNCTION, NY 12533

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SANEL AUTO PARTS INC
129 MANCHESTER ST
CONCORD, NH 03301

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SANJAY PALLETS INC
424 COSTER ST
BRONX, NY 10474

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SAROS ELECTRICAL CONTRACTORS
10 MARKET ST
KENILWORTH, NJ 07033-1722

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
SCHLOTTERBECK AND FOSS
JUSTIN CLOUATRE
3 LEDGEVIEW DR
WESTBROOK, ME 04092-3939

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SCHNADER HARRISON SEGAL AND LEWIS LLP
DANIEL M PEREIRA
1600 MARKET ST
SUITE 3600
PHILADELPHIA, PA 19103

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SCHOENBERG SALT COINC
AND SUBSIDIARY A AND S SALT CO
P O BOX 128
OCEANSIDE, NY 11572

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SCHOOLKIDZ COM LLC
ADRIANE M RUIZ
900 S FRONTAGE RD STE 200
WOODRIDGE, IL 60517

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SECURITAS SECURITY SVCS USA INC
JAIME BERGARA BUSINESS SVC MANAGER 00220
4330 PARK TER DR
WESTLAKE VILLAGE, CA 91361

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SECURITY LOCK DISTRIBUTORS
WORLDWIDE EXPRESS
2323 VICTORY AVE STE 16
DALLAS, TX 75219-7657

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SENTRY SECURITY SVC INC
PO BOX 60089
CHARLOTTE, NC 28260-0089

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SERV-US
PO BOX 325
HACKETTSTOWN, NJ 07840

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SG REED TRUCK SVC INC
287 WASHINGTON ST
PO BOX 989
CLAREMONT, NH 03743-0989

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SHANOR ELECTRIC SPLY
NAOMI GARCIA
1276 MILITARY RD
KENMORE, NY 14217-1512

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SHARP ELECTRONICS CORP
DEPT CH 14404
PALATINE, IL 60055-4404

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SHAWS SUPERMARKETS INC
SAFEWAY
PO BOX 742918
LOS ANGELES, CA 90074-2918

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SHEARER EQUIPMENT
JOHN DEERE DEALER
7762 CLEVELAND RD
WOOSTER, OH 44691-7700

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SHERWIN-WILLIAMS CO
SAMUEL SHUBAK
101 WEST PROSPECT AVE
720 GUILDHALL
CLEVELAND, OH 44115

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SHIPPERS SUPPLIES
MICHAEL CREIGHTON
1202 MILL RD
BELLVILLE, OH 44813

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SIEMON CO
LYNNCO SCS
2448 E 81ST ST STE 2600
TULSA, OK 74137-4250

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SIMPLY UNIQUE SNACKS
STEVE HOFFORD
4420 HAIGHT AVE
CINCINNATI, OH 45223

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SKH FOOD DISTRIBUTORS
WAYNE GOODMAN
813 LITITZ PIKE
LITITZ, PA 17543-8629

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SLA SALES
149 JOE COLE LN
WINTHROP, ME 04364

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SMARTDRIVE SYSTEMS INC
PO BOX 80452
CITY OF INDUSTRY, CA 91716-8452

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SMC
PO BOX 2040
PEACHTREE CITY, GA 30269

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SNYDER TIRE CO
103 E PENN ST
LEHIGHTON, PA 18235

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SOCIAL SECURITY ADMINISTRATION
20 SOUTH BROADWAY
STE 1000
YONKERS, NY 10701

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SOE
STONE'S OFFICE EQUIPMENT
5604 W BROAD ST
RICHMOND, VA 23230

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SOLIMENE AND SECONDO LLP
BETHANY FREEMAN
1501 EAST MAIN ST STE 204
MERIDEN, CT 06450

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SOS GASES INC
KENNETH MORGAN
1100 HARRISON AVE
KEARNY, NJ 07032

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SOUTHERN CONNECTICUT GAS CO
MARCIA FANTANO
100 MARSH HILL RD
ORANGE, CT 06477

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SOUTHERN STATES
S GHOLSON
PO BOX 26234
RICHMOND, VA 23260

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SOWLE AUTO BODY INC
3956 STATE HWY 30A
FULTONVILLE, NY 12072

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
SPAN ALASKA TRANSPORTATIONLLC
3815 W VLY HWY N
AUBURN, WA 98001

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SPARROW ENTERPRISES
KATHLEEN BROWN
98R CONDOR STREET
EAST BOSTON, MA 02128-1306

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SPECTROTEL
PO BOX 1949
NEWARK, NJ 07101-1949

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SPECTRUM TRANS
WAYNE YEE
361 SOUTH MAIN ST
FALL RIVER, MA 02721

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SPINNING WHEELS EXPRESS
CHERYL JOHNSON
152 LYNNWAY STE 2D
LYNN, MA 01902

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

SPRINT CORP
BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK, KS 66207-0949

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SPRINT CORP
BANKRUPTCY DEPT
AARON J BOOTON
333 INVERNESS DR S
ENGLEWOOD, CO 80112

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
STAFAST BUILDING PRODUCTS
DEBRA HAYES
7095 AMERICANA PKWY
REYNOLDSBURG, OH 43068-4118

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
STATE FARM MUTUAL AS SUB OF O
INTERNATIONAL EXTERMINATING
SUBRO SERV
PO BOX 106172
ATLANTA, GA 30348-6172

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
STENGEL BROTHERS INC
1105 SUMNER AVE
WHITEHALL, PA 18052

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
STEPHEN PEROUTKA 1114
8028 RITCHIE HWY S-300
PASADENA, MD 21122

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
STERLING INFO SYSTEMSINC
P O BOX 35626
NEWARK, NJ 07193-5626

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

STERLING TALENT SOLUTIONS
ROCCO DIPAOLO
ONE STATE STREET PLAZA 24TH FLOOR
NEW YORK, NY 10004

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
STIEBEL ELTRON INC
JONATHAN WALSH
17 WEST ST
WEST HATFIELD, MA 01088-9516

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
STRAIGHT FORWARD CHB
JOEL FLEISCHMAN
126 NOSTRAND AVE
BROOKLYN, NY 11205

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
STRATEGIC COMMERCE
PO BOX 617877
CHICAGO, IL 60661

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

STRAUSS FACTOR LAING AND LYONS
ONE DAVOL SQUARE
STE 305 FILE 85161
PROVIDENCE, RI 02903

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
STUMAR INVESTIGATIONS
AKA GERMAN GALLAGHER MURTAGH
1544 DEKALB ST
NORRISTOWN, PA 19401

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SUBURBAN AUTO SEAT CO
35 INDUSTRIAL RD
LODI, NJ 07644

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SULLIVAN DESIGN INC
AKA SPORT CLIPS
SCOTT SULLIVAN
6215 HEISLEY RD UNIT B
MENTOR, OH 44060-1877

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SULLIVAN TIRE CO
P O BOX 370
ROCKLAND, MA 02370

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SUNDIA CORP
ANNE THYS
25 ORINDA WAY STE 300A
ORINDA, CA 94563-4403

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
SUNTECK TRANSPORT GROUP
JULIE LAWSON
4500 SALISBURY RD STE 305
JACKSONVILLE, FL 32216-0959

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SUNTEK TRANSPORT
11000 FRISCO ST
STE 100
FRISCO, TX 75034

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
SUPERGLASS WINDSHIELD REPAIR
PO BOX 1536
LINDEN, NJ 07036

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SUPERVALU C O TRANSAVER LLC
DANA MCALLISTER
108 WASHINGTON ST
MANLIUS, NY 13104

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SUREWAY PRINTING AND GRAPHICS
338 WALL ST
PRINCETON, NJ 08540

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
ONE LIBERTY PLACE
1650 MARKET STREET FLOOR 38
PHILADELPHIA, PA 19103

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
ONE LIBERTY PLACE
1650 MARKET STREET
PHILADELPHIA, PA 19103

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11 Case No.: 19-12809 (JKS) (Jointly Administered) **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)** **Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SYNCB AMAZON
P O BOX 530958
ATLANTA, GA 30353-0958

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11 Case No.: 19-12809 (JKS) (Jointly Administered) **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)** **Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SYN-TECH SYSTEMS INC
SABRINA GALLO
PO BOX 5258
TALLAHASSEE, FL 32314

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SYNTER RESOURCE GROUP LLC
PO BOX 62016
NORTH CHARLESTON, SC 29419

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
SYNTHASYS LLC
8126 LAKEWOOD MAIN ST
STE 202
LAKEWOOD RANCH, FL 34202

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
T AND R TOWING AND SVC
691 ADDISON RD
PAINTED POST, NY 14870

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

TAPCO
CLAYTON WHEATLEY
29797 BECK RD
WIXOM, MI 48393-2834

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TAPCO COMPANIES
JANET KERR
PO BOX 457
SHARON CENTER, OH 44274

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TAYLOR NORTHEAST
JEFFREY FRIED
4200 CASTEEL DR
CORAOPOLIS, PA 15108

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TDS
CAROLINE KRIER
550 VILLAGE CNTR DR
SAINT PAUL, MN 55127-3022

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
TEDS TOWING SVC INC
4920 HAZELWOOD AVE
BALTIMORE, MD 21206

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

TELESCOPE CASUAL FURNITURE
TECH LOGISTICS
JENNIFER A BORTNOWSKY
300 ELM ST UNIT 1
MILFORD, NH 03055-4715

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TENNESSEE CHILD SUPPORT
RECEIPTING UNIT
PO BOX 305200
NASHVILLE, TN 37229

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TFH PUBLICATIONS
DANIELLE PIMIENTA
85 W SYLVANIA AVE
NEPTUNE CITY, NJ 07753-6775

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE WASSERSTROM CO
TAMARA SECKEL
PO BOX 182056
COLUMBUS, OH 43218-2056

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE AUTO BARN INC
2930 JAMES ST
BALTIMORE, MD 21230

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE CITY OF NEW YORK
CITY OF NEW YORK COMPTROLLER
100 CHURCH ST
NEW YORK, NY 10007

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE CITY OF NEW YORK
LINEBARGER GOGGAN ET AL
CRISTINA GONZALEZ
61 BROADWAY STE 2600
NEW YORK, NY 10006

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

THE CITY OF NEW YORK FIRE DEPT
REVENUE MNG
9 METROTECH CTR
ROOM #5E 5
BROOKLYN, NY 11201-3857

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE FSL GROUP INC
PO BOX 405
STOCKBRIDGE, GA 30281

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE FSL GROUP INC
DONNA E HENSON
PO BOX 405
STOCKBRIDGE, GA 30281-0405

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE HOME DEPOT
90 MONROE TURNPIKE
TRUMBULL, CT 06611-1341

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE HOSPITAL OF CENTRAL CT
100 GRAND ST
NEW BRITIAN, CT 06050

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE MIRIAM HOSPITAL
PO BOX 1202
PROVIDENCE, RI 02901-1202

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE PHILLIPS GROUP
PO BOX 61020
HARRISBURG, PA 17106-1020

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE PORT AUTHORITY OF NY AND NJ
VIOLATIONS PROCESSING CENTER
PO BOX 15186
ALBANY, NY 12212-5186

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE PUBLIC UTILITIES
COMMISSION OF OHIO
180 E BROAD ST - FOURTH FL
COLUMBUS, OH 43215

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE SHERWIN WILLIAMS CO
1255 E 2ND ST
JAMESTOWN, NY 14701-1910

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
THE SHERWIN WILLIAMS CO
ERIC PETERS
910 SHERATON DR STE 400
MARS, PA 16046

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THE SVC TEAM INC DBA
COUNTRY JUNCTION
6565 INTERCHANGE RD
LEHIGHTON, PA 18235

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THERMO KING-CENTRAL CAROLINAS
P O BOX 538509
ATLANTA, GA 30353-8509

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
THOMAS JEFFERSON UNIV HOSPITAL
IMAGE LIBRARY
132 S 10TH ST 780CA
PHILADELPHIA, PA 19107

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

TIFFIN METAL PRODUCTS
JEFFREY SNAVELY
450 WALL ST
TIFFIN, OH 44883-1366

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TIME WARNER CABLE OF NYC
PO BOX 223085
PITTSBURGH, PA 15251-2085

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TIPSY ELVES LLC
J BARRETT MARUM
SHEPPARD MULLIN RICHTER AND HAMPTON LLP
379 LYTTON AVE
PALO ALTO, CA 94301

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TOLEDO SPRING
5015 ENTERPRISE BLVD
TOLEDO, OH 43612

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TOM FORD
TOM'S FORD
200 HWY 35
KEYPORT, NJ 07735-1422

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

TOOLS FOR INDUSTRY
FERNANDO ORTIZ
PO BOX 378
LAKE GROVE, NY 11755-0378

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TOP NOTCH LOGISTICS
STEVE VARSHINE
2834 N HERITAGE ST
BUCKEYE, AZ 85326

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TOPAZ LIGHTING CO
MILDRE BOEHNING
925 WAVERLY AVE
HOLTSVILLE, NY 11742-1109

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TOP-LINE PROCESS
ANDREW MUNCH
21 HUNT RD
LEWIS RUN, PA 16738-9715

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TOTAL QUALITY LOGISTICS
NIKI PHILPOT
PO BOX 799
MILFORD, OH 45150-0799

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TOTE MARITIME
RICK A STEINBERG ESQ
PRICE MEESE SHULMAN AND DARMINIO PC
50 TICE BLVD SUITE 380
WOODCLIFF LAKE, NJ 07677-7681

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TOWER PAPER CO
1216 BRUNSWICK AVE
FAR ROCKAWAY, NY 11691

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

TRAFFIC TECH INC
MIKE BOIVIN
16711 TRANS CANADA HWY
KIRKLAND, QC H9H 3L1
CANADA

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TRANSFLO EXPRESS LLC
BOX 88322
MILWAUKEE, WI 53288-0322

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

TRANSFORCE
ACCOUNTS RECEIVABLE
5520 CHEROKEE AVE STE 200
ALEXANDRIA, VA 22312

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

TRANSLOGISTICS INC
PETER J RIO III
321 N FURNACE ST STE 300
BIRDSBORO, PA 19508-2057

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TRANSPORT PLAYERS ALLIANCE TPA
JACK CHAMBERS
45 SHREWSBURY DR
LIVINGSTON,, NJ 07039

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TRANZACT TECHNOLOGIES INC
3020 COMMISSION
360 WEST BUTTERFIELD RD
ELMHURST, IL 60126

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TRAVELCENTERS OF AMERICA LLC
P O BOX 641906
CINCINNATI, OH 45264

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TREASURER CHESTERFIELD COUNTY
DEPT OF UTILITIES
PO BOX 26725
RICHMOND, VA 23261-6725

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TREASURER STATE OF MAINE
PROF AND FIN REGULATION-BOILER
35 STATE HOUSE STATION
AUGUSTA, ME 04333-0035

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TREK BICYCLE
TERESA DE BLARE
425 RESORT DR
JOHNSON CREEK, WI 53038

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TRESSLER LLP
MATTHEW DEVEREUX
233 S WACKER DR
FL 22
CHICAGO, IL 60606-6399

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TRI STATE TIRE INC
EDWARD A NACLERIO
136 DUDLEY AVE
WALLINGFORD, CT 06492

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TRIANGLE TUBE
PHIL HORNBERGER
1240 FOREST PKWY
STE 100
WEST DEPTFORD, NJ 08066

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TRIMBLE TRANSPORTATION
ENTERPRISE SOLUTIONS INC
PO BOX 203455
DALLAS, TX 75320-3455

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TRINITAS HOSPITAL OCCUPATIONAL
MEDICINE -LOCKBOX #7541
PO BOX 8500
PHILADELPHIA, PA 19178

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TRINITY GLASS INTERNATIONAL
SAMANTHA ZAYAN
33615 1ST WAY SOUTH
FEDERAL WAY, WA 98003-4558

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TRISTATE LOADMASTER INC
PO BOX 245
DOWNINGTOWN, PA 19335

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TRUCKPRO INC
29787 NETWORK PL
CHICAGO, IL 60673-1284

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TURKISH AIRLINES
JFK AIRPORT
JAMAICA, NY 11430

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
TWIN DATA CORP
RUSSELL G TODARO
623 EAGLE ROCK AVE UNIT 145
WEST ORANGE, NJ 07052

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
U P SPECIAL DELIVERY INC
PO BOX 78914
MILWAUKEE, WI 53278-8914

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
UCB LOGISTICS INC
19401 S MAIN ST #102
GARDENA, CA 90248

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
UGI UTILITIES
MELANIE M ANDERSON
PO BOX 13009
READING, PA 19612

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

UNIFIED POWER
WORLDWIDE EXPRESS
2323 VICTORY AVE
DALLAS, TX 75219-7657

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
UNIFIRST CORP
PO BOX 650481
DALLAS, TX 75265

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
UNIFIRST FIRST AID
3499 RIDER TRL S
EARTH CITY, MO 63045-1110

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
UNION HOSPITAL CECIL COUNTY
106 BOW ST
ELKTON,, MD 21921

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
UNIQUE EXPEDITERS INC
147-48 182ND ST
SPRINGFIELD GARDENS, NY 11413

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
UNITIL
CREDIT DEPT
CHRISTINA VELEZ-ROY
5 MCGUIRE ST
CONCORD, NH 03301

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

UNYSON LOGISTICS
J SCHWARBER/SAMANTHA DEEN
1801 PK 270 DR STE 500
SAINT LOUIS, MO 63141

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
UPS
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
UPS CARGO CLAIMS ACCOUNTING
ACCOUNTING
700 KEYSTONE INDUSTRIAL
DUNMORE, PA 18512

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
UPSCIA CARGO CLAIMS SUBROGATE
CLAIMS DEPT
PO BOX 100458
FORT WORTH, TX 76185-0458

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

US DEPT OF EDUCATION
PO BOX 790356
ST LOUIS, MO 63179-0356

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
US SECURITY ASSOCIATES INC
PO BOX 931703
ATLANTA, GA 31193-0647

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VALLEY REPORTING SVCS
KIMBERLY LOCKROW
115 GREEN ST
KINGSTON, NY 12401

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VALLEY TIRE INC
4401 STOUTFIELD S DR
INDIANAPOLIS, IN 46241

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VAN EERDEN TRUCKING CO
10299 SOUTHKENT DR SW
BYRON CENTER, MI 49315

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VANGUARD
C T S
1915 VAUGHN RD
KENNESAW, GA 30144

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VECONINTER USA LLC
7205 NW 19TH ST
STE 303
MIAMI, FL 33126

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VERITIV/XPEDX
TINA BONDS
2201 REEVES RD
PLAINFIELD, IN 46168-5683

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VERIZON
PO BOX 4833
TRENTON, NJ 08650-4833

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VERIZON WIRELESS
PO BOX 408
NEWARK, NJ 07101-0408

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VERMONT GAS SYSTEMS INC
PAYMENT PROCESSING CENTER
PO BOX 22082
ALBANY, NY 12201-2082

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VERMONT GAS SYSTEMS INC
85 SWIFT ST
SOUTH BURLINGTON, VT 05403

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VERTEX CHINA
QTHOMPSON
1793 WEST 2ND ST
POMONA, CA 91766-1253

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VIANT-SAN ANTONIO
R2 LOGISTICS INC
10739 DEERWOOD PK BLVD
SAN ANTONIO, TX 78239

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VILLAGE OF GLENDALE HEIGHTS
300 CIVIC CTR PLZ
GLENDALE HEIGHTS, IL 60139

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VIRGINIA TODD
6411 LAKEWAY
OREGON, OH 43616-4445

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
VISTA UNDERWRITING PARTNERS
1400 N PROVIDENCE RD
BUILDING 2 STE 4050
MEDIA, PA 19063

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
W N A COMET EAST INC
IGOR SHEVCHENKO
6 STUART RD
CHELMSFORD, MA 01824-4108

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WAC LIGHTING
NINA CHOU
44 HARBOR PK DR
PORT WASHINGTON, NY 11050-4652

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WALDEMAR ADAMCZYK
2505 SALMON ST
PHILADELPHIA, PA 19125

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WALMART STORES
ARLENE BEARD
6004 WALTON WAY
MOUNT CRAWFORD, VA 22841

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WAREHOUSE SVC NO 4 LLC
PO BOX 608
MT VERNON, IN 47620

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WARREN TIRE INC
DENNIS BALDWIN
420 BROADWAY
PAWTUCKET, RI 02860

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WATSON INC
OTILIO PEREZ COLON
301 HEFFERNAN DR
WEST HAVEN, CT 06516-4151

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WAYFAIR
ASHLEY SHI CODY CONNELLY
4 COPLEY PL FLR 7
BOSTON, MA 02116-6504

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WAYFAIR LLC
CASNER AND EDWARDS LLP
DAVID KOHA
303 CONGRESS ST
BOSTON, MA 02210

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WAYFAIR LLC
ROB LANGEVIN
4 COPLEY PLACE FLOOR 7
BOSTON, MA 02116

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WEISS-ROHLIG USA LLC
LAUREN COGLIOZ
1601 ESTES AVE
ELK GROVE VILLAGE, IL 60007-5409

