Eric Ferrante
Robert N. H. Christmas (*admitted pro hac vice*)
Christopher M. Desiderio (*admitted pro hac vice*)
John E. Murray (*admitted pro hac vice*)
NIXON PEABODY LLP
1300 Clinton Square
Rochester, New York 14604
Tel: 585-263-1000
*Attorneys for Vermont Medical Center Inc.,*
*University of Rochester,*
*Ellis Hospital,*
*Albany Medical Center Hospital*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that the undersigned attorneys, as counsel Vermont Medical Center Inc., University of Rochester, Ellis Hospital, Albany Medical Center Hospital, hereby withdraw their appearance as counsel for Vermont Medical Center Inc., University of Rochester, Ellis Hospital, Albany Medical Center Hospital in the above captioned case. Please remove the undersigned from all service lists in this case, including the matrix and all electronic service lists and the ECF notification system.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Dated: February 23, 2022
      Rochester, New York

NIXON PEABODY LLP

*/s/ Eric Ferrante*
Eric Ferrante
eferrante@nixonpeabody.com
NIXON PEABODY LLP
1300 Clinton Square
Rochester, New York 14604
Tel: 585-263-1000
eric.ferrante@nixonpeabody.com

-and-

Robert N. H. Christmas, Esq. (*admitted pro hac vice*)
Christopher M. Desiderio, Esq. (*admitted pro hac vice*)
55 W. 46th Street
New York, New York 10036
Tel: 212-940-3000
rchristmas@nixonpeabody.com
cdesiderio@nixonpeabody.com

-and-

John E. Murray, Esq. (*admitted pro hac vice*)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: 617-345-1000
jmurray@nixonpeabody.com

*Attorneys for Vermont Medical Center Inc., University of Rochester, Ellis Hospital, Albany Medical Center Hospital*