**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CANCELLATION OF HEARING SCHEDULED FOR**
**MARCH 15, 2022 AT 10:00 A.M. (ET)**

*PLEASE TAKE NOTICE: BECAUSE THERE ARE NO CONTESTED MATTERS GOING FORWARD, THIS HEARING HAS BEEN CANCELLED IN ACCORDANCE WITH D.N.J. LBR 9013-3(d).*

**UNCONTESTED MATTERS GOING FORWARD ON THE PAPERS:**

1. Liquidating Trustee's Eighth Omnibus Objection To Certain Claims Held By Unresponsive Claimants (the "Omnibus Objection") [Docket No. 1599; Filed 2/4/22]

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/3
03/11/2022 211107240.2

Related Documents:

a) Certificate of Service [Docket No. 1601; Filed 2/7/22]

Objection Deadline: March 8, 2022.

Responses Received:

b) Response To Omnibus Objection, filed by Interstate Billing Service, Inc. [Docket No. 1605; Filed 3/8/22].

c) Certification Of Michael J. Greany In Response To The Liquidating Trustee's Eighth Omnibus Objection to Certain Claims, filed by BSP Trans Inc. [Docket No. 1606; filed 3/8/2022].

d) Certification Of Michael Pugh In Response To The Liquidating Trustee's Eighth Omnibus Objection To Certain Claims, filed by Mansfield Oil Co. of Gainesville, Inc. [Docket No. 1607; filed 3/8/22].

e) Letter Response To Liquidating Trustee's Eighth Omnibus Objection To Certain Claims Held By Unresponsive Claimants, filed by Pitney Bowes Global Financial Services, LLC [Docket No. 1608; filed 3/8/22].

f) Informal responses received from various claimants.[2]

Status: All responses to the Omnibus Objection have been resolved. The Liquidating Trustee intends to submit to the Court a revised proposed order on the Omnibus Objection that reflects the resolution of the responses set forth herein.

---

[2] The Liquidating Trustee has received informal responses on behalf of, *inter alia*, the following claimants: (i) ADT Commercial LLC (successor to Red Hawk Fire and Security LLC); (ii) Tipsy Elves; (iii) Swartz Campbell; (iv) Redstone Logistics; (v) Tote Maritime Puerto Rico; (vi) Corporate Lodging Consultants; (vii) Goodyear Tire and Rubber Company; (viii) McLane Eastern, Inc. d/b/a McLane Northeast; Equipment Depot Ohio, Inc.; (ix) Equipment Depot Pennsylvania, Inc. d/b/a Equipment Depot; (x) Machinists Money Purchase Pension Fund; (xi) Hillside Plastics Corp.; (xii) International Cargo Terminals; (xiii) Keyspan Gas East Corp.; (xiv) Niagara Mohawk Power Corp.; (xv) The Narragansett Electric; (xvi) Boston Gas Co. (f/k/a Colonial Gas); (xvii) Rochester Gas and Electric Corp.; (xviii) Baltimore Gas & Electric Co.; (xix) Commonwealth Edison; Delmarva Power & Light Co.; (xx) Home Depot; (xxi) Ashland Specialty Ingredients; (xxii) Pitney Bowes Global Financial Services LLC; (xxiii) Eversource (NSTAR Electric Company); (xxiv) Landstar Global Logistics; (xxv) UGI Utilities, Inc.; (xxvi) Newly Weds Foods; (xxvii) Interstate Billing Service, Inc.; (xxviii) BSP Trans, Inc.; (xxix) Mansfield Oil Co. of Gainesville, Inc.; (xxx) Argo Partners/Action Staffing Group; (xxxi) Argo Partners/Erts. Emergency Response (Hepaco); (xxxii) Argo Partners/Gojo Industries; (xxxiii) Argo Partners/Lowe And Moyer Garage Inc.; (xxxiv) Argo Partners/Northeast Battery And Alternator; (xxxv) Encompass Insurance Company; (xxxvi) Fleetpride Inc.; (xxxvii) Interstate Billing Svc Inc.; (xxxviii) Orlando Products; (xxxix) SMC; (xxxx) Twin Data Corp.; (xxxxi) Brach Eichler, LLP; (xxxxii) Crowley Puerto Rico Services, Inc.; (xxxxiii) Portia Dixon; (xxxxiv) John Parker; (xxxxv) Makayla Gray; (xxxxvi) Masergy Communications Inc.; (xxxxvii) New York State Department of Taxation and Finance; and (xxxxviii) New York City Law Department. Each such informal response has been resolved.

-3-

|  |  |
|---|---|
| Dated: March 11, 2022 | **LOWENSTEIN SANDLER LLP** |
|  | /s/ *Michael Papandrea* |
|  | Mary E. Seymour, Esq. |
|  | Michael Papandrea, Esq. |
|  | One Lowenstein Drive |
|  | Roseland, NJ 07068 |
|  | (973) 597-2500 (Telephone) |
|  | (973) 597-2400 (Facsimile) |
|  | mseymour@lowenstein.com |
|  | mpapandrea@lowenstein.com |
|  |  |
|  | *Counsel to the Liquidating Trustee* |

## CERTIFICATION OF SERVICE

I hereby certify that on March 11, 2022, a copy of the foregoing *Notice of Agenda of Matters Scheduled for Hearing on March 15, 2022 at 10:00 A.M. (ET)* was served by electronic notification through the CM/ECF System on all parties registered to receive notice in this case.

**LOWENSTEIN SANDLER LLP**

By:    /s/ *Elizabeth Lawler*
       Elizabeth Lawler, Case Manager