**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                            )  ss:
COUNTY OF KINGS         )

I, Delicia A. Chung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 11th day of March, 2022, DRC, at my direction and under my supervision, caused a true and accurate copy of the "Notice of Cancellation of Hearing Scheduled for March 15, 2022 at 10:00 AM (Eastern Time)" [Docket No. 1609], to be served via electronic mail upon the parties as set forth in Exhibit 1, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 14th day of March, 2022, Brooklyn, New York.

By _____
Delicia A. Chung

Sworn before me this
14th day of March, 2022

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00250

# EXHIBIT 1

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 1 of 13

03/11/2022 08:32:48 PM

| | | | |
|---|---|---|---|
| 044739P001-1413A-250<br>BFRANKLIN@BROUSE.COM | 044740P001-1413A-250<br>BRENDA.NEUWIRT@SOLIDCOUNSEL.COM | 044741P001-1413A-250<br>DENNIS@LOWENTHALABRAMS.COM | 044742P001-1413A-250<br>DNORA@NEWLYWEDSFOODS.COM |
| 044743P001-1413A-250<br>JEFF@LOWENTHALABRAMS.COM | 044744P001-1413A-250<br>JEFFREY@LOWENTHALABRAMS.COM | 044745P001-1413A-250<br>JESSICA.COLLITON@EVERSOURCE.COM | 044746P001-1413A-250<br>JMARTIN@BRACHEICHLER.COM |
| 044747P001-1413A-250<br>KCAPUZZI@BENESCHLAW.COM | 044748P001-1413A-250<br>KIM.MAGYAR@MCLANECO.COM | 044749P001-1413A-250<br>MDWALKUSKI@VORYS.COM | 044750P001-1413A-250<br>RENEE.SUGLIA@EXELONCORP.COM |
| 044751P001-1413A-250<br>RTODANO@TWINDATA.COM | 044752P001-1413A-250<br>RUSSELL@RUSSELLJOHNSONLAWFIRM.COM | 044753P001-1413A-250<br>RWOLF@TARTERKRINSKY.COM | 044754P001-1413A-250<br>SEAN.KIRK@FLEETCOR.COM |
| 044755P001-1413A-250<br>SEDISON@SPILMANLAW.COM | 044756P001-1413A-250<br>TGRAGA@KBTLAW.COM | 044757P001-1413A-250<br>THERESE@HILLSIDEPLASTICS.NET | 044758P001-1413A-250<br>WMARSH@BIBANK.COM |
| 018767P002-1413A-250<br>A AND D MAINTENANCE LEASING AND REPAIRS INC<br>MICHAEL FLIEGER<br>118 WYANDANCH AVE<br>WYANDANCH NY 11798<br>ADMLR118@AOL.COM | 009164P001-1413A-250<br>ADVANCED WHEEL SALES<br>NICOLE CHASE<br>400 W WILSON BRIDGE RD STE 300<br>WORTHINGTON OH 43085-2259<br>NCHASE@ADVANCEDWHEELSALES.COM | 009219P003-1413A-250<br>AIR GROUND XPRESS INC<br>KYLE J SAWCHAK<br>55 MATCHETTE RD<br>CLINTON PA 15026<br>KSAWCHAK@AIRGROUND.COM | 009016P002-1413A-250<br>AJ OSTER CO<br>JOANN ORICHIO<br>150 LACKAWANNA AVE<br>PARSIPPANY NJ 07054-1057<br>JOANN.ORICHID@AJOSTER.COM |

```
03/11/2022 08:32:48 PM

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 13
```

