UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

In re:

NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]

Debtors.

Chapter 11

Case No.: 19-12809 (JKS)

Hearing Date: 3/22/22 at 10:00 a.m. (ET)

## ADJOURNMENT REQUEST

1.    I, Michael Papandrea, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above referenced chapter 11 cases (the "Liquidating Trustee"), hereby request an adjournment of the following hearing for the reason set forth below.

Matter: *The Liquidating Trustee's Seventh Omnibus Objection To Certain Claims To Be Reduced, Or Disallowed And Expunged In Their Entirety, Based On The Debtors Books And Records* [Docket No. 1541], solely with respect the following claims only:

- Claim No. 1353, filed by Masergy Communications Inc.
- Claim No. 716, filed by New Jersey Turnpike Authority.

Current Hearing Date:    March 22, 2022 at 10:00 a.m. (ET).

New Hearing Date Requested:    April 19, 2022 at 10:00 a.m. (ET).

New Objection Deadline Requested:    April 12, 2022

New Reply Deadline Requested:    April 15, 2022

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

-2-

Reason for adjournment request:    The parties are in continued discussions to attempt to resolve the respective claims consensually.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: March 16, 2022                              /s/ *Michael Papandrea*
                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date:    4/19/2022 @ 10:00      ☐Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**