**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------X
In re:                                                      :    Chapter 11
                                                            :
**NEW ENGLAND MOTOR FREIGHT, INC., ET AL**                  :    Case No. 19-12809 (JKS)
                                                            :
                                                            :    Jointly Administered
                    **Debtors**                             :
------------------------------------------------------------X

**DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S)
REGARDING NOTICE(S) OF TRANSFER OF CLAIM PURSUANT TO
FRBP RULE 3001 (e) (1) and/or (e) (2)**

STATE OF  <u>NEW YORK</u>    )
                              )    SS:
COUNTY OF <u>KINGS</u>        )

I, <u>Tina Carr</u> declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the <u>2nd</u> day of <u>June, 2022</u>, I received a copy of Notice(s) of Transfer of Claim ownership for Docket No(s). <u>#1621 and #1622</u> as printed from the docket maintained by the court for the captioned debtor.

4. On the <u>2nd</u> day of <u>June, 2022</u>, I sent a copy of the Notice(s) of Transfer of Claim ownership pursuant to FRBP 3001 (e) (1) and/or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed this <u>2nd</u> day of <u>June, 2022</u> at Brooklyn, New York.

By _____
    Tina Carr

Sworn before me this
<u>2nd</u> day of <u>June</u> 2022

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

B2100B (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re NEW ENGLAND MOTOR FREIGHT INC.    Case No. 19-12809

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __710 & 825__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 6-1-22 Dkt # 1621.

THE PERRIN ASPHALT AND
CONCRETE COMPANY INC
Name of Alleged Transferor

ARGO PARTNERS
Name of Transferee

Address of Alleged Transferor:
525 DAN ST
AKRON, OH 44310

Address of Transferee:
12 W 37TH ST 9TH FL STE 900
NEW YORK, NY 10018

BRENNAN MANNA AND DIAMOND LLC
75 E MARKET ST
AKRON, OH 44308

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

DONLIN, RECANO & COMPANY, INC.
FOR THE
USBC DISTRICT OF NEW JERSEY

Date: 6-2-22

CLERK OF THE COURT

**B2100B (12/15)**

# United States Bankruptcy Court
## District of New Jersey

In re NEW ENGLAND MOTOR FREIGHT INC.          Case No. 19-12809

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 30 (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 6-1-22 Dkt # 1622.

| | |
|---|---|
| NORTHEAST GREAT DANE | ARGO PARTNERS |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| 315 SUNNYMEADE RD | 12 W 37TH ST 9TH FL STE 900 |
| HILLSBOROUGH, NJ 08844 | NEW YORK, NY 10018 |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

DONLIN, RECANO & COMPANY, INC.
FOR THE
USBC DISTRICT OF NEW JERSEY

Date: 6-2-22

CLERK OF THE COURT