<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey  07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Romulo Hernandez and Maria E. Hernandez*

</td></tr>
<tr><td>

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al*.,[1]

                     Debtors.

</td><td>

Chapter 11

Case No. 19-12809 (JKS)

</td></tr>
</table>

## ORDER GRANTING ROMULO HERNANDEZ AND MARIA E. HERNANDEZ'S MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED.**

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Debtor:             New England Motor Freight, Inc., et. al.

Case No.            19-12809 (JKS)

Caption of Order:   Order Granting Romulo Hernandez and Maria E.
                    Hernandez's Motion for Relief from the Automatic
                    Stay and the Right to File a Late Proof of Claim

---

**THIS MATTER,** having been opened to the Court by creditors Romulo Hernandez ("Mr. Hernandez") and Maria E. Hernandez' ("Mrs. Hernandez") (collectively, the "Creditors"),[2] by and through their counsel, by the filing of a motion (the "Motion") for an order granting Creditors relief from the automatic stay and the right to file a late Proof of Claim; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and (iii) notice of the Motion and proposed form of order was served on those parties required to receive notice pursuant to Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the District of New Jersey Local Bankruptcy Rules; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having considered the pleadings filed by Creditors in support of the Motion and opposition thereto, if any; and for other good cause having been shown,

   **IT IS HEREBY ORDERED** that**:**

   1.     The Motion is **GRANTED** in its entirety.

   2.     The automatic stay be and hereby is vacated to permit Creditors to proceed with their case in the Court of Common Pleas of York County, Pennsylvania, captioned Romulo Hernandez and Maria E. Hernandez v. Jason Joseph Perkins, et al., bearing No. 2010-SU-000678-69.

---

[2] Capitalized terms used but not defined herein shall have the same meaning ascribed to such terms in the Motion.

Debtor:           New England Motor Freight, Inc., et. al.

Case No.        **19-12809** (JKS)

Caption of Order:    Order Granting Romulo Hernandez and Maria E. Hernandez's Motion for Relief from the Automatic Stay and the Right to File a Late Proof of Claim

---

3.      Creditors may file a late Proof of Claim within seven (7) days of entry of this Order.

4.      The fourteen-day stay set forth in Fed. R. Bankr. P. 4001(a)(3) is hereby waived and this Order is effective immediately upon entry.