**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Romulo Hernandez and Maria E. Hernandez*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| NEW ENGLAND MOTOR FREIGHT, INC., et. al.[1] | Case No. 19-12809-JKS |
| Debtors. | |

## CERTIFICATION OF SERVICE

1. I, Stacy Lipstein, am a Legal Assistant employed by McManimon, Scotland & Baumann, counsel for Romulo Hernandez and Maria E. Hernandez in the above-captioned matter.

2. On June 7, 2022, I sent a copy of the following documents via Regular Mail to the parties listed on the service list attached hereto:

   - Notice of Creditors Romulo Hernandez and maria E. Hernandez's Motion for an Order Granting Relief From the Automatic Stay (the "Motion");
   - Certification of Matthew S. Crosby, Esq. in Support of the Motion;
   - Memorandum of Law; and
   - Proposed Order.

   I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 7, 2022               ___/s/ Stacy Lipstein_____
                                              Stacy Lipstein

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | *Office of the United States Trustee* | ☑ Regular mail |
| Mary E. Seymour, Esq.<br>Michael Papandrea, Esq.<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | *Counsel to the Liquidating Trustee* | ☑ Regular mail |
| Mark B Conlan, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | *Counsel to the Debtor* | ☑ Regular mail |

4873-9912-2980, v. 1