

Swartz Campbell LLC
One Liberty Place
1650 Market Street, Fl 38
Philadelphia PA 19103

voice (215) 299-4316
facsimile (215) 299-4301
kcanavan@swartzcampbell.com
www.swartzcampbell.com

**Kevin Canavan**
*Attorney at Law*

May 17, 2019

Matthew S. Crosby, Esq
Handler, Henning & Rosenberg, LLP
1300 Linglestown Road
Harrisburg, PA 17110

    Re:    Hernandez v. NEMF, Inc.
           NO: 2010-SU-001214-01
           Our File No.: 559-139856

Dear Mr. Crosby:

    Pursuant to our conversation, we have enclosed the Notice of Suggestion of Bankruptcy For New England Motor Freight, Inc. and Stay of Proceedings. Further, as we discussed, the parties will participate in the mediation before Judge Wallitsch scheduled for May 21, 2019 and the said participation shall not constitute a waiver of the stay of proceedings in this case. It is understood and agreed that the stay of proceedings remains in effect. Should you have any questions in this regard, please do not hesitate to contact me.

                              Very truly yours,

                              SWARTZ CAMPBELL LLC

                              */s/    Kevin Canavan*

                              Kevin Canavan

KC/rah
Enclosure