

# EXHIBIT C

Rachel Hrynczyszyn <rhrynczyszyn@swartzcampbell.com>

## New England Motor Freight - Hernandez Lawsuit and Claim

**Rachel Hrynczyszyn** <rhrynczyszyn@swartzcampbell.com>                Wed, Jan 6, 2021 at 3:42 PM
To: JSchneider@lowenstein.com
Cc: Kristin Mutzig <kmutzig@swartzcampbell.com>

Mr. Schneider:

Pursuant to Mr. Canavan's request, please see the attached documents.

--

Sincerely,

-------------------------------
Rachel Hrynczyszyn
Swartz Campbell LLC
1650 Market Street
One Liberty Place, 38th Floor
Philadelphia, PA 19103
(215) 299-4391  (voice)
(215) 299-4301 (facsimile)
rhrynczyszyn@swartzcampbell.com
http://www.swartzcampbell.com


**\*\*\* PLEASE BE ADVISED WE HAVE MOVED! \*\*\***
**Our new address is:   1650 Market Street**
**One Liberty Place, 38th Floor**
**Philadelphia, PA 19103**

---

**2 attachments**

📄 **C to pltf  enc  notice of bankruptcy 5.17.19.pdf**
62K

📄 **Bankruptcy Notice.pdf**
170K