**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey  07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Romulo Hernandez and Maria E. Hernandez*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., et. al.[1] | Case No. 19-12809-JKS |
| Debtors. | |

**ADJOURNMENT REQUEST**

1. I, Sari Placona, Esq,

   ☒ am the attorney for Romulo Hernandez and Maria E. Hernandez in the above-referenced bankrutpcey proceeding and request an adjournment of the following hearing for the reason set forth below.

   **Matters:**    Creditors Romulo Hernandez and Maria E. Hernandez's Motion for an Order Granting Relief from the Automatic Stay, filed on June 7, 2022 [Docket No. 1626] (the "Motion")

   Current hearing date and time:    June 28, 2022 at 10:00 a.m.

   New date requested:    July 12, 2022 at 10:00 a.m.

   Reasons for adjournment request:    The parties are attempting to resolve the Motion.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all

   I hereby certify under peanlty of perjury that the foregoing is true.

   Date:  June 23, 2022                                    /s/ *Sari B. Placona*
                                                                     Sari B. Placona

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

**COURT USE ONLY**

_____

The request for adjournment is:

[X]  Granted                        New hearing date:__7/19/2022 @ 10:00__        ☐ Peremptory

☐    Granted over objection(s)      New hearing date:_____         ☐ Peremptory

☐    Denied


**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4857-0932-2278, v. 1