|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Michael Papandrea, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br><br>*Counsel to the Liquidating Trustee* |

| In re: | Chapter 11 |
|---|---|
| New England Motor Freight, Inc., *et al.*,[1] | Case No. 19-12809 (JKS) |
| Debtors. | Jointly Administered |

## ADJOURNMENT REQUEST

1. I, Michael Papandrea, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above-captioned chapter 11 cases, hereby request an adjournment of the hearing on the following matter for the reason set forth below:

   Matter: *Creditors Romulo Hernandez and Maria E. Hernandez's Motion For An Order Granting Relief From The Automatic Stay* [Docket No. 1626].

   Current hearing date and time:    August 30, 2022 at 10:00 a.m. (ET).

   New hearing date requested:    September 20, 2022 at 10:00 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

        New objection deadline requested:   September 13, 2022.

        Reason for adjournment request:   The parties are working toward a resolution of this matter.

2.    Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: August 22, 2022                /s/ *Michael Papandrea*
                                          Michael Papandrea, Esq.

**FOR COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date:   9/20/2022 @ 10:00    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

-2-