**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   )  ss:
COUNTY OF KINGS    )

I, Edward A. Calderon, declare:

1.   I am over the age of 18 years and not a party to these chapter 11 cases.

2.   I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.   On the 30th day of August, 2022, DRC, at my direction and under my supervision, caused a true and accurate copy of the "*Notice of Liquidating Trustee's Motion for Entry of an Order Further Extending the Claims Objection Deadline*"(Docket No. 1638), to be served via electronic mail upon the parties as set forth in Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 30th day of August, 2022, Brooklyn, New York.

By _Edward A. Calderon_

Edward A. Calderon

Sworn before me this
30th day of August, 2022

_Sung Jae Kim_
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

NEMF00252

# EXHIBIT 1

Page # : 1 of 2                                                                                      08/30/2022 03:24:13 PM

---

000163P001-1413S-252
DAVID METH,ESQ
200 DANIELS WAY STE 240
FREEHOLD NJ 07728
DAVID@METHNJLAW.COM

000159P001-1413S-252
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402
MIDATLANTICFIRE@YAHOO.COM

000162P001-1413S-252
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
SCOTT J GOLDSTEIN
280 WEST MAIN ST
DENVILLE NJ 07834
SJG@SGOLDSTEINLAW.COM

000164P002-1413S-252
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
KBUCK@MCCARTER.COM

000165P001-1413S-252
MCCARTER & ENGLISH LLP
DEIRDRE BURKE,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
DBURKE@MCCARTER.COM

000070P002-1413S-252
MCELROY DEUTSCH ET AL
GARY D BRESSLER, ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM

000069P002-1413S-252
MCELROY DEUTSCH MULVANEY
VIRGINIA T SHEA, ESQ
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962
VSHEA@MDMC-LAW.COM

000093P003-1413S-252
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
ASODONO@MSBNJ.COM

000093P003-1413S-252
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
SPLACONA@MSBNJ.COM

000174P001-1413S-252
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK NY 10005
JESSICA.AGARWAL@AG.NY.GOV

000096P002-1413S-252
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
JSCHWARTZ@RIKER.COM

000096P002-1413S-252
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
MTRENTIN@RIKER.COM

000096P002-1413S-252
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
AGARRASTEGUI@RIKER.COM

000160P001-1413S-252
SANTANDER BANK, N.A.
RICHARD WOLBACH
200 PARK AVE.,STE 100
FLORHAM PARK NJ 07932
RICHARD.WOLBACH@SANTANDER.US

000166P001-1413S-252
STEVENS & LEE PC
JOHN C KILGANNON,ESQ
PRINCETON PIKE CORPORATE CENTER
100 LENOX DRIVE STE 200
LAWRENCEVILLE NJ 08648
JCK@STEVENSLEE.COM

000167P001-1413S-252
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002
DREPEROWITZ@STRADLEY.COM

000167P001-1413S-252
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002
DPEREIRA@STRADLEY.COM

000064P002-1413S-252
TROUTMAN SANDERS LLP
LOUIS A CURCIO, ESQ
875 THIRD AVE
NEW YORK NY 10022
LOUIS.CURCIO@TROUTMAN.COM

000065P003-1413S-252
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA;ALISSA K PICCIONE
875 THIRD AVE
NEW YORK NY 10022
DAVID.PISCIOTTA@TROUTMAN.COM

000065P003-1413S-252
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA;ALISSA K PICCIONE
875 THIRD AVE
NEW YORK NY 10022
ALISSA.PICCIONE@TROUTMAN.COM

000097P002-1413S-252
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000097P002-1413S-252
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
MITCHELL.B.HAUSMAN@USDOJ.GOV

000001P001-1413S-252
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-252
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Mitchell.B.Hausman@usdoj.gov

New England Motor Freight, Inc., et al.

**Electronic Mail**
**Exhibit Page**

Page # : 2 of 2                                                                08/30/2022 03:24:13 PM

000001P001-1413S-252
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000161P001-1413S-252
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003
AMY@WEISSANDROSENBLOOM.COM

000171P001-1413S-252
WHITEFORD TAYLOR & PRESTON LLP
CHAD J TOMS,ESQ
THE RENAISSANCE CENTRE, STE 500
405 NORTH KING ST
WILMINGTON DE 19801-3700
CTOMS@WTPLAW.COM

000172P001-1413S-252
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
PNUSSBAUM@WTPLAW.COM

000172P001-1413S-252
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
VINGE@WTPLAW.COM

000173P002-1413S-252
WHITEFORD TAYLOR PRESTON LLP
JOSHUA D STIFF
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
JSTIFF@WTPLAW.COM

Records Printed : **30**

# EXHIBIT 2

**New England Motor Freight, Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                        08/30/2022 03:27:23 PM

000158P001-1413S-252
WILLIAM & TERRY ECKER
5322 WHEELER RD
JORDAN NY 13080

Records Printed :   **1**