**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    )  ss:
COUNTY OF KINGS     )

I, Delicia A. Chung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 16th day of September, 2022, DRC, at my direction and under my supervision, caused a true and accurate copy of the following:

    i. "Notice of Liquidating Trustee's Ninth Omnibus Objection to Certain Late Filed Claims" (Docket No. 1640); and

    ii. "Notice of Liquidating Trustee's Tenth Omnibus Objection to Certain Claims to be Reduced and/or Reclassified, or Disallowed Entirely" (Docket No. 1641),

to be served via electronic mail upon the parties as set forth in Exhibit 1; and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of September, 2022, Brooklyn, New York.

By _____
Delicia A. Chung

Sworn before me this
20th day of September, 2022

_____
Notary Public

> SUNG JAE KIM
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01KI6211176
> Qualified in Queens County
> My Commission Expires: September 14, 2025

NEMF00255

# EXHIBIT 1

Case 19-12809-JKS    Doc 1644    Filed 09/20/22    Entered 09/20/22 17:24:59    Desc Main
Document    Page 4 of 7

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Page

Page # : 1 of 2                                                                 09/16/2022 01:01:33 PM

| | | | |
|---|---|---|---|
| 000163P001-1413S-255<br>DAVID METH,ESQ<br>200 DANIELS WAY STE 240<br>FREEHOLD NJ 07728<br>DAVID@METHNJLAW.COM | 000159P001-1413S-255<br>FIRE SAFETY EQUIPMENT SUPPLY<br>DEBBIE A DONIVAN<br>606 WEST RACE ST<br>PO BOX 638<br>MARTINSBURG WV 25402<br>MIDATLANTICFIRE@YAHOO.COM | 000162P001-1413S-255<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>SCOTT J GOLDSTEIN<br>280 WEST MAIN ST<br>DENVILLE NJ 07834<br>SJG@SGOLDSTEINLAW.COM | 000164P002-1413S-255<br>MCCARTER & ENGLISH LLP<br>KATE ROGGIO BUCK,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>KBUCK@MCCARTER.COM |
| 000165P001-1413S-255<br>MCCARTER & ENGLISH LLP<br>DEIRDRE BURKE,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>DBURKE@MCCARTER.COM | 000070P002-1413S-255<br>MCELROY DEUTSCH ET AL<br>GARY D BRESSLER, ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000069P002-1413S-255<br>MCELROY DEUTSCH MULVANEY<br>VIRGINIA T SHEA, ESQ<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM | 000093P003-1413S-255<br>MCMANIMON, SCOTLAND  BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM |
| 000093P003-1413S-255<br>MCMANIMON, SCOTLAND  BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000174P001-1413S-255<br>OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL<br>JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK NY 10005<br>JESSICA.AGARWAL@AG.NY.GOV | 000096P002-1413S-255<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM | 000096P002-1413S-255<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>MTRENTIN@RIKER.COM |
| 000096P002-1413S-255<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>AGARRASTEGUI@RIKER.COM | 000160P001-1413S-255<br>SANTANDER BANK, N.A.<br>RICHARD WOLBACH<br>200 PARK AVE.,STE 100<br>FLORHAM PARK NJ 07932<br>RICHARD.WOLBACH@SANTANDER.US | 000166P001-1413S-255<br>STEVENS & LEE PC<br>JOHN C KILGANNON,ESQ<br>PRINCETON PIKE CORPORATE CENTER<br>100 LENOX DRIVE STE 200<br>LAWRENCEVILLE NJ 08648<br>JCK@STEVENSLEE.COM | 000167P001-1413S-255<br>STRADLEY RONON STEVENS & YOUNG LLP<br>DEBORAH A REPEROWITZ;DANIEL M PEREIRA<br>457 HADDONFIELD RD STE 100<br>CHERRY HILL NJ 08002<br>DREPEROWITZ@STRADLEY.COM |
| 000167P001-1413S-255<br>STRADLEY RONON STEVENS & YOUNG LLP<br>DEBORAH A REPEROWITZ;DANIEL M PEREIRA<br>457 HADDONFIELD RD STE 100<br>CHERRY HILL NJ 08002<br>DPEREIRA@STRADLEY.COM | 000064P002-1413S-255<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000065P003-1413S-255<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA;ALISSA K PICCIONE<br>875 THIRD AVE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000065P003-1413S-255<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA;ALISSA K PICCIONE<br>875 THIRD AVE<br>NEW YORK NY 10022<br>ALISSA.PICCIONE@TROUTMAN.COM |
| 000097P002-1413S-255<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000097P002-1413S-255<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>MITCHELL.B.HAUSMAN@USDOJ.GOV | 000001P001-1413S-255<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov | 000001P001-1413S-255<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov |

Case 19-12809-JKS    Doc 1644    Filed 09/20/22    Entered 09/20/22 17:24:59    Desc Main
Document    Page 5 of 7

New England Motor Freight, Inc., et al.
Electronic Mail
**Exhibit Page**

Page # : 2 of 2                                                                 09/16/2022 01:01:33 PM

000001P001-1413S-255
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000161P001-1413S-255
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003
AMY@WEISSANDROSENBLOOM.COM

000171P001-1413S-255
WHITEFORD TAYLOR & PRESTON LLP
CHAD J TOMS,ESQ
THE RENAISSANCE CENTRE, STE 500
405 NORTH KING ST
WILMINGTON DE 19801-3700
CTOMS@WTPLAW.COM

000172P001-1413S-255
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
PNUSSBAUM@WTPLAW.COM

000172P001-1413S-255
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
VINGE@WTPLAW.COM

000173P002-1413S-255
WHITEFORD TAYLOR PRESTON LLP
JOSHUA D STIFF
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
JSTIFF@WTPLAW.COM

Records Printed :    **30**

# EXHIBIT 2

New England Motor Freight, Inc., et al.
Exhibit Page

Page # : 1 of 1                                                                                                  09/16/2022 01:06:55 PM

000158P001-1413S-255
WILLIAM & TERRY ECKER
5322 WHEELER RD
JORDAN NY 13080

Records Printed :   **1**