# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    )   ss:
COUNTY OF KINGS      )

I, Winnie Yeung, declare:

1.     I am over the age of 18 years and not a party to these chapter 11 cases.

2.     I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.     On the 16th day of September, 2022, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Ninth Omnibus Objection to Certain Late Filed Claims" (Docket No. 1640), along with each of the Personalized Notice of Objection to indicate the name and address respective of the claimant's claim(s) subject to objection as set forth on Exhibit 1, via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of September, 2022, Brooklyn, New York.

By                                  

Winnie Yeung

Sworn before me this
20th day of September, 2022

Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

.

# EXHIBIT 1

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

>CAROLYN JACK
>ARIEL KENNETH LOZANO
>SUBROGATION ADJ
>32125 32ND AVE S STE 200
>FEDERAL WAY, WA 98001

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

CHARLES TILLMAN PAVING INC
DIANE M KRACHER
19627 GRAYSTONE RD
WHITE HALL, MD 21161

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

    EULER HERMES NA INSURANCE CO
    AS AGENT OF CARROLL INDEPENDENT FUEL LLC
    800 RED BROOK BLVD
    OWINGS MILLS, MD 21117

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).[3]**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)** **Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
> GALLAGHER BASSETT
> ROSEMARY MEYER
> GALLAGHER BASSETT INSURANCE
> PO BOX 2934
> CLINTON, IA 52733

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
    GEICO INDEMNITY CO ASO VAL MAYO
    LAW OFFICES OF RICKY JLUCYK
    KATHLEEN A GARVESON ESQ
    2 HUNTINGTON QUADRANGLE
    STE 2N01
    MELVILLE, NY 11747

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
GEICO INDEMNITY CO ASO ZORAIDA MIRANDA
LAW OFFICES OF RICKY JLUCYK
KATHLEEN A GARVESON ESQ
2 HUNTINGTON QUADRANGLE
STE 2N01
MELVILLE, NY 11747

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)** |
| | **Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

HARTFORD FIRE INSURANCE CO/HARTFORD
AS ASSIGNEE OF: HARTFORD SPECIALTY CO
HANK HOFFMAN
BANKRUPTCY UNIT HO2 R HOME OFFICE
HARTFORD, CT 06155

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).[3]**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

    HARTFORD FIRE INSURANCE CO/HARTFORD
    AS ASSIGNEE OF: HARTFORD SPECIALTY CO
    HANK HOFFMAN
    ONE HARTFORD PLZ
    HARTFORD, CT 06155

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)** **Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:
    IL- DEPT OF REVENUE
    BANKRUPTCY UNIT
    PO BOX 19035
    SPRINGFIELD, IL 62794-9035

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:

K LINE LOGISTICS USA INC
ANNU KOMAGUCHI
OCEAN EXPORT SUPERVISOR
14568 228TH ST UNIT 2
SPRINGFIELD GARDENS, NY 11413

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:

LIBERTY MUTUAL FIRE INSURANCE
CARMAN CALLAHAN AND INGHAM LLP
JAMI C AMARASINGHE ESQ
266 MAIN ST
FARMINGDALE, NY 11735

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

      NEW JERSEY MANUFACTURERS INSURANCE CO
      CO ROBERT K SCHEINBAUM ESQ
      CONNELL FOLEY LLP
      56 LIVINGSTON AVE
      ROSELAND, NJ 07068

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
     NEW JERSEY MANUFACTURERS INSURANCE CO
     ROY H. BINDER & ASSOCIATES, LLC
     ROY H. BINDER
     401 HAMBURG TURNPIKE
     SUITE 307
     WAYNE, NJ 07470

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).[3]**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

NEW YORK CITY TRANSIT AUTHORITY
BONNIE HARPER
130 LIVINGSTON ST 12TH FL
BROOKLYN, NY 11201

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

NY- COUNTY OF MONROE
MONROE COUNTY DEPT OF WEIGHTS
AND MEASURES
39 W MAIN ST RM 307
ROCHESTER, NY 14614

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

  PITNEY BOWES GLOBAL FINANCIAL SVC LLC
  FAITH SANTIAGO
  27 WATERVIEW DR
  SHELTON, CT 06484

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

    SYSTEM4 OF BOSTON
    99 DERBY ST
    HINGHAM, MA 02043

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)** |
| | **Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

UGI UTILITIES INC
KRZYWICKI AND ASSOCIATES PC
ANTHONY KRZYWICKI
PO BOX 505
NEW HOPE, PA 18938

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)** **Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

UGI UTILITIES INC
JAVERBAUM WURGAFT HICKS KAHN WIKSTROM
& SININS P.C.
ATTN: RAYMOND M. PATELLA
505 MORRIS AVENUE
SPRINGFIELD, NJ 07081

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

ZACHARY JOESPH TWELE
1098 LIMA LN
IRWIN, PA 15642

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)** |
| | **Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

