**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                          )    ss:
COUNTY OF KINGS       )

I, Winnie Yeung, declare:

1.    I am over the age of 18 years and not a party to these chapter 11 cases.

2.    I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.    On the 16th day of September, 2022, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Tenth Omnibus Objection to Certain Claims to be Reduced and/or Reclassified, or Disallowed Entirely" (Docket No. 1641), along with each of the Personalized Notice of Objection to indicate the name and address respective of the claimant's claim(s) subject to objection as set forth on Exhibit 1, via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of September, 2022, Brooklyn, New York.

By _____
Winnie Yeung

Sworn before me this
20th day of September, 2022

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

NEMF00254

.

# EXHIBIT 1

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

> BRIDGESTONE AMERICAS TIRE OPERATIONS LLC
> WALLER LANSDEN DORTCH AND DAVIS LLP
> BLAKE D ROTH
> 511 UNION ST STE 2700
> NASHVILLE, TN 37219

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)** |
| | **Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

    ELECTRIC BATTERY CO LLC
    PAUL WIOROWSKI
    178 15 EVELETH RD
    JAMAICA, NY 11434-3405

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).[3]**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)** **Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
    EMPACO EQUIPMENT CORP
    KRISTOPHER IMMEL
    RODERICK LINTON BELFANCE LLP
    50 S MAIN ST 10TH FLOOR
    AKRON, OH 44308

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).[3]**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

> EMPACO EQUIPMENT CORP
> PO BOX 535
> RICHFIELD, OH 44286

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

-2-

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)** <br> **Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

    FASTENAL CO
    JOHN MILEK
    2001 THEURER BLVD
    WINONA, MN 55987

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).[3]**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

    GOETZ ENERGY CORP
    TIMOTHY P LYSTER ESQ
    WOODS OVIATT GILMAN LLP
    1900 BAUSCH & LOMB PL
    ROCEHSTER, NY 14604

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).[3]**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:
     GOODYEAR TIRE AND RUBBER
     LAW DEPT
     SHARON L MAXFIELD
     200 INNOVATION WY
     AKRON, OH 44316

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

    IPC USA INC
    HELEN SURH
    4 HUTTON CENTRE DR STE 700
    SANTA ANA, CA 92707

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

> MANSFIELD OIL CO OF GAINESVILLE INC
> THOMPSON OBRIEN KEMP AND NASUTI PC
> ALBERT F. NASUTI
> 2 SUN CT SUITE 400
> PEACHTREE CORNERS, GA 30092

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

NATIONAL GRID
VALERIE IVES
300 ERIE BLVD W
SYRACUSE, NY 13202

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

OWENS AND SONS MARINE
KIMBERLY FIELDS
3601 8TH AVE SOUTH
ST PETERSBURG, FL 33711-2203

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).[3]**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

  PALMERTON AUTO PARTS
  MICHAEL S MUMMEY
  406 DELAWARE AVE
  PALMERTON, PA 18071

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

    PETROLEUM TRADERS CORP
    SCARINCI HOLLENBECK LLC
    D. EDELBERG
    1100 VALLEY BROOK AVE
    LYNDHURST, NJ 07071

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

> PILOT TRAVEL CENTERS LLC
> CIARDI CIARDI AND ASTIN
> WALTER W GOULDSBURY III ESQ
> 52 HADDONFIELD BERLIN RD STE 1000
> CHERRY HILL, NJ 08034

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).[3]**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

     SUPERIOR DISTRIBUTORS CO INC
     DREW JORDAN
     4 MIDLAND AVE
     ELMWOOD PARK, NJ 07407

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

    VALVOLINE LLC
    VORYS SATER SEYMOUR AND PEASE LLP
    TIFFANY STRELOW COBB
    52 E GAY ST
    COLUMBUS, OH 43215

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).[3]**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: October 18, 2022 at 10:00 a.m. (ET)**<br>**Obj. Deadline: October 11, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:

WALMART INC
GEORGE YU FU KING
900 JACKSON ST STE 570
DALLAS, TX 75202

On September 16, 2022, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by reducing and/or reclassifying your claim or disallowing your claim entirely.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **October 11, 2022 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
09/16/2022 212236218.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **October 18, 2022 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood permits parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day **prior** to the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

# EXHIBIT 2

018544P001-1413A-254
BRIDGESTONE AMERICAS TIRE OPERATIONS LLC
WALLER LANSDEN DORTCH AND DAVIS LLP
BLAKE D ROTH
511 UNION ST STE 2700
NASHVILLE TN 37219

011612P002-1413A-254
ELECTRIC BATTERY CO LLC
PAUL WIOROWSKI
178 15 EVELETH RD
JAMAICA NY 11434-3405

044519P001-1413A-254
EMPACO EQUIPMENT CORP
KRISTOPHER IMMEL
RODERICK LINTON BELFANCE LLP
50 S MAIN ST 10TH FLOOR
AKRON OH 44308

044519S001-1413A-254
EMPACO EQUIPMENT CORP
PO BOX 535
RICHFIELD OH 44286

044392P003-1413A-254
FASTENAL CO
JOHN MILEK
2001 THEURER BLVD
WINONA MN 55987

044488P001-1413A-254
GOETZ ENERGY CORP
TIMOTHY P LYSTER ESQ
WOODS OVIATT GILMAN LLP
1900 BAUSCH & LOMB PL
ROCEHSTER NY 14604

019206P002-1413A-254
GOODYEAR TIRE AND RUBBER
LAW DEPT
SHARON L MAXFIELD
200 INNOVATION WY
AKRON OH 44316

044526P001-1413A-254
IPC USA INC
HELEN SURH
4 HUTTON CENTRE DR STE 700
SANTA ANA CA 92707

044736P002-1413A-254
MANSFIELD OIL CO OF GAINESVILLE INC
THOMPSON OBRIEN KEMP AND NASUTI PC
ALBERT F. NASUTI
2 SUN CT SUITE 400
PEACHTREE CORNERS GA 30092

044146P002-1413A-254
NATIONAL GRID
VALERIE IVES
300 ERIE BLVD W
SYRACUSE NY 13202

019538P002-1413A-254
OWENS AND SONS MARINE
KIMBERLY FIELDS
3601 8TH AVE SOUTH
ST PETERSBURG FL 33711-2203

015091P002-1413A-254
PALMERTON AUTO PARTS
MICHAEL S MUMMEY
406 DELAWARE AVE
PALMERTON PA 18071

015279P003-1413A-254
PETROLEUM TRADERS CORP
SCARINCI HOLLENBECK LLC
D. EDELBERG
1100 VALLEY BROOK AVE
LYNDHURST NJ 07071

044495P001-1413A-254
PILOT TRAVEL CENTERS LLC
CIARDI CIARDI AND ASTIN
WALTER W GOULDSBURY III ESQ
52 HADDONFIELD BERLIN RD STE 1000
CHERRY HILL NJ 08034

016801P002-1413A-254
SUPERIOR DISTRIBUTORS CO INC
DREW JORDAN
4 MIDLAND AVE
ELMWOOD PARK NJ 07407

021150P001-1413A-254
VALVOLINE LLC
VORYS SATER SEYMOUR AND PEASE LLP
TIFFANY STRELOW COBB
52 E GAY ST
COLUMBUS OH 43215

044470P001-1413A-254
WALMART INC
GEORGE YU FU KING
900 JACKSON ST STE 570
DALLAS TX 75202

Records Printed :  **17**