UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

| | |
|---|---|
| In re: | Chapter 11 |
| New England Motor Freight, Inc., et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
OCTOBER 18, 2022 AT 10:00 A.M. (ET)**

***PLEASE TAKE NOTICE: AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING HAS BEEN CANCELED.***

**MATTERS SCHEDULED**

1. *Liquidating Trustee's Ninth Omnibus Objection To Certain Late Filed Claims* [Docket No. 1640; Filed 9/16/22]

    Related Documents:

    a) Certificate of Service [Docket No. 1644; Filed 9/20/22]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

    b)    Certification of Service [Docket No. 1645; filed 9/21/22]

Objection Deadline: October 11, 2022.

Responses Received:

    c)    No formal responses were received. An informal response from Hartford Fire Insurance Co. was received with respect to Claim No. 1374.

Status: A proposed order that resolves or otherwise adjourns the hearing with respect to the informal response received will be submitted to the Court.

2. *Liquidating Trustee's Tenth Omnibus Objection To Certain Claims To Be Reduced And/Or Reclassified, Or Disallowed Entirely* [Docket No. 1641; Filed 9/16/22]

    Related Documents:

    a)    Certificate of Service [Docket No. 1644; Filed 9/20/22]

    b)    Certification of Service [Docket No. 1645; filed 9/21/22]

Objection Deadline: October 11, 2022.

Responses Received:

    c)    Mamsfield Oil Co. Of Gainesville Inc.'s Objection To The Liquidating Trustee's Tenth Omnibus Objection To Certain Claims [Docket No. 1648; filed 10/14/22]

    d)    Informal responses were received as as set forth below:

        i.    National Grid (Claim No. 381);

        ii.    Superior Disributors Company, Inc. (Claim No. 20);

        iii.    Walmart Inc. (Claim No. 913);

        iv.    Pilot Travel Centers LLC (Claim No. 1028);

        v.    Petroleum Traders Corporation (Claim No. 1372); and

Status: A proposed order that resolves or otherwise adjourns the hearing with respect to the informal responses received will be submitted to the Court.

-3-

Dated: October 14, 2022　　　　　　　　**LOWENSTEIN SANDLER LLP**

/s/ *Michael Papandrea*
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: mpapandrea@lowenstein.com

*Counsel to the Liquidating Trustee*

## CERTIFICATION OF SERVICE

I hereby certify that on October 14, 2022, a copy of the foregoing *Notice of Agenda of Matters Scheduled for Hearing on October 18, 2022 at 10:00 A.M. (ET)* was served by electronic notification through the CM/ECF System on all parties registered to receive notice in this case.

**LOWENSTEIN SANDLER LLP**

By:  /s/ *Elizabeth Lawler*
     Elizabeth Lawler, Case Manager