**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       )  ss:
COUNTY OF KINGS     )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 14th day of October, 2022, DRC, at my direction and under my supervision, caused a true and accurate copy of the "Notice of Agenda of Matters for Hearing on October 18, 2022 at 10:00 A.M. (ET)" (Docket No. 1650), to be served via electronic mail upon the parties as set forth in Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 18th day of October, 2022, Brooklyn, New York.

By _/s/ Edward A. Calderon_
Edward A. Calderon

Sworn before me this
18th day of October, 2022

_/s/ Sung Jae Kim_
Notary Public

> SUNG JAE KIM
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01KI6211176
> Qualified in Queens County
> My Commission Expires: September 14, 2025

NEMF00256

# EXHIBIT 1

Case 19-12809-JKS    Doc 1651    Filed 10/19/22    Entered 10/19/22 09:29:48    Desc Main
Document    Page 4 of 9

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 3                                                                                           10/14/2022 05:06:23 PM

| | | | |
|---|---|---|---|
| 018544P001-1413A-256<br>BRIDGESTONE AMERICAS TIRE OPERATIONS LLC<br>WALLER LANSDEN DORTCH AND DAVIS LLP<br>BLAKE D ROTH<br>511 UNION ST STE 2700<br>NASHVILLE TN 37219<br>BLAKE.ROTH@WALLERLAW.COM | 044738P001-1413A-256<br>CAROLYN JACK<br>ARIEL KENNETH LOZANO<br>SUBROGATION ADJ<br>32125 32ND AVE S STE 200<br>FEDERAL WAY WA 98001<br>ariel.kenneth.lozano@farmersinsurance.com | 000163P001-1413S-256<br>DAVID METH,ESQ<br>200 DANIELS WAY STE 240<br>FREEHOLD NJ 07728<br>DAVID@METHNJLAW.COM | 011612P002-1413A-256<br>ELECTRIC BATTERY CO LLC<br>PAUL WIOROWSKI<br>178 15 EVELETH RD<br>JAMAICA NY 11434-3405<br>PAUL@ELECTRICBATTERYCO.COM |
| 044519S001-1413A-256<br>EMPACO EQUIPMENT CORP<br>PO BOX 535<br>RICHFIELD OH 44286<br>KesterP@empacoequipment.com | 044519P001-1413A-256<br>EMPACO EQUIPMENT CORP<br>KRISTOPHER IMMEL<br>RODERICK LINTON BELFANCE LLP<br>50 S MAIN ST 10TH FLOOR<br>AKRON OH 44308<br>kimmel@rlbllp.com | 044731P002-1413A-256<br>EULER HERMES NA INSURANCE CO<br>AS AGENT OF CARROLL INDEPENDENT FUEL LLC<br>800 RED BROOK BLVD<br>OWINGS MILLS MD 21117<br>INSOLVENCY@EULERHERMES.COM | 044392P003-1413A-256<br>FASTENAL CO<br>JOHN MILEK<br>2001 THEURER BLVD<br>WINONA MN 55987<br>JMILEK@FASTENAL.COM |
