**Order Filed on December 1, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Liquidating Trustee*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1] | Case No. 19-12809 (JKS) |
| Liquidating Debtors. | |

## STIPULATION AND CONSENT ORDER DISALLOWING AND EXPUNGING PROOF OF CLAIM NO. 913 FILED BY WALMART INC.

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

DATED: December 1, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 Cases (as defined herein) and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:        2
Debtor:    New England Motor Freight, Inc., *et al.*
Case No.:  19-12809 (JKS)
Caption:   *Stipulation and Consent Order Disallowing and Expunging Proof of Claim No. 913 Filed by Walmart Inc.*

This matter comes before the Court in connection with *The Liquidating Trustee's Tenth Omnibus Objection to Certain Claims to be Reduced and/or Reclassified, or Disallowed Entirely* (the "Omnibus Objection") [Docket No. 1641] filed by the Liquidating Trustee[2] appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned liquidating debtors (the "Debtors"), which, among other things, objected to and sought the disallowance of Proof of Claim No. 913 filed by the Walmart Inc. (the "Walmart," and together with the Liquidating Trustee, the "Parties"); and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the dispute has been given and that no other or further notice is necessary; and upon the record herein and the agreement of the Parties set forth herein; and the Court having determined that the relief provided for herein is in the best interests of the Liquidating Trust, Debtors, their estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.      The Omnibus Objection is hereby SUSTAINED with respect to Walmart's Proof of Claim No. 913.

2.      Walmart's Proof of Claim No. 913 is hereby deemed disallowed and expunged in its entirety.  For the avoidance of doubt, Walmart shall not be entitled to receive any distributions on account of Proof of Claim No. 913.

3.      The Liquidating Trustee, the claims and noticing agent (Donlin Recano), and the Clerk of this Court are each authorized to take any and all actions that are necessary or appropriate

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Omnibus Objection (as defined herein).

Page:      3
Debtor:    New England Motor Freight, Inc., *et al.*
Case No.:  19-12809 (JKS)
Caption:   *Stipulation and Consent Order Disallowing and Expunging Proof of Claim No. 913 Filed by Walmart Inc.*

to give effect to this Order, including modifying Proof of Claim No. 913 pursuant to the terms of this Order.

4.      The terms set forth in this Order are the entire agreement between the Parties and may only be modified in a writing signed by the Parties.

5.      THE PARTIES EXPRESSLY WAIVE ANY RIGHT TO A TRIAL BY JURY OF ANY DISPUTE ARISING UNDER OR RELATING TO THE SETTLEMENT SET FORTH IN THIS ORDER.

6.      Each of the Parties hereto consents to the jurisdiction of the United States Bankruptcy Court for the District of New Jersey to adjudicate any and all disputes arising under or relating to this Order.

7.      The terms of this Order shall be governed by, and construed and interpreted in accordance with, the laws of the State of New Jersey without regard to any conflict of law provisions.

8.      This Order shall be binding on the Parties hereto and any of their successors, representatives and/or assigns.

9.      Each party signing this Order represents and acknowledges that such party has the authority to so execute and bind itself, and the party or parties for which it is signing this Order, to all of the terms set forth herein.

10.     This Order may be executed in counterparts and all executed counterparts taken together shall constitute one document.  Delivery of such executed documents may be effectuated by email or scanned copy, which shall be given the same force and effect as a manually executed original.

11.     This Order has been drafted through a joint effort of the Parties and, therefore, shall not be construed in favor of or against any of the Parties.  The terms of this Order shall be deemed to have been jointly negotiated and drafted by the Parties.

-3-

Page:      4
Debtor:    New England Motor Freight, Inc., *et al.*
Case No.:  19-12809 (JKS)
Caption:   *Stipulation and Consent Order Disallowing and Expunging Proof of Claim No. 913
           Filed by Walmart Inc.*

12.      Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and

conditions of this Order shall be immediately effective and enforceable upon its entry.

13.      The Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation or interpretation of this Order.

Dated:  November 23, 2022

**STIPULATED AND AGREED:**

**LOWENSTEIN SANDLER LLP**                    **CAVAZOS HENDRICKS POIROT, P.C.**

/s/ *Michael Papandrea*                       By: /s/ *George Yu-Fu King*
Mary E. Seymour, Esq.                         George Yu-Fu King, Esq.
Michael Papandrea, Esq.                       Suite 570, Founders Square
One Lowenstein Drive                          900 Jackson Street
Roseland, New Jersey 07068                    Dallas, Texas 75202-4425
Telephone: (973) 597-2500                     Telephone: (214) 573-7312
E-mail: mseymour@lowenstein.com               E-mail: gking@chfirm.com
E-mail: mpapandrea@lowenstein.com

                                              *Counsel to Walmart Inc.*

*Counsel to the Liquidating Trustee*

-4-