**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   ss:
COUNTY OF KINGS      )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 23rd day of December, 2022, DRC, at my direction and under my supervision, caused to serve the *Notice of Liquidating Trustee's Motion for Entry of an Order Further Extending the Period Within Which the Liquidating Trustee May Remove Actions* (Docket No. 1662), via electronic mail upon the parties as set forth in Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 27th day of December, 2022, Brooklyn, New York.

By _____
Roderick Wong

Sworn before me this
27th day of December, 2022

_____
Notary Public

> JOHN BURLACU
> Notary Public - State of New York
> No. 01BU6376078
> Qualified in Nassau County
> My Comm. Expires June 4, 2026

# EXHIBIT 1

Case 19-12809-JKS    Doc 1663    Filed 12/28/22    Entered 12/28/22 09:26:19    Desc Main
Document    Page 4 of 7

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Page

Page # : 1 of 2                                                                                    12/23/2022 03:47:04 PM

| | | | |
|---|---|---|---|
| 000163P001-1413S-257<br>DAVID METH,ESQ<br>200 DANIELS WAY STE 240<br>FREEHOLD NJ 07728<br>DAVID@METHNJLAW.COM | 000159P001-1413S-257<br>FIRE SAFETY EQUIPMENT SUPPLY<br>DEBBIE A DONIVAN<br>606 WEST RACE ST<br>PO BOX 638<br>MARTINSBURG WV 25402<br>MIDATLANTICFIRE@YAHOO.COM | 000162P001-1413S-257<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>SCOTT J GOLDSTEIN<br>280 WEST MAIN ST<br>DENVILLE NJ 07834<br>SJG@SGOLDSTEINLAW.COM | 000164P002-1413S-257<br>MCCARTER & ENGLISH LLP<br>KATE ROGGIO BUCK,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>KBUCK@MCCARTER.COM |
| 000165P001-1413S-257<br>MCCARTER & ENGLISH LLP<br>DEIRDRE BURKE,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>DBURKE@MCCARTER.COM | 000070P002-1413S-257<br>MCELROY DEUTSCH ET AL<br>GARY D BRESSLER, ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000069P002-1413S-257<br>MCELROY DEUTSCH MULVANEY<br>VIRGINIA T SHEA, ESQ<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM | 000093P003-1413S-257<br>MCMANIMON, SCOTLAND BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM |
| 000093P003-1413S-257<br>MCMANIMON, SCOTLAND BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000174P001-1413S-257<br>OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL<br>JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK NY 10005<br>JESSICA.AGARWAL@AG.NY.GOV | 000096P002-1413S-257<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM | 000096P002-1413S-257<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>MTRENTIN@RIKER.COM |
| 000096P002-1413S-257<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>AGARRASTEGUI@RIKER.COM | 000160P001-1413S-257<br>SANTANDER BANK, N.A.<br>RICHARD WOLBACH<br>200 PARK AVE.,STE 100<br>FLORHAM PARK NJ 07932<br>RICHARD.WOLBACH@SANTANDER.US | 000166P001-1413S-257<br>STEVENS & LEE PC<br>JOHN C KILGANNON,ESQ<br>PRINCETON PIKE CORPORATE CENTER<br>100 LENOX DRIVE STE 200<br>LAWRENCEVILLE NJ 08648<br>JCK@STEVENSLEE.COM | 000167P001-1413S-257<br>STRADLEY RONON STEVENS & YOUNG LLP<br>DEBORAH A REPEROWITZ;DANIEL M PEREIRA<br>457 HADDONFIELD RD STE 100<br>CHERRY HILL NJ 08002<br>DREPEROWITZ@STRADLEY.COM |
| 000167P001-1413S-257<br>STRADLEY RONON STEVENS & YOUNG LLP<br>DEBORAH A REPEROWITZ;DANIEL M PEREIRA<br>457 HADDONFIELD RD STE 100<br>CHERRY HILL NJ 08002<br>DPEREIRA@STRADLEY.COM | 000064P002-1413S-257<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000065P003-1413S-257<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA;ALISSA K PICCIONE<br>875 THIRD AVE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000065P003-1413S-257<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA;ALISSA K PICCIONE<br>875 THIRD AVE<br>NEW YORK NY 10022<br>ALISSA.PICCIONE@TROUTMAN.COM |
| 000097P002-1413S-257<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000097P002-1413S-257<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>MITCHELL.B.HAUSMAN@USDOJ.GOV | 000001P001-1413S-257<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov | 000001P001-1413S-257<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov |

New England Motor Freight, Inc., et al.
Electronic Mail
**Exhibit Page**

Page # : 2 of 2                                                                                   12/23/2022 03:47:04 PM

000001P001-1413S-257
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000161P001-1413S-257
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003
AMY@WEISSANDROSENBLOOM.COM

000171P001-1413S-257
WHITEFORD TAYLOR & PRESTON LLP
CHAD J TOMS,ESQ
THE RENAISSANCE CENTRE, STE 500
405 NORTH KING ST
WILMINGTON DE 19801-3700
CTOMS@WTPLAW.COM

000172P001-1413S-257
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
PNUSSBAUM@WTPLAW.COM

000172P001-1413S-257
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
VINGE@WTPLAW.COM

000173P002-1413S-257
WHITEFORD TAYLOR PRESTON LLP
JOSHUA D STIFF
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
JSTIFF@WTPLAW.COM

Records Printed :    **30**

# EXHIBIT 2

Case 19-12809-JKS    Doc 1663    Filed 12/28/22    Entered 12/28/22 09:26:19    Desc Main
Document      Page 7 of 7

New England Motor Freight, Inc., et al.
Exhibit Page

Page # : 1 of 1                                                                  12/23/2022 03:49:29 PM

000158P001-1413S-257
WILLIAM & TERRY ECKER
5322 WHEELER RD
JORDAN NY 13080

Records Printed : 1