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WELCH'S NORTH EAST P
MODE TRANSPORTATION
1435 54TH ST #A
COLUMBUS, GA 31904

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WHITED FORD TRUCK CENTER INC
207 PERRY RD
BANGOR, ME 04401

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WICHELIN NORTH AMERICA
CLAIMS DEPT
PO BOX 100860
ATLANTA, GA 30384-0860

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WIESE USA INC
P O BOX 60106
ST LOUIS, MO 63160

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WILLIAM R GOLDMAN
145 W 58TH ST APT 8A
NEW YORK, NY 10019-1529

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
WILSON PARTITIONS
WORLDWIDE EXPRESS
2323 VICTORY AVE STE 16
DALLAS, TX 75219-7657

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] Debtors. | Chapter 11<br>Case No.: 19-12809 (JKS)<br>(Jointly Administered)<br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |
|---|---|

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WINDSTREAM
1450 N CTR PT RD
HIAWATHA, IA 52233

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WINDWARD TRADING CO
VIRGINIA DAHER
12570 ALLENDALE CIR
FORT MYERS, FL 33912-4678

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WINGS WORLDWIDE
STEPHANIE ISRAEL
210 SUMMIT AVE #A1
MONTVALE, NJ 07645-1579

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WOOD COUNTY IMPLEMENT
JOHN DEERE DEALER
13051 KRAMER RD
BOWLING GREEN, OH 43402

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WOOD PRO INC
MICHAEL BENVENUTI
P O BOX 363
AUBURN, MA 01501-0363

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

# NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WOODS SVC CENTERS INC
418 WASHINGTON AVE
VINTON, VA 24179

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WORLDWIDE EXPRESS
19015 PERRY HWY
MARS, PA 16046-9401

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WURTH USA INC
PO BOX 415889
BOSTON, MA 02241-5889

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
WW GRAINGER INC
CHAR WALTERS
401 S WRIGHT RD W4E C37
JANESVILLE, WI 60714

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
XPO FKA CONWAY FREIGHT
RMS
WENDY MESNOR
PO BOX 19253
MINNEAPOLIS, MN 55419

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
XPO LOGISTICS
TIMOTHY MCDOW
9140 ARROWPOINT BLVD
CHARLOTTE, NC 28272

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
XRS CORP
PO BOX 847170
DALLAS, TX 75284-7170

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
YANDOW SALES AND SVC
PO BOX 119
NORTH FERRISBURG, VT 05473-0119

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
YARD TRUCK SPECIALISTS
JEFFREY FRIED
4200 CASTEEL DR
CORAOPOLIS, PA 15108

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
YELLOW DOG REPORTS
HEATH C HULL
PO BOX 879
ROYSE CITY, TX 75189

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

# EXHIBIT 2

018763P001-1413A-248
19 PETROLEUM DISTRIBUTION INC
79 RT 520
ENGLISHTOWN NJ 07726

008996P001-1413A-248
42GEARS MOBILITY SYSTEMS INC
48521 WARM SPRING BVD
STE 303
FREMONT CA 94539

018767P002-1413A-248
A AND D MAINTENANCE LEASING AND
REPAIRS INC
MICHAEL FLIEGER
118 WYANDANCH AVE
WYANDANCH NY 11798

009027P001-1413A-248
A AND R TRANSPORTATION CORP
P O BOX 12346
ST THOMAS VI 00801

018770P001-1413A-248
A1 VENDING INC
PO BOX 338
BOILING SPRINGS PA 17007

009049P001-1413A-248
AAA KAM SVC INC
125 20 150TH AVE
SOUTH OZONE PARK NY 11420

009047P001-1413A-248
AAF FLANDERS
ARGUS
P O BOX 4750
TROY MI 48099

009067P001-1413A-248
AB-CON TERMITE SPECIALISTS
2927 HADDONFIELD RD
PENNSAUKEN NJ 08110

009061P001-1413A-248
ABBOTT NUTRITION
MARTY FEBUS
2900 EASTON SQUARE PL
COLUMBUS OH 43229-9413

018782P001-1413A-248
ACCO BRANDS INC
FOUR CORPORATE DR
LAKE ZURICH IL 60047-8929

009111P001-1413A-248
ACSI
P O BOX 17423
NASHVILLE TN 37217

018788P001-1413A-248
ADHESIVE APPLICATIONS
PASQUALE RETTURA
45 FERRY ST
EASTHAMPTON MA 01027-1203

009142P001-1413A-248
ADMINISTRACION PARA EL SUSTENO
DE MENORES
PO BOX 71442
SAN JUAN PR 00936

009143P001-1413A-248
ADMIRAL FIRE AND SAFETY INC
9 HAIGIS PKWY
SCARBOROUGH ME 04074

009145P001-1413A-248
ADP INC
PO BOX 842875
BOSTON MA 02284-2854

009164P001-1413A-248
ADVANCED WHEEL SALES
NICOLE CHASE
400 W WILSON BRIDGE RD STE 300
WORTHINGTON OH 43085-2259

018789P001-1413A-248
ADVANTAGE RESTORATION
MARK VILLANO
17 CENTRAL AVE
MILFORD CT 06460

009170P001-1413A-248
AEE SOLAR
CHRIS SMITH
775 FIERO LN STE 200
SAN LUIS OBISPO CA 93401-7904

009171P001-1413A-248
AEP
PAYMENT PROCESSING
PO BOX 371496
PITTSBURGH PA 15250-7496

018790P001-1413A-248
AEROTEK COMMERCIAL STAFFING
PO BOX 198531
ATLANTA GA 30384-8531

018793P001-1413A-248
AG PRO COMPANIES
JOHN DEERE DEALER
1200 DELMONT RD
LANCASTER OH 43130-9550

009219P003-1413A-248
AIR GROUND XPRESS INC
KYLE J SAWCHAK
55 MATCHETTE RD
CLINTON PA 15026

009236P001-1413A-248
AIRSTREAM INC
CHRISTINA RICHARD
420 W PIKE ST
JACKSON CENTER OH 45334-9727

009238P001-1413A-248
AIT WORLDWIDE
ACCOUNT PAY
701 N ROHLWING RD
ITASCA IL 60107

009240P001-1413A-248
AJ LOGISTICS
ROSE CROCILLA
2744 HYLAN BLVD PMB #524
STATEN ISLAND NY 10306

009016P002-1413A-248
AJ OSTER CO
JOANN ORICHIO
150 LACKAWANNA AVE
PARSIPPANY NJ 07054-1057

009247P001-1413A-248
AKERMAN LLP
POST OFFICE BOX 4906
ORLANDO FL 32802

009248P001-1413A-248
AKERS INDUSTRIES
EDNA PERLMUSTER
115 SHAWMUT RD
CANTON MA 02021-1438

009386P001-1413A-248
AL'S GARAGE
52 E CATHRINE ST
BINGHAMPTON NY 13904

009255P001-1413A-248
ALADDIN BAKERS INC
EMILIA SCIECHOWSKA
240 25TH ST
BROOKLYN NY 11232-1338

009267P001-1413A-248
ALBERT RUSSO TRUSTEE
PO BOX 933
MEMPHIS TN 38101-0933

044438P001-1413A-248
ALBERTSONS COMPANIES
ASHLEY OLSON
20427 N 27TH AVE
MS 6018
PHOENIX AZ 85027

044513P002-1413A-248
ALKALOL C/O REDWOOD MULTIMODAL
WAYNE CREEL
1765 N ELSTON AVE SUITE 301
CHICAGO IL 60642

009300P001-1413A-248
ALL PHASE ELECTRICAL SUPP
ROGER ALBERT
1559 KING ST
ENFIELD CT 06082-5844

009317P001-1413A-248
ALLIANCE DESIGN INC
434 UNION BLVD
TOTOWA NJ 07512

009326P002-1413A-248
ALLIED EQUIPMENT SVC CORP
JOSEPH A RABER
4420 SAM JONES EXPWY
INDIANAPOLIS IN 46241

009327P001-1413A-248
ALLIED INTL CORP
HEATHER ADKINS
101 DOVER RD NE
GLEN BURNIE MD 21060-6560

009328P001-1413A-248
ALLIED OLD ENGLISH
DIPTI PATEL
100 MARKLEY ST
PORT READING NJ 07064-1821

009378P002-1413A-248
ALPHA SURE TECHNOLOGIES LLC
DE SEC 05187 FIRE FAL0146
MARK W GARFINKEL
101 W 40TH ST
WILMINGTON DE 19802

021265P001-1413A-248
ALPHACARD
ACCOUNTS PAYABLE
PO BOX 231179
PORTLAND OR 97281

009383P002-1413A-248
ALPINE SPRINKLER INC
ALBERT V GENTES
77 ETHAN ALLEN DR
SO BIRLINGTON VT 05403

018805P001-1413A-248
AMARK LOGISTICS
28915 CLEMENS RD
#200
WESTLAKE OH 44145-1177

018810P001-1413A-248
AMERICAN ASPHALT PAVING CO
139 JOHNSON RD
GREENSBURG PA 15601

009439P001-1413A-248
AMERICAN BEVERAGE CORP
TRAFFIC CONTROL
PO BOX 18
DILLSBURG PA 17019-0018

009453P001-1413A-248
AMERICAN HOSE AND HYDRAULIC
700 21TH AVE
PATERSON NJ 07513

009455P002-1413A-248
AMERICAN HOTEL REGISTRY
JASON M EDGAR
100 S MILWAUKEE AVE
VERNON HILLS IL 60061

009475P001-1413A-248
AMERICAN STANDARD+
MELISIA ROBINS
2105 ELM HILL PIKE STE 105
NASHVILLE TN 37210-3977

009480P001-1413A-248
AMERICAN TRUCK
PO BOX 183
SCARSDALE NY 10583-0183

009487P001-1413A-248
AMERILIFT LLC
700 CEDAR AVE
MIDDLESEX NJ 08846

009488P001-1413A-248
AMERIMAX HOME PRODUCTS
OMNIMAX INTL
4455 RIVER GREEN PKWY
DULUTH GA 30096

018823P001-1413A-248
ANCHOR AUTO GLASS AND MIRROR
89 F HANCOCK ST
STONEHAM MO 02180

008884P001-1413A-248
APPALACHIAN POWER AEP
PO BOX 371496
PITTSBURGH PA 15250-7496

008884S001-1413A-248
APPALACHIAN POWER AEP
1068 US-60
MILTON WV 25541

009573P001-1413A-248
APPLIED POLYMER SVC
MICHAEL BARR
150 SCHMITT BLVD
FARMINGDALE NY 11735-1424

034599P002-1413A-248
APPLIED PRODUCTS INC
JOANN DIMINO
6035 BAKER RD
MINNETONKA MN 55345-5908

009598P001-1413A-248
ARCTIC COOLERS
520 FELLOWSHIP RD
STE E-501
MOUNT LAUREL NJ 08054

009602P001-1413A-248
ARETT SALES
REBECCA MORGAN
9285 COMMERCE HWY
PENNSAUKEN NJ 08110-1201

044709P000-1413A-248
ARGO PARTNERS/ ACTION STAFFING GROUP
TRANSFEROR: ACTION STAFFING GROUP
12 W 37TH ST 9TH FL
NEW YORK NY 10018

044720P000-1413A-248
ARGO PARTNERS/ ERTS EMERGENCY RESPONSE (HEPAC
TRANSFEROR: ERTS EMERGENCY RESPONSE (HEPACO)
12 W 37TH ST 9TH FL
NEW YORK NY 10018

044715P000-1413A-248
ARGO PARTNERS/ GOJO INDUSTRIES
TRANSFEROR: GOJO INDUSTRIES
12 W 37TH ST 9TH FL
NEW YORK NY 10018

044710P000-1413A-248
ARGO PARTNERS/ LOWE AND MOYER GARAGE INC
TRANSFEROR: LOWE AND MOYER GARAGE INC
12 W 37TH ST 9TH FL
NEW YORK NY 10018

044718P000-1413A-248
ARGO PARTNERS/ NORTHEAST BATTERY AND ALTERNAT
TRANSFEROR: NORTHEAST BATTERY AND ALTERNATOR
12 W 37TH ST 9TH FL
NEW YORK NY 10018

018837P001-1413A-248
ARIEL CONDE PLERQUI
CLAIMS DEPT
VILLA BLANCA ACERINA 2
CAGUAS PR 00725

044515P001-1413A-248
ARIENS REDWOOD SCS
WAYNE CREEL
1765 N ELSTON AVE SUITE 301
CHICAGO IL 60642

009620P001-1413A-248
ARMALY BRANDS
SUSAN TELEP
PO BOX 611
WALLED LAKE MI 48390-0611

009623P001-1413A-248
ARMSTRONG FLOORING
DM TRANSPORTATION
PO BOX 621
BOYERTOWN PA 19512-0621

009637P002-1413A-248
ARTHUR W BROWN MFG
PHILIP SABATINO
PO BOX 755
SAINT JAMES NY 11780-0755

009642P001-1413A-248
ARUNDEL INSPECTION SVC
7666 BALTIMORE ANNAPOLIS BLVD
GLEN BURNIE MD 21060

009644P002-1413A-248
ASAD ABIDI
919 BROMTON DR
WESTBURY NY 11590

018843P001-1413A-248
ASHLAND
TATIANA SWAIN
5200 BLAZER PKWY
DUBLIN OH 43017-3309

009673P002-1413A-248
ASSOCIATED TRUCK PARTS
KAREN L ROHRBACH
1075 E PHILADELPHIA AVE
GILBERTSVILLE PA 19525

021109P002-1413A-248
ATLANTIC FOREST PRODUCTS LLC
DAWN CONNOLLY
1600 SPARROWS POINT BLVD STE D
SPARROWS POINT MD 21219

009705P001-1413A-248
ATLANTIC TIRE INC
48 ARMENTO ST
JOHNSTON RI 02919

044315P002-1413A-248
ATLAS COPCO COMPTEC LLC
PAUL BURDICK
46 SCHOOL RD
VOORHEESVILLE NY 12186

009721P001-1413A-248
ATLASTAR
PO BOX 436
FISHKILL NY 12524

044345P001-1413A-248
AUTOPARTS COMPONENTS INC
PATRICI KIMRAY
1400 CAVALIER BLVD SUITE E
CHESAPEAKE VA 23323

044441P002-1413A-248
B AND L TOWING
SEAN CODY
100 MINUE ST
CARTERET NJ 07008

018853P001-1413A-248
B E ACTIVE CORP
41 WEST 33RD ST
NEW YORK NY 10001

009775P001-1413A-248
B E UNIQUE DESIGNWEAR
DIANE J BRUSTOWICZ
278 CRANBURY HALF ACRE RD
MONROE TWP NJ 08831-3746

018856P002-1413A-248
BACTOLAC PHARMACEUTICAL
RENEE REYNOLDS
7 OSER AVE
HAUPPAUGE NY 11788-3811

009785P002-1413A-248
BAILEYS AUTOBODY LLC
AKA BAILEYS AUTOBODY AND TOWING
ROYCE BAILEY
16818 US RT 15
ALLENWOOD PA 17810

009801P003-1413A-248
BALLARD MACK SALES AND SVC INC
DBA BALLARD TRUCK CENTER
ALISON MACLAREN
442 SW CUTOFF
WORCESTER MA 01604

009802P001-1413A-248
BALLATO LAW FIRM
3721 WESTERRE PKWY #A
HENRICO VA 23233

018592P002-1413A-248
BALTIMORE GAS AND ELECTRIC CO
GAIL BUSH
PO BOX 1475
BALTIMORE MD 21201

008922P001-1413A-248
BANGOR WATER DISTRICT
PO BOX 1129
BANGOR ME 04402-1129

018859P002-1413A-248
BANNER DOORS CORP
KRISTY LAMBERT
550 POND ST
PO BOX 3124
WOONSOCKET RI 02895

009807P001-1413A-248
BANYAN INTERNATIONAL
CHERYL LZU
24 CENTRAL DR
FARMINGDALE NY 11735

018860P002-1413A-248
BARCODING INC
A/R DEPT
3840 BANK ST
BALTIMORE MD 21224-2522

009813P001-1413A-248
BARGAIN OUTLET
20 PILLA DR
WARWICK RI 02886

009815P001-1413A-248
BARGAINHUNTER1000 LLC
SCOTT LANE
317 W BROAD ST STE 1
BETHLEHEM PA 18018

018865P001-1413A-248
BASF CORP
RANS AUDIT INC
11 MARSHALL RD #2D
WAPPINGERS FALLS NY 12590-4132

009843P001-1413A-248
BAY STATE ELEVATOR COMPANYINC
PO BOX 5
DALTON MA 01227-0005

009845P001-1413A-248
BAY STATE POOL SUPPLY
RACHEL WILLEY
26 SMITH PL
CAMBRIDGE MA 02138-1008

018871P001-1413A-248
BEAM MACK
MINDY MORSE
22048 SALMON RUN RD
WATERTOWN NY 13601

009867P001-1413A-248
BED BATH AND BEYOND
CLAIMS DEPT
700 LIBERTY AVE
UNION NJ 07083-8107

009878P001-1413A-248
BELCAM INC
KRISTIN TAYLOR
27 MONTGOMERY ST
ROUSES POINT NY 12979-1041

009887P001-1413A-248
BELMONT AND MINNESOTA TERMINAL PARTNERSHIP
8463 CASTLEWOOD DR
INDIANAPOLIS IN 46250

009887S001-1413A-248
BELMONT AND MINNESOTA TERMINAL PARTNERSHIP
PROVIDENCE DEVELOPMENT LLC
LIZ YOHO
8463 CASTLEWOOD DR
INDIANAPOLIS IN 46250