| | | |
|---|---|---|
| 044438P001-1413A-250<br>ALBERTSONS COMPANIES<br>ASHLEY OLSON<br>20427 N 27TH AVE<br>MS 6018<br>PHOENIX AZ 85027<br>ashley.olson@albertsons.com | 044513P002-1413A-250<br>ALKALOL C/O REDWOOD MULTIMODAL<br>WAYNE CREEL<br>1765 N ELSTON AVE SUITE 301<br>CHICAGO IL 60642<br>WCREEL@REDWOODLOGISITCS.COM | 009327P001-1413A-250<br>ALLIED INTL CORP<br>HEATHER ADKINS<br>101 DOVER RD NE<br>GLEN BURNIE MD 21060-6560<br>HEATHER@ALLIEDINT.COM |
| 009326P002-1413A-250<br>ALLIED EQUIPMENT SVC CORP<br>JOSEPH A RABER<br>4420 SAM JONES EXPWY<br>INDIANAPOLIS IN 46241<br>MANDERSON@ALLIED-EQ.COM | 009328P001-1413A-250<br>ALLIED OLD ENGLISH<br>DIPTI PATEL<br>100 MARKLEY ST<br>PORT READING NJ 07064-1821<br>DPATEL@ALLIEDOLDENGLISH.COM | 009378P002-1413A-250<br>ALPHA SURE TECHNOLOGIES LLC<br>DE SEC 05187 FIRE FAL0146<br>MARK W GARFINKEL<br>101 W 40TH ST<br>WILMINGTON DE 19802<br>MARK@ALPHA.SURE.COM |
| 021265P001-1413A-250<br>ALPHACARD<br>ACCOUNTS PAYABLE<br>PO BOX 231179<br>PORTLAND OR 97281<br>billing@alphacard.com | 009383P002-1413A-250<br>ALPINE SPRINKLER INC<br>ALBERT V GENTES<br>77 ETHAN ALLEN DR<br>SO BIRLINGTON VT 05403<br>MARY@ALPINESPRINKLER.COM | 009455P002-1413A-250<br>AMERICAN HOTEL REGISTRY<br>JASON M EDGAR<br>100 S MILWAUKEE AVE<br>VERNON HILLS IL 60061<br>JEDGAR@AMERICANHOTEL.COM |
| 034599P002-1413A-250<br>APPLIED PRODUCTS INC<br>JOANN DIMINO<br>6035 BAKER RD<br>MINNETONKA MN 55345-5908<br>JDIMINO@APPLIEDPRODUCTS.COM | 018837P001-1413A-250<br>ARIEL CONDE PLERQUI<br>CLAIMS DEPT<br>VILLA BLANCA ACERINA 2<br>CAGUAS PR 00725<br>A1.CONDE@ACPPR.COM | 044515P001-1413A-250<br>ARIENS  REDWOOD SCS<br>WAYNE CREEL<br>1765 N ELSTON AVE SUITE 301<br>CHICAGO IL 60642<br>wcreel@redwoodlogistics.com |
| 009644P002-1413A-250<br>ASAD ABIDI<br>919 BROMTON DR<br>WESTBURY NY 11590<br>ASADABIDI14@GMAIL.COM | 009673P002-1413A-250<br>ASSOCIATED TRUCK PARTS<br>KAREN L ROHRBACH<br>1075 E PHILADELPHIA AVE<br>GILBERTSVILLE PA 19525<br>KAREN@ASSOCIATEDTRUCKPARTS.COM | 021109P002-1413A-250<br>ATLANTIC FOREST PRODUCTS LLC<br>DAWN CONNOLLY<br>1600 SPARROWS POINT BLVD STE D<br>SPARROWS POINT MD 21219<br>CONNOLLY@ATLANTICFOREST.COM |
| 044315P002-1413A-250<br>ATLAS COPCO COMPTEC LLC<br>PAUL BURDICK<br>46 SCHOOL RD<br>VOORHEESVILLE NY 12186<br>PAUL.BURDICK@US.ATLASCOPCO.COM | 044345P001-1413A-250<br>AUTOPARTS COMPONENTS INC<br>PATRICI KIMRAY<br>1400 CAVALIER BLVD SUITE E<br>CHESAPEAKE VA 23323<br>trish@autopartscomponents.com | 044441P002-1413A-250<br>B AND L TOWING<br>SEAN CODY<br>100 MINUE ST<br>CARTERET NJ 07008<br>ACCOUNTING@BLTOWING.COM |
| 009785P002-1413A-250<br>BAILEYS AUTOBODY LLC<br>AKA BAILEYS AUTOBODY AND TOWING<br>ROYCE BAILEY<br>16818 US RT 15<br>ALLENWOOD PA 17810<br>BAILEYSAUTOBODY@HOTMAIL.COM | 009801P003-1413A-250<br>BALLARD MACK SALES AND SVC INC<br>DBA BALLARD TRUCK CENTER<br>ALISON MACLAREN<br>442 SW CUTOFF<br>WORCESTER MA 01604<br>AMACLAREN@BALLARDTRUCKS.COM | 018859P002-1413A-250<br>BANNER DOORS CORP<br>KRISTY LAMBERT<br>550 POND ST<br>PO BOX 3124<br>WOONSOCKET RI 02895<br>KRISTY@BANNERDOORS.COM |
| 009807P001-1413A-250<br>BANYAN INTERNATIONAL<br>CHERYL LZU<br>24 CENTRAL DR<br>FARMINGDALE NY 11735<br>CLIU@BANYAN-INTL.COM | 009887S001-1413A-250<br>BELMONT AND MINNESOTA TERMINAL PARTNERSHIP<br>PROVIDENCE DEVELOPMENT LLC<br>LIZ YOHO<br>8463 CASTLEWOOD DR<br>INDIANAPOLIS IN 46250<br>liz@royalpin.com | 018856P002-1413A-250<br>BACTOLAC PHARMACEUTICAL<br>RENEE REYNOLDS<br>7 OSER AVE<br>HAUPPAUGE NY 11788-3811<br>CANGITIPALLI@BACTOLAC.COM |

```
New England Motor Freight, Inc., et al.                                                           03/11/2022 08:32:48 PM
Electronic Mail
Exhibit Pages

Page # : 3 of 13


009963P002-1413A-250              044516P001-1413A-250              009987P004-1413A-250
BJORKMAN INDUSTRIAL POWER CORP    BJS WHOLESALE CLUB INC            BLUE-GRACE LOGISTICS LLC
PHILIP BJORKMAN                   LEGAL DEPT                        ROBERT BECKMANN
70 FINNELL DR                     25 RESEARCH DR                    2846 S FALKENBURG RD
WEYMOUTH MA 02188                 WESTBOROUGH MA 01581              RIVERVIEW FL 33578
PBJORKMAN@BJORKMANINDUSTRIAL.COM  legalnotices@bjs.com              KNEWBERRY@BLUEGRACEGROUP.COM


009978P001-1413A-250              010045P002-1413A-250              010133S001-1413A-250
BLUE AIR ONE                      BOUCHER CLEANING SVCS LLC         BSP TRANS INC
AGATA ZMUDA                       DERIK BREEN                       MICHELLE D LAROCHE
508 W ELIZABETH AVE               57 CURTIS AVE                     2500 LIBERTY DR
LINDEN NJ 07036                   BURLINGTON VT 05408               PO BOX 1387
AGATA@BLUEAIRONENJ.COM            BOUCHERCLEANING@COMCAST.NET       LONDONBERRY NH 03053
                                                                    AR@BSPTRANSINC.COM


010104P002-1413A-250              010150P001-1413A-250              018396P001-1413A-250
BRISTOL TRANSPORT INC             BUNZL INDIANAPOLIS                CAPSTONE LOGISTICS
MOIRA TUMINARO                    JONI HEUGEL                       ROBYN N HOLLAND
1 W LAKE ST                       7034 BROOKVILLE RD                30 TECHNOLOGY PKWY S STE 200
NORTHLAKE IL 60164                INDIANAPOLIS IN 46239-1006        PEACHTREE CORNERS GA 30092
MOIRA@BRISTOLHOSE.COM             JONI.HEUGEL@BUNZLUSA.COM          ROBYN.HOLLAND@CAPSTONELOGISTICS.COM


010104P002-1413A-250              010180P002-1413A-250              010488P002-1413A-250
BRISTOL TRANSPORT INC             BUTTERNUT MOUNTAIN FARM           CH ROBINSON WORLDWIDE
MOIRA TUMINARO                    BRANDI DANNAT                     WILLIAM A GLAD
1 W LAKE ST                       37 INDUSTRIAL PK DR               14701 CHARLSON RD
NORTHLAKE IL 60164                MORRISVILLE VT 05661-8533         EDEN PRAIRIE MN 55347
MITUMINARO@BRISTOLHOSE.COM        AR@BUTTERNUTMOUNTAINFARM.COM      BILL.GLAD@CHROBINSON.COM


010202P002-1413A-250              018937P001-1413A-250              043915P003-1413A-250
C AND C LIFT TRUCK                CELLUCAP MANUFACTURING            CIOCCA COLLISION CENTER
RONALD CASALETTO                  PATRICIA IANNESSA                 CIOCCA HONDA
30 PARKWAY PL                     4626 N 15TH ST                    TESSA SHORB
EDISON NJ 08837                   PHILADELPHIA PA 19140-1109        8001 ALLENTOWN BLVD
DONNA@CNCLIFTTRUCK.COM            PATRICIA@CELLUCAP.COM             HARRISBURG PA 17112
                                                                    TSHORB@CIOCCADEALERSHIPS.COM


044517P002-1413A-250              010569P004-1413A-250              010572P002-1413A-250
CENTRAL GARDEN AND PET            CHICKS TOWING SVC INC             CHINCOTEAGUE SEAFOOD
A/K/A TFH PUCLICATIONS IMS        LESLEY A GABER                    LEN RUBIN
TRADING ET AL                     1000 UNION LANDING RD             PO BOX 88
% ASSOCIATED TRAFFIC SVCS         CINNAMINSON NJ 08077-2502         PARSONSBURG MD 21849-0088
1064 CALLE CARRILLO               LESLEY@CHICKSTOWING.COM           LRUBIN60@AOL.COM
SAN DIMAS CA 91773
DON@ASSOCIATED-ONLINE.COM


044282P001-1413A-250              044583P001-1413A-250              021296S001-1413A-250
CHARTER COMMUNICATIONS            CITY OF CAMBRIDGE                 THE CITY OF NEW YORK
AKA TIME WARNER CABLE             OFFICE OF THE CITY SOLICITOR      LINEBARGER GOGGAN ET AL
SMB CREDITSERVICES                PAUL KAWAI                        CRISTINA GONZALEZ
1600 DUBLIN RD                    795 MASSACHUSETTS AVE             61 BROADWAY STE 2600
COLUMBUS OH 43215                 CAMBRIDGE MA 02139                NEW YORK NY 10006
GRANT.VIDMAR@CHARTER.COM          pkawai@cambridgema.gov            CRISTINA.GONZALEZ@LGBS.COM


010624P001-1413A-250                                                010680P002-1413A-250
CITIZEN CIDER                                                       CITY OF PORTSMOUTH
CAITLIN JENNESS                                                     LEGAL DEPT
316 PINE ST STE 114                                                 ROBERT P SULLIVAN
BURLINGTON VT 05401                                                 1 JUNKINS AVE
CAITLIN@CITIZENCIDER.COM                                            PORTSMOUTH NH 03801
                                                                    RPSULLIVAN@CITYOFPORTSMOUTH.COM
```