> ZACHARY JOSEPH TWELE
> 1098 LIMA LN
> NORTHHUNTINGDON, PA 15642

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)** **Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
    ZACHARY TWELE
    1098 LIMA LN
    N HUNTINGDON, PA 15642

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**EXHIBIT 2**

044738P001-1413A-253
CAROLYN JACK
ARIEL KENNETH LOZANO
SUBROGATION ADJ
32125 32ND AVE S STE 200
FEDERAL WAY WA 98001

044589P001-1413A-253
CHARLES TILLMAN PAVING INC
DIANE M KRACHER
19627 GRAYSTONE RD
WHITE HALL MD 21161

044731P002-1413A-253
EULER HERMES NA INSURANCE CO
AS AGENT OF CARROLL INDEPENDENT FUEL LLC
800 RED BROOK BLVD
OWINGS MILLS MD 21117

044684P001-1413A-253
GALLAGHER BASSETT
ROSEMARY MEYER
GALLAGHER BASSETT INSURANCE
PO BOX 2934
CLINTON IA 52733

018141P002-1413A-253
GEICO INDEMNITY CO ASO VAL MAYO
LAW OFFICES OF RICKY JLUCYK
KATHLEEN A GARVESON ESQ
2 HUNTINGTON QUADRANGLE
STE 2N01
MELVILLE NY 11747

018143P003-1413A-253
GEICO INDEMNITY CO ASO ZORAIDA MIRANDA
LAW OFFICES OF RICKY JLUCYK
KATHLEEN A GARVESON ESQ
2 HUNTINGTON QUADRANGLE
STE 2N01
MELVILLE NY 11747

000146P004-1413A-253
HARTFORD FIRE INSURANCE CO/HARTFORD
AS ASSIGNEE OF: HARTFORD SPECIALTY CO
HANK HOFFMAN
BANKRUPTCY UNIT HO2 R HOME OFFICE
HARTFORD CT 06155

000146S001-1413A-253
HARTFORD FIRE INSURANCE CO/HARTFORD
AS ASSIGNEE OF: HARTFORD SPECIALTY CO
HANK HOFFMAN
ONE HARTFORD PLZ
HARTFORD CT 06155

044735P001-1413A-253
IL- DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

044590P001-1413A-253
K LINE LOGISTICS USA INC
ANNU KOMAGUCHI
OCEAN EXPORT SUPERVISOR
14568 228TH ST UNIT 2
SPRINGFIELD GARDENS NY 11413

018123P001-1413A-253
LIBERTY MUTUAL FIRE INSURANCE
CARMAN CALLAHAN AND INGHAM LLP
JAMI C AMARASINGHE ESQ
266 MAIN ST
FARMINGDALE NY 11735

044493P001-1413A-253
NEW JERSEY MANUFACTURERS INSURANCE CO
CO ROBERT K SCHEINBAUM ESQ
CONNELL FOLEY LLP
56 LIVINGSTON AVE
ROSELAND NJ 07068

044493S001-1413A-253
NEW JERSEY MANUFACTURERS INSURANCE CO
ROY H. BINDER & ASSOCIATES, LLC
ROY H. BINDER
401 HAMBURG TURNPIKE
SUITE 307
WAYNE NJ 07470

021283P002-1413A-253
NEW YORK CITY TRANSIT AUTHORITY
130 LIVINGSTON ST 12TH FL
BROOKLYN NY 11201

044592P001-1413A-253
NY- COUNTY OF MONROE
MONROE COUNTY DEPT OF WEIGHTS
AND MEASURES
39 W MAIN ST RM 307
ROCHESTER NY 14614

044737P001-1413A-253
PITNEY BOWES GLOBAL FINANCIAL SVC LLC
FAITH SANTIAGO
27 WATERVIEW DR
SHELTON CT 06484

019800P002-1413A-253
SYSTEM4 OF BOSTON
99 DERBY ST
HINGHAM MA 02043

044734P001-1413A-253
UGI UTILITIES INC
KRZYWICKI AND ASSOCIATES PC
ANTHONY KRZYWICKI
PO BOX 505
NEW HOPE PA 18938

044734S001-1413A-253
UGI UTILITIES INC
JAVERBAUM WURGAFT HICKS KAHN WIKSTROM
& SININS P.C.
ATTN: RAYMOND M. PATELLA
505 MORRIS AVENUE
SPRINGFIELD NJ 07081

044759P001-1413A-253
ZACHARY JOESPH TWELE
1098 LIMA LN
IRWIN PA 15642

044571P002-1413A-253
ZACHARY JOSEPH TWELE
1098 LIMA LN
NORTHHUNTINGDON PA 15642

003430P001-1413A-253
ZACHARY TWELE
ADDRESS INTENTIONALLY OMITTED