| 000159P001-1413S-256<br>FIRE SAFETY EQUIPMENT SUPPLY<br>DEBBIE A DONIVAN<br>606 WEST RACE ST<br>PO BOX 638<br>MARTINSBURG WV 25402<br>MIDATLANTICFIRE@YAHOO.COM | 044684P001-1413A-256<br>GALLAGHER BASSETT<br>ROSEMARY MEYER<br>GALLAGHER BASSETT INSURANCE<br>PO BOX 2934<br>CLINTON IA 52733<br>rosemary_Meyer@GBTPA.com | 018141P002-1413A-256<br>GEICO INDEMNITY CO ASO VAL MAYO<br>LAW OFFICES OF RICKY JLUCYK<br>KATHLEEN A GARVESON ESQ<br>2 HUNTINGTON QUADRANGLE<br>STE 2N01<br>MELVILLE NY 11747<br>KGARVESON@GEICO.COM | 018143P003-1413A-256<br>GEICO INDEMNITY CO ASO ZORAIDA MIRANDA<br>LAW OFFICES OF RICKY JLUCYK<br>KATHLEEN A GARVESON ESQ<br>2 HUNTINGTON QUADRANGLE<br>STE 2N01<br>MELVILLE NY 11747<br>KGARVESON@GEICO.COM |
| 044488P001-1413A-256<br>GOETZ ENERGY CORP<br>TIMOTHY P LYSTER ESQ<br>WOODS OVIATT GILMAN LLP<br>1900 BAUSCH & LOMB PL<br>ROCEHSTER NY 14604<br>tlyster@woodsoviatt.com | 019206P002-1413A-256<br>GOODYEAR TIRE AND RUBBER<br>LAW DEPT<br>SHARON L MAXFIELD<br>200 INNOVATION WY<br>AKRON OH 44316<br>VIMARIE_LUNABRYANT@GOODYEAR.COM | 044526P001-1413A-256<br>IPC USA INC<br>HELEN SURH<br>4 HUTTON CENTRE DR STE 700<br>SANTA ANA CA 92707<br>helen.surh@usipc.com | 044590P001-1413A-256<br>K LINE LOGISTICS USA INC<br>ANNU KOMAGUCHI<br>OCEAN EXPORT SUPERVISOR<br>14568 228TH ST UNIT 2<br>SPRINGFIELD GARDENS NY 11413<br>annu-k@us.klinelogistics.com |
| 000162P001-1413S-256<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>SCOTT J GOLDSTEIN<br>280 WEST MAIN ST<br>DENVILLE NJ 07834<br>SJG@SGOLDSTEINLAW.COM | 018123P001-1413A-256<br>LIBERTY MUTUAL FIRE INSURANCE<br>CARMAN CALLAHAN AND INGHAM LLP<br>JAMI C AMARASINGHE ESQ<br>266 MAIN ST<br>FARMINGDALE NY 11735<br>JAMARASINGHE@CARMANLAWTEAM.COM | 013973P002-1413A-256<br>MANSFIELD OIL CO OF GAINESVILLE INC<br>ANDREW KELLY<br>PO BOX 733706<br>DALLAS TX 75373-3706<br>AKELLY@KBTLAW.COM | 044736P002-1413A-256<br>MANSFIELD OIL CO OF GAINESVILLE INC<br>THOMPSON OBRIEN KEMP AND NASUTI PC<br>ALBERT F. NASUTI<br>2 SUN CT SUITE 400<br>PEACHTREE CORNERS GA 30092<br>MPUGH@TOKN.COM |
| 000164P002-1413S-256<br>MCCARTER & ENGLISH LLP<br>KATE ROGGIO BUCK,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>KBUCK@MCCARTER.COM | 000165P001-1413S-256<br>MCCARTER & ENGLISH LLP<br>DEIRDRE BURKE,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>DBURKE@MCCARTER.COM | 000070P002-1413S-256<br>MCELROY DEUTSCH ET AL<br>GARY D BRESSLER, ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000069P002-1413S-256<br>MCELROY DEUTSCH MULVANEY<br>VIRGINIA T SHEA, ESQ<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM |

Case 19-12809-JKS    Doc 1651    Filed 10/19/22    Entered 10/19/22 09:29:48    Desc Main
Document    Page 5 of 9

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 3                                                                                    10/14/2022 05:06:23 PM

| | | | |
|---|---|---|---|
| 000093P003-1413S-256<br>MCMANIMON, SCOTLAND BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000093P003-1413S-256<br>MCMANIMON, SCOTLAND BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 044493P001-1413A-256<br>NEW JERSEY MANUFACTURERS INSURANCE CO<br>CO ROBERT K SCHEINBAUM ESQ<br>CONNELL FOLEY LLP<br>56 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>rscheinbaum@connellfoley.com | 021283P002-1413A-256<br>NEW YORK CITY TRANSIT AUTHORITY<br>BONNIE HARPER<br>130 LIVINGSTON ST 12TH FL<br>BROOKLYN NY 11201<br>BONNIE.HARPER@NYCT.COM |
| 044592P001-1413A-256<br>NY- COUNTY OF MONROE<br>MONROE COUNTY DEPT OF WEIGHTS<br>AND MEASURES<br>39 W MAIN ST RM 307<br>ROCHESTER NY 14614<br>DMANCINI@MONROECOUNTY.GOV | 000174P001-1413S-256<br>OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL<br>JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK NY 10005<br>JESSICA.AGARWAL@AG.NY.GOV | 019538P002-1413A-256<br>OWENS AND SONS MARINE<br>KIMBERLY FIELDS<br>3601 8TH AVE SOUTH<br>ST PETERSBURG FL 33711-2203<br>TRAILERS@SILDEON.COM | 015091P002-1413A-256<br>PALMERTON AUTO PARTS<br>MICHAEL S MUMMEY<br>406 DELAWARE AVE<br>PALMERTON PA 18071<br>PALMERTONAUTOPARTS@GMAIL.COM |
| 015279P003-1413A-256<br>PETROLEUM TRADERS CORP<br>SCARINCI HOLLENBECK LLC<br>D. EDELBERG<br>1100 VALLEY BROOK AVE<br>LYNDHURST NJ 07071<br>DEDELBERG@SH-LAW.COM | 044495P001-1413A-256<br>PILOT TRAVEL CENTERS LLC<br>CIARDI CIARDI AND ASTIN<br>WALTER W GOULDSBURY III ESQ<br>52 HADDONFIELD BERLIN RD STE 1000<br>CHERRY HILL NJ 08034<br>wgouldsbury@ciardilaw.com | 044737P001-1413A-256<br>PITNEY BOWES GLOBAL FINANCIAL SVC LLC<br>FAITH SANTIAGO<br>27 WATERVIEW DR<br>SHELTON CT 06484<br>FAITH.SANTIAGO@PB.COM | 000096P002-1413S-256<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM |
| 000096P002-1413S-256<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>MTRENTIN@RIKER.COM | 000096P002-1413S-256<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>AGARRASTEGUI@RIKER.COM | 000160P001-1413S-256<br>SANTANDER BANK, N.A.<br>RICHARD WOLBACH<br>200 PARK AVE.,STE 100<br>FLORHAM PARK NJ 07932<br>RICHARD.WOLBACH@SANTANDER.US | 000166P001-1413S-256<br>STEVENS & LEE PC<br>JOHN C KILGANNON,ESQ<br>PRINCETON PIKE CORPORATE CENTER<br>100 LENOX DRIVE STE 200<br>LAWRENCEVILLE NJ 08648<br>JCK@STEVENSLEE.COM |
| 000167P001-1413S-256<br>STRADLEY RONON STEVENS & YOUNG LLP<br>DEBORAH A REPEROWITZ;DANIEL M PEREIRA<br>457 HADDONFIELD RD STE 100<br>CHERRY HILL NJ 08002<br>DREPEROWITZ@STRADLEY.COM | 000167P001-1413S-256<br>STRADLEY RONON STEVENS & YOUNG LLP<br>DEBORAH A REPEROWITZ;DANIEL M PEREIRA<br>457 HADDONFIELD RD STE 100<br>CHERRY HILL NJ 08002<br>DPEREIRA@STRADLEY.COM | 016801P002-1413A-256<br>SUPERIOR DISTRIBUTORS CO INC<br>DREW JORDAN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407<br>DREW@SUPERIORDISTRIBUTORSINC.COM | 019800P002-1413A-256<br>SYSTEM4 OF BOSTON<br>99 DERBY ST<br>HINGHAM MA 02043<br>KSHELPER@SYSTEM4USA.COM |
| 000064P002-1413S-256<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000065P003-1413S-256<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA;ALISSA K PICCIONE<br>875 THIRD AVE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000065P003-1413S-256<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA;ALISSA K PICCIONE<br>875 THIRD AVE<br>NEW YORK NY 10022<br>ALISSA.PICCIONE@TROUTMAN.COM | 003430P001-1413A-256<br>ZACHARY TWELE<br>ADDRESS INTENTIONALLY OMITTED<br>TWELE.ZACHARY@GMAIL.COM |