018874P001-1413A-248
BELTWAY INTL TRUCKSINC
1800 SULPHUR SPRINGS RD
BALTIMORE MD 21227

018878P001-1413A-248
BENJAMIN DI NAPOLI
ELIZABETH
6 KRULL DR
JACKSON NJ 08527

018879P001-1413A-248
BENNY GARCIA HERRERA
SO PLAINFIELD SAFETY
130 THIRD ST
APT 1
NEWBURGH NY 12550

009902P001-1413A-248
BERK ENTERPRISES
SHIRLEY SHELLY
1554 THOMAS RD SE
WARREN OH 44484-5119

018883P001-1413A-248
BERRY PLASTICS CORP
FAWNYA YORK
20 ELMWOOD AVE
MOUNTAIN TOP PA 18707-2100

018884P001-1413A-248
BEST LINE LEASING INC
2582 GATEWAY DR
STATE COLLEGE PA 16801

018887P001-1413A-248
BESTPASS INC
555 PATROON CREEK BLVD
LOCKBOX 941
ALBANY NY 12206

008885P001-1413A-248
BGE
PO BOX 13070
PHILADELPHIA PA 19101-3070

008885S001-1413A-248
BGE
100 CONSTELLATION WAY
BALTIMORE MD 22120

009963P002-1413A-248
BJORKMAN INDUSTRIAL POWER CORP
PHILIP BJORKMAN
70 FINNELL DR
WEYMOUTH MA 02188

044516P001-1413A-248
BJS WHOLESALE CLUB INC
LEGAL DEPT
25 RESEARCH DR
WESTBOROUGH MA 01581

009978P001-1413A-248
BLUE AIR ONE
AGATA ZMUDA
508 W ELIZABETH AVE
LINDEN NJ 07036

009987P004-1413A-248
BLUE-GRACE LOGISTICS LLC
ROBERT BECKMANN
2846 S FALKENBURG RD
RIVERVIEW FL 33578

009995P001-1413A-248
BNX SHIPPING
DANNY KIM
147-32 FARMERS BLVD
JAMAICA NY 11434-5218

009998P001-1413A-248
BOB SUMEREL TIRE CO INC
PO BOX 633096
CINCINNATI OH 45263-3096

010004P001-1413A-248
BOBS STORES
DATA2LOGISTICS
PO BOX 6105
FOR MYERS FL 33906-1050

010016P001-1413A-248
BOOTS AND HANKS TOWING AND REC
1500 N KEYSER AVE
SCRANTON PA 18504

010033P001-1413A-248
BOSHART IND INC
BRAD LICHTY
PO BOX 310
MILVERTON ON N0K1M06505
CANADA

010045P002-1413A-248
BOUCHER CLEANING SVCS LLC
DERIK BREEN
57 CURTIS AVE
BURLINGTON VT 05408

010056P001-1413A-248
BOX PARTNERS LLC
CHRISSY CODUTO
2650 GALVIN DR
ELGIN IL 60124-7893

018903P001-1413A-248
BOYKO'S PETROLEUM SVC INC
4171 CHESTNUT ST
WHITEHALL PA 18052-2001

010063P001-1413A-248
BOYLES MOTOR SALES INC
2955 STRUNK RD
JAMESTOWN NY 14701

010065P001-1413A-248
BRACH EICHLER LLC
101 EISENHOWER PKWY
ROSELAND NJ 07068

018904P001-1413A-248
BREEZY POINT TRUCK REPAIRINC
PO BOX 1298
STRATFORD CT 06615

018907P001-1413A-248
BRIDGET LAVELLE AND CIOCCA
COLLISION CENTER
8015 ALLENTOWN BLVD
HARRISBURG PA 17112

010104P002-1413A-248
BRISTOL TRANSPORT INC
MOIRA TUMINARO
1 W LAKE ST
NORTHLAKE IL 60164

018911P001-1413A-248
BROTHERS INTERNATIONAL FOOD
MAUREEN BORELLI
1175 LEXINGTON AVE
ROCHESTER NY 14606-2903

010133P002-1413A-248
BSP TRANS INC
MICHELLE D LAROCHE
PO BOX 1387
LONDONDERRY NH 03053-1387

010133S001-1413A-248
BSP TRANS INC
MICHELLE D LAROCHE
2500 LIBERTY DR
PO BOX 1387
LONDONBERRY NH 03053

010150P001-1413A-248
BUNZL INDIANAPOLIS
JONI HEUGEL
7034 BROOKVILLE RD
INDIANAPOLIS IN 46239-1006

010180P002-1413A-248
BUTTERNUT MOUNTAIN FARM
BRANDI DANNAT
37 INDUSTRIAL PK DR
MORRISVILLE VT 05661-8533

010183P001-1413A-248
BUY-WISE AUTO PARTS
2091 SPRINGFIELD AVE
VAUX HALL (UNION) NJ 07088

018916P001-1413A-248
BWC STATE INSURANCE FUND
30 W SPRING ST
COLUMBUS OH 43271-0821

018917P001-1413A-248
BWC STATE INSURANCE FUND
OHIO BUREAU OF WORKERS COMPENSATION
PO BOX 89492
CLEVELAND OH 44101-6492

010202P002-1413A-248
C AND C LIFT TRUCK
RONALD CASALETTO
30 PARKWAY PL
EDISON NJ 08837

010205P001-1413A-248
C AND S WHOLESALE GROCERS INC
PO BOX 414270
BOSTON MA 02241-4270

018920P001-1413A-248
CABLEVISION LIGHTPATH INC
PO BOX 360111
PITTSBURGH PA 15251-6111

010214P001-1413A-248
CAC ASSOCIATES INC
RYAN PERRYSHAK
136 LAZOR RD
EBENSBURG PA 15931-3924

010226P001-1413A-248
CALUMET CARTON CO
WORLDWIDE LOGISTICS
1213 REMINGTON BLVD
ROMEOVILLE IL 60446-6504

010234P001-1413A-248
CAMBRIA MACK TRUCKS INC
PO BOX 34038
NEWARK NJ 07189-0001

018924P001-1413A-248
CAMP AUTO AND TRUCK PARTS INC
9 WHITMORE AVE
WAYNE NJ 07470

010251P001-1413A-248
CANASTOTA VILLAGE COURT
205 S PETERBORO ST
CANASTOTA NY 13032

010268P001-1413A-248
CAPITAL TRANS LOGISTICS
PO BOX 12497
NEWARK NJ 07101-3597

010270P001-1413A-248
CAPITAL TRANS SOLUTIONS LLC
1915 VAUGHN RD
KENNESAW GA 30144

010269P001-1413A-248
CAPITAL TRANS SVC INC
KIM GARNEAU
PO BOX 248
WINDHAM NH 03087

018396P001-1413A-248
CAPSTONE LOGISTICS
ROBYN N HOLLAND
30 TECHNOLOGY PKWY S STE 200
PEACHTREE CORNERS GA 30092

018926P001-1413A-248
CARBON COUNTY AUTO PARTS
LEHIGHTON NAPA
90 BLAKESLEE BLVD E
LEHIGHTON PA 18235

010319P001-1413A-248
CARMILLE A STOKES
182 CALIFORNIA AVE
PROVIDENCE RI 02905

010337P002-1413A-248
CARRIER CREDIT SVC INC
CLAUDIA CALLES
5350 W HILLSBORO BLVDD
STE 107
COCONUT CREEK FL 33073-4396

018932P001-1413A-248
CARRIER LYNX LLC
ZACH TAYLOR
15954 S MUR-LEN RD STE
OLATHE KS 66062-8300

018934P001-1413A-248
CARY CO
OVAIS YOUSUF
1195 W FULLERTON AVE
ADDISON IL 60101-4303

010378P001-1413A-248
CATANIA OILS
MARC PICARIELLO
3 NEMCO WAY
AYER MA 01432-1539

010393P001-1413A-248
CBA SVC INC
PO BOX 628
SCOTCH PLAINS NJ 07076

018937P001-1413A-248
CELLUCAP MANUFACTURING
PATRICIA IANNESSA
4626 N 15TH ST
PHILADELPHIA PA 19140-1109

018938P001-1413A-248
CENTERLINE
CENTERLINE DRIVERSLLC
PO BOX 31001-1431
PASADENA CA 91110-1431

018941P001-1413A-248
CENTRAL BUSINESS SYSTEMS
1219 WALT WHITMAN RD
MELVILLE NY 11747

044517P002-1413A-248
CENTRAL GARDEN AND PET
A/K/A TFH PUCLICATIONS IMS TRADING ET AL
% ASSOCIATED TRAFFIC SVCS
1064 CALLE CARRILLO
SAN DIMAS CA 91773

008886P002-1413A-248
CENTRAL HUDSON GAS AND ELECTRIC
STACEY A RENNER
284 SOUTH AVE
POUGHKEEPSIE NY 12601-4839

008886S001-1413A-248
CENTRAL HUDSON GAS AND ELECTRIC
284 SOUTH AVE
POUGHKEEPSIE NY 12601

008887P002-1413A-248
CENTRAL MAINE POWER CO
BANKRUPTCY DEPT
COLLEEN HIBBERT
83 EDISON DR
AUGUSTA ME 04336

008887S001-1413A-248
CENTRAL MAINE POWER CO
PO BOX 847810
BOSTON MA 02284-7810

010445P001-1413A-248
CENTRAL PET DISTRIBU
ASSOCIATED TRAF SRV
861 VILLAGE OAKS DR
COVINA CA 91724-3673

010452P001-1413A-248
CENTRIC BUSINESS SYSTEMS INC
PO BOX 75222
BALTIMORE MD 21275-5222

010475P002-1413A-248
CH ROBINSON
AMANDA RAMCHARRAN
100 GARDEN PLZ STE 405
GARDEN CITY NY 11530-3207

010483P001-1413A-248
CH ROBINSON WORLDWIDE
DANNY SUSTARSIC
6530 W CAMPUS AVE
STE 170
NEW ALBANY OH 43054

010492P001-1413A-248
CH ROBINSON WORLDWIDE
MICHELLE BLACHFEINER
14800 CHARLSON RD STE 1
EDEN PRAIRIE MN 55347-5042

018958P001-1413A-248
CH ROBINSON WORLDWIDE
MEGAN THOMSSEN
14800 CHARLSON RD STE 1
EDEN PRAIRIE MN 55347-5042

010488P002-1413A-248
CH ROBINSON WORLDWIDE
WILLIAM A GLAD
14701 CHARLSON RD
EDEN PRAIRIE MN 55347

010513P001-1413A-248
CHARKIT CHEMICAL
PO BOX 90
NORWALK CT 06856-0090

010521P001-1413A-248
CHARLES J DEHART ESQUIRE
PO BOX 7005
LANCASTER PA 17604

044282P001-1413A-248
CHARTER COMMUNICATIONS
AKA TIME WARNER CABLE
SMB CREDITSERVICES
1600 DUBLIN RD
COLUMBUS OH 43215

018963P001-1413A-248
CHESTER'S TOWING AND RECOVERY
606 PORT WASHINGTON BLVD
PORT WASHINGTON NY 11050

010569P004-1413A-248
CHICKS TOWING SVC INC
LESLEY A GABER
1000 UNION LANDING RD
CINNAMINSON NJ 08077-2502

010572P002-1413A-248
CHINCOTEAGUE SEAFOOD
LEN RUBIN
PO BOX 88
PARSONSBURG MD 21849-0088

010573P001-1413A-248
CHIPPENHAN AND JOHNSTON-WILLIS
HOSPITALSINCCITY OF RICHMOND
400 NORTH 9TH ST
RICHMOND VA 23219

010581P001-1413A-248
CHR LTL
14800 CHARLSON RD
STE 2100
EDEN PRAIRIE MN 55347-5051

043915P003-1413A-248
CIOCCA COLLISION CENTER
CIOCCA HONDA
TESSA SHORB
8001 ALLENTOWN BLVD
HARRISBURG PA 17112

044252P001-1413A-248
CIOX HEALTH
PO BOX 1812
ALPHARETTA GA 30023-1812

010621P001-1413A-248
CITATION PROCESSING CENTER
PO BOX 55890
BOSTON, MA 02205-5890

010624P001-1413A-248
CITIZEN CIDER
CAITLIN JENNESS
316 PINE ST STE 114
BURLINGTON VT 05401

010629P001-1413A-248
CITY COURT OF NEW ROCHELLE
P O BOX 5090
WHITE PLAINS NY 10602-5090

010642P001-1413A-248
CITY OF BALTIMORE
REVENUE COLLECTIONS
PO BOX 17535
BALTIMORE MD 21297

044583P001-1413A-248
CITY OF CAMBRIDGE
OFFICE OF THE CITY SOLICITOR  PAUL KAWAI
795 MASSACHUSETTS AVE
CAMBRIDGE MA 02139

044583S001-1413A-248
CITY OF CAMBRIDGE
TRAFFIC P;ARKING AND TRANSORTATION DEPARTMENT
PO BOX 399113
CAMBRIDGE MA 02139

010652P001-1413A-248
CITY OF CONCORD
GEN SVC
311 N STATE ST
CONCORD NH 03301

008923P001-1413A-248
CITY OF HAGERSTOWN
WATER AND WASTEWATER
PO BOX 1498
HAGERSTOWN MD 21741-1498

010669P001-1413A-248
CITY OF NEW HAVEN
815 LINCOLN HWY EAST
NEW HAVEN IN 46774

010678P001-1413A-248
CITY OF PHILADELPHIA
PARKING VIOLATIONS BRANCH
PO BOX 41818
PHILADELPHIA PA 19101

010680P002-1413A-248
CITY OF PORTSMOUTH
LEGAL DEPT
ROBERT P SULLIVAN
1 JUNKINS AVE
PORTSMOUTH NH 03801

010694P001-1413A-248
CITY UTILITIES
PO BOX 4632
CAROL STREAM IL 60197-4632

010694S001-1413A-248
CITY UTILITIES
DIANA WOTNOW
200 E BERRY ST STE 130
FORT WAYNE IN 46802

010698P002-1413A-248
CJS VIOLATIONS SVCS INC
GERALD VADAS
1421 HAMLIN HWY
LAKE ARIEL PA 18436

010719P001-1413A-248
CLEANING SPECIALISTS OF WNY
167 YOUNG ST
TONAWANDA NY 14150

010720P001-1413A-248
CLEANNET OF ILLINOIS INC
9861 BROKEN LAND PKWY
STE 208
COLUMBIA MD 21046

010721P002-1413A-248
CLEANNET OF NEW JERSEY
MIKE TAHIRY
20 COMMERCE DR
STE 126
CRANFORD NJ 07016

018971P001-1413A-248
CLEARFREIGHT INC
JFK INTL AIRPORT 250 BLDG 75
JAMAICA NY 11430-1814

010726P001-1413A-248
CLERK OF CIRCUIT COURTS
14 W JEFFERSON ST
RM 212
JOLIET IL 60432

010732P001-1413A-248
CLERK OF THE CIVIL COURT
QUEENS COUNTY
89-17 SUTPHIN BLVD
JAMAICA NY 11435

010744P001-1413A-248
CLX LOGISTICS
MARY ELLEN MC KAY
960 HARVEST DR BLDG A
BLUE BELL PA 19422-1900

010850P001-1413A-248
CO C
TECH LOGISTICS
300 ELM ST UNIT 1
MILFORD NH 03055-4715

018975P001-1413A-248
COAST TO COAST CARRIERS
SK
PO BOX 110994
BROOKLYN NY 11211-0994

010765P001-1413A-248
COATES TONERS
BILL GRIBBLE
555 COUNTRY CLUB RD
DALLAS PA 18612-9241

018977P001-1413A-248
COLUMBIA FLEET SVC INC
P O BOX 1038
JESSUP MD 20794

008925P001-1413A-248
COLUMBUS CITY TREASURER
WATER AND SEWER SVC
PO BOX 182882
COLUMBUS OH 43218-2882

010798P001-1413A-248
COLUMBUS JOINT CLUTCH
PO BOX 14805
COLUMBUS OH 43214-4805

010803P001-1413A-248
COMCAST
PO BOX 70219
PHILADELPHIA PA 19176-0219

008890P001-1413A-248
COMED
PO BOX 6111
CAROL STREAM IL 60197-6111

008890S001-1413A-248
COMED
10 S DEARBORN ST
CHICAGO IL 60603

043905P002-1413A-248
COMMONWEALTH EDISON CO
COMED BANKUPTCY DEPT
1919 SWIFT DR
OAK BROOK IL 60523

018979P003-1413A-248
COMMONWEALTH TRAILER PARTS INC
KIMBERLY WATSON
106 W CRONE RD
YORK PA 17406

010858P002-1413A-248
COMPLY FIRST LLC
HOPE BLOCK
500 CAMPUS DR
STE 202
MORGANVILLE NJ 07751

044443P001-1413A-248
CONAIR CORP
150 MILFORD RD
EAST WINDSOR NJ 08520

018989P001-1413A-248
CONTINENTAL TIRE NORTH AMERICA
P O BOX 60049
CHARLOTTE NC 28260-0049

018990P001-1413A-248
COOPER BUSINESS MACHINES INC
3304 STATE ST
ERIE PA 16508

010919P001-1413A-248
COOPER ELECTRIC SUPPLY CO
RACHEL JACKSON
1 MATRIX DR
MONROE TOWNSHIP NJ 08831-3702

010930P002-1413A-248
COPIRITE INC
PO BOX 128
ALLENTOWN NJ 08501-0128

010933P001-1413A-248
COPY KING
1162 W 8TH ST
ERIE PA 16502

010947P002-1413A-248
CORPORATE LODGING CONSULTANTS
KEVIN C SIEBERT
8111 E 32ND ST NORTH STE 300
WICHITA KS 67226

021166P003-1413A-248
CORPORATION SVC COMPANY
CSC
251 LITTLE FALLS DR
WILMINGTON DE 19808

044273P001-1413A-248
COVENANT TRANSPORT INC
ALICIA BEAZER
400 BIRMINGHAM HWY
CHATTANOOGA TN 37419

010973P001-1413A-248
COVERT TRANSPORTATION
JEFF SALKIN
2517 HWY 35 BLDG K STE
MANASQUAN NJ 08736-1918

044347P002-1413A-248
COWORX STAFFING
COWORX STAFFING SVC
WENDY O'SHEA
412 MOUNT KEMBLE AVE STE 200C
MORRISTOWN NJ 07960-6674

019000P001-1413A-248
COX COMUNICATIONS
DEPT 781110
PO BOX 78000
DETROIT MI 48278-1110

010991P002-1413A-248
CRAIN CUSTODIAL LLC
PAM CRAIN
36 COLLIAS RD
CHARLESTON WV 25320

019007P002-1413A-248
CROSS TOWN RADIATOR INC
DBA ASSOCIATED AUTO RADIATOR
PO BOX 684786
BAYSIDE NY 11360-4785

019008P001-1413A-248
CROSSFIRE LOGISTICS
2550 ELSSMERE AVE
NORFOLK VA 23513-2413

011010P001-1413A-248
CROSSROADS SVC GROUP LLC
4980 EAST BEVERLY RD
PHOENIX AZ 85044

044482P002-1413A-248
CROWLEY PUERTO RICO SVCS INC
LEGAL DEPT
9487 REGENCY SQUARE BLVD
JACKSONVILLE FL 32225

019009P001-1413A-248
CRYSTAL INFOSYSTEMS LLC
980 MAGNOLIA AVE STE 5
LARKSPUR CA 94939

000121P003-1413A-248
CT- DEPT OF REVENUE SVCS
COLLECTION UNIT- BANKRUPTCY TEAM
450 COLUMBUS BLVD
STE 1
HARTFORD CT 06103

019013P001-1413A-248
CURTIS INDUSTRIES
OUTSOURCE
72 SHARP ST C11
HINGHAM MA 02043-4328

019015P001-1413A-248
CUSTOM COMPANIES
THOMAS BUTKOVICH
317 WEST LAKE ST
NORTHLAKE IL 60164-2433

011079P001-1413A-248
CUYAHOGA COUNTY COURT
COMMON PLEAS CLEVELAND
1200 ONTARIO ST
CLEVELAND OH 44113

021155P001-1413A-248
CVS HEALTH
MICHAEL GRENON INBOUND TRANSPORTATION
1 CVS DR
MC 5035
WOONSOCKET RI 02921

019018P001-1413A-248
D AND J ASSOCIATES
14545 J MILITARY TR
#192
DELRAY BEACH FL 33484-3730

011094P001-1413A-248
D M BOWMAN INC
P O BOX 37683
BALTIMORE MD 21297-3683

043521P002-1413A-248
D M EXPRESS
JAVIER A GONZALEZ
PMB 449
1353 ROAD 19
GUAYNABO PR 00966

011128P001-1413A-248
DANDREA WINE AND LIQUOR
JOHN DANDREA
670 RODI RD
PITTSBURGH PA 15235-4574

044389P001-1413A-248
DANIEL LUI
THE LOGISTICS CONCIERGE LLC
1 MEADOWLANDS PLZ
SUITE 200
EAST RUTHERFORD NJ 07073

019024P001-1413A-248
DB BECKER MAROON GROUP
JONATHAN FARAH
46 LEIGH ST
CLINTON NJ 08809-1349

019025P001-1413A-248
DC AUTO BODY LLC
835 W TRINDLE RD
MECHANICSBURG PA 17055

018600P003-1413A-248
DEBBIES STAFFING SVCS INC
QUINTIN WILLIAMS
4431 CHERRY ST
WINSTON SALEM NC 27105

011194P001-1413A-248
DEBJO SALES LLC
103 NOTCH RD
OAK RIDGE NJ 07438

019027P001-1413A-248
DECORUM OF VIRGINIA
301 WEST 21ST
NORFOLK VA 23517

011210P002-1413A-248
DEERE AND CO
LANE AND WATERMAN LLP
BRETT R MARSHALL
220 N MAIN ST STE 600
DAVENPORT IA 52801

011206P001-1413A-248
DEFENDER INDUSTRIES
LORI GALLO
42 GREAT NECK RD
WATERFORD CT 06385-3336

011216P002-1413A-248
DEHAVEN TRANSPORTATION CO INC
KAREN DEHAVEN SHELTON
7033 WALROND DR
ROANOKE VA 24019

019030P001-1413A-248
DEL CORONA AND SCARDIGLI USA
STEFANO D'ANGELO
568 SUPREME DR
BENSENVILLE IL 60106-1122

011223P001-1413A-248
DELAWARE DEPT TRANSPORTATION
EZ PASS VIOLATIONS CENTER
P O BOX 697
DOVER DE 19903-0697

011226P001-1413A-248
DELAWARE E-ZPASS VIOLATIONS
PO BOX 697
DOVER DE 19903-0697

018573P002-1413A-248
DELMARVA POWER AND LIGHT COMPANY
BANKRUPTCY DIVISION MAIL STOP 84CP42
5 COLLINS DR STE 2133
CARNEYS POINT NJ 08069-3600