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

03/11/2022 08:32:48 PM

Page # : 4 of 13

| | | | |
|---|---|---|---|
| 010694S001-1413A-250<br>CITY UTILITIES<br>DIANA WOTNOW<br>200 E BERRY ST STE 130<br>FORT WAYNE IN 46802<br>CUCC@CITYOFFORTWAYNE.ORG | 010698P002-1413A-250<br>CJS VIOLATIONS SVCS INC<br>GERALD VADAS<br>1421 HAMLIN HWY<br>LAKE ARIEL PA 18436<br>JACKY.DEXHEIMER@CJSVIOLATIONS.NET | 010721P002-1413A-250<br>CLEANNET OF NEW JERSEY<br>MIKE TAHIRY<br>20 COMMERCE DR<br>STE 126<br>CRANFORD NJ 07016<br>MPINEIRO@CLEANNETUSA.COM | 010721P002-1413A-250<br>CLEANNET OF NEW JERSEY<br>MIKE TAHIRY<br>20 COMMERCE DR<br>STE 126<br>CRANFORD NJ 07016<br>ETAHIRY@CLEANNETUSA.COM |
| 010850P001-1413A-250<br>CO C<br>TECH LOGISTICS<br>300 ELM ST UNIT 1<br>MILFORD NH 03055-4715<br>JENNIFER.BORTNOWSKY@TECHLOGISTICS.COM | 043905P002-1413A-250<br>COMMONWEALTH EDISON CO<br>COMED BANKRUPTCY DEPT<br>1919 SWIFT DR<br>OAK BROOK IL 60523<br>COMEDBANKRUPTCYGROUP@EXELONCORP.COM | 018979P003-1413A-250<br>COMMONWEALTH TRAILER PARTS INC<br>KIMBERLY WATSON<br>106 W CRONE RD<br>YORK PA 17406<br>KWATSON@KEYSTONETRAILERSERVICES.COM | 010858P002-1413A-250<br>COMPLY FIRST LLC<br>HOPE BLOCK<br>500 CAMPUS DR<br>STE 202<br>MORGANVILLE NJ 07751<br>HBLOCK@COMPLYFIRST.COM |
| 044443P001-1413A-250<br>CONAIR CORP<br>150 MILFORD RD<br>EAST WINDSOR NJ 08520<br>alissa_lucas@conair.com | 010947P002-1413A-250<br>CORPORATE LODGING CONSULTANTS<br>KEVIN C SIEBERT<br>8111 E 32ND ST NORTH STE 300<br>WICHITA KS 67226<br>MHONEY@CLCLODGING.COM | 021166P003-1413A-250<br>CORPORATION SVC COMPANY<br>CSC<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808<br>JOANNE.SMITH@CSCGLOBAL.COM | 044273P001-1413A-250<br>COVENANT TRANSPORT INC<br>ALICIA BEAZER<br>400 BIRMINGHAM HWY<br>CHATTANOOGA TN 37419<br>ABeazer@covenanttransport.com |
| 044347P002-1413A-250<br>COWORX STAFFING<br>COWORX STAFFING SVC<br>WENDY OSHEA<br>412 MOUNT KEMBLE AVE STE 200C<br>MORRISTOWN NJ 07960-6674<br>WENDY.OSHEA@Coworxstaffing.com | 010991P002-1413A-250<br>CRAIN CUSTODIAL LLC<br>PAM CRAIN<br>36 COLLIAS RD<br>CHARLESTON WV 25320<br>CRAINCUSTODIAL@SUDDENLINK.NET | 044482P002-1413A-250<br>CROWLEY PUERTO RICO SVCS INC<br>LEGAL DEPT<br>9487 REGENCY SQUARE BLVD<br>JACKSONVILLE FL 32225<br>LAWDEPARTMENT@CROWLEY.COM | 000121P003-1413A-250<br>CT- DEPT OF REVENUE SVCS<br>COLLECTION UNIT- BANKRUPTCY TEAM<br>450 COLUMBUS BLVD<br>STE 1<br>HARTFORD CT 06103<br>PAM.CALACHAN@PO.STATE.CT.US |
| 021155P001-1413A-250<br>CVS HEALTH<br>MICHAEL GRENON INBOUND TRANSPORTATION<br>1 CVS DR<br>MC 5035<br>WOONSOCKET RI 02921<br>michael.grenon@cvshealth.com | 043521P002-1413A-250<br>D M EXPRESS<br>JAVIER A GONZALEZ<br>PMB 449<br>1353 ROAD 19<br>GUAYNABO PR 00966<br>DMEXPRESS.JAVIER@GMAIL.COM | 044389P001-1413A-250<br>DANIEL LUI<br>THE LOGISTICS CONCIERGE LLC<br>1 MEADOWLANDS PLZ<br>SUITE 200<br>EAST RUTHERFORD NJ 07073<br>DLUI@THELOGISTICSCONCIERGE.COM | 000163P001-1413S-250<br>DAVID METH,ESQ<br>200 DANIELS WAY STE 240<br>FREEHOLD NJ 07728<br>DAVID@METHNJLAW.COM |
| 018600P003-1413A-250<br>DEBBIES STAFFING SVCS INC<br>QUINTIN WILLIAMS<br>4431 CHERRY ST<br>WINSTON SALEM NC 27105<br>QWILLIAMS@DEBBIESSTAFFING.COM | 001418P001-1413A-250<br>PETER DECORE<br>ADDRESS INTENTIONALLY OMITTED<br>PETERD6639@ATT.NET | 011210P002-1413A-250<br>DEERE AND CO<br>LANE AND WATERMAN LLP<br>BRETT R MARSHALL<br>220 N MAIN ST STE 600<br>DAVENPORT IA 52801<br>BMARSHALL@L-WLAW.COM | 011216P002-1413A-250<br>DEHAVEN TRANSPORTATION CO INC<br>KAREN DEHAVEN SHELTON<br>7033 WALROND DR<br>ROANOKE VA 24019<br>KAREN.DEHAVENROA@GMAIL.COM |

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 5 of 13                                                                03/11/2022 08:32:48 PM

044444P003-1413A-250
DICKINSON FLEET SVCS LLC
THEODORE W GRAY
4709 WEST 96TH ST
INDIANAPOLIS IN 46268
TGRAY@DICKINSONFLEETSERVICES.COM

044458P003-1413A-250
PORTIA DIXON
DENNIS ABRAMS
LOWENTHAL AND ABRAMS PC
555 CITY LINE AVE SUITE 500
BALA CYNWYD PA 19004
COLEEN@LOWENTHALABRAMS.COM

044287P001-1413A-250
DLL
LITIGATION AND BANKRUPTCY DEPT R RIDGE
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087
rridge@leasedirect.com

019050P002-1413A-250
DLS WORLDWIDE
ALICIA CUMMINS
1000 WINDHAM PKWY
BOLINGBROOK IL 60586
ALICIA.REDMOND@RRD.COM

019059P001-1413A-250
DORMAN PRODUCTS
KEN JOHNSON
3400 E WALNUT ST
COLMAR PA 18915-9768
KJOHNSON@DORMANPRODUCTS.COM

044274P001-1413A-250
DRINKMORE CUSTOM WATER INC
JOHN WALSH
7595 RICKENBACKER DR
GAITHERSBURG MD 20879
johnwalsh@dmcwater.com

019091P002-1413A-250
ECP INC
TRACIE NICKLEY
11210 KATHERINES CROSSING STE 100
WOODRIDGE IL 60517-5053
TNICKLEY@ECPINC.NET

011565P002-1413A-250
ED AND ED BUSINESS TECHNOLOGY
ANN L GILLEY
4919 STATE RTE 233
WESTMORELAND NY 13490
CUSTOMERCARE@EDANDED.COM

044427P001-1413A-250
ENCOMPASS INSURANCE COMPANY
SANDLER & MARCHESINI PC
1500 WALNUT STREET SUITE 2020
PHILADELPHIA PA 19102
PSANDLER@SMPCLAWFIRM.COM

044520P001-1413A-250
EQUIPMENT DEPOT OHIO INC DBA EQUIPMENT DEPOT
RICHARD J WALLACE III
SCHEEF AND STONE LLP
500 NORTH AKARD STE 2700
DALLAS TX 75201
richard.wallace@solidcounsel.com

044521P001-1413A-250
EQUIPMENT DEPOT PENNSYLVANIA INC
DBA EQUIPMENT DEPOT
SCHEEF AND STONE LLP
500 NORTH AKARD STE 2700
DALLAS TX 75201
richard.wallace@solidcounsel.com

011806P001-1413A-250
EXACT DIRECT
MILTON ATKISSON
8113 RIDGEPOINT DR STE 200
IRVING TX 75063
CLAIMSDEPARTMENT@EXACTDIRECT.COM

021105P001-1413A-250
FAIRBORN EQUIPMENT OF MID ATLANTIC
MICHELLE CAMPBELL
2201 GREEN LN UNIT 6
LEVITOWN PA 19057
RECEIVABLES@FAIRBORNEQUIPMENT.COM

000159P001-1413S-250
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402
MIDATLANTICFIRE@YAHOO.COM

011948P002-1413A-250
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402
MIDATLANTICFIRE@YAHOO.COM

012015P001-1413A-250
FLOW CONTROL
JUSTIN CURTIN
2 ENTERPRISE CT
SEWELL NJ 08080-4112
JCURTIN@FLOWCONTROLINC.COM

018337S001-1413A-250
FRANCIS BECK ET AL V
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
ONE LIBERTY FL 38
1650 MARKET ST
PHILADELPHIA PA 19103
KCANAVAN@SWARTZCAMPBELL.COM