Page # : 3 of 3                                                                                                         10/14/2022 05:06:23 PM

| | | | |
|---|---|---|---|
| 044571P002-1413A-256<br>ZACHARY JOSEPH TWELE<br>1098 LIMA LN<br>NORTHHUNTINGDON PA 15642<br>TWELE.ZACHARY@GMAIL.COM | 044734P001-1413A-256<br>UGI UTILITIES INC<br>KRZYWICKI AND ASSOCIATES PC<br>ANTHONY KRZYWICKI<br>PO BOX 505<br>NEW HOPE PA 18938<br>ADMIN@KRZASSOCIATES.COM | 044734S001-1413A-256<br>UGI UTILITIES INC<br>JAVERBAUM WURGAFT HICKS KAHN WIKSTROM<br>& SININS P.C.<br>ATTN: RAYMOND M. PATELLA<br>505 MORRIS AVENUE<br>SPRINGFIELD NJ 07081<br>rpatella@lawjw.com | 000097P002-1413S-256<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV |
| 000097P002-1413S-256<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>MITCHELL.B.HAUSMAN@USDOJ.GOV | 000001P001-1413S-256<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov | 000001P001-1413S-256<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | 000001P001-1413S-256<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV |
| 021150P001-1413A-256<br>VALVOLINE LLC<br>VORYS SATER SEYMOUR AND PEASE LLP<br>TIFFANY STRELOW COBB<br>52 E GAY ST<br>COLUMBUS OH 43215<br>TSCOBB@VORYS.COM | 044470P001-1413A-256<br>WALMART INC<br>GEORGE YU FU KING<br>900 JACKSON ST STE 570<br>DALLAS TX 75202<br>GKING@CHFIRM.COM | 000161P001-1413S-256<br>WEISS & ROSENBLOOM PC<br>ANDREA R KRUGMAN<br>27 UNION SQUARE WEST STE 307<br>NEW YORK NY 10003<br>AMY@WEISSANDROSENBLOOM.COM | 000171P001-1413S-256<br>WHITEFORD TAYLOR & PRESTON LLP<br>CHAD J TOMS,ESQ<br>THE RENAISSANCE CENTRE, STE 500<br>405 NORTH KING ST<br>WILMINGTON DE 19801-3700<br>CTOMS@WTPLAW.COM |
| 000172P001-1413S-256<br>WHITEFORD TAYLOR & PRESTON LLP<br>PAUL M NUSSBAUM;VERNON E INGE JR<br>1021 EAST CARY ST.,STE 1700<br>RICHMOND VA 23219<br>PNUSSBAUM@WTPLAW.COM | 000172P001-1413S-256<br>WHITEFORD TAYLOR & PRESTON LLP<br>PAUL M NUSSBAUM;VERNON E INGE JR<br>1021 EAST CARY ST.,STE 1700<br>RICHMOND VA 23219<br>VINGE@WTPLAW.COM | 000173P002-1413S-256<br>WHITEFORD TAYLOR PRESTON LLP<br>JOSHUA D STIFF<br>1021 EAST CARY ST.,STE 1700<br>RICHMOND VA 23219<br>JSTIFF@WTPLAW.COM | 044759P001-1413A-256<br>ZACHARY JOESPH TWELE<br>1098 LIMA LN<br>IRWIN PA 15642<br>Twele.zachary@gmail.com |

Records Printed :    **64**

# EXHIBIT 2

Case 19-12809-JKS    Doc 1651    Filed 10/19/22    Entered 10/19/22 09:29:48    Desc Main
Document    Page 8 of 9

New England Motor Freight, Inc., et al.
Exhibit Pages

Page # : 1 of 2                                                                                                  10/14/2022 05:06:08 PM