011233P001-1413A-248
DELTA DENTAL
DELTA DENTAL PLAN OF NJ INC
PO BOX 36483
NEWARK NJ 07188-6483

019032P001-1413A-248
DELUXE HOME AND OFFICE  CLEANING
428 SOUTH MAIN ST STE 101
NORTH SYRACUSE NY 13212

011244P001-1413A-248
DENNIS K BURKE INC
POBOX 3639
BOSTON MA 02241-3629

011274P001-1413A-248
DESCARTES SYSTEMS (USA) LLC
PO BOX 404037
ATLANTA GA 30384-4037

044254P001-1413A-248
DIAMOND REPORTING AND LEGAL VIDEO
16 COURT ST
STE 907
BROOKLYN NY 11241

044444P003-1413A-248
DICKINSON FLEET SVCS LLC
THEODORE W GRAY
4709 WEST 96TH ST
INDIANAPOLIS IN 46268

011309P001-1413A-248
DICKINSON TOWN COURT
531 OLD FRONT ST # 4
BINGHAMTON NY 13905

044287P001-1413A-248
DLL
LITIGATION AND BANKRUPTCY DEPTR RIDGE
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

019050P002-1413A-248
DLS WORLDWIDE
ALICIA CUMMINS
1000 WINDHAM PKWY
BOLINGBROOK IL 60586

019051P001-1413A-248
DO IT BEST CORP
AMY SOMMER
PO BOX 868
FORT WAYNE IN 46801-0868

011364P001-1413A-248
DOHRN TRANSFER
625 3RD AVE
ROCK ISLAND IL 61201-8351

011384P001-1413A-248
DONALD CIPRIANO-STATE MARSHALL
45 FREIGHT ST STE 1
WATERBURY CT 06702

019059P001-1413A-248
DORMAN PRODUCTS
KEN JOHNSON
3400 E WALNUT ST
COLMAR PA 18915-9768

019060P001-1413A-248
DOTUNIVERSITY OF MARYLAND
8056 REGENTS DR
COLLEGE PARK MD 20742

011425P001-1413A-248
DRESSEL WELDING SUPPLY INC
PO BOX 69016
BALTIMORE MD 21264-9016

044274P001-1413A-248
DRINKMORE CUSTON WATER INC
JOHN WALSH
7595 RICKENBACKER DR
GAITHERSBURG MD 20879

011437P001-1413A-248
DSC LOGISTICS
CHRISTINA BALDASSARRA
1750 SOUTH WOLF RD
DES PLAINES IL 60018-1924

019064P001-1413A-248
DSI DOOR SVC INC
PO BOX 8772
PORTLAND ME 04104

008893P001-1413A-248
DUKE ENERGY
PO BOX 1326
CHARLOTTE NC 28201-1326

008893S001-1413A-248
DUKE ENERGY
550 S TRYON ST
CHARLOTTE NC 28202

011459P001-1413A-248
DUPONT NUTRITION USA INC
RHONALYN ARSENAL
974 CENTRE RD
WILMINGTON DE 19805-1269

011471P001-1413A-248
DURKEE MOWER INC
EDIE HARRIS
2 EMPIRE ST
LYNN MA 01902-1815

011478P001-1413A-248
DWS PALLET INC
MARIE GUNTIS
89 N INDUSTRY CT
DEER PARK NY 11729

011479P001-1413A-248
DWS PRINTING
MARIE GUNTIS
89 N INDUSTRY CT
DEER PARK NY 11729-4601

011501P001-1413A-248
EAGLE HAULING INC
5 CLEARVIEW AVE
SELDEN NY 11784

011529P001-1413A-248
EASTERN OFFICE SUPPLY CO
139 ERIE BLVD
SCHENECTADY NY 12305

019088P001-1413A-248
ECHO GLOBAL LOGISTICS
GEORGIA CORDOVA
600 W CHICAGO AVE STE 725
CHICAGO IL 60610-2422

019089P001-1413A-248
ECMC
P O BOX 16478
LOCKBOX 7096
ST PAUL MN 55116-0848

019091P002-1413A-248
ECP INC
TRACIE NICKLEY
11210 KATHERINES CROSSING STE 100
WOODRIDGE IL 60517-5053

011565P002-1413A-248
ED AND ED BUSINESS TECHNOLOGY
ANN L GILLEY
4919 STATE RTE 233
WESTMORELAND NY 13490

019092P001-1413A-248
EDIBLE ARRANGEMENTS-121
220 RYDERS LN
MILLTOWN NJ 08850

011593P001-1413A-248
EFAX CORPORATE
J2 GLOBAL COMMUNICATIONSINC
PO BOX 51873
LOS ANGELES CA 90051-6173

011597P001-1413A-248
EFS TRANSPORTATION SVC
CUST #2204501504070
P O BOX 630038
CINCINNATI OH 45263-0038

011605P001-1413A-248
EL MUSTEE AND SONS INC
PAT MILLER
5431 W 164TH ST
CLEVELAND OH 44142-1511

011630P001-1413A-248
ELEVATOR INTERIOR DESIGN
100 MARINE BLVD
LYNN MA 01905

011638P001-1413A-248
ELITE SPICE INC
TABITHA STEWART
7151 MONTEVIDEO RD
JESSUP MD 20794-9308

011644P001-1413A-248
ELIZABETH AUTO WRECKING CO
450 ROUTE 1 NORTH
ELIZABETH NJ 07202

018593P001-1413A-248
ELIZABETHTOWN GAS
544 S INDEPENDENCE BLVD
VIRGINIA BEACH VA 23452

011650P001-1413A-248
ELK LIGHTING INC
12 WILLOW LN
NESQUEHONING PA 18240

011673P001-1413A-248
EMERSON HEALTHCARE
GEODIS
PO BOX 2208
BRENTWOOD TN 37024

019099P001-1413A-248
EMERSON LIEBERT CORP
NVISION GLOBAL
1900 BRANNAN RD STE 300
STE 300
MCDONOUGH GA 30252-2895

019100P001-1413A-248
EMPIRE COMMERCIAL SVC LP
543 CARY AVE
STATEN ISLAND NY 10310

044427P001-1413A-248
ENCOMPASS INSURANCE COMPANY
SANDLER & MARCHESINI PC
1500 WALNUT STREET SUITE 2020
PHILADELPHIA PA 19102

011720P001-1413A-248
ENVIRONMENTAL AWARENESS CORP
244 EAST BROAD ST
TAMAQUA PA 18252

044520P001-1413A-248
EQUIPMENT DEPOT OHIO INC DBA EQUIPMENT DEPOT
RICHARD J WALLACE III
SCHEEF AND STONE LLP
500 NORTH AKARD STE 2700
DALLAS TX 75201

044521P001-1413A-248
EQUIPMENT DEPOT PENNSYLVANIA INC
DBA EQUIPMENT DEPOT
SCHEEF AND STONE LLP
500 NORTH AKARD STE 2700
DALLAS TX 75201

019109P001-1413A-248
ESCREEN INC
PO BOX 25902
OVERLAND PARK KS 66225

011763P001-1413A-248
ESPOSITO AND SONS FREIGHTLINES
6 GRAHAM DR
PLATTSBURGH NY 12901

011765P001-1413A-248
ESSENDANT CO
CORPORATE CARRIER RELA1
1 PARKWAY N STE 100
DEERFIELD IL 60015

011767P001-1413A-248
ESTEE LAUDER
BOB ANDERSEN
80 RULAND RD
MELVILLE NY 11747-4211

008896P001-1413A-248
EVERSOURCE
PO BOX 56005
BOSTON MA 02205-6005

008896S001-1413A-248
EVERSOURCE
300 CADWELL DR
SPRINGFIELD MA 01104

011798P001-1413A-248
EVERYTHING PLUS INC
YITZCHOK FRIEDMAN
1 US 22
HILLSIDE NJ 07205

011806P001-1413A-248
EXACT DIRECT
MILTON ATKISSON
8113 RIDGEPOINT DR STE 200
IRVING TX 75063

011790P001-1413A-248
EXFREIGHT ZETA
2290 10TH AVE N
STE 501
LAKE WORTH FL 33461

019120P001-1413A-248
EXPEDITORS CARGO INSURANCE BROKERS
CECILIA OLIVOS
1015 THIRD AVE 12TH FLR
SEATTLE WA 98104-1184

019121P001-1413A-248
EXPEDITORS CARGO INSURANCE BROKERS
LYNDSIE WRIGHT
1015 THIRD AVE 12TH FLR
SEATTLE WA 98104-1184

011823P001-1413A-248
EXPRESS SVC INC
EMPLOYMENT PROFESSIONALS
PO BOX 535434
ATLANTA GA 30353-5434

019122P001-1413A-248
EXPRESSIONS WHOLESALE ART
JIM BITTLE
539 EASTGATE RD
SEVIERVILLE TN 37862-4121

011830P001-1413A-248
EXTREME CW SYSTEMS
28 GENESEE
ONEIDA NY 13421

011851P001-1413A-248
FABRI-CAL CORP
ALISON UNDERWOOD
1102 PIEDMONT HWY
PIEDMONT SC 29673-9195

021105P001-1413A-248
FAIRBORN EQUIPMENT OF MID ATLANTIC
MICHELLE CAMPBELL
2201 GREEN LN UNIT 6
LEVITOWN PA 19057

011902P001-1413A-248
FEDEX
PO BOX 371461
PITTSBURGH PA 15250-7461

011928P001-1413A-248
FHI LLC
P O BOX 890949
CHARLOTTE NC 28289-0949

011941P001-1413A-248
FINDLAY MUNICIPAL COURT
318 DORNEY PLZ RM 206
P O BOX 826
FINDLAY OH 45839

011948P002-1413A-248
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402

019132P001-1413A-248
FIVE STAR INTERNATIONAL LLC
PO BOX 64006
BALTIMORE MD 21264-4006

011998P001-1413A-248
FLEET PRIDE
PO BOX 847118
DALLAS TX 75284-7118

012001P001-1413A-248
FLEETPRIDE INC
269 STATE ST
NORTH HAVEN CT 06473

012015P001-1413A-248
FLOW CONTROL
JUSTIN CURTIN
2 ENTERPRISE CT
SEWELL NJ 08080-4112

019136P001-1413A-248
FLUOR FEDERAL SOLUTIONS
RICK GAMBINI
13455 SUNRISE VLY DR
HERNDON VA 20171-3295

012025P001-1413A-248
FOLLETT CORP
ERICKA SIMMONS
777 ELSBREE ST
FALL RIVER MA 02720-7307

019139P001-1413A-248
FORGE CELLARS
RICHARD RAINEY
3775 MATTHEWS RD
BURDETT NY 14818-9728

019143P001-1413A-248
FOUR IN ONE LLC
BERNADETTE JONES
12 ALPHA RD
CHELMSFORD MA 01824-4102

012054P001-1413A-248
FOUR QUARTERS PLUMBING
HEATING AND AIR CONDITIONING
2601 RIVER RD UNIT 4
CINNAMINSON NJ 08077

012066P001-1413A-248
FRAN ROCK INC
230 WEST NYACK RD
WEST NYACK NY 10994

018337P002-1413A-248
FRANCIS BECK ET AL V
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
TWO LIBERTY PL 50 S 16TH ST FL 28
PHILADELPHIA PA 19102

018337S001-1413A-248
FRANCIS BECK ET AL V
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
ONE LIBERTY FL 38
1650 MARKET ST
PHILADELPHIA PA 19103

012075P002-1413A-248
FRANK MORAN AND SONS
1508 JOH AVE
BALTIMORE MD 21227-1000

012106P001-1413A-248
FREIGHT SPECIALISTS INC
BOX 503
SYRACUSE NY 13209

012107P001-1413A-248
FREIGHTCOM
AISHA CHAUDHRY
77 PILLS WORTH RD UNIT
BOLTON ON L7E4G4
CANADA

019155P001-1413A-248
FREIGHTQUOTECOM
AMBER COYLE
P O BOX 7001
OVERLAND PARK KS 66207-0001

012126P001-1413A-248
FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI OH 45274-0407

019157P001-1413A-248
FUJI FILM
SHERRI YONKEE
850 CENTRAL AVE
HANOVER PARK IL 60133-5422

012138P001-1413A-248
FUJI PHOTO FILM USA
SHERRI YONKEE
850 CENTRAL AVE
HANOVER PARK IL 60133-5422

019159P001-1413A-248
FUJIFILM AVERITT
SHERRI YONKEE
850 CENTRAL AVE
HANOVER PARK IL 60133-5422

019163P001-1413A-248
GABRIELLI KENWORTH OF NJ LLC
2306 US HIGHWAY 130
DAYTON NJ 08810

019168P001-1413A-248
GAMUT SYSTEMS AND SOLUTIONS LLC
PO BOX 562357
CHARLOTTE NC 28256

012197P002-1413A-248
GASKELLS TOWING INC
JEREMY J VIEIRA
2555 GAR HIGHWAY
SWANSEA MA 02777

019174P001-1413A-248
GCR TIRE CENTERS
P O BOX 910530
DENVER CO 80291-0530

012255P001-1413A-248
GEL SPICE CO INC
JACOB HERTZ
48 HOOK RD
BAYONNE NJ 07002-5007

012261P002-1413A-248
GENCO CLAIM MANAGEMENT
DEENA WALECHKA
1400 LOMBARDI AVE STE 204
GREEN BAY WI 54304

044487P001-1413A-248
GHENT MANUFACTURING/GMI COMPANIES
KAREN KURTZ
2999 HENKLE DR
LEBANON OH 45036

012327P001-1413A-248
GL AND V USA INC
KIM BUTLAND
1 CELLU DR ? STE 200
NASHUA NH 03063-1008

012329P002-1413A-248
GLADIEUX TRADING AND MARKETING CO
4133 NEW HAVEN AVE
FORT WAYNE IN 46803-1643

012330P001-1413A-248
GLANBIA PERFORMANCE NUTRITION
TRANSPLACE TEXAS LP
PO BOX 518
LOWELL AR 72745-0518

012332P001-1413A-248
GLASFLOSS INDUSTRIES
JOANNE KING
310 MAIN AVE WAY SE
HICKORY NC 28602-3513

012352P001-1413A-248
GLOBAL INGREDIENTS
GRIFFITH JONES
317 9TH AVE
PATERSON NJ 07514-2310

019190P001-1413A-248
GLOBAL TRANSPORT LOGISTICS
LARRY DI PASQUALE
208 HARRISTOWN RD STE 201
GLEN ROCK NJ 07452-3308

027404P002-1413A-248
GLOBAL TRANSPORT LOGISTICS INC
TOM VINCENT
208 HARRISTOWN RD
GLEN ROCK NJ 07452-3308

027404S001-1413A-248
GLOBAL TRANSPORT LOGISTICS INC
PEZOLD SMITH HIRSCHMANN & SELVAGGIO LLC
GERARD F SMITH
1 BROADWAY
DANVILLE NJ 07834

012360P001-1413A-248
GLOBAL TRANZ
GT FREIGHT AUDIT PYMT
PO BOX 6348
SCOTTSDALE AZ 85251

019192P001-1413A-248
GLOBAL TRANZ
STEPHANIE ORTIZ
PO BOX 6348
SCOTTSDALE AZ 85251-2611

019195P001-1413A-248
GLOBAL TRANZ
PAT O'MALLEY
PO BOX 160
GOSHEN AR 72735-0160

012365P001-1413A-248
GLOBALTRANZ
7350 NDOBSON RD
SCOTTSDALE AZ 85258

012372P001-1413A-248
GLT
4995 NW 72ND AVE
STE 200
MIAMI FL 33166

019203P001-1413A-248
GOLDFARB ELECTRIC
LARRY HILLIARD
116 VIRGINIA ST E
CHARLESTON WV 25301-2519

012391P001-1413A-248
GOLUB CORP
TRAFFIC-MB17/B ROBERTS
501 DUANESBURG RD
SCHENECTADY NY 12306

012396P002-1413A-248
GOODING CO INC
AKA NOSCO INC
JOANNE WILLIAMS
500 E LAKE COOK RD STE 400
DEERFIELD IL 60015

019206P002-1413A-248
GOODYEAR TIRE AND RUBBER
LAW DEPT
SHARON L MAXFIELD
200 INNOVATION WY
AKRON OH 44316

012443P001-1413A-248
GRAYBAR ELECTRIC CO
SANDRA DOOLEY
350 METRO PK
ROCHESTER NY 14623-2614

012481P001-1413A-248
GRM DOCUMENT MANAGEMENT
ROI RPOCESSING
2002 SOUTH EAST ST
INDIANAPOLIS IN 46225

012492P001-1413A-248
GROUNDWATER AND ENVIRONMENTAL SVC INC
440 CREAMERY WAY STE 500
EXTON PA 19341-2577

012495P001-1413A-248
GSI LLC
3086 MOMENTUM PL
CHICAGO IL 60689-5330

019220P001-1413A-248
GTT COMMUNICATIONS
PO BOX 842630
DALLAS TX 75284-2630

012516P001-1413A-248
H AND R CONSTRUCTION
FRANKLIN GLOBAL
P O BOX 100
RANSOMVILLE NY 14131-0100

012518P001-1413A-248
HAB-DIT (ER)
PO BOX 995
BANGOR PA 18013-0995

012573P002-1413A-248
HARMONY PRINTING
100 SANDS POINT RD UNIT 305
LONGBOAT KEY FL 34228-3905

012583P001-1413A-248
HARRIS FIRE PROTECTION CO INC
50 KANE ST
BALTIMORE MD 21224

012586P001-1413A-248
HARRS AUTO GLASS INC
TODD W WHITE
2630 PARSONS AVE
COLUMBUS OH 43207

012613P001-1413A-248
HAZLETON OIL AND ENVIRONMENTAL
300 S TAMAQUA ST
HAZLETON PA 18201-7913

012617P001-1413A-248
HD SUPPLY
FM FREIGHT CLAIMS
3400 CUMBERLAND BLVD 7T
ATLANTA GA 30339-1113

012627P001-1413A-248
HEALTHTRUST PURCHASING GROUP
HPG C O WELLS FARGO090143067
FOR MOLD RITE PLASTICS
P O BOX 751576
CHARLOTTE NC 28275-1576

012633P001-1413A-248
HEARTH AND HOME
WILLIAMS AND ASSOCIATES
405 E 78TH ST
BLOOMINGTON MN 55420-1251

019237P001-1413A-248
HEAVY DUTY PARTS
29787 NETWORK PL
CHICAGO IL 60673-1787

012657P002-1413A-248
HERCULES TRUCK AND TRAILER REPAIR
PIOTR SUROWIEC
2 NEW ST
EAST RUTHERFORD NJ 07073

012658P001-1413A-248
HERITAGECRYSTAL CLEAN LLC
13621 COLLECTIONS CTR DR
CHICAGO IL 60693-0136

012661P001-1413A-248
HERSHEY CREAMERY CO
MARLENE SMITH
301 S CAMERON ST
HARRISBURG PA 17101-2815

012666P001-1413A-248
HFC PRESTIGE
RAMON CORDOVA
10123 ALLIANCE RD
STE 320
CINCINNATI OH 45252

019238P001-1413A-248
HIGH TECH AUTO MACHINE SHOP
404 BRIDGE ST
WEISSPORT PA 18235

019239P001-1413A-248
HILLSIDE PLASTICS CO
SANDY JIMENEZ
125 LONG AVE
HILLSIDE NJ 07205-2350

012714P001-1413A-248
HOBART CORP
BRENDA HYLAND
3775 LAKE PK DR
COVINGTON KY 41017-9603

012738P001-1413A-248
HOME DEPOT
CONDATA GLOBAL
9830 WEST 190TH ST STE M
MOKENA IL 60448-5603

019243P001-1413A-248
HOME DEPOT
2450 CUMBERLAND PKWY
TERRY ECKER
ATLANTA GA 30339

012739P001-1413A-248
HOME DEPOT CREDIT SVC
DEPT 5313
PO BOX 78047
PHOENIX AZ 85062-8047

044446P001-1413A-248
HOME DEPOT USA INC
DEVVRAT SINHA
SEYFARTH SHAW LLP
233 S WACKER DR STE 8000
CHICAGO IL 60606

012753P002-1413A-248
HORNINGS SUPPLY INC
JOSEPH P GRANTZ
23 PARK LN
HEGINS PA 17938-9089

019250P001-1413A-248
HORO TRUCKING CO INC
PO BOX 468
AVENEL NJ 07001

019251P001-1413A-248
HOSPITAL FOR SPECIAL SURGERY
IMAGE RECORDS DEPT
525 WAST 71ST ST
NEW YORK NY 10021

012767P001-1413A-248
HUB CITY TERMINALS
CARGO CLAIMS
36258 TREASURY CTR
CHICAGO IL 60694-0001

044350P001-1413A-248
HUBERT CO
BEVERLY ERTEL
9555 DRY FORK RD
HARRISON OH 45030

019256P001-1413A-248
HUNTER TRUCK SALES AND SVC
DEPT 105
P O BOX 820849
PHILADELPHIA PA 19182-0849

044525P001-1413A-248
IAM NATIONAL PENSION FUND
RAYMOND E GOAD JR
1300 CONNECTICUT AVE NW SUITE 300
WASHINGTON DC 20036

New England Motor Freight, Inc. et al.
Exhibit Pages

021168P002-1413A-248
IBM CREDIT LLC
IBM CORP
MARIE-JOSEE DUBE
275 VIGER EAST
MONTREAL QC H2X 3R7
CANADA

044284P001-1413A-248
IL- DEPT OF EMPLOYMENT SECURITY
BANKRUPTCY UNIT
33 S STATE ST 10TH FL
CHICAGO IL 60603

044284S001-1413A-248
IL- DEPT OF EMPLOYMENT SECURITY
LOURDES G CRUZ
33 S STATE ST
CHICAGO IL 60603

012848P001-1413A-248
IMAGE FLEET GRAPHICS
4410 DELL AVE
NORTH BERGEN NJ 07047

012854P001-1413A-248
IMEDVIEW INC
380 LEXINGTON AVE
17TH FLOOR
NEW YORK NY 10168

019268P001-1413A-248
IN THE SWIM
TYE WILSON
320 INDUSTRIAL DR
WEST CHICAGO IL 60185-1817

019269P001-1413A-248
INDEED INC
MAIL CODE 5160
PO BOX 660367
DALLAS TX 75266-0367

012870P001-1413A-248
INDEPENDENT ELECTRIC
WHITNEY LINCOLN
41 INNER BELT RD
SOMERVILLE MA 02143-4417

012877P001-1413A-248
INDIANA STATE CENTRAL
COLLECTION UNIT INSCCU
PO BOX 6219
INDIANAPOLIS IN 46206-6219

008899P001-1413A-248
INDIANAPOLIS POWER AND LIGHT CO
PO BOX 110
INDIANAPOLIS IN 46206-0110

008899S001-1413A-248
INDIANAPOLIS POWER AND LIGHT CO
2102 NORTH ILLINOIS ST
INDIANAPOLIS IN 46202-1330

019271P002-1413A-248
INDUSTRIAL HANDLING SYSTEMS
336 LOCKHOUSE RD
WESTFIELD MA 01085-1237

019272P001-1413A-248
INDUSTRIAL PARTS CO
163 BELMONT AVE
GARFIELD, NJ 07026

044351P001-1413A-248
INDUSTRIAL RUBBER
938 S ELMORA AVE
ELIZABETH NJ 07207

044399P001-1413A-248
INFORM DECISIONS
VERNON CPA AND CO
LUCILLE VERNON
647 CAMINO DE LOS MARES #108-259
SAN CLEMENTE CA 92673