018547S001-1413A-250
THE FSL GROUP INC
DONNA E HENSON
PO BOX 405
STOCKBRIDGE GA 30281-0405
DHENSON@FSLGROUP.COM

019157P001-1413A-250
FUJI FILM
SHERRI YONKEE
850 CENTRAL AVE
HANOVER PARK IL 60133-5422
SYONKEE@FUJIFILM.COM

012138P001-1413A-250
FUJI PHOTO FILM USA
SHERRI YONKEE
850 CENTRAL AVE
HANOVER PARK IL 60133-5422
SYONKEE@FUJIFILM.COM

019159P001-1413A-250
FUJIFILM AVERITT
SHERRI YONKEE
850 CENTRAL AVE
HANOVER PARK IL 60133-5422
SYONKEE@FUJIFILM.COM

012197P002-1413A-250
GASKELLS TOWING INC
JEREMY J VIEIRA
2555 GAR HIGHWAY
SWANSEA MA 02777
HEAVYTOWING0925@GMAIL.COM

012261P002-1413A-250
GENCO CLAIM MANAGEMENT
DEENA WALECHKA
1400 LOMBARDI AVE STE 204
GREEN BAY WI 54304
FSC-CLAIMS@FEDEX.COM

044487P001-1413A-250
GHENT MANUFACTURING/GMI COMPANIES
KAREN KURTZ
2999 HENKLE DR
LEBANON OH 45036
karen.kurtz@gmicompanies.com

Case 19-12809-JKS   Doc 1610   Filed 03/14/22   Entered 03/14/22 17:02:15   Desc Main
Document   Page 8 of 15

03/11/2022 08:32:48 PM

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 6 of 13

| | | | |
|---|---|---|---|
| 012329P002-1413A-250<br>GLADIEUX TRADING AND MARKETING CO<br>4133 NEW HAVEN AVE<br>FORT WAYNE IN 46803-1643<br>CLIFF.GLASPER@GLADIEUXENERGY.COM | 027404P002-1413A-250<br>GLOBAL TRANSPORT LOGISTICS INC<br>TOM VINCENT<br>208 HARRISTOWN RD<br>GLEN ROCK NJ 07452-3308<br>TVINCENT@GTLI.NET | 027404S001-1413A-250<br>GLOBAL TRANSPORT LOGISTICS INC<br>PEZOLD SMITH HIRSCHMANN & SELVAGGIO LLC<br>GERARD F SMITH<br>1 BROADWAY<br>DANVILLE NJ 07834<br>smith@transportlaw.com | 018609P002-1413A-250<br>GOJO INDUSTRIES<br>ASHLEY MONSOUR<br>ONE GOJO PLAZA SUITE 500<br>PO BOX 991<br>AKRON OH 44311<br>MONSOURA@GOJO.COM |
| 012396P002-1413A-250<br>GOODING CO INC<br>AKA NOSCO INC<br>JOANNE WILLIAMS<br>500 E LAKE COOK RD STE 400<br>DEERFIELD IL 60015<br>JWILLIAMS@HOLDENINDUSTRIESINC.COM | 019206P002-1413A-250<br>GOODYEAR TIRE AND RUBBER<br>LAW DEPT<br>SHARON L MAXFIELD<br>200 INNOVATION WY<br>AKRON OH 44316<br>VIMARIE_LUNABRYANT@GOODYEAR.COM | 012586P001-1413A-250<br>HARRS AUTO GLASS INC<br>TODD W WHITE<br>2630 PARSONS AVE<br>COLUMBUS OH 43207<br>HARRSAUTOGLASS@YAHOO.COM | 012657P002-1413A-250<br>HERCULES TRUCK AND TRAILER REPAIR<br>PIOTR SUROWIEC<br>2 NEW ST<br>EAST RUTHERFORD NJ 07073<br>PIOTRSUROWIEC@YAHOO.COM |
| 019239P001-1413A-250<br>HILLSIDE PLASTICS CO<br>SANDY JIMENEZ<br>125 LONG AVE<br>HILLSIDE NJ 07205-2350<br>IRA@HILLSIDEPLASTICS.NET | 044450P003-1413A-250<br>KEVIN HOLLEY<br>GUNNING & LAFAZIA INC<br>33 COLLEGE HILL RD STE 25 B<br>WARWICK RI 02886<br>KHOLLEY@GUNNINGLAFAZIA.COM | 012738S001-1413A-250<br>HOME DEPOT<br>JAMES B. SOWKA<br>SEYFARTH SHAW LLP<br>233 S WACKER DRIVE<br>SUITE 8000<br>CHICAGO IL 60606-6448<br>jsowka@seyfarth.com | 019243S001-1413A-250<br>HOME DEPOT<br>JAMES B SOWKA<br>SEYFARTH SHAW LLP<br>233 S WACKER DRIVE<br>SUITE 8000<br>CHICAGO IL 60606-6448<br>jsowka@seyfarth.com |
| 012739S001-1413A-250<br>HOME DEPOT CREDIT SVC<br>JAMES B SOWKA<br>SEYFARTH SHAW LLP<br>233 S WACKER DRIVE<br>SUITE 8000<br>CHICAGO IL 60606-6448<br>jsowka@seyfarth.com | 044446P002-1413A-250<br>HOME DEPOT USA INC<br>JAMES B SOWKA<br>SEYFARTH SHAW LLP<br>233 S WACKER DR STE 8000<br>CHICAGO IL 60606<br>JSOWKA@SEYFARTH.COM | 012753P002-1413A-250<br>HORNINGS SUPPLY INC<br>JOSEPH P GRANTZ<br>23 PARK LN<br>HEGINS PA 17938-9089<br>KATHY@HORNINGS-SUPPLY.COM | 044350P001-1413A-250<br>HUBERT CO<br>BEVERLY ERTEL<br>9555 DRY FORK RD<br>HARRISON OH 45030<br>bertel@hubert.com |
| 044525P001-1413A-250<br>IAM NATIONAL PENSION FUND<br>RAYMOND E GOAD JR<br>1300 CONNECTICUT AVE NW SUITE 300<br>WASHINGTON DC 20036<br>rgoad@iamnpf.org | 015145P002-1413A-250<br>PASQUALE IANNONE<br>55 DILKS RD<br>MONROEVILLE NJ 08343<br>NOVA70@COMCAST.NET | 021168P002-1413A-250<br>IBM CREDIT LLC<br>IBM CORP<br>MARIE-JOSEE DUBE<br>275 VIGER EAST<br>MONTREAL QC H2X 3R7<br>CANADA<br>MJDUBE@CA.IBM.COM | 044284P001-1413A-250<br>IL- DEPT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT<br>33 S STATE ST 10TH FL<br>CHICAGO IL 60603<br>AMOSELLIS@ILLINOIS.GOV |
| 044284S001-1413A-250<br>IL- DEPT OF EMPLOYMENT SECURITY<br>LOURDES G CRUZ<br>33 S STATE ST<br>CHICAGO IL 60603<br>LOURDES.CRUZ@ILLINOIS.GOV | 044351P001-1413A-250<br>INDUSTRIAL RUBBER<br>938 S ELMORA AVE<br>ELIZABETH NJ 07207<br>dking@indrubber.com | 044399P001-1413A-250<br>INFORM DECISIONS<br>VERNON CPA AND CO<br>LUCILLE VERNON<br>647 CAMINO DE LOS MARES #108-259<br>SAN CLEMENTE CA 92673<br>lvernon@vernoncpa.co | 012918P002-1413A-250<br>INTEGRATED LOGISTICS AND ASSOCIATES<br>MORGAN CARR<br>PO BOX 25189<br>FARMINGTON NY 14425<br>CARMO@INTLOGISTICS.COM |

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

03/11/2022 08:32:48 PM

Page # : 7 of 13

044490P001-1413A-250
INTERNATIONAL CARGO TERMINALS
MARLO J HITTMAN ESQ
354 EISENHOWER PKWY PLZ 1
LIVINGSTON NJ 07458
marlo@hittmanlaw.com

043903P001-1413A-250
INTERPOOL INC DBA TRAC INTERMODAL
KAREN WOLCOTT
750 COLLEGE ROAD E
PRINCETON NJ 08540
KWOLCOTT@TRACINTERMODAL.COM

021172S002-1413A-250
INTERSTATE BILLING SVC INC
ATTN: ANN COLLINS MOCKBEE
PO BOX 5000
SHEFFIELD AL 35660
amockbee@bibank.com