| | | | |
|---|---|---|---|
| 018544P001-1413A-256<br>BRIDGESTONE AMERICAS TIRE OPERATIONS LLC<br>WALLER LANSDEN DORTCH AND DAVIS LLP<br>BLAKE D ROTH<br>511 UNION ST STE 2700<br>NASHVILLE TN 37219 | 044738P001-1413A-256<br>CAROLYN JACK<br>ARIEL KENNETH LOZANO<br>SUBROGATION ADJ<br>32125 32ND AVE S STE 200<br>FEDERAL WAY WA 98001 | 044589P001-1413A-256<br>CHARLES TILLMAN PAVING INC<br>DIANE M KRACHER<br>19627 GRAYSTONE RD<br>WHITE HALL MD 21161 | 011612P002-1413A-256<br>ELECTRIC BATTERY CO LLC<br>PAUL WIOROWSKI<br>178 15 EVELETH RD<br>JAMAICA NY 11434-3405 |
| 044519P001-1413A-256<br>EMPACO EQUIPMENT CORP<br>KRISTOPHER IMMEL<br>RODERICK LINTON BELFANCE LLP<br>50 S MAIN ST 10TH FLOOR<br>AKRON OH 44308 | 044519S001-1413A-256<br>EMPACO EQUIPMENT CORP<br>PO BOX 535<br>RICHFIELD OH 44286 | 044731P002-1413A-256<br>EULER HERMES NA INSURANCE CO<br>AS AGENT OF CARROLL INDEPENDENT FUEL LLC<br>800 RED BROOK BLVD<br>OWINGS MILLS MD 21117 | 044392P003-1413A-256<br>FASTENAL CO<br>JOHN MILEK<br>2001 THEURER BLVD<br>WINONA MN 55987 |
| 044684P001-1413A-256<br>GALLAGHER BASSETT<br>ROSEMARY MEYER<br>GALLAGHER BASSETT INSURANCE<br>PO BOX 2934<br>CLINTON IA 52733 | 018141P002-1413A-256<br>GEICO INDEMNITY CO ASO VAL MAYO<br>LAW OFFICES OF RICKY JLUCYK<br>KATHLEEN A GARVESON ESQ<br>2 HUNTINGTON QUADRANGLE<br>STE 2N01<br>MELVILLE NY 11747 | 018143P003-1413A-256<br>GEICO INDEMNITY CO ASO ZORAIDA MIRANDA<br>LAW OFFICES OF RICKY JLUCYK<br>KATHLEEN A GARVESON ESQ<br>2 HUNTINGTON QUADRANGLE<br>STE 2N01<br>MELVILLE NY 11747 | 044488P001-1413A-256<br>GOETZ ENERGY CORP<br>TIMOTHY P LYSTER ESQ<br>WOODS OVIATT GILMAN LLP<br>1900 BAUSCH & LOMB PL<br>ROCEHSTER NY 14604 |
| 019206P002-1413A-256<br>GOODYEAR TIRE AND RUBBER<br>LAW DEPT<br>SHARON L MAXFIELD<br>200 INNOVATION WY<br>AKRON OH 44316 | 000146P004-1413A-256<br>HARTFORD FIRE INSURANCE CO/HARTFORD<br>AS ASSIGNEE OF: HARTFORD SPECIALTY CO<br>HANK HOFFMAN<br>BANKRUPTCY UNIT HO2 R HOME OFFICE<br>HARTFORD CT 06155 | 000146S001-1413A-256<br>HARTFORD FIRE INSURANCE CO/HARTFORD<br>AS ASSIGNEE OF: HARTFORD SPECIALTY CO<br>HANK HOFFMAN<br>ONE HARTFORD PLZ<br>HARTFORD CT 06155 | 044735P001-1413A-256<br>IL- DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| 044526P001-1413A-256<br>IPC USA INC<br>HELEN SURH<br>4 HUTTON CENTRE DR STE 700<br>SANTA ANA CA 92707 | 044590P001-1413A-256<br>K LINE LOGISTICS USA INC<br>ANNU KOMAGUCHI<br>OCEAN EXPORT SUPERVISOR<br>14568 228TH ST UNIT 2<br>SPRINGFIELD GARDENS NY 11413 | 018123P001-1413A-256<br>LIBERTY MUTUAL FIRE INSURANCE<br>CARMAN CALLAHAN AND INGHAM LLP<br>JAMI C AMARASINGHE ESQ<br>266 MAIN ST<br>FARMINGDALE NY 11735 | 044736P002-1413A-256<br>MANSFIELD OIL CO OF GAINESVILLE INC<br>THOMPSON OBRIEN KEMP AND NASUTI PC<br>ALBERT F. NASUTI<br>2 SUN CT SUITE 400<br>PEACHTREE CORNERS GA 30092 |
| 044146P002-1413A-256<br>NATIONAL GRID<br>VALERIE IVES<br>300 ERIE BLVD W<br>SYRACUSE NY 13202 | 044493P001-1413A-256<br>NEW JERSEY MANUFACTURERS INSURANCE CO<br>CO ROBERT K SCHEINBAUM ESQ<br>CONNELL FOLEY LLP<br>56 LIVINGSTON AVE<br>ROSELAND NJ 07068 | 044493S001-1413A-256<br>NEW JERSEY MANUFACTURERS INSURANCE CO<br>ROY H. BINDER & ASSOCIATES, LLC<br>ROY H. BINDER<br>401 HAMBURG TURNPIKE<br>SUITE 307<br>WAYNE NJ 07470 | 021283P002-1413A-256<br>NEW YORK CITY TRANSIT AUTHORITY<br>BONNIE HARPER<br>130 LIVINGSTON ST 12TH FL<br>BROOKLYN NY 11201 |
| 044592P001-1413A-256<br>NY- COUNTY OF MONROE<br>MONROE COUNTY DEPT OF WEIGHTS<br>AND MEASURES<br>39 W MAIN ST RM 307<br>ROCHESTER NY 14614 | 019538P002-1413A-256<br>OWENS AND SONS MARINE<br>KIMBERLY FIELDS<br>3601 8TH AVE SOUTH<br>ST PETERSBURG FL 33711-2203 | 015091P002-1413A-256<br>PALMERTON AUTO PARTS<br>MICHAEL S MUMMEY<br>406 DELAWARE AVE<br>PALMERTON PA 18071 | 015279P003-1413A-256<br>PETROLEUM TRADERS CORP<br>SCARINCI HOLLENBECK LLC<br>D. EDELBERG<br>1100 VALLEY BROOK AVE<br>LYNDHURST NJ 07071 |