012888P001-1413A-248
INK IT DESIGN
AVI PERLSTEIN
644 CROSS ST UNIT 19
LAKEWOOD NJ 08701-4654

012890P001-1413A-248
INLINE PLASTICS CORP
LEZLIE STORCH
42 CANAL ST
SHELTON CT 06484-3223

012900P001-1413A-248
INNOVEX
11 POWDER HILL RD
LINCOLN RI 02865

012909P001-1413A-248
INSTANT EXPRESS
1277 MT READ BLVD
ROCHESTER NY 14606

012918P002-1413A-248
INTEGRATED LOGISTICS AND ASSOCIATES
MORGAN CARR
PO BOX 25189
FARMINGTON NY 14425

012919P001-1413A-248
INTEGRATED OFFICE SOLUTIONS
126 HALL ST STE J
CONCORD NH 03301-3447

012927P001-1413A-248
INTENSIVE SUPERVISION PROGRAM
PROBATION SVC
P O BOX 974
TRENTON NJ 08625

012928P001-1413A-248
INTER CITY TIRE
777 DOWD AVE
ELIZABETH NJ 07201

044278P001-1413A-248
INTERLINE BRANDS INC DBA BARNETT
BANKRUPTCY
LYNN ADKINS
801 W BAY ST
JACKSONVILLE FL 32204

044277P001-1413A-248
INTERLINE BRANDS INC DBA LERAN
BANKRUPTCY
LYNN ADKINS
801 W BAY ST
JACKSONVILLE FL 32204

012939P001-1413A-248
INTERNATIONAL ALUMINUM CORP
767 MONTEREY PASS RD
MONTEREY PARK CA 91454

044490P001-1413A-248
INTERNATIONAL CARGO TERMINALS
MARLO J HITTMAN ESQ
354 EISENHOWER PKWY PLZ I
LIVINGSTON NJ 07458

043903P001-1413A-248
INTERPOOL INC DBA TRAC INTERMODAL
KAREN WOLCOTT
750 COLLEGE ROAD E
PRINCETON NJ 08540

012945P001-1413A-248
INTERSTATE BATTERY
RUAN TRANSPORTATION
PO BOX 9319
DES MOINES IA 50306-9319

021172P002-1413A-248
INTERSTATE BILLING SVC INC
SHANE STEWART
PO BOX 2250
DECATUR AL 35609

044289P001-1413A-248
INTERSTATE TOWING AND RECOVERY INC
CO MCMANIMON SCOTLAND AND BAUMANN LLC
75 LIVINGSTON AVE 2ND FL
ROSELAND NJ 07068

012950P001-1413A-248
INTERSTATE TOWING AND TRANSPORT
SPECIALIST INC
1655 HIGHLAND RD
TWINSBURG OH 44087

019281P001-1413A-248
INTERTAPE POLYMER GROUP
RAJ GOSAL
9999 CAVENDISH BLVD STE 200
ST-LAURENT QC H4M 2X5
CANADA

019286P001-1413A-248
IRS RAIVS TEAM
STOP 6705 P6
KANSAS CITY MO 64999

021158P002-1413A-248
IRS- DEPT OF THE TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101

021158S001-1413A-248
IRS- DEPT OF THE TREASURY
INTERNAL REVENUE SERVICE
955 S SPRINGIELD AVE BLDG A
SPRINGFIELD NJ 07081

012971P001-1413A-248
IRVING OIL CORP
ACCNT#0018518005604
PO BOX 11012
LEWISTON ME 04243-9463

012989P001-1413A-248
ITSIMPLIFY
PO BOX 32192
NEW YORK NY 10087-2192

012996P002-1413A-248
ITW FOOD EQUIPMENT GROUP
AKA HOBART CORP VULCAN FOOD EQUIP
3775 LAKE PK DR
COVINGTON KY 41017-9603

012996S001-1413A-248
ITW FOOD EQUIPMENT GROUP
AKA HOBART CORP VULCAN FOOD EQUIP
JONATHAN D LEESON
701 S RIDGE AVE
TROY OH 45374

013012P001-1413A-248
J B HUNT
PO BOX 682
LOWELL AR 72745-0682

019290P001-1413A-248
J M LANDSCAPING
JOSE MONDRAGON
113 N MICHIGAN AVE
ADDISON IL 60101

013034P002-1413A-248
JACKSON WELDING SUPPLY CO
DOROTHY L LONERO
1421 W CARSON ST
PITTSBURGH PA 15219

013038P001-1413A-248
JACQUELINE MOK
2452 W BELMONT AVE
CHICAGO IL 60618-5925

013039P003-1413A-248
JAFRAY REALTY INC
PASCAL SERVICE CORP
51 DELTA DR
PAWTUCKET RI 02860

013086P001-1413A-248
JANI-KING OF RICHMOND
C AND C FRANCHISING INC
9701 A METROPOLITAN CT
RICHMOND VA 23236

019298P002-1413A-248
JANS FARMHOUSE CRISPS
112 S WINSOOKI AVE #214
BURLINGTON VT 05403

019300P001-1413A-248
JARDEN HOME BRANDS
VICTORIA MIANESE
9999 E 121ST ST
FISHERS IN 46038-0657

013097P001-1413A-248
JAY B SPIRT PA
3205 B CORPORATE CT
ELLICOTT CITY MD 21042

019304P003-1413A-248
JC SUPPLY CO
JORGE CANCIO
245 E ROOSEVELT AVE
HATO REY PR 00918

019304S001-1413A-248
JC SUPPLY CO
JORGE CANCIO
PO BOX 10472
SAN JUAN PR 00922

013108P001-1413A-248
JD EQUIPMENT INC
1662 US HIGHWAY 62 SW
WASHINGTON COURT HOUSE OH 43160

018347P003-1413A-248
JENNY MUNSON ANDRESS ETC V
SWARTZ CAMPBELL LLC
KEVIN J CANAVAN
ONE LIBERTY PL FL 38
1650 MARKET ST
PHILADELPHIA PA 19103

013145P001-1413A-248
JERSEY CITY MUNICIPAL COURT
365 SUMMIT AVE
JERSEY CITY NJ 07306-3112

013152P001-1413A-248
JESCO INC
JOHN DEERE DEALER
8411 PULASKI HWY
BALTIMORE MD 21237

013164P001-1413A-248
JFV TRUCKING
37 MAPLE AVE
DOVER NJ 07801

013028P001-1413A-248
JJ KELLER AND ASSOCIATES
PO BOX 6609
CAROL STREAM IL 60197-6609

013211P001-1413A-248
JOHN HANCOCK LIFE INSURANCE CO
PO BOX 7247-0274
PHILADELPHIA PA 19170-0274

013230P001-1413A-248
JOHN W KENNEDY CO INC
990 WATERMAN AVE
PO BOX 14217
EAST PROVIDENCE RI 02914

013243P001-1413A-248
JOHN'S MOBILE REPAIR SVC
1511 COMMERCE AVE
CARLISLE PA 17015

019315P001-1413A-248
JOHNSON CO
625 CONKLIN RD
BINGHAMTON NY 13903-2700

019317P001-1413A-248
JOHNSONS TIRE SVC INC
10426 ROUTE 6
CLARENDON PA 25164-0553

013265P002-1413A-248
JONAITIS PLOWING
MIKE JONAITIS
4 BURNHAM ST
SOUTH PORTLAND ME 04106

019323P001-1413A-248
JX ENTERPRISES INC
1320 WALNUT RIDGE DR
STE 100
HARTLAND WI 53029

044590P001-1413A-248
K LINE LOGISTICS USA INC
ANNU KOMAGUCHI
OCEAN EXPORT SUPERVISOR
14568 228TH ST UNIT 2
SPRINGFIELD GARDENS NY 11413

019327P003-1413A-248
KAL PAC CORP
LISA MULE
10 FACTORY ST
MONTGOMERY NY 12549-1202

013351P001-1413A-248
KDL
PO BOX 752
CARNEGIE PA 15106-0752

013353P001-1413A-248
KDL FREIGHT MANAGEMENT
ASHLEY MC INTYRE
111 RYAN CT
PITTSBURGH PA 15205-1310

013355P001-1413A-248
KDM PRODUCTS
CARIN ZINKE
820 COMMERCE PKWY
CARPENTERSVILLE IL 60110-1721

019330P001-1413A-248
KEHE DISTRIBUTORS
860 NESTLE WAY STE 250
BREINIGSVILLE PA 18031

000482P001-1413A-248
KENNETH WEGNER
ADDRESS INTENTIONALLY OMITTED

044450P003-1413A-248
KEVIN HOLLEY
GUNNING & LAFAZIA INC
33 COLLEGE HILL RD STE 25 B
WARWICK RI 02886

019337P001-1413A-248
KEYSTONE OIL PRODUCTS CORP
1600 HUMMEL AVE
PO BOX 157
CAMP HILL PA 17011

019338P002-1413A-248
KEYSTONE TECHNOLOGIES
PETER SEIDEMAN ATTORNEY LLC
PETER SEIDEMAN
130 WEST MAIN ST
EAST ISLIP NY 11730

013415P002-1413A-248
KEYSTONE TRAILER SVC INC
NICHOLAS E HAUCK
100 W CRONE RD
YORK PA 17406

019347P001-1413A-248
KISS LOGISTICS INC
2504 APPLEBY DR
OCEAN NJ 07712

013462P001-1413A-248
KOCH FILTER CORP
TRACI VANCE BOBBY
8401 AIR COMMERCE DR
LOUISVILLE KY 40219-3503

019351P001-1413A-248
KOKE INC
THOMAS MIKSCH
582 QUEENSBURY AVE
QUEENSBURY NY 12804-7612

019353P001-1413A-248
KONICA MINOLTA BUS SOLUTIONS
DEPT2366
PO BOX 122366
DALLAS TX 75312-2366

019354P002-1413A-248
KOVATCH MOBILE EQUIPMENT
KME FIRE APARATUS
BRITTANY BOWMAN
ONE INDUSTRIAL COMPLEX
NESQUEHONING PA 18240-2201

013558P001-1413A-248
LANDRY AND MARTIN CORP INC
362 CENTRAL AVE
PAWTUCKET RI 02860

013560P002-1413A-248
LANDSTAR GLOBAL LOGISTICS INC
DAWN BOWERS
13410 SUTTON PARK DR S
JACKSONVILLE FL 32224

013564P001-1413A-248
LANGHAM LOGISTICS
DEANNE JACKSON
5335 W 74TH ST
INDIANAPOLIS IN 46268-4180

019368P001-1413A-248
LARRABEES TIRE SVC LLC
17 HUNT CREEK RD
NICHOLS NY 13812

013572P001-1413A-248
LARRY PRESS INC
2284 FLATBUSH AVE
BROOKLYN NY 11234

013578P001-1413A-248
LATHAM POOL PRODUCTS
BACKHAUL DIRECT
1 VIRGINIA AVE STE 400
INDIANAPOLIS IN 46204-3644

013583P001-1413A-248
LAUNDRYLUX
461 DOUGHTY BLVD
INWOOD NY 11096

044112P001-1413A-248
LEASE PLAN USA LT
1165 SANCTUARY PKWY
ALPHARETTA GA 30009

013600P001-1413A-248
LEAVITT CORP
JANINE LE FAVE
100 SANTILLI HWY
EVERETT MA 02149-1938

019373P001-1413A-248
LEE HI TOWING AND RECOVERY
P O BOX 12101
ROANOKE VA 24022

013650P001-1413A-248
LEWIS GALE MEDICAL CENTER
1900 ELECTRIC RD
SALEM VA 24153

013651P001-1413A-248
LEXIS NEXIS
P O BOX 9584
NEW YORK NY 10087-4584

019380P001-1413A-248
LIBERTY GLASS TECHS INC
1550 W FULLERTON AVE
UNIT D
ADDISON IL 60101

019381P001-1413A-248
LIBERTY INTL TRUCKS OF NH LLC
1400 SOUTH WILLOW ST
MANCHESTER NH 03103

019383P001-1413A-248
LIBERTY UTILITIES
NH
75 REMITTANCE DR STE 1032
CHICAGO IL 60675-1032

008936P001-1413A-248
LIBERTY WATER CO
PO BOX 371852
PITTSBURGH PA 15250-7852

013705P001-1413A-248
LIFEFACTORY
ECHO GLOBAL
600 W CHICAGO AVESTE 725
CHICAGO IL 60654-2801

019387P001-1413A-248
LIFTECH EQUIPMENT COMPANIES
6847 ELLICOTT DR
EAST SYRACUSE NY 13057

013713P001-1413A-248
LIGHTNING LOADING SVC
8280 SIXTY RD
BALDWINSVILLE NY 13027

018229P001-1413A-248
LINCOLN AUTOMOTIVE FINANCIAL SVCS
AKA CAB EAST LLC
DEBORAH EISENHAUER
PO BOX 62180
COLORADO SPRINGS CO 80962-4400

008881P002-1413A-248
LINCOLN WASTE SOLUTIONS LLC
JASON CRANE
2075 SILAS DEANE HWY
STE 101
ROCKY HILL CT 06067

013736P001-1413A-248
LINE OF CREDIT NOW
P O BOX 959
WOOD DALE IL 60191

013745P002-1413A-248
LISIS TOWING SVC INC
ANTHONY LISI
3402 DANBURY RD
BREWSTER NY 10509

019393P001-1413A-248
LIVIU GROSULEAC
ELKTON T43
155 GATESHEAD WAY
PHOENIXVILLE PA 19460

013758P001-1413A-248
LMS INTELLIBOUND LLC
3086 MOMENTUM PL
CHICAGO IL 60689-5330

019401P001-1413A-248
LORDS VALLEY TOWING
500 ROUTE 739
LORDS VALLEY PA 18428

019402P002-1413A-248
LOREAL CONSUMER PRODS DIV
TRANSPORTATION DEPT
KATHY OLDAK
35 BROADWAY RD
CRANBURY NJ 08512-5411

019403P001-1413A-248
LOUNSBERRY TRUCK STOP
ROUTE 17 AT EXPRESSWAY 63
NICHOLS NY 13812

013841P001-1413A-248
M AND K MOBILE SVC
8308 SPENCER LAKE RD
MEDINA OH 44256

019407P001-1413A-248
M AND N SALES CO INC
415 KEIM BLVD
BURLINGTON NJ 08016

013850P001-1413A-248
M BLOCK AND SONS INC
DONNA CHURMS
5020 W 73RD ST
BEDFORD PARK IL 60638-6612

013877P001-1413A-248
MACHINISTS MONEY PURCHASE
PENSION FUND
140 SYLVAN AVE STE 303
ENGLEWOOD CLIFFS NJ 07632

013913P001-1413A-248
MAGISTERIAL DISTRICT CT
26-3-03
400 FISHER AVE
CATAWISSA PA 17820

013939P001-1413A-248
MAINE TURNPIKE AUTHORITY
VIOLATION PROCESSING CNTR
2360 CONGRESS ST
PORTLAND ME 04102

013941P001-1413A-248
MAINFREIGHT USA
NANCY SANCHEZ
300 ED WRIGHT LA STE L
NEWPORT NEWS VA 23606-4384

013949P001-1413A-248
MALCO PRODUCTS INC
DORIS MATUCH
361 FAIRVIEW AVE
BARBERTON OH 44203

019413P001-1413A-248
MANHATTAN ASSOCIATES
PO BOX 405696
ATLANTA GA 30368

013964P001-1413A-248
MANITOULIN
YVONNE BAILEY
PO BOX 390
GORE BAY ON POP1HO
CANADA

013965P001-1413A-248
MANITOULIN TRANSPORT
YVONNE BAILEY
PO BOX 390
GORE BAY ON POP1H02190
CANADA

019414P001-1413A-248
MANITOULIN TRANSPORT
YVONNE BAILEY
PO BOX 390
GORE BAY ON P0P1H0
CANADA

013967P001-1413A-248
MANITOULIN TRANSPORT LTD
YVONNE BAILEY
PO BOX 390
GORE BAY ON POP1H02190
CANADA

044736P002-1413A-248
MANSFIELD OIL CO OF GAINESVILLE INC
THOMPSON OBRIEN KEMP AND NASUTI PC
ALBERT F. NASUTI
2 SUN CT SUITE 400
PEACHTREE CORNERS GA 30092

019415P001-1413A-248
MANUEL STUBB
SO PLAINFIELD SAFETY
135 WEST 238TH ST
BRONX NY 10463

044407P003-1413A-248
MARCO POLO LOGISTICS
PHILIP LEE
10929 FRANKLIN AVE
SUITE # W
FRANKLIN PARK IL 60008

044530P002-1413A-248
MARIANNE T OTOOLE CH 7 TRUSTEE OF CALICO IND
CO LAMONICA HERBST AND MANISCALCO LLP
3305 JERUSALEM AVE STE 501
WANTAGH NY 11793

014011P003-1413A-248
MARIO T RUBIO
THE JAFFE LAW FIRM PC
JEROME JAFFE
11260 ROGER BACON DR STE 504
RESTON VA 20190

014023P001-1413A-248
MARKO RADIATOR INC
725 WEST COAL ST
SHENANDOAH PA 17976

014024P001-1413A-248
MARLBOROUGH COUNTRY
45 NORTH MAIN ST
MARLBOROUGH CT 06447-1309

019419P001-1413A-248
MARYLAND AUTOMOBILE INS FUND
P O BOX 6309
BALTIMORE MD 21230-0309

014053P001-1413A-248
MARYLAND DISTRICT COURT
TRAFFIC PROCESSING CENTER
PO BOX 6676
ANNAPOLIS MD 21401-0676

014061P001-1413A-248
MASCO CABINETRY
CINDY MYERS
641 MADDOX DR
CULPEPER VA 22701-4100

044544P001-1413A-248
MASERGY COMMUNICATIONS INC
STEVEN T HOLMES
CAVAZOS HENDRICKS POIROT PC
900 JACKSON STREET STE 570
DALLAS TX 75202

014068P001-1413A-248
MASIS STAFFING SOLUTIONS LLC
PO BOX 204653
DALLAS TX 75320-4653

014069P001-1413A-248
MASKCARA COSMETICS
STEPHEN HEPNER
1987 S 2940 E
SAINT GEORGE UT 84790-5111

014071P001-1413A-248
MASONITE
JASPER CHIGUMA
970 NEW YORK RTE 11
KIRKWOOD NY 13795-1649

014081P002-1413A-248
MASTER MECHANICAL CORP
151 E 2ND ST
HUNTINGTON STATION NY 11746-1430

014127P001-1413A-248
MCCOURT LABEL CABINET CO
20 EGBERT LN
LEWIS RUN PA 16738

014128P001-1413A-248
MCCUE CORP
STEVE MOONEY
125 WATER ST
DANVERS MA 01923

019429P002-1413A-248
MCGRATH OFFICE EQUIPMENT
416 LIBERTY ST
MORRIS IL 60450-2133

044362P002-1413A-248
MCINTOSH ENERGY COMPANY
CULLEN & DYKMAN LLP
DAVID EDELBERG
433 HACKENSACK AVE
HACKENSACK NJ 07601

019431P001-1413A-248
MCLANE NORTHEAST
PO BOX 6131
TEMPLE TX 76503-6131

014142P001-1413A-248
MCS LIFE INSURANCE CO
FINANCE DEPT
PO BOX 193310
SAN JUAN PR 00919-3310

014166P001-1413A-248
MEDEXPRESS BILLING
#7958J
PO BOX 7964
BELFAST ME 04915

014178P001-1413A-248
MEDITERRANEAN SHIPPING
700 WATERMARK BLVD
MOUNT PLEASANT SC 29464

019436P001-1413A-248
MELLOTT AND MELLOTT
SPENCER SKAATS
312 WALNUT ST STE 2500
CINCINNATI OH 45202-4024

019437P001-1413A-248
MERCANTILE DEVELOPMENT
CHRISTOPHER CARROLL
10 WATERVIEW DR
SHELTON CT 06484-4300

014235P001-1413A-248
MESCA FREIGHT SVC
PO BOX 70000
NEWARK NJ 07101-3521

014254P001-1413A-248
METROPOLITAN LIFE INSURANCE CO
P O BOX 360229
PITTSBURGH PA 15251-6229

044454P002-1413A-248
MG A MINOR CHILD BY HER PARENT AND
NATURAL GUARDIAN PORTIA DIXON
DENNIS ABRAMS
LOWENTHAL AND ABRAMS PC
555 CITY LINE AVE SUITE 500
BALA CYNWYD PA 19004