021172S001-1413A-250
INTERSTATE BILLING SVC INC
VICKY MCCOLLUM
COLLECTION COORDINATOR
2114 VETERANS DRIVE SE
DECATUR AL 35601
vmccollum@bibank.com

021172P003-1413A-250
INTERSTATE BILLING SVC INC
SHANE STEWART
VP COLLECTIONS & RECOVERY
2114 VETERANS DRIVE SE
DECATUR AL 35601
SSTEWART@BIBANK.COM

012996S001-1413A-250
ITW FOOD EQUIPMENT GROUP
AKA HOBART CORP VULCAN FOOD EQUIP
JONATHAN D LEESON
701 S RIDGE AVE
TROY OH 45374
JON.LEESON@ITWFEG.COM

013034P002-1413A-250
JACKSON WELDING SUPPLY CO
DOROTHY L LONERO
1421 W CARSON ST
PITTSBURGH PA 15219
JACKSON.WELDING@VERIZON.NET

019304S001-1413A-250
JC SUPPLY CO
JORGE CANCIO
PO BOX 10472
SAN JUAN PR 00922
ESCALERASYSEGURIDAD@GMAIL.COM

018347S001-1413A-250
JENNY MUNSON ANDRESS ETC V
SWARTZ CAMPBELL LLC
KEVIN J CANAVAN
ONE LIBERTY PL FL 38
1650 MARKET ST
PHILADELPHIA PA 19103
KCANAVAN@SWARTZCAMPBELL.COM

013265P002-1413A-250
JONAITIS PLOWING
MIKE JONAITIS
4 BURNHAM ST
SOUTH PORTLAND ME 04106
JONAITIS.MJ@GMAIL.COM

044590P001-1413A-250
K LINE LOGISTICS USA INC
ANNU KOMAGUCHI
OCEAN EXPORT SUPERVISOR
14568 228TH ST UNIT 2
SPRINGFIELD GARDENS NY 11413
annu-k@us.klinelogistics.com

019327P003-1413A-250
KAL PAC INC
LISA MULE
10 FACTORY ST
MONTGOMERY NY 12549-1202
LMULE@KALPAC.COM

019338P002-1413A-250
KEYSTONE TECHNOLOGIES
PETER SEIDEMAN ATTORNEY LLC
PETER SEIDEMAN
130 WEST MAIN ST
EAST ISLIP NY 11730
LAW@PSLEGAL.COM

019354P002-1413A-250
KOVATCH MOBILE EQUIPMENT
KME FIRE APARATUS
BRITTANY BOWMAN
ONE INDUSTRIAL COMPLEX
NESQUEHONING PA 18240-2201
BBOWMAN@KMEFIRE.COM

013560P002-1413A-250
LANDSTAR GLOBAL LOGISTICS INC
DAWN BOWERS
13410 SUTTON PARK DR S
JACKSONVILLE FL 32224
LCAREY@LANDSTAR.COM

000162P001-1413S-250
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
SCOTT J GOLDSTEIN
280 WEST MAIN ST
DENVILLE NJ 07834
SJG@SGOLDSTEINLAW.COM

018229P001-1413A-250
LINCOLN AUTOMOTIVE FINANCIAL SVCS
AKA CAB EAST LLC
DEBORAH EISENHAUER
PO BOX 62180
COLORADO SPRINGS CO 80962-4400
FCFFALD@FORD.COM

008881P002-1413A-250
LINCOLN WASTE SOLUTIONS LLC
JASON CRANE
2075 SILAS DEANE HWY
STE 101
ROCKY HILL CT 06067
JCRANE@LINCOLNWASTE.COM

013745P002-1413A-250
LISIS TOWING SVC INC
ANTHONY LISI
3402 DANBURY RD
BREWSTER NY 10509
TOMMY@LISISTOWING.COM

019402P002-1413A-250
LOREAL CONSUMER PRODS DIV
TRANSPORTATION DEPT
KATHY OLDAK
35 BROADWAY RD
CRANBURY NJ 08512-5411
OSDFREIGHT@US.LOREAL.COM

013967P001-1413A-250
MANITOULIN TRANSPORT LTD
YVONNE BAILEY
PO BOX 390
GORE BAY ON P0P1H0 2190
CANADA
LCARTER@MANITOULINTRANSPORT.COM

044736P002-1413A-250
MANSFIELD OIL CO OF GAINESVILLE INC
THOMPSON OBRIEN KEMP AND NASUTI PC
ALBERT F. NASUTI
2 SUN CT SUITE 400
PEACHTREE CORNERS GA 30092
MPUGH@TOKN.COM

044407P003-1413A-250
MARCO POLO LOGISTICS
PHILIP LEE
10929 FRANKLIN AVE
SUITE # W
FRANKLIN PARK IL 60008
PHILIPLEE@MARCOPOLOLOGISTICS.NET

044530P002-1413A-250
MARIANNE T OTOOLE CH 7 TRUSTEE OF CALICO IND
CO LAMONICA HERBST AND MANISCALCO LLP
3305 JERUSALEM AVE STE 501
WANTAGH NY 11793
MTR@LHMLAWFIRM.COM

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 8 of 13

03/11/2022 08:32:48 PM

044544P001-1413A-250
MASERGY COMMUNICATIONS INC
STEVEN T HOLMES
CAVAZOS HENDRICKS POIROT PC
900 JACKSON STREET STE 570
DALLAS TX 75202
SHOLMES@CHFIRM.COM

000070P002-1413S-250
MCELROY DEUTSCH ET AL
GARY D BRESSLER, ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM

000164P002-1413S-250
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
KBUCK@MCCARTER.COM

000165P001-1413S-250
MCCARTER & ENGLISH LLP
DEIRDRE BURKE,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
DBURKE@MCCARTER.COM

000069P002-1413S-250
MCELROY DEUTSCH MULVANEY
VIRGINIA T SHEA, ESQ
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962
VSHEA@MDMC-LAW.COM

021274P001-1413A-250
MCGUIREWOODS LLP
JOHN H MADDOCK III
GATEWAY PLZ
800 EAST CANAL STREET
RICHMOND VA 23219-3916
JMADDOCK@MCGUIREWOODS.COM

044362P002-1413A-250
MCINTOSH ENERGY COMPANY
CULLEN & DYKMAN LLP
DAVID EDELBERG
433 HACKENSACK AVE
HACKENSACK NJ 07601
DEDELBERG@CULLENANDDYKMAN.COM

000093P003-1413S-250
MCMANIMON, SCOTLAND BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
ASODONO@MSBNJ.COM

000093P003-1413S-250
MCMANIMON, SCOTLAND BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
SPLACONA@MSBNJ.COM

044454P002-1413A-250
MG A MINOR CHILD BY HER PARENT AND NATURAL GUARDIAN PORTIA DIXON
DENNIS ABRAMS
LOWENTHAL AND ABRAMS PC
555 CITY LINE AVE SUITE 500
BALA CYNWYD PA 19004
COLEEN@LOWENTHALABRAMS.COM

021161P001-1413A-250
MICHELIN NORTH AMERICA INC
LESLIE MCCAULEY
MICHELIN NORTH AMERICA INC
ONE PARKWAY SOUTH
GREENVILLE SC 29615
leslie.mccauley@michelin.com

044356P002-1413A-250
NORTHEAST BATTERY AND ALTERNATOR LLC
CHARLES ADAMS
240 WASHINGTON ST
AUBURN MA 01501
CADAMS@NORTHEASTBATTERY.COM

008961P003-1413A-250
NY - TOWN OF MONTGOMERY
WATER AND SEWER DEPT
RODNEY WINCHELL
110 BRACKEN RD
MONTGOMERY NY 12549
CGROSS@TOWNOFMONTGOMERY.COM

014921P002-1413A-250
OAK HARBOR FREIGHT LINES INC
JASON PETERSON
PO BOX 1469
AUBURN WA 98071-1469
JASON.PETERSON@OAKH.COM

000174P001-1413S-250
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK NY 10005
JESSICA.AGARWAL@AG.NY.GOV

014985P002-1413A-250
OMEGA SIGN AND LIGHTING INC
YESCO CHICAGO
CARMELA P MENNA
100 W FAY
ADDISON IL 60101
CMENNA@YESCO.COM

044494P001-1413A-250
OMNITRACS LLC
MARK A PLATT
FROST BROWN TODD LLC
100 CRESCENT CT STE 350
DALLAS TX 75201
mplatt@fbtlaw.com