Case 19-12809-JKS    Doc 1651    Filed 10/19/22    Entered 10/19/22 09:29:48    Desc Main
Document      Page 9 of 9

New England Motor Freight, Inc, et al.
Exhibit Pages

Page # : 2 of 2                                                                                     10/14/2022 05:06:08 PM

| | | | |
|---|---|---|---|
| 044495P001-1413A-256<br>PILOT TRAVEL CENTERS LLC<br>CIARDI CIARDI AND ASTIN<br>WALTER W GOULDSBURY III ESQ<br>52 HADDONFIELD BERLIN RD STE 1000<br>CHERRY HILL NJ 08034 | 044737P001-1413A-256<br>PITNEY BOWES GLOBAL FINANCIAL SVC LLC<br>FAITH SANTIAGO<br>27 WATERVIEW DR<br>SHELTON CT 06484 | 016801P002-1413A-256<br>SUPERIOR DISTRIBUTORS CO INC<br>DREW JORDAN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407 | 019800P002-1413A-256<br>SYSTEM4 OF BOSTON<br>99 DERBY ST<br>HINGHAM MA 02043 |
| 003430P001-1413A-256<br>ZACHARY TWELE<br>ADDRESS INTENTIONALLY OMITTED | 044571P002-1413A-256<br>ZACHARY JOSEPH TWELE<br>1098 LIMA LN<br>NORTHHUNTINGDON PA 15642 | 044734P001-1413A-256<br>UGI UTILITIES INC<br>KRZYWICKI AND ASSOCIATES PC<br>ANTHONY KRZYWICKI<br>PO BOX 505<br>NEW HOPE PA 18938 | 044734S001-1413A-256<br>UGI UTILITIES INC<br>JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS P.C.<br>ATTN: RAYMOND M. PATELLA<br>505 MORRIS AVENUE<br>SPRINGFIELD NJ 07081 |
| 021150P001-1413A-256<br>VALVOLINE LLC<br>VORYS SATER SEYMOUR AND PEASE LLP<br>TIFFANY STRELOW COBB<br>52 E GAY ST<br>COLUMBUS OH 43215 | 044470P001-1413A-256<br>WALMART INC<br>GEORGE YU FU KING<br>900 JACKSON ST STE 570<br>DALLAS TX 75202 | 000158P001-1413S-256<br>WILLIAM & TERRY ECKER<br>5322 WHEELER RD<br>JORDAN NY 13080 | 044759P001-1413A-256<br>ZACHARY JOESPH TWELE<br>1098 LIMA LN<br>IRWIN PA 15642 |

Records Printed :   40