014268P001-1413A-248
MICA CORP
ALPHONSE ACONFORA
9 MOUNTAIN VIEW RD
SHELTON CT 06484-6404

019439P001-1413A-248
MICHAEL AND ANDREA WOOD
106 PEARL ST
WOBURN MA 01801

019441P001-1413A-248
MICHELIN NORTH AMERICA
CLAIMS DEPT
PO BOX 100860
ATLANTA GA 30384-0860

021161P001-1413A-248
MICHELIN NORTH AMERICA INC
LESLIE MCCAULEY
MICHELIN NORTH AMERICA INC
ONE PARKWAY SOUTH
GREENVILLE SC 29615

019443P001-1413A-248
MID ATLANTIC TRUCK CENTRE
525 LINDEN AVE WEST
LINDEN NJ 07036

019445P001-1413A-248
MIDRANGE SOLUTIONS INC
200 SHEFFIELD ST
SUITE 103
MOUNTAINSIDE NJ 07092

019448P001-1413A-248
MILLS CO
CLAIMS DEPT
3007 HARDING HWY E BLDG
MARION OH 43302

008938P002-1413A-248
MILTON REGIONAL WASTE WATER
SEWER AUTHORITY
5585 STATE ROUTE 405
MILTON PA 17847-7519

014379P001-1413A-248
MITSUBISHI INTL FOOD
DANA MCKINNEY STE 400
5080 TUTTLE CROSSING BLVD
DUBLIN OH 43016-3540

014385P001-1413A-248
MLL LOGISTICS LLC
BERRY PLASTICS
18250 FRESH LAKE WAY
BOCA RATON FL 33498

014399P001-1413A-248
MODERN HANDLING EQUIPMENT CO
PO BOX 95000-5770
PHILADELPHIA PA 19195-5770

014406P001-1413A-248
MOEN INC
JUSTINE PETCHLER
PO BOX 8022
NORTH OLMSTED OH 44070-8022

014409P001-1413A-248
MOHAWK DISTRIBUTION
CHRISTINA SMITH
26B EAGLE DR
HOGANSBURG NY 13655

019457P001-1413A-248
MORRIS COUNTY JOINT INS FUND
HANOVER TWP
PO BOX 268
NEWTON NJ 07860

014462P001-1413A-248
MOUNTAIN TARP
BILL CHRISTIE
2580 E SHARON RD
SHARONVILLE OH 45241-1847

019460P001-1413A-248
MSC INDUSTRIAL SUPPLY CO
PO BOX 953635
SAINT LOUIS MO 63195-3635

019461P001-1413A-248
MSN
86 CARGO PLAZA/BLDG
JAMAICA NY 11430

014481P001-1413A-248
MTA B AND T
VIOLATION PROCESSING CENTER
P O BOX 15186
ALBANY NY 12212-5186

014482P001-1413A-248
MTD DISTRIBUTION CENTER
KATHY FIDLER
701 THEO MOLL DR
WILLARD OH 44890-9289

014509P002-1413A-248
MURATEC AMERICA INC
14800 LANDMARK BLVD STE 720
DALLAS TX 75254-7010

014518P001-1413A-248
MVP GROUP
ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

014520P001-1413A-248
MW TRANSPORTATION SYSTEMS INC
PO BOX 388077
CHICAGO IL 60638

014521P001-1413A-248
MYBAR LABOR SVC
MARIA FRESCHI
PO BOX 5178
NORTH BRANCH STATION
SOMERVILLE NJ 08876

014551P001-1413A-248
NAPA AUTO PARTS
PO BOX 414988
BOSTON MA 02241-4988

014558P001-1413A-248
NARRAGANSETT BAY COMMISSION
PO BOX 9668 DEPT25
PROVIDENCE RI 02940-9668

008941P001-1413A-248
NASSAU COUNTY DEPT OF HEALTH
JOHN L LOVEJOY 140500 BEP/X1
200 COUNTY SEAT DR
MINEOLA NY 11501

019468P001-1413A-248
NATIONAL BUSINESS EQUIPMENT
505 BRADFORD ST
ALBANY NY 12206

044146P002-1413A-248
NATIONAL GRID
VALERIE IVES
300 ERIE BLVD W
SYRACUSE NY 13202

014598P001-1413A-248
NATIONAL RETAIL SYSTEMS
1624 16TH ST
NORTH BERGEN NJ 07047

014652P001-1413A-248
NEOPOST USA INC
DEPT 3689
PO BOX 123689
DALLAS TX 75312-3689

014655P001-1413A-248
NES GEORGIA INC
PO BOX 277329
ATLANTA GA 30384-7329

019485P001-1413A-248
NESTLE WATERS NORTH AMERICA
DBA NESTLE PURE LIFE
PO BOX 856192
LOUISVILLE KY 40285

008942P001-1413A-248
NEW JERSEY AMERICAN WATER
BOX 371331
PITTSBURGH PA 15250-7476

014711P001-1413A-248
NEW YORK STATE COMPTROLLER
OFFICE OF UNCLAIMED FUNDS
110 STATE ST 8TH FL
ALBANY NY 12236

019491P001-1413A-248
NEW YORK STATE INSURANCE FUND
THOMAS P ETZEL
225 OAK ST
BUFFALO NY 14203

019494P001-1413A-248
NEWARK POOL CO LLC
GINA CLIFFORD
682 PASSAIC AVE
NUTLEY NJ 07110-1230

019495P001-1413A-248
NEWLY WEDS FOODS
ROSIO RUIZ
4140 W FULLERTON AVE
CHICAGO IL 60639-2106

014736P001-1413A-248
NEXEO SOLUTIONS
CASS INFORMATION SYSTEM
PO BOX 17600
SAINT LOUIS MO 63178

014749P001-1413A-248
NGT D/B/A COVERALL SERV CO-HBG
8965 GUILFORD RD STE 100
COLUMBIA MD 21046

014765P001-1413A-248
NINOS EQUIPTMENT
SUSAN LAWRENCE
1110 MITCHELL RD
SCHENECTADY NY 12303-2254

014723P001-1413A-248
NJ E-Z PASS
VIOLATIONS PROCESSING CENTER
PO BOX 4971
TRENTON NJ 08650

014532P001-1413A-248
NJ MANUFACTURERS INSCO
PO BOX 70167
PHILADELPHIA PA 19176-0167

014773P001-1413A-248
NJ MVC-SPECIAL SERV TITLES
PO BOX 008
TRENTON NJ 08646-0008

014785P001-1413A-248
NNR GLOBAL LOGISTICS
CARGO CLAIMS
145 HOOK CREEK BLVD UNIT
VALLEY STREAM NY 11581-2299

019505P001-1413A-248
NORTH HAVEN PAINT AND HARDWARE
87 QUINNIPIAC AVE
NORTH HAVEN CT 06473

014813P001-1413A-248
NORTH JERSEY TRAILER AND TRUCK
SVC INC
975 BELMONT AVE
NORTH HALEDON NJ 07508

014843P001-1413A-248
NORTHEAST STIHL
ROBERT BONVINI
2 PATRIOTS WAY
OXFORD CT 06478-1274

014846P001-1413A-248
NORTHERN BUSINESS MACHINESINC
24 TERRY AVE
BURLINGTON MA 01803

014869P001-1413A-248
NOVOLEX DUROBAG
TRANSPLACE SE
PO BOX 518
LOWELL AR 72745

019513P001-1413A-248
NPC GLOBAL CORP
100 MIDDLESEX AVE
CARTERET NJ 07008

008961P003-1413A-248
NY- TOWN OF MONTGOMERY
WATER AND SEWER DEPT
RODNEY WINCHELL
110 BRACKEN RD
MONTGOMERY NY 12549

044567P002-1413A-248
NYC DEPT OF FINANCE
TAX AUDIT AND ENFORCEMENT DIV
BANKRUPTCY UNIT
375 PEARL ST
NEW YORK NY 10038

018576P002-1413A-248
NYS- DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

014921P002-1413A-248
OAK HARBOR FREIGHT LINES INC
JASON PETERSON
PO BOX 1469
AUBURN WA 98071-1469

014921S001-1413A-248
OAK HARBOR FREIGHT LINES INC
OAK HARBOR FREIGHT
MISTY GABLEHOUSE
PO BOX 1469
AUBURN WA 98071-1469

014928P001-1413A-248
OCCUPATIONAL HEALTH CENTERS OF
THE SOUTHWEST
PO BOX 20127
CRANSTON RI 02920-0942

019518P001-1413A-248
OCEANIC LINKWAYS INC
1300 LIVINGSTON AVE
NORTH BRUNSWICK NJ 08902-3833

019522P001-1413A-248
ODW LOGISTICS INC
BRIAN BANTEL
345 HIGH ST STE 600
HAMILTON OH 45011-6072

014937P001-1413A-248
ODYSSEY TRANSPORTLLC
CTS
1915 VAUGHN RD
KENNESAW GA 30144-4502

019529P001-1413A-248
OHSERASE MANU LLC
AUTUMN CAJIGAS
PO BOX 550
HOGANSBURG NY 13655

014975P001-1413A-248
OLD MILL
UNISHIPPERS
2323 VICTORY AVE
#1600
DALLAS TX 75219-7657

014985P002-1413A-248
OMEGA SIGN AND LIGHTING INC
YESCO CHICAGO
CARMELA P MENNA
100 W FAY
ADDISON IL 60101

014988P001-1413A-248
OMNI SVC INC
PO BOX 350016
BOSTON MA 02241-0516

044494P001-1413A-248
OMNITRACS LLC
MARK A PLATT
FROST BROWN TODD LLC
100 CRESCENT CT STE 350
DALLAS TX 75201

022380P002-1413A-248
ONE TON BAG
BRIAN BRADLEY
1060 MONROE ST
HOBOKEN NJ 07030-6481

015000P001-1413A-248
ONEIDA HEALTHCARE CENTER
PO BOX 350
PLAINVIEW NY 11803

015001P001-1413A-248
ONEIDA MEDICAL IMAGING CTR
321 GENESEE ST
ONEIDA NY 13421

015002P001-1413A-248
ONEMAIN FINANCIAL GROUP LLC
600 BALTIMORE AVE
STE 208
TOWSON MD 21204

008944P001-1413A-248
ONONDAGA COUNTY WATER AUTH
PO BOX 4949
SYRACUSE NY 13221-4949

015016P001-1413A-248
ORLANDO PRODUCTS
DONNA TRIBULL
2639 MERCHANT DR
BALTIMORE MD 21230-3306

008946P001-1413A-248
PA DEP
BUREAU OF CLEAN WATER CH92A
PO BOX 8466
HARRISBURG PA 17105-8466

019544P001-1413A-248
PACCAR PARTS FLEET SVC
P O BOX 731165
DALLAS TX 75373-1165

015068P001-1413A-248
PACKAGING WHOLESALERS
CARRIE POIDOMANI
1717 GIFFORD RD
ELGIN IL 60120-7534

015077P001-1413A-248
PAETEC COMMUNICATIONS INC
WINDSTREAM
PO BOX 9001013
LOUISVILLE KY 40290-1013

015086P001-1413A-248
PALADONE
ANGELA SHIPLEY
120 RESOURCE AVE
MOUNTAIN LAKE PARK MD 21550-6973

021278P001-1413A-248
PALADONE PRODUCTS
TOTAL BIZ FULFILLMENT
SHAWNA SHOEMAKE
PO BOX 600
GRANTSVILLE MD 21532

015092P001-1413A-248
PALMERTON COMMUNITY AMBULANCE
501 DELAWARE AVE
P O BOX 2
PALMERTON PA 18071

015105P001-1413A-248
PARADIGM PLUMBING HEATING AND
AIR CONDITIONING INC
8 INDUSTRIAL PK DR UNIT 12
HOOKSETT NH 03106

015145P002-1413A-248
PASQUALE IANNONE
55 DILKS RD
MONROEVILLE NJ 08343

019565P001-1413A-248
PASSIAC METAL AND BLDG
TARA CRANE
1957 RUTGERS UNIVERSITY
LAKEWOOD NJ 08701-4568

015178P001-1413A-248
PBS BRAKE AND SUPPLY CORP
6044 CORPORATE DR
EAST SYRACUSE NY 13057

015184P001-1413A-248
PCM SALESINC
BANK OF AMERICA-FILE 55327
2706 MEDIA CTR DR
LOS ANGELES CA 90065

015189P001-1413A-248
PDA INC
PO BOX 471909
FORT WORTH TX 76147

015202P002-1413A-248
PEERLESS CLOTHING INTERNATIONAL INC
DANIELA CASCINO
200 INDUSTRIAL PK RD
ST ALBANS VT 05478-1881

044415P001-1413A-248
PEGASUS TRANSTECH CORP
DEB SUDTELGTE
201 N FRANKLIN ST STE 1700
TAMPA FL 33602

019570P002-1413A-248
PENN JERSEY DIESEL AND TRAILER
2950 STATE RD
BENSALEM PA 19020-7318

019572P001-1413A-248
PENNSYLVANIA AMERICAN WATER
PO BOX 371412
PITTSBURGH PA 15250-7412

019573P001-1413A-248
PENNSYLVANIA TURNPIKE COMM
VIOLATION PROCESSING CENTER
300 EAST PK DR
HARRISBURG PA 17111

015233P001-1413A-248
PENNWOOD PRODUCTS
NEXTERUS INC
802 FAR HILLS DR
NEW FREEDOM PA 17349-8428

044575P001-1413A-248
PEOPLE OF THE STATE OF NEW YORK
JACQUELINE HUI
NYC LAW DEPARTMENT
100 CHURCH ST 4TH FL
NEW YORK NY 10007

015240P001-1413A-248
PEPPERELL BRAIDING CO
22 LOWELL ST
PEPPERELL, MA 01463

019577P001-1413A-248
PERFORMANCE FREIGHT
JANINE OLSON
2040 W OKLAHOMA AVE
MILWAUKEE WI 53215-4444

019577S001-1413A-248
PERFORMANCE FREIGHT
LIZ KENNOW
2040 W OKLAHOMA AVE
MILWAUKEE WI 53215-4444

015253P001-1413A-248
PERKINS PAPER CO
MARY JO O'BRIEN
630 JOHN HANCOCK RD
TAUNTON MA 02780-7380

015260P001-1413A-248
PET PRODUCTS
CLAIMS DEPT/ PABLO DE JESUS
STATE ROAD 1 KM25
SAN JUAN PR 00926-9518

001418P001-1413A-248
PETER DECORE
ADDRESS INTENTIONALLY OMITTED

015271P001-1413A-248
PETERBILT OF CONNECTICUT INC
DBA PETERBILT OF RHODE ISLAND
11 INDUSTRIAL LN
JOHNSTON RI 02919

015295P001-1413A-248
PHILIPS LIGHTING
LEE ANN LACEY
1111 NORTHSHORE DR STE
KNOXVILLE TN 37919-4005

044432P002-1413A-248
PILOT THOMAS LOGISTICS LLC
AKA PETROLEUM PRODUCTS FLEET FUELING
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 THROCKMORTON ST STE 1000
FT WORTH TX 76102

044432S001-1413A-248
PILOT THOMAS LOGISTICS LLC
AKA PETROLEUM PRODUCTS FLEET FUELING
RUSS EPPERSON
201 N RUPERT ST
FT WORTH TX 76107

015334P001-1413A-248
PINNACLE WORKFORCE LOG LLC
3086 MOMENTUM PL
CHICAGO IL 60689-5330

015342P001-1413A-248
PITCO FRIALATOR INC
TECH LOGISTICS
300 ELM ST UNIT 1
MILFORD NH 03055-4715

015344P001-1413A-248
PITNEY BOWES GLOBAL FIN LLC
PO BOX 317887
PITTSBURGH PA 15250-7887

008950P001-1413A-248
PLAINVIEW WATER DISTRICT
PO BOX 9113
PLAINVIEW NY 11803-9013

015383P002-1413A-248
PMXF SYSTEMS INC
DWAYNE SPENCER
183 27TH ST
BROOKLYN NY 11232

015391P001-1413A-248
POLLAK DIST
ABRAHAM JACOB ROSNER
1200 BABBIT RD
EUCLID OH 44132

015408P001-1413A-248
PORT AUTHORITY OF NY AND NJ
VIOLATIONS PROCESSING CENTER
PO BOX 15186
ALBANY NY 12212-5186

044458P003-1413A-248
PORTIA DIXON
DENNIS ABRAMS
LOWENTHAL AND ABRAMS PC
555 CITY LINE AVE SUITE 500
BALA CYNWYD PA 19004

044449P003-1413A-248
PORTIA DIXON
DENNIS ABRAMS
LOWENTHAL AND ABRAMS PC
555 CITY LINE AVE SUITE 500
BALA CYNWYD PA 19004

015431P001-1413A-248
POWERCO INC
7247 PENN DR
ALLENTOWN PA 18106

008910P001-1413A-248
PP AND L
2 NORTH 9TH ST CPC GENNI
ALLENTOWN PA 18101

008910S001-1413A-248
PP AND L
TWO NORTH NINTH ST LEHIGH
ALLENTOWN PA 18101-1179

015437P001-1413A-248
PPG ARCHITECTURAL COATINGS
MATT TESSARO
400 BERTHA LAMME DR
CRANBERRY TOWNSHIP PA 16066-5229

015446P001-1413A-248
PRAXAIR DISTRIBUTION INC
P O BOX 382000
PITTSBURGH PA 15250-8000

019601P001-1413A-248
PRECEPT MEDICAL PRODUCTS
DEBBIE HYATT
370 AIRPORT RD
ARDEN NC 28704-9202

015461P001-1413A-248
PRED MATERIALS
ALEXIS BEHNKE
60 E 42ND ST STE 1456
NEW YORK NY 10165

015490P001-1413A-248
PRIDE OF INDIA
AKSHAT JAIN
329 SUMMIT AVE STE 7
BRIGHTON MA 02135-7532

015491P001-1413A-248
PRIMARY COLORS
D PATTERSON
9 MILLENNIUM DR
NO GRAFTON MA 01536-1862

019606P002-1413A-248
PRIORITY 1 INC
SARAH K MORRIS
PO BOX 398
N LITTLE ROCK AR 72115-0398

015507P001-1413A-248
PRIVATE LABEL FOODS
JAMES COLLINS
1686 LYELL AVE
ROCHESTER NY 14606-2312

015518P001-1413A-248
PRODRIVERS
PO BOX 102409
ATLANTA GA 30368-2409

019618P002-1413A-248
PROFORMANCE FOODS
EMILIE DOMER
42 WEST ST #316
BROOKLYN NY 11222-3110

015575P001-1413A-248
PROTRANS INTERNATIONAL INC
BOBBI MARTIN
8311 NO PERIMETER RD
INDIANAPOLIS IN 46241-3628

015580P002-1413A-248
PSE AND G
BANKRUPTCY DEPT
VILNA W GASTON
PO BOX 490
CRANFORD NJ 07016

008912P001-1413A-248
PUBLIC SVC ELECTRIC AND GAS CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444

008912S001-1413A-248
PUBLIC SVC ELECTRIC AND GAS CO
80 PARK PL
NEWARK NJ 07102

019625P002-1413A-248
PUERTO RICO BIOMEDICAL CORP
GERMAN PADRO
PO BOX 4755
CAROLINA PR 00984-4755

015604P002-1413A-248
QUAD LOGISTICS
EDDIE KARNES
655 ENGINEERING DR STE 310
NORCROSS GA 30092

015609P002-1413A-248
QUALITY AUTO GLASS INC
SUSAN M LESTER
2300 SOUTH CLINTON AVE
SOUTH PLAINFIELD NJ 07080

015625P002-1413A-248
QUICK FUEL
NICHOLLE A JOHNSON
2360 LINDBERGH ST
AUBURN CA 95602

019628P001-1413A-248
QUICK TRANSFER INC
RIVKY SCHWARTZ
331 RUTLEDGE ST
BROOKLYN NY 11211-7547

015655P002-1413A-248
R2 LOGISTICS INC
CLAIMS DEPT
10739 DEERWOOD PK BLVD STE 103
JACKSONVILLE FL 32256

032448P002-1413A-248
RADIANT POOLS
MARILYN SIRCO
440 N PEARL ST
ALBANY NY 12207-1320

015667P002-1413A-248
RADICI PLASTICS USA
RANDY STEELE
960 SEVILLE RD
WADSWORTH OH 44281-8316

015684P001-1413A-248
RAND MCNALLY
PO BOX 674311
DALLAS TX 75267-4311

015687P003-1413A-248
RANDALL REILLY LLC
PAUL DICKEY
PO BOX 2029
TUSCALOOSA AL 35403

015687S001-1413A-248
RANDALL REILLY LLC
3200 RICE MINE RD
TUSCALOOSA AL 35406

019637P001-1413A-248
RANDSTAD US LP
P O BOX 7247-6655
PHILADELPHIA PA 19170-6655

019638P003-1413A-248
RANDY MERRIT V NEMF ET AL
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
TWO LIBERTY PL
50 S 16TH ST FL 28
PHILADELPHIA PA 19102