022380P002-1413A-250
ONE TON BAG
BRIAN BRADLEY
1060 MONROE ST
HOBOKEN NJ 07030-6481
BRIAN@ONETONBAG.COM

021278P002-1413A-250
PALADONE PRODUCTS
TOTAL BIZ FULFILLMENT
SHAWNA SHOEMAKE
PO BOX 600
GRANTSVILLE MD 21532
SHAWNAS@TOTALBIZFULFILLMENT.COM

015105P001-1413A-250
PARADIGM PLUMBING HEATING AND AIR CONDITIONING INC
8 INDUSTRIAL PK DR UNIT 12
HOOKSETT NH 03106
HEIDI@PARADIGMPH.COM

044449P003-1413A-250
JOHN PARKER
DENNIS ABRAMS
LOWENTHAL AND ABRAMS PC
555 CITY LINE AVE SUITE 500
BALA CYNWYD PA 19004
COLEEN@LOWENTHALABRAMS.COM

015202P002-1413A-250
PEERLESS CLOTHING INTERNATIONAL INC
DANIELA CASCINO
200 INDUSTRIAL PK RD
ST ALBANS VT 05478-1881
DANIELAC@PEERLESS-CLOTHING.COM

044415P001-1413A-250
PEGASUS TRANSTECH CORP
DEB SUDTELGTE
201 N FRANKLIN ST STE 1700
TAMPA FL 33602
dsudtelgte@transflo.com

044577P001-1413A-250
PEOPLE OF THE STATE OF NEW YORK
JACQUELINE HUI
NYC LAW DEPARTMENT
100 CHURCH ST 4TH FL
NEW YORK NY 10007
jahui@law.nyc.gov

03/11/2022 08:32:49 PM

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 9 of 13

| | | | |
|---|---|---|---|
| 044432P002-1413A-250<br>PILOT THOMAS LOGISTICS LLC<br>AKA PETROLEUM PRODUCTS FLEET FUELING<br>BONDS ELLIS EPPICH SCHAFER JONES LLP<br>420 THROCKMORTON ST STE 1000<br>FT WORTH TX 76102<br>JOSHUA@BONDSELLIS.COM | 044432S001-1413A-250<br>PILOT THOMAS LOGISTICS LLC<br>AKA PETROLEUM PRODUCTS FLEET FUELING<br>RUSS EPPERSON<br>201 N RUPERT ST<br>FT WORTH TX 76107<br>RUSS.EPPERSON@PILOTTHOMAS.COM | 015342P001-1413A-250<br>PITCO FRIALATOR INC<br>TECH LOGISTICS<br>300 ELM ST UNIT 1<br>MILFORD NH 03055-4715<br>JENNIFER.BORTNOWSKY@TECHLOGISTICS.COM | 044737P001-1413A-250<br>PITNEY BOWES GLOBAL FINANCIAL SVC LLC<br>FAITH SANTIAGO<br>27 WATERVIEW DR<br>SHELTON CT 06484<br>FAITH.SANTIAGO@PB.COM |
| 015383P002-1413A-250<br>PMXF SYSTEMS INC<br>DWAYNE SPENCER<br>183 27TH ST<br>BROOKLYN NY 11232<br>PMXBOSS75@AOL.COM | 019606P002-1413A-250<br>PRIORITY 1 INC<br>SARAH K MORRIS<br>PO BOX 398<br>N LITTLE ROCK AR 72115-0398<br>CLAIMS@PRIORITY1INC.COM | 015580P002-1413A-250<br>PSE AND G<br>BANKRUPTCY DEPT<br>VILNA W GASTON<br>PO BOX 490<br>CRANFORD NJ 07016<br>BANKRUPTCY@PSEG.COM | 019625P002-1413A-250<br>PUERTO RICO BIOMEDICAL CORP<br>GERMAN PADRO<br>PO BOX 4755<br>CAROLINA PR 00984-4755<br>ACCOUNTING@PRBIOMEDIC.COM |
| 015604P002-1413A-250<br>QUAD LOGISTICS<br>EDDIE KARNES<br>655 ENGINEERING DR STE 310<br>NORCROSS GA 30092<br>ELKARNES@QUAD.COM | 015609P002-1413A-250<br>QUALITY AUTO GLASS INC<br>SUSAN M LESTER<br>2300 SOUTH CLINTON AVE<br>SOUTH PLAINFIELD NJ 07080<br>QUALGLASS@AOL.COM | 015625P002-1413A-250<br>QUICK FUEL<br>NICHOLLE A JOHNSON<br>2360 LINDBERGH ST<br>AUBURN CA 95602<br>NICHOLLEJ@4FLYERS.COM | 015655P002-1413A-250<br>R2 LOGISTICS INC<br>CLAIMS DEPT<br>10739 DEERWOOD PK BLVD STE 103<br>JACKSONVILLE FL 32256<br>CLAIMSS@R2LOGISTICS.COM |
| 032448P002-1413A-250<br>RADIANT POOLS<br>MARILYN SIRCO<br>440 N PEARL ST<br>ALBANY NY 12207-1320<br>MSIRCO@RADIANTPOOLS.COM | 015667P002-1413A-250<br>RADICI PLASTICS USA<br>RANDY STEELE<br>960 SEVILLE RD<br>WADSWORTH OH 44281-8316<br>RANDY.STEELE@RADICIGROUP.COM | 015687P003-1413A-250<br>RANDALL REILLY LLC<br>PAUL DICKEY<br>PO BOX 2029<br>TUSCALOOSA AL 35403<br>SMARBURY@RANDALLREILLY.COM | 019638S001-1413A-250<br>RANDY MERRIT V NEMF ET AL<br>SWARTZ CAMBELL LLC<br>KEVIN CANAVAN<br>ONE LIBERTY PL FL 38<br>1650 MARKET ST<br>PHILADELPHIA PA 19103<br>KCANAVAN@SWARTZCAMPBELL.COM |
| 019642P002-1413A-250<br>RAYMOND OF NEW JERSEY LLC<br>1000 BRIGHTON ST<br>UNION NJ 07205<br>TAMARARICE@GMAIL.COM | 015755P002-1413A-250<br>REDSTONE LOGISTICS LLC<br>ERIC FRIEDLANDER<br>8500 W 110TH ST<br>STE 300<br>OVERLAND PARK KS 66210<br>E.FRIEDLANDER@LOGRG.COM | 008953P002-1413A-250<br>REGIONAL WATER AUTHORITY<br>AKA SOUTH CENTRAL CT REGIONAL WATER<br>AUTHORITY<br>90 SARGENT DR<br>NEW HAVEN CT 06511<br>LDAMICO@RWATER.COM | 015751P001-1413A-250<br>REI 166<br>GREG HOWELL<br>350 INDEPENDENCE BLVD<br>VIRGINIA BEACH VA 23462-2802<br>SR166@REI.COM |
| 015781P002-1413A-250<br>RELIABLE MATERIAL HANDLING INSTALLATIONS LLC<br>JESUS RAMIREZ<br>HANDLING INSTALLATION LLC<br>286 LESWING DR<br>BRICK NJ 08723<br>JESRMHI@GMAIL.COM | 044460P002-1413A-250<br>RELX INC DBA LEXISNEXIS<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342<br>LNG-DAY-BANKRUPTCYINFORMATION@LEXISNEXIS.COM | 010676P003-1413A-250<br>RI- CITY OF PAWTUCKET<br>TREASURY DEPARTMENT<br>DIANE E WYMAN<br>137 ROOSEVELT AVE<br>PAWTUCKET RI 02860<br>DWYMAN@PAWTUCKETRI.COM | 000132P002-1413A-250<br>RI- DIVISION OF TAXATION<br>CRYSTAL COTE<br>ONE CAPITOL HILL<br>PROVIDENCE RI 02908<br>CRYSTAL.COTE@TAX.RI.GOV |

```
New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 10 of 13                                                                                                    03/11/2022 08:32:49 PM

019666P003-1413A-250                 000096P002-1413S-250                          000096P002-1413S-250                          000096P002-1413S-250
RICHARDSON BRANDS COMPANY            RIKER DANZIG SCHERER HYLAND & PERRETTI LLP    RIKER DANZIG SCHERER HYLAND & PERRETTI LLP    RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
TRACEY BURTON                        J SCHWARTZ; M TRENTIN; A GARRASTEGUI          J SCHWARTZ; M TRENTIN; A GARRASTEGUI          J SCHWARTZ; M TRENTIN; A GARRASTEGUI
101 ERIE BLVD                        HEADQUARTERS PLAZA                            HEADQUARTERS PLAZA                            HEADQUARTERS PLAZA