019638S001-1413A-248
RANDY MERRIT V NEMF ET AL
SWARTZ CAMBELL LLC
KEVIN CANAVAN
ONE LIBERTY PL FL 38
1650 MARKET ST
PHILADELPHIA PA 19103

019642P002-1413A-248
RAYMOND OF NEW JERSEY LLC
1000 BRIGHTON ST
UNION NJ 07205

019644P001-1413A-248
RED HAWK FIRE AND SECURITY LLC
PO BOX 970071
BOSTON MA 02297-0071

015745P001-1413A-248
REDCO FOODS INC
TECH LOGISTICS
300 ELM ST UNIT 1
MILFORD NH 03055-4715

015755P002-1413A-248
REDSTONE LOGISTICS LLC
ERIC FRIEDLANDER
8500 W 110TH ST
STE 300
OVERLAND PARK KS 66210

015765P001-1413A-248
REGIONAL INTERNATIONAL CORP
1007 LEHIGH STATION RD
HENRIETTA NY 14467

008953P002-1413A-248
REGIONAL WATER AUTHORITY
AKA SOUTH CENTRAL CT REGIONAL WATER
AUTHORITY
90 SARGENT DR
NEW HAVEN CT 06511

015776P001-1413A-248
REI 0057
ISAAC SWANSON
375 COCHITUATE RD
FRAMINGHAM MA 01701

015751P001-1413A-248
REI 166
GREG HOWELL
350 INDEPENDENCE BLVD
VIRGINIA BEACH VA 23462-2802

015781P002-1413A-248
RELIABLE MATERIAL HANDLING INSTALLATIONS LLC
JESUS RAMIREZ
HANDLING INSTALLATION LLC
286 LESWING DR
BRICK NJ 08723

044460P002-1413A-248
RELX INC DBA LEXISNEXIS
9443 SPRINGBORO PIKE
MIAMISBURG OH 45342

015794P001-1413A-248
REPUBLIC TOBACCO
MARTIN TRUJILLO
2301 RAVINE WAY
GLENVIEW IL 60025-7627

008914P001-1413A-248
RG AND E
PO BOX 847813
BOSTON MA 02284-7813

008914S001-1413A-248
RG AND E
89 EAST AVE
ROCHESTER NY 14649-0001

010676P003-1413A-248
RI- CITY OF PAWTUCKET
TREASURY DEPARTMENT
DIANE E WYMAN
137 ROOSEVELT AVE
PAWTUCKET RI 02860

000132P002-1413A-248
RI- DIVISION OF TAXATION
CRYSTAL COTE
ONE CAPITOL HILL
PROVIDENCE RI 02908

019666P003-1413A-248
RICHARDSON BRANDS COMPANY
TRACEY BURTON
101 ERIE BLVD
CANAJOHARIE NY 13317-1148

019668P001-1413A-248
RICHMOND TOWING INC
9932 JEFFERSON DAVIS HWY
RICHMOND VA 23237

015840P001-1413A-248
RICOH USA INC
TRANSPORTATION INSIGHT
310 MAIN AVE WAY SE
HICKORY NC 28602-3513

015845P001-1413A-248
RIDOT
P O BOX 576
JAMESTOWN RI 02835

015857P001-1413A-248
RITE AID CORP
LOCK  BOX 4252
PO BOX 8500
PHILADELPHIA PA 19178-4252

015866P002-1413A-248
RIVIANA FOODS
T C S
LEANN MURPHY
PO BOX 18
DILLSBURG PA 17019-0018

019675P001-1413A-248
ROADNET TECHNOLOGIES INC
PO BOX 840720
DALLAS TX 75284-0720

019676P001-1413A-248
ROADRUNNER ENTERPRISES LLC
21 E 6TH ST APT 1B
CLIFTON NJ 07011

015887P001-1413A-248
ROARING SPRING BLANK BOOK
SUSAN KOLINCHAK
PO BOX 35
ROARING SPRING PA 16673-0035

019680P001-1413A-248
ROBERTS AND SON INC
20 JEWELL ST
GARFIELD NJ 07026

015915P001-1413A-248
ROBERTS LOGISTICS
MICHELLE BRICKER
5501 RT 89
NORTH EAST PA 16428-5054

015930P001-1413A-248
ROCHESTER FIRE EQUIPMENT INC
64 MARSHALL ST
ROCHESTER NY 14607

015932P001-1413A-248
ROCHESTER TRUCK REPAIR
549 U S HIGHWAY 1 BYPASS
PORTSMOUTH NH 03801-4131

015941P001-1413A-248
ROCKWELL EQUIPMENT AND SUPPLY
DINO PICCILINO
216 4TH ST
WILMERDING PA 15148-1004

015941S001-1413A-248
ROCKWELL EQUIPMENT AND SUPPLY
DINO PICCILINO
PO BOX 114
N VERSAILLES PA 15137

015940P001-1413A-248
ROCKY MOUNTAIN DATA SVC
PO BOX 5746
DENVER CO 80217

015946P001-1413A-248
ROHLIG USA
1601 ESTES AVE
ELK GROVE VILLAGE IL 60007-5409

019688P001-1413A-248
ROSENBACH CONTEMPORARY
PROMPT LOGISTICS-AVI
212 SECOND ST 205A
LAKEWOOD NJ 08701-3683

016012P001-1413A-248
RUBBERMAID COMMERCIAL PROD
SHERRY SINGHAS
3124 VALLEY AVE
WINCHESTER VA 22601-2636

019695P001-1413A-248
RUSH TRUCK CENTERS OF OHIOINC
PO BOX 34630
SAN ANTONIO TX 78265

016043P001-1413A-248
RYDER SHARED SVC CENTER
6000 WINDWARD PKWY
ALPHARETTA GA 30005

016046P001-1413A-248
RYDER TRANSPORTATION INC
PO BOX 96723
CHICAGO IL 60693-6723

016047P001-1413A-248
RYDER TRUCK RENTAL
PO BOX 96723
CHICAGO IL 60693-6723

019700P001-1413A-248
RYNEL INC
11 TWIN RIVERS DR
WISCASSET ME 04578-4973

016053P001-1413A-248
S AND F RADIATOR SVC INC
1022 TONNELLE AVE
NORTH BERGEN NJ 07047

016057P002-1413A-248
S AND W SVCS INC
EASTERN PETROLEUM EQUIPMENT
6057 CORPORATE DR
EAST SYRACUSE NY 13057

016068P001-1413A-248
SABERT CORP
CARGO CLAIMS
PO BOX 827615
PHILADELPHIA PA 19182-7615

016073P001-1413A-248
SAFELITE GLASS CORP
PO BOX 633197
CINCINNATI OH 45263-3197

018598P001-1413A-248
SAFETY KLEEN CLEAN HARBORS
KRISTINE T ANDERSON
600 LONGWATER DR
PO BOX 9149
NORWELL MA 02061

016055P001-1413A-248
SAFEWAY INC
TRUCKING CORP
PO BOX 21006
NEW YORK NY 10087-1006

016083P001-1413A-248
SAIA INC
P O BOX 730532
DALLAS TX 75373

044462P002-1413A-248
SAIA MOTOR FREIGHT LINE LLC
CLAIMS DEPARTMENT
PO BOX A STATION 1
HOUMA LA 70363

016088P001-1413A-248
SAINT CHARLES TRADING INC
RUBI HERNANDEZ
1400 MADELINE LA
ELGIN IL 60123

016093P001-1413A-248
SAINT GOBAIN ABRASIVES
INTUNE LOGISTICS CLAIMS DEPT
208 ADLEY WAY
GREENVILLE SC 29607-6511

016095P001-1413A-248
SAINT JOSEPHS MEDICAL CENTER
DEPT OF RADIOLOGY
127 SOUTH BROADWAY
YONKERS NY 10701

019718P002-1413A-248
SAM SON DISRTIBUTION CENTER INC
PO BOX 248
BUFFALO NY 14215-0248

019718S001-1413A-248
SAM SON DISRTIBUTION CENTER INC
BETH CURTIS
203 EGGERT RD
CHEEKTOWAGA NY 14215

044420P001-1413A-248
SAMANTHA ROUGEUX PRESIDENT CO THE RTA STORE
SAMANTHA ROUGEUX PRESIDENT
THE RTA STORE
2345 ROUTE 52 STE 1A
HOPEWELL JUNCTION NY 12533

016123P001-1413A-248
SANEL AUTO PARTS INC
129 MANCHESTER ST
CONCORD NH 03301

019720P001-1413A-248
SANJAY PALLETS INC
424 COSTER ST
BRONX NY 10474

016138P002-1413A-248
SAROS ELECTRICAL CONTRACTORS
10 MARKET ST
KENILWORTH NJ 07033-1722

019723P001-1413A-248
SCHLOTTERBECK AND FOSS
JUSTIN CLOUATRE
3 LEDGEVIEW DR
WESTBROOK ME 04092-3939

044421P001-1413A-248
SCHNADER HARRISON SEGAL AND LEWIS LLP
DANIEL M PEREIRA
1600 MARKET ST
SUITE 3600
PHILADELPHIA PA 19103

016177P001-1413A-248
SCHOENBERG SALT COINC
AND SUBSIDIARY A AND S SALT CO
P O BOX 128
OCEANSIDE NY 11572

018607P001-1413A-248
SCHOOLKIDZ COM LLC
ADRIANE M RUIZ
900 S FRONTAGE RD STE 200
WOODRIDGE IL 60517

044463P002-1413A-248
SECURITAS SECURITY SVCS USA INC
JAIME BERGARA BUSINESS SVC MANAGER 00220
4330 PARK TER DR
WESTLAKE VILLAGE CA 91361

016226P001-1413A-248
SECURITY LOCK DISTRIBUTORS
WORLDWIDE EXPRESS
2323 VICTORY AVE STE 16
DALLAS TX 75219-7657

016249P001-1413A-248
SENTRY SECURITY SVC INC
PO BOX 60089
CHARLOTTE NC 28260-0089

016266P001-1413A-248
SERV-US
PO BOX 325
HACKETTSTOWN NJ 07840

016066P001-1413A-248
SG REED TRUCK SVC INC
287 WASHINGTON ST
PO BOX 989
CLAREMONT NH 03743-0989

019732P001-1413A-248
SHANOR ELECTRIC SPLY
NAOMI GARCIA
1276 MILITARY RD
KENMORE NY 14217-1512

019733P001-1413A-248
SHARP ELECTRONICS CORP
DEPT CH 14404
PALATINE IL 60055-4404

019734P001-1413A-248
SHAWS SUPERMARKETS INC
SAFEWAY
PO BOX 742918
LOS ANGELES CA 90074-2918

016305P001-1413A-248
SHEARER EQUIPMENT
JOHN DEERE DEALER
7762 CLEVELAND RD
WOOSTER OH 44691-7700

044686P002-1413A-248
SHERWIN-WILLIAMS CO
SAMUEL SHUBAK
101 WEST PROSPECT AVE
720 GUILDHALL
CLEVELAND OH 44115

021169P001-1413A-248
SHIPPERS SUPPLIES
MICHAEL CREIGHTON
1202 MILL RD
BELLVILLE OH 44813

016366P001-1413A-248
SIEMON CO
LYNNCO SCS
2448 E 81ST ST STE 2600
TULSA OK 74137-4250

016385P001-1413A-248
SIMPLY UNIQUE SNACKS
STEVE HOFFORD
4420 HAIGHT AVE
CINCINNATI OH 45223

016396P001-1413A-248
SKH FOOD DISTRIBUTORS
WAYNE GOODMAN
813 LITITZ PIKE
LITITZ PA 17543-8629

016401P001-1413A-248
SLA SALES
149 JOE COLE LN
WINTHROP ME 04364

019745P001-1413A-248
SMARTDRIVE SYSTEMS INC
PO BOX 80452
CITY OF INDUSTRY CA 91716-8452

016412P001-1413A-248
SMC
PO BOX 2040
PEACHTREE CITY GA 30269

019748P001-1413A-248
SNYDER TIRE CO
103 E PENN ST
LEHIGHTON PA 18235

016433P001-1413A-248
SOCIAL SECURITY ADMINISTRATION
20 SOUTH BROADWAY
STE 1000
YONKERS NY 10701

016436P001-1413A-248
SOE
STONE'S OFFICE EQUIPMENT
5604 W BROAD ST
RICHMOND VA 23230

016442P002-1413A-248
SOLIMENE AND SECONDO LLP
BETHANY FREEMAN
1501 EAST MAIN ST STE 204
MERIDEN CT 06450

019754P002-1413A-248
SOS GASES INC
KENNETH MORGAN
1100 HARRISON AVE
KEARNY NJ 07032

016464P003-1413A-248
SOUTHERN CONNECTICUT GAS CO
MARCIA FANTANO
100 MARSH HILL RD
ORANGE CT 06477

016469P001-1413A-248
SOUTHERN STATES
S GHOLSON
PO BOX 26234
RICHMOND VA 23260

016482P001-1413A-248
SOWLE AUTO BODY INC
3956 STATE HWY 30A
FULTONVILLE NY 12072

016486P001-1413A-248
SPAN ALASKA TRANSPORTATIONLLC
3815 W VLY HWY N
AUBURN WA 98001

019760P001-1413A-248
SPARROW ENTERPRISES
KATHLEEN BROWN
98R CONDOR STREET
EAST BOSTON MA 02128-1306

019764P001-1413A-248
SPECTROTEL
PO BOX 1949
NEWARK NJ 07101-1949

016510P001-1413A-248
SPECTRUM TRANS
WAYNE YEE
361 SOUTH MAIN ST
FALL RIVER MA 02721

016520P001-1413A-248
SPINNING WHEELS EXPRESS
CHERYL JOHNSON
152 LYNNWAY STE 2D
LYNN MA 01902

044375P001-1413A-248
SPRINT CORP
BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

044375S001-1413A-248
SPRINT CORP
BANKRUPTCY DEPT
AARON J BOOTON
333 INVERNESS DR S
ENGLEWOOD CO 80112

019771P001-1413A-248
STAFAST BUILDING PRODUCTS
DEBRA HAYES
7095 AMERICANA PKWY
REYNOLDSBURG OH 43068-4118

019780P001-1413A-248
STATE FARM MUTUAL AS SUB OF O
INTERNATIONAL EXTERMINATING
SUBRO SERV
PO BOX 106172
ATLANTA GA 30348-6172

016674P001-1413A-248
STENGEL BROTHERS INC
1105 SUMNER AVE
WHITEHALL PA 18052

016680P001-1413A-248
STEPHEN PEROUTKA 1114
8028 RITCHIE HWY S-300
PASADENA MD 21122

016684P001-1413A-248
STERLING INFO SYSTEMSINC
P O BOX 35626
NEWARK NJ 07193-5626

021164P002-1413A-248
STERLING TALENT SOLUTIONS
ROCCO DIPAOLO
ONE STATE STREET PLAZA 24TH FLOOR
NEW YORK NY 10004

019783P002-1413A-248
STIEBEL ELTRON INC
JONATHAN WALSH
17 WEST ST
WEST HATFIELD MA 01088-9516

019784P002-1413A-248
STRAIGHT FORWARD CHB
JOEL FLEISCHMAN
126 NOSTRAND AVE
BROOKLYN NY 11205

016725P001-1413A-248
STRATEGIC COMMERCE
PO BOX 617877
CHICAGO IL 60661

019786P001-1413A-248
STRAUSS FACTOR LAING AND LYONS
ONE DAVOL SQUARE
STE 305 FILE 85161
PROVIDENCE RI 02903

044290P002-1413A-248
STUMAR INVESTIGATIONS
AKA GERMAN GALLAGHER MURTAGH
1544 DEKALB ST
NORRISTOWN PA 19401

016743P001-1413A-248
SUBURBAN AUTO SEAT CO
35 INDUSTRIAL RD
LODI NJ 07644

019789P002-1413A-248
SULLIVAN DESIGN INC
AKA SPORT CLIPS
SCOTT SULLIVAN
6215 HEISLEY RD UNIT B
MENTOR OH 44060-1877

016763P001-1413A-248
SULLIVAN TIRE CO
P O BOX 370
ROCKLAND MA 02370

016779P001-1413A-248
SUNDIA CORP
ANNE THYS
25 ORINDA WAY STE 300A
ORINDA CA 94563-4403

016792P001-1413A-248
SUNTECK TRANSPORT GROUP
JULIE LAWSON
4500 SALISBURY RD STE 305
JACKSONVILLE FL 32216-0959

016795P001-1413A-248
SUNTEK TRANSPORT
11000 FRISCO ST
STE 100
FRISCO TX 75034

016798P001-1413A-248
SUPERGLASS WINDSHIELD REPAIR
PO BOX 1536
LINDEN NJ 07036

016811P001-1413A-248
SUPERVALU C O TRANSAVER LLC
DANA MCALLISTER
108 WASHINGTON ST
MANLIUS NY 13104

019792P001-1413A-248
SUREWAY PRINTING AND GRAPHICS
338 WALL ST
PRINCETON NJ 08540

044498P001-1413A-248
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
ONE LIBERTY PLACE
1650 MARKET STREET FLOOR 38
PHILADELPHIA PA 19103

044500P001-1413A-248
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
ONE LIBERTY PLACE
1650 MARKET STREET
PHILADELPHIA PA 19103

016848P002-1413A-248
SYN-TECH SYSTEMS INC
SABRINA GALLO
PO BOX 5258
TALLAHASSEE FL 32314

019797P001-1413A-248
SYNCB AMAZON
P O BOX 530958
ATLANTA GA 30353-0958

016850P001-1413A-248
SYNTER RESOURCE GROUP LLC
PO BOX 62016
NORTH CHARLESTON SC 29419

016851P001-1413A-248
SYNTHASYS LLC
8126 LAKEWOOD MAIN ST
STE 202
LAKEWOOD RANCH FL 34202

019802P001-1413A-248
T AND R TOWING AND SVC
691 ADDISON RD
PAINTED POST NY 14870

019807P001-1413A-248
TAPCO
CLAYTON WHEATLEY
29797 BECK RD
WIXOM MI 48393-2834

016900P001-1413A-248
TAPCO COMPANIES
JANET KERR
PO BOX 457
SHARON CENTER OH 44274

018595P001-1413A-248
TAYLOR NORTHEAST
JEFFREY FRIED
4200 CASTEEL DR
CORAOPOLIS PA 15108

016927P001-1413A-248
TDS
CAROLINE KRIER
550 VILLAGE CNTR DR
SAINT PAUL MN 55127-3022

016941P001-1413A-248
TEDS TOWING SVC INC
4920 HAZELWOOD AVE
BALTIMORE MD 21206

029792P002-1413A-248
TELESCOPE CASUAL FURNITURE
TECH LOGISTICS
JENNIFER A BORTNOWSKY
300 ELM ST UNIT 1
MILFORD NH 03055-4715

016949P001-1413A-248
TENNESSEE CHILD SUPPORT
RECEIPTING UNIT
PO BOX 305200
NASHVILLE TN 37229

016975P001-1413A-248
TFH PUBLICATIONS
DANIELLE PIMIENTA
85 W SYLVANIA AVE
NEPTUNE CITY NJ 07753-6775

043917P003-1413A-248
THE WASSERSTROM CO
TAMARA SECKEL
PO BOX 182056
COLUMBUS OH 43218-2056

016980P001-1413A-248
THE AUTO BARN INC
2930 JAMES ST
BALTIMORE MD 21230

021296P003-1413A-248
THE CITY OF NEW YORK
CITY OF NEW YORK COMPTROLLER
100 CHURCH ST
NEW YORK NY 10007

021296S001-1413A-248
THE CITY OF NEW YORK
LINEBARGER GOGGAN ET AL
CRISTINA GONZALEZ
61 BROADWAY STE 2600
NEW YORK NY 10006