CANAJOHARIE NY 13317-1148            ONE SPEEDWELL AVE                             ONE SPEEDWELL AVE                             ONE SPEEDWELL AVE
TGRAY@RICHARDSONBRANDS.COM           MORRISTOWN NJ 07962-1981                      MORRISTOWN NJ 07962-1981                      MORRISTOWN NJ 07962-1981
                                     JSCHWARTZ@RIKER.COM                           MTRENTIN@RIKER.COM                            AGARRASTEGUI@RIKER.COM

015866P002-1413A-250                 015941S001-1413A-250                          014011P003-1413A-250                          016057P002-1413A-250
RIVIANA FOODS                        ROCKWELL EQUIPMENT AND SUPPLY                 MARIO T RUBIO                                 S AND W SVCS INC
T C S                                DINO PICCILINO                                THE JAFFE LAW FIRM PC                         EASTERN PETROLEUM EQUIPMENT
LEANN MURPHY                         PO BOX 114                                    JEROME JAFFE                                  6057 CORPORATE DR
PO BOX 18                            N VERSAILLES PA 15137                         11260 ROGER BACON DR STE 504                  EAST SYRACUSE NY 13057
DILLSBURG PA 17019-0018              DINOP@ROCKWELLEQUIPMENT.COM                   RESTON VA 20190                               MMASSETT@SWSVCS.COM
LMURPHY@TCS-AUDIT.COM                                                              JEROME.JAFFELAW@GMAIL.COM

018598P001-1413A-250                 044462P002-1413A-250                          019718S001-1413A-250                          044420P001-1413A-250
SAFETY KLEEN CLEAN HARBORS           SAIA MOTOR FREIGHT LINE LLC                   SAM SON DISRTIBUTION CENTER INC               SAMANTHA ROUGEUX PRESIDENT CO THE RTA STORE
KRISTINE T ANDERSON                  CLAIMS DEPARTMENT                             BETH CURTIS                                   SAMANTHA ROUGEUX PRESIDENT
600 LONGWATER DR                     PO BOX A STATION 1                            203 EGGERT RD                                 THE RTA STORE
PO BOX 9149                          HOUMA LA 70363                                CHEEKTOWAGA NY 14215                          2345 ROUTE 52 STE 1A
NORWELL MA 02061                     SMILLER@SAI.COM                               BCURTIS@SAM-SON.COM                           HOPEWELL JUNCTION NY 12533
ANDERSON.KRISTINE@CLEANHARBORS.COM                                                                                               marie@thertastore.com

000160P001-1413S-250                 044421P001-1413A-250                          018607P001-1413A-250                          044463P002-1413A-250
SANTANDER BANK, N.A.                 SCHNADER HARRISON SEGAL AND LEWIS LLP         SCHOOLKIDZ COM LLC                            SECURITAS SECURITY SVCS USA INC
RICHARD WOLBACH                      DANIEL M PEREIRA                              ADRIANE M RUIZ                                JAIME BERGARA BUSINESS SVC MANAGER 00220
200 PARK AVE.,STE 100                1600 MARKET ST                                900 S FRONTAGE RD STE 200                     4330 PARK TER DR
FLORHAM PARK NJ 07932                SUITE 3600                                    WOODRIDGE IL 60517                            WESTLAKE VILLAGE CA 91361
RICHARD.WOLBACH@SANTANDER.US         PHILADELPHIA PA 19103                         ARUIZ@SCHOOLKIDZ.COM                          BUSINESSSERVICES@SECURITASINC.COM
                                     dpereira@schnader.com

021169P001-1413A-250                 016442P002-1413A-250                          019754P002-1413A-250                          016464P003-1413A-250
SHIPPERS SUPPLIES                    SOLIMENE AND SECONDO LLP                      SOS GASES INC                                 SOUTHERN CONNECTICUT GAS CO
MICHAEL CREIGHTON                    BETHANY FREEMAN                               KENNETH MORGAN                                MARCIA FANTANO
1202 MILL RD                         1501 EAST MAIN ST STE 204                     1100 HARRISON AVE                             100 MARSH HILL RD
BELLVILLE OH 44813                   MERIDEN CT 06450                              KEARNY NJ 07032                               ORANGE CT 06477
accounting@shipperssupplies.com      FREEMAN@SS-LLP.COM                            SOSGASESINC@MSN.COM                           MFANTANO@SOCONNGAS.COM

044375S001-1413A-250                 019771P001-1413A-250                          021164P002-1413A-250                          000166P001-1413S-250
SPRINT CORP                          STAFAST BUILDING PRODUCTS                     STERLING TALENT SOLUTIONS                     STEVENS & LEE PC
BANKRUPTCY DEPT                      DEBRA HAYES                                   ROCCO DIPAOLO                                 JOHN C KILGANNON,ESQ
AARON J BOOTON                       7095 AMERICANA PKWY                           ONE STATE STREET PLAZA 24TH FLOOR             PRINCETON PIKE CORPORATE CENTER
333 INVERNESS DR S                   REYNOLDSBURG OH 43068-4118                    NEW YORK NY 10004                             100 LENOX DRIVE STE 200
ENGLEWOOD CO 80112                   DHAYES@STAFASTBUILDING.COM                    ROCCO.DIPAOLO@STERLINGCHECK.COM               LAWRENCEVILLE NJ 08648
BANKRUPTCYMAIL@SPRINT.COM                                                                                                        JCK@STEVENSLEE.COM
```