019820P001-1413A-248
THE CITY OF NEW YORK FIRE DEPT
REVENUE MNG
9 METROTECH CTR
ROOM #5E 5
BROOKLYN NY 11201-3857

018547P001-1413A-248
THE FSL GROUP INC
PO BOX 405
STOCKBRIDGE GA 30281

018547S001-1413A-248
THE FSL GROUP INC
DONNA E HENSON
PO BOX 405
STOCKBRIDGE GA 30281-0405

019822P001-1413A-248
THE HOME DEPOT
90 MONROE TURNPIKE
TRUMBULL CT 06611-1341

017011P001-1413A-248
THE HOSPITAL OF CENTRAL CT
100 GRAND ST
NEW BRITIAN CT 06050

017018P001-1413A-248
THE MIRIAM HOSPITAL
PO BOX 1202
PROVIDENCE RI 02901-1202

017022P001-1413A-248
THE PHILLIPS GROUP
PO BOX 61020
HARRISBURG PA 17106-1020

019825P001-1413A-248
THE PORT AUTHORITY OF NY AND NJ
VIOLATIONS PROCESSING CENTER
PO BOX 15186
ALBANY NY 12212-5186

017023P001-1413A-248
THE PUBLIC UTILITIES
COMMISSION OF OHIO
180 E BROAD ST - FOURTH FL
COLUMBUS OH 43215

017049P002-1413A-248
THE SHERWIN WILLIAMS CO
1255 E 2ND ST
JAMESTOWN NY 14701-1910

017049S001-1413A-248
THE SHERWIN WILLIAMS CO
ERIC PETERS
910 SHERATON DR STE 400
MARS PA 16046

017026P001-1413A-248
THE SVC TEAM INC DBA
COUNTRY JUNCTION
6565 INTERCHANGE RD
LEHIGHTON PA 18235

017070P001-1413A-248
THERMO KING-CENTRAL CAROLINAS
P O BOX 538509
ATLANTA GA 30353-8509

017076P001-1413A-248
THOMAS JEFFERSON UNIV HOSPITAL
IMAGE LIBRARY
132 S 10TH ST 780CA
PHILADELPHIA PA 19107

019831P001-1413A-248
TIFFIN METAL PRODUCTS
JEFFREY SNAVELY
450 WALL ST
TIFFIN OH 44883-1366

017114P001-1413A-248
TIME WARNER CABLE OF NYC
PO BOX 223085
PITTSBURGH PA 15251-2085

044537P001-1413A-248
TIPSY ELVES LLC
J BARRETT MARUM
SHEPPARD MULLIN RICHTER AND HAMPTON LLP
379 LYTTON AVE
PALO ALTO CA 94301

019836P001-1413A-248
TOLEDO SPRING
5015 ENTERPRISE BLVD
TOLEDO OH 43612

017142P001-1413A-248
TOM FORD
TOM'S FORD
200 HWY 35
KEYPORT NJ 07735-1422

019840P002-1413A-248
TOOLS FOR INDUSTRY
FERNANDO ORTIZ
PO BOX 378
LAKE GROVE NY 11755-0378

017124P001-1413A-248
TOP NOTCH LOGISTICS
STEVE VARSHINE
2834 N HERITAGE ST
BUCKEYE AZ 85326

017156P001-1413A-248
TOP-LINE PROCESS
ANDREW MUNCH
21 HUNT RD
LEWIS RUN PA 16738-9715

017125P001-1413A-248
TOPAZ LIGHTING CO
MILDRE BOEHNING
925 WAVERLY AVE
HOLTSVILLE NY 11742-1109

019842P001-1413A-248
TOTAL QUALITY LOGISTICS
NIKI PHILPOT
PO BOX 799
MILFORD OH 45150-0799

044360P001-1413A-248
TOTE MARITIME
RICK A STEINBERG ESQ
PRICE MEESE SHULMAN AND DARMINIO PC
50 TICE BLVD SUITE 380
WOODCLIFF LAKE NJ 07677-7681

017173P001-1413A-248
TOWER PAPER CO
1216 BRUNSWICK AVE
FAR ROCKAWAY NY 11691

019848P001-1413A-248
TRAFFIC TECH INC
MIKE BOIVIN
16711 TRANS CANADA HWY
KIRKLAND QC H9H 3L1
CANADA

017219P001-1413A-248
TRANSFLO EXPRESS LLC
BOX 88322
MILWAUKEE WI 53288-0322

017220P001-1413A-248
TRANSFORCE
ACCOUNTS RECEIVABLE
5520 CHEROKEE AVE STE 200
ALEXANDRIA VA 22312

017223P002-1413A-248
TRANSLOGISTICS INC
PETER J RIO III
321 N FURNACE ST STE 300
BIRDSBORO PA 19508-2057

017230P001-1413A-248
TRANSPORT PLAYERS ALLIANCE TPA
JACK CHAMBERS
45 SHREWSBURY DR
LIVINGSTON, NJ 07039

017242P001-1413A-248
TRANZACT TECHNOLOGIES INC
3020 COMMISSION
360 WEST BUTTERFIELD RD
ELMHURST IL 60126

017246P001-1413A-248
TRAVELCENTERS OF AMERICA LLC
P O BOX 641906
CINCINNATI OH 45264

008965P001-1413A-248
TREASURER CHESTERFIELD COUNTY
DEPT OF UTILITIES
PO BOX 26725
RICHMOND VA 23261-6725

017267P001-1413A-248
TREASURER STATE OF MAINE
PROF AND FIN REGULATION-BOILER
35 STATE HOUSE STATION
AUGUSTA ME 04333-0035

017279P001-1413A-248
TREK BICYCLE
TERESA DE BLARE
425 RESORT DR
JOHNSON CREEK WI 53038

017280P002-1413A-248
TRESSLER LLP
MATTHEW DEVEREUX
233 S WACKER DR
FL 22
CHICAGO IL 60606-6399

017287P002-1413A-248
TRI STATE TIRE INC
EDWARD A NACLERIO
136 DUDLEY AVE
WALLINGFORD CT 06492

017292P001-1413A-248
TRIANGLE TUBE
PHIL HORNBERGER
1240 FOREST PKWY
STE 100
WEST DEPTFORD NJ 08066

019854P001-1413A-248
TRIMBLE TRANSPORTATION
ENTERPRISE SOLUTIONS INC
PO BOX 203455
DALLAS TX 75320-3455

017305P001-1413A-248
TRINITAS HOSPITAL OCCUPATIONAL
MEDICINE -LOCKBOX #7541
PO BOX 8500
PHILADELPHIA PA 19178

017307P001-1413A-248
TRINITY GLASS INTERNATIONAL
SAMANTHA ZAYAN
33615 1ST WAY SOUTH
FEDERAL WAY WA 98003-4558

017317P001-1413A-248
TRISTATE LOADMASTER INC
PO BOX 245
DOWNINGTOWN PA 19335

017340P001-1413A-248
TRUCKPRO INC
29787 NETWORK PL
CHICAGO IL 60673-1284

017355P001-1413A-248
TURKISH AIRLINES
JFK AIRPORT
JAMAICA NY 11430

017364P002-1413A-248
TWIN DATA CORP
RUSSELL G TODARO
623 EAGLE ROCK AVE UNIT 145
WEST ORANGE NJ 07052

017379P001-1413A-248
U P SPECIAL DELIVERY INC
PO BOX 78914
MILWAUKEE WI 53278-8914

017388P001-1413A-248
UCB LOGISTICS INC
19401 S MAIN ST #102
GARDENA CA 90248

044376P001-1413A-248
UGI UTILITIES
MELANIE M ANDERSON
PO BOX 13009
READING PA 19612

019862P001-1413A-248
UNIFIED POWER
WORLDWIDE EXPRESS
2323 VICTORY AVE
DALLAS TX 75219-7657

017412P001-1413A-248
UNIFIRST CORP
PO BOX 650481
DALLAS TX 75265

017413P002-1413A-248
UNIFIRST FIRST AID
3499 RIDER TRL S
EARTH CITY MO 63045-1110

017417P001-1413A-248
UNION HOSPITAL CECIL COUNTY
106 BOW ST
ELKTON, MD 21921

017420P001-1413A-248
UNIQUE EXPEDITERS INC
147-48 182ND ST
SPRINGFIELD GARDENS NY 11413

044341P001-1413A-248
UNITIL
CREDIT DEPT
CHRISTINA VELEZ-ROY
5 MCGUIRE ST
CONCORD NH 03301

019890P001-1413A-248
UNYSON LOGISTICS
J SCHWARBER/SAMANTHA DEEN
1801 PK 270 DR STE 500
SAINT LOUIS MO 63141

| | | | |
|---|---|---|---|
| 017491P001-1413A-248<br>UPS<br>PO BOX 7247-0244<br>PHILADELPHIA PA 19170-0001 | 019891P001-1413A-248<br>UPS CARGO CLAIMS ACCOUNTING<br>ACCOUNTING<br>700 KEYSTONE INDUSTRIAL<br>DUNMORE PA 18512 | 017495P001-1413A-248<br>UPSCIA CARGO CLAIMS SUBROGATE<br>CLAIMS DEPT<br>PO BOX 100458<br>FORT WORTH TX 76185-0458 | 017384P002-1413A-248<br>US DEPT OF EDUCATION<br>PO BOX 790356<br>ST LOUIS MO 63179-0356 |
| 019860P001-1413A-248<br>US SECURITY ASSOCIATES INC<br>PO BOX 931703<br>ATLANTA GA 31193-0647 | 043913P002-1413A-248<br>VALLEY REPORTING SVCS<br>KIMBERLY LOCKROW<br>115 GREEN ST<br>KINGSTON NY 12401 | 017561P001-1413A-248<br>VALLEY TIRE INC<br>4401 STOUTFIELD S DR<br>INDIANAPOLIS IN 46241 | 019900P001-1413A-248<br>VAN EERDEN TRUCKING CO<br>10299 SOUTHKENT DR SW<br>BYRON CENTER MI 49315 |
| 017575P001-1413A-248<br>VANGUARD<br>C T S<br>1915 VAUGHN RD<br>KENNESAW GA 30144 | 017583P001-1413A-248<br>VECONINTER USA LLC<br>7205 NW 19TH ST<br>STE 303<br>MIAMI FL 33126 | 017602P002-1413A-248<br>VERITIV/XPEDX<br>TINA BONDS<br>2201 REEVES RD<br>PLAINFIELD IN 46168-5683 | 017606P001-1413A-248<br>VERIZON<br>PO BOX 4833<br>TRENTON NJ 08650-4833 |
| 017614P001-1413A-248<br>VERIZON WIRELESS<br>PO BOX 408<br>NEWARK NJ 07101-0408 | 008919P001-1413A-248<br>VERMONT GAS SYSTEMS INC<br>PAYMENT PROCESSING CENTER<br>PO BOX 22082<br>ALBANY NY 12201-2082 | 008919S001-1413A-248<br>VERMONT GAS SYSTEMS INC<br>85 SWIFT ST<br>SOUTH BURLINGTON VT 05403 | 019904P001-1413A-248<br>VERTEX CHINA<br>QTHOMPSON<br>1793 WEST 2ND ST<br>POMONA CA 91766-1253 |
| 019910P001-1413A-248<br>VIANT-SAN ANTONIO<br>R2 LOGISTICS INC<br>10739 DEERWOOD PK BLVD<br>SAN ANTONIO TX 78239 | 019913P001-1413A-248<br>VILLAGE OF GLENDALE HEIGHTS<br>300 CIVIC CTR PLZ<br>GLENDALE HEIGHTS IL 60139 | 019916P002-1413A-248<br>VIRGINIA TODD<br>6411 LAKEWAY<br>OREGON OH 43616-4445 | 017674P001-1413A-248<br>VISTA UNDERWRITING PARTNERS<br>1400 N PROVIDENCE RD<br>BUILDING 2 STE 4050<br>MEDIA PA 19063 |
| 017696P001-1413A-248<br>W N A COMET EAST INC<br>IGOR SHEVCHENKO<br>6 STUART RD<br>CHELMSFORD MA 01824-4108 | 017702P001-1413A-248<br>WAC LIGHTING<br>NINA CHOU<br>44 HARBOR PK DR<br>PORT WASHINGTON NY 11050-4652 | 019921P001-1413A-248<br>WALDEMAR ADAMCZYK<br>2505 SALMON ST<br>PHILADELPHIA PA 19125 | 019925P001-1413A-248<br>WALMART STORES<br>ARLENE BEARD<br>6004 WALTON WAY<br>MOUNT CRAWFORD VA 22841 |
| 017733P001-1413A-248<br>WAREHOUSE SVC NO 4 LLC<br>PO BOX 608<br>MT VERNON IN 47620 | 017742P002-1413A-248<br>WARREN TIRE INC<br>DENNIS BALDWIN<br>420 BROADWAY<br>PAWTUCKET RI 02860 | 017750P001-1413A-248<br>WATSON INC<br>OTILIO PEREZ COLON<br>301 HEFFERNAN DR<br>WEST HAVEN CT 06516-4151 | 017754P001-1413A-248<br>WAYFAIR<br>ASHLEY SHI CODY CONNELLY<br>4 COPLEY PL FLR 7<br>BOSTON MA 02116-6504 |

044541P001-1413A-248
WAYFAIR LLC
CASNER AND EDWARDS LLP
DAVID KOHA
303 CONGRESS ST
BOSTON MA 02210

044541S001-1413A-248
WAYFAIR LLC
ROB LANGEVIN
4 COPLEY PLACE FLOOR 7
BOSTON MA 02116

019938P001-1413A-248
WEISS-ROHLIG USA LLC
LAUREN COGLIOZ
1601 ESTES AVE
ELK GROVE VILLAGE IL 60007-5409

017783P001-1413A-248
WELCH'S NORTH EAST P
MODE TRANSPORTATION
1435 54TH ST #A
COLUMBUS GA 31904

017841P001-1413A-248
WHITED FORD TRUCK CENTER INC
207 PERRY RD
BANGOR ME 04401

019946P001-1413A-248
WICHELIN NORTH AMERICA
CLAIMS DEPT
PO BOX 100860
ATLANTA GA 30384-0860

019947P001-1413A-248
WIESE USA INC
P O BOX 60106
ST LOUIS MO 63160

019950P002-1413A-248
WILLIAM R GOLDMAN
145 W 58TH ST APT 8A
NEW YORK NY 10019-1529

017880P001-1413A-248
WILSON PARTITIONS
WORLDWIDE EXPRESS
2323 VICTORY AVE STE 16
DALLAS TX 75219-7657

018603P001-1413A-248
WINDSTREAM
1450 N CTR PT RD
HIAWATHA IA 52233

019952P001-1413A-248
WINDWARD TRADING CO
VIRGINIA DAHER
12570 ALLENDALE CIR
FORT MYERS FL 33912-4678

019954P001-1413A-248
WINGS WORLDWIDE
STEPHANIE ISRAEL
210 SUMMIT AVE #A1
MONTVALE NJ 07645-1579

017920P001-1413A-248
WOOD COUNTY IMPLEMENT
JOHN DEERE DEALER
13051 KRAMER RD
BOWLING GREEN OH 43402

020872P002-1413A-248
WOOD PRO INC
MICHAEL BENVENUTI
P O BOX 363
AUBURN MA 01501-0363

017926P001-1413A-248
WOODS SVC CENTERS INC
418 WASHINGTON AVE
VINTON VA 24179

017950P001-1413A-248
WORLDWIDE EXPRESS
19015 PERRY HWY
MARS PA 16046-9401

019965P001-1413A-248
WURTH USA INC
PO BOX 415889
BOSTON MA 02241-5889

017699P002-1413A-248
WW GRAINGER INC
CHAR WALTERS
401 S WRIGHT RD W4E C37
JANESVILLE WI 60714

044551P001-1413A-248
XPO FKA CONWAY FREIGHT
RMS
WENDY MESNOR
PO BOX 19253
MINNEAPOLIS MN 55419

044504P002-1413A-248
XPO LOGISTICS
TIMOTHY MCDOW
9140 ARROWPOINT BLVD
CHARLOTTE NC 28272

018009P001-1413A-248
XRS CORP
PO BOX 847170
DALLAS TX 75284-7170

018014P001-1413A-248
YANDOW SALES AND SVC
PO BOX 119
NORTH FERRISBURG VT 05473-0119

018596P001-1413A-248
YARD TRUCK SPECIALISTS
JEFFREY FRIED
4200 CASTEEL DR
CORAOPOLIS PA 15108

019969P002-1413A-248
YELLOW DOG REPORTS
HEATH C HULL
PO BOX 879
ROYSE CITY TX 75189

Records Printed : **920**

# EXHIBIT 3

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Page**

000163P001-1413S-249
DAVID METH,ESQ
200 DANIELS WAY STE 240
FREEHOLD NJ 07728
DAVID@METHNJLAW.COM

000159P001-1413S-249
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402
MIDATLANTICFIRE@YAHOO.COM

000162P001-1413S-249
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
SCOTT J GOLDSTEIN
280 WEST MAIN ST
DENVILLE NJ 07834
SJG@SGOLDSTEINLAW.COM

000164P002-1413S-249
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
KBUCK@MCCARTER.COM

000165P001-1413S-249
MCCARTER & ENGLISH LLP
DEIRDRE BURKE,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
DBURKE@MCCARTER.COM

000070P002-1413S-249
MCELROY DEUTSCH ET AL
GARY D BRESSLER, ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM

000069P002-1413S-249
MCELROY DEUTSCH MULVANEY
VIRGINIA T SHEA, ESQ
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962
VSHEA@MDMC-LAW.COM

000093P003-1413S-249
MCMANIMON, SCOTLAND BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
ASODONO@MSBNJ.COM

000093P003-1413S-249
MCMANIMON, SCOTLAND BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
SPLACONA@MSBNJ.COM

000168P001-1413S-249
NIXON PEABODY LLP
ERIC M FERRANTE
1300 CLINTON SQUARE
ROCHESTER NY 14604
EFERRANTE@NIXONPEABODY.COM

000169P001-1413S-249
NIXON PEABODY LLP
ROBERT N H CHRISTMAS;CHRISTOPHER M DESIDERIO
55 W 46TH STREET
NEW YORK NY 10036
RCHRISTMAS@NIXONPEABODY.COM

000169P001-1413S-249
NIXON PEABODY LLP
ROBERT N H CHRISTMAS;CHRISTOPHER M DESIDERIO
55 W 46TH STREET
NEW YORK NY 10036
CDESIDERIO@NIXONPEABODY.COM

000170P001-1413S-249
NIXON PEABODY LLP
JOHN E MURRAY
EXCHANGE PLACE
53 STATE STREET
BOSTON MA 02109
JMURRAY@NIXONPEABODY.COM

000174P001-1413S-249
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK NY 10005
JESSICA.AGARWAL@AG.NY.GOV

000096P002-1413S-249
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
JSCHWARTZ@RIKER.COM

000096P002-1413S-249
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
MTRENTIN@RIKER.COM

000096P002-1413S-249
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
AGARRASTEGUI@RIKER.COM

000160P001-1413S-249
SANTANDER BANK, N.A.
RICHARD WOLBACH
200 PARK AVE.,STE 100
FLORHAM PARK NJ 07932
RICHARD.WOLBACH@SANTANDER.US

000166P001-1413S-249
STEVENS & LEE PC
JOHN C KILGANNON,ESQ
PRINCETON PIKE CORPORATE CENTER
100 LENOX DRIVE STE 200
LAWRENCEVILLE NJ 08648
JCK@STEVENSLEE.COM

000167P001-1413S-249
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002
DREPEROWITZ@STRADLEY.COM

000167P001-1413S-249
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002
DPEREIRA@STRADLEY.COM

000064P002-1413S-249
TROUTMAN SANDERS LLP
LOUIS A CURCIO, ESQ
875 THIRD AVE
NEW YORK NY 10022
LOUIS.CURCIO@TROUTMAN.COM

000065P003-1413S-249
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA;ALISSA K PICCIONE
875 THIRD AVE
NEW YORK NY 10022
DAVID.PISCIOTTA@TROUTMAN.COM

000065P003-1413S-249
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA;ALISSA K PICCIONE
875 THIRD AVE
NEW YORK NY 10022
ALISSA.PICCIONE@TROUTMAN.COM

000097P002-1413S-249
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.DAURIA@USDOJ.GOV

000097P002-1413S-249
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
MITCHELL.B.HAUSMAN@USDOJ.GOV

000001P001-1413S-249
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-249
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Mitchell.B.Hausman@usdoj.gov

000001P001-1413S-249
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
PETER.J.DAURIA@USDOJ.GOV

000161P001-1413S-249
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003
AMY@WEISSANDROSENBLOOM.COM

000171P001-1413S-249
WHITEFORD TAYLOR & PRESTON LLP
CHAD J TOMS,ESQ
THE RENAISSANCE CENTRE, STE 500
405 NORTH KING ST
WILMINGTON DE 19801-3700
CTOMS@WTPLAW.COM

000172P001-1413S-249
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
PNUSSBAUM@WTPLAW.COM

000172P001-1413S-249
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
VINGE@WTPLAW.COM

000173P002-1413S-249
WHITEFORD TAYLOR PRESTON LLP
JOSHUA D STIFF
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
JSTIFF@WTPLAW.COM

Records Printed :  **34**

# EXHIBIT 4

**New England Motor Freight, Inc., et al.**
**Exhibit Page**

000158P001-1413S-249
WILLIAM & TERRY ECKER
5322 WHEELER RD
JORDAN NY 13080

Records Printed : **1**

# EXHIBIT 5

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 15, 2022 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 8, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
JOHN PARKER
DENNIS ABRAMS
LOWENTHAL AND ABRAMS PC
555 CITY LINE AVE SUITE 500
BALA CYNWYD, PA 19004

On February 4, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **March 8, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **March 15, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[3] In accordance with the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)*, dated November 23, 2021, the hearing on the Motion may be conducted telephonically (through Court Solutions).

# EXHIBIT 6

Document Page 1887 of 1887
New England Motor Freight, Inc., et al.
Exhibit Page

Page # : 1 of 1 02/07/2022 01:34:36 PM

044449P003-1413A-248
JOHN PARKER
DENNIS ABRAMS
LOWENTHAL AND ABRAMS PC
555 CITY LINE AVE SUITE 500
BALA CYNWYD PA 19004

Records Printed : 1