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page #: 11 of 13                                                                                    03/11/2022 08:32:49 PM

| | | |
|---|---|---|
| 019783P002-1413A-250<br>STIEBEL ELTRON INC<br>JONATHAN WALSH<br>17 WEST ST<br>WEST HATFIELD MA 01088-9516<br>JONATHAN.WALSH@STIEBEL-ELTRON-USA.COM | 000167P001-1413S-250<br>STRADLEY RONON STEVENS & YOUNG LLP<br>DEBORAH A REPEROWITZ;DANIEL M PEREIRA<br>457 HADDONFIELD RD STE 100<br>CHERRY HILL NJ 08002<br>DREPEROWITZ@STRADLEY.COM | 019784P002-1413A-250<br>STRAIGHT FORWARD CHB<br>JOEL FLEISCHMAN<br>126 NOSTRAND AVE<br>BROOKLYN NY 11205<br>BELLA@STRAIGHTFORWARDCHB.COM |
| 044290P002-1413A-250<br>STUMAR INVESTIGATIONS<br>AKA GERMAN GALLAGHER MURTAGH<br>1544 DEKALB ST<br>NORRISTOWN PA 19401<br>LTRUBIN@STUMARINV.COM | 019789P002-1413A-250<br>SULLIVAN DESIGN INC<br>AKA SPORT CLIPS<br>SCOTT SULLIVAN<br>6215 HEISLEY RD UNIT B<br>MENTOR OH 44060-1877<br>SULLIVANDESIGN@YAHOO.COM | 000167P001-1413S-250<br>STRADLEY RONON STEVENS & YOUNG LLP<br>DEBORAH A REPEROWITZ;DANIEL M PEREIRA<br>457 HADDONFIELD RD STE 100<br>CHERRY HILL NJ 08002<br>DPEREIRA@STRADLEY.COM |
| | | 04498P001-1413A-250<br>SWARTZ CAMPBELL LLC<br>KEVIN CANAVAN<br>ONE LIBERTY PLACE<br>1650 MARKET STREET FLOOR 38<br>PHILADELPHIA PA 19103<br>kcanavan@swartzcampbell.com |
| 016848P002-1413A-250<br>SYN-TECH SYSTEMS INC<br>SABRINA GALLO<br>PO BOX 5258<br>TALLAHASSEE FL 32314<br>SGALLO@SYNTECH-FUELMASTER.COM | 016900P001-1413A-250<br>TAPCO COMPANIES<br>JANET KERR<br>PO BOX457<br>SHARON CENTER OH 44274<br>PAYROLL@TAPCOCO.COM | 044500P001-1413A-250<br>SWARTZ CAMPBELL LLC<br>KEVIN CANAVAN<br>ONE LIBERTY PLACE<br>1650 MARKET STREET<br>PHILADELPHIA PA 19103<br>kcanavan@swartzcampbell.com |
| | | 018595P001-1413A-250<br>TAYLOR NORTHEAST<br>JEFFREY FRIED<br>4200 CASTEEL DR<br>CORAOPOLIS PA 15108<br>JFRIED@HKEQUIPMENT.COM |
| 019822S001-1413A-250<br>THE HOME DEPOT<br>JAMES B SOWKA<br>SEYFARTH SHAW LLP<br>233 S WACKER DRIVE<br>SUITE 8000<br>CHICAGO IL 60606-6448<br>jsowka@seyfarth.com | 019831P001-1413A-250<br>TIFFIN METAL PRODUCTS<br>JEFFREY SNAVELY<br>450 WALL ST<br>TIFFIN OH 44883-1366<br>JSNAVELY@TIFFINMETAL.COM | 029792P002-1413A-250<br>TELESCOPE CASUAL FURNITURE<br>TECH LOGISTICS<br>JENNIFER A BORTNOWSKY<br>300 ELM ST UNIT 1<br>MILFORD NH 03055-4715<br>JENNIFER.BORTNOWSKY@TECHLOGISTICS.COM |
| | | 044537P001-1413A-250<br>TIPSY ELVES LLC<br>J BARRETT MARUM<br>SHEPPARD MULLIN RICHTER AND HAMPTON LLP<br>379 LYTTON AVE<br>PALO ALTO CA 94301<br>bmarum@sheppardmullin.com |
| 019840P002-1413A-250<br>TOOLS FOR INDUSTRY<br>FERNANDO ORTIZ<br>PO BOX 378<br>LAKE GROVE NY 11755-0378<br>FORTIZ@TOOLSFORINDUSTRY.COM | 044360P001-1413A-250<br>TOTE MARITIME<br>RICK A STEINBERG ESQ<br>PRICE MEESE SHULMAN AND DARMINIO PC<br>50 TICE BLVD SUITE 380<br>WOODCLIFF LAKE NJ 07677-7681<br>rsteinberg@pricemeese.com | 019916P002-1413A-250<br>VIRGINIA TODD<br>6411 LAKEWAY<br>OREGON OH 43616-4445<br>YNOTNAP@YAHOO.COM |
| | | 017223P002-1413A-250<br>TRANSLOGISTICS INC<br>PETER J RIO III<br>321 N FURNACE ST STE 300<br>BIRDSBORO PA 19508-2057<br>CLAIMS@TLIEMAIL |
| | | 017280P002-1413A-250<br>TRESSLER LLP<br>MATTHEW DEVEREUX<br>233 S WACKER DR<br>FL 22<br>CHICAGO IL 60606-6399<br>MDEVEREUX@TRESSLERLLP.COM |
| 017287P002-1413A-250<br>TRI STATE TIRE INC<br>EDWARD A NACLERIO<br>136 DUDLEY AVE<br>WALLINGFORD CT 06492<br>EDNACLERIO@GMAIL.COM | 000064P002-1413S-250<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000065P003-1413S-250<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA;ALISSA K PICCIONE<br>875 THIRD AVE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM |
| | | 000065P003-1413S-250<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA;ALISSA K PICCIONE<br>875 THIRD AVE<br>NEW YORK NY 10022<br>ALISSA.PICCIONE@TROUTMAN.COM |

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 12 of 13                              03/11/2022 08:32:49 PM

017364P002-1413A-250
TWIN DATA CORP
RUSSELL G TODARO
623 EAGLE ROCK AVE UNIT 145
WEST ORANGE NJ 07052
RTODARO@TWINDATA.COM

044376P001-1413A-250
UGI UTILITIES
MELANIE M ANDERSON
PO BOX 13009
READING PA 19612
MANDERSON3@UGI.COM

044376S001-1413A-250
UGI UTILITIES
JAVERBAUM WURGAFT HICKS KAHN WIKSTROM SININS P.C.
ATTN: RAYMOND M. PATELLA
505 MORRIS AVENUE
SPRINGFIELD NJ 07081
rpatella@lawjw.com

000097P002-1413S-250
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.DAURIA@USDOJ.GOV

000097P002-1413S-250
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
MITCHELL.B.HAUSMAN@USDOJ.GOV

000001P001-1413S-250
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-250
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Mitchell.B.Hausman@usdoj.gov

000001P001-1413S-250
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
PETER.J.DAURIA@USDOJ.GOV

044341P001-1413A-250
UNITIL
CREDIT DEPT
CHRISTINA VELEZ-ROY
5 MCGUIRE ST
CONCORD NH 03301
CREDIT@UNITIL.COM

043913P002-1413A-250
VALLEY REPORTING SVCS
KIMBERLY LOCKROW
115 GREEN ST
KINGSTON NY 12401
OFFICE@VALLEYREPORTING.COM

017602P002-1413A-250
VERITIV/XPEDX
TINA BONDS
2201 REEVES RD
PLAINFIELD IN 46168-5683
TINA.BONDS@VERTIVCORP.COM

017674P001-1413A-250
VISTA UNDERWRITING PARTNERS
1400 N PROVIDENCE RD
BUILDING 2 STE 4050
MEDIA PA 19063
MHEFFERNAN@VISTAUNDERWRITING.COM

017742P002-1413A-250
WARREN TIRE INC
DENNIS BALDWIN
420 BROADWAY
PAWTUCKET RI 02860
WARRENTIRERI@YAHOO.COM

043917P003-1413A-250
THE WASSERSTROM CO
TAMARA SECKEL
PO BOX 182056
COLUMBUS OH 43218-2056
FREIGHTCLAIMS@WASSERSTROM.COM

044541P001-1413A-250
WAYFAIR LLC
CASNER AND EDWARDS LLP
DAVID KOHA
303 CONGRESS ST
BOSTON MA 02210
koha@casneredwards.com

044541S001-1413A-250
WAYFAIR LLC
ROB LANGEVIN
4 COPLEY PLACE FLOOR 7
BOSTON MA 02116
rlangevin@wayfair.com

000161P001-1413S-250
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003
AMY@WEISSANDROSENBLOOM.COM

000171P001-1413S-250
WHITEFORD TAYLOR & PRESTON LLP
CHAD J TOMS,ESQ
THE RENAISSANCE CENTRE, STE 500
405 NORTH KING ST
WILMINGTON DE 19801-3700
CTOMS@WTPLAW.COM

000172P001-1413S-250
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
PNUSSBAUM@WTPLAW.COM

000172P001-1413S-250
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
VINGE@WTPLAW.COM

000173P002-1413S-250
WHITEFORD TAYLOR PRESTON LLP
JOSHUA D STIFF
1021 EAST CARY ST., STE 1700
RICHMOND VA 23219
JSTIFF@WTPLAW.COM

018603P001-1413A-250
WINDSTREAM
1450 N CTR PT RD
HIAWATHA IA 52233
beth.wise@windstream.com

020872P002-1413A-250
WOOD PRO INC
MICHAEL BENVENUTI
P O BOX 363
AUBURN MA 01501-0363
MBENVENUTI@WOODPROINC.COM

017699P002-1413A-250
WW GRAINGER INC
CHAR WALTERS
401 S WRIGHT RD W4E C37
JANESVILLE WI 60714
CHAR.WALTERS@GRAINGER.COM

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 13 of 13

03/11/2022 08:32:49 PM

044551P001-1413A-250
XPO FKA CONWAY FREIGHT
RMS
WENDY MESNOR
PO BOX 19253
MINNEAPOLIS MN 55419
WENDY.MESSNER@IGOR.COM

044504P002-1413A-250
XPO LOGISTICS
TIMOTHY MCDOW
9140 ARROWPOINT BLVD
CHARLOTTE NC 28272
TIMOTHY.MCDOW@XPO.COM

018596P001-1413A-250
YARD TRUCK SPECIALISTS
JEFFREY FRIED
4200 CASTEEL DR
CORAOPOLIS PA 15108
JFRIED@HKEQUIPMENT.COM

019969P002-1413A-250
YELLOW DOG REPORTS
HEATH C HULL
PO BOX 879
ROYSE CITY TX 75189
BETH@YELLOWDOGREPORTS.COM

Records Printed : 292