| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| **LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Michael Papandrea, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br><br>*Counsel to the Liquidating Trustee* | |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>               Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>Hearing Date: <u>January 10, 2023 at 10:00 a.m. (ET)</u> |

## ADJOURNMENT REQUEST

1.    I, <u>Michael Papandrea</u>, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above referenced chapter 11 cases (the "<u>Liquidating Trustee</u>"), hereby request an adjournment of the following matters for the reasons set forth below:

- Matter: *The Liquidating Trustee's Ninth Omnibus Objection To Certain Late Filed Claims* [Docket No. 1640], solely with respect to Claim No. 1374 filed by Hartford Fire <u>Insurance Company.</u>

  Current Hearing Date:   <u>January 10, 2023 at 10:00 a.m. (ET).</u>

  New Hearing Date Requested: <u>March 14, 2023 at 10:00 a.m. (ET).</u>

  New Objection Deadline Requested: <u>March 7, 2023 (ET).</u>

  New Reply Deadline Requested: <u>March 10, 2023 (ET).</u>

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

    Reason for adjournment request:    The parties are in continued discussions regarding a potential consensual resolution of the claim.

- Matter: *The Liquidating Trustee's Tenth Omnibus Objection To Certain Claims to be Reduced and/or Reclassified, or Disallowed Entirely* [Docket No. 1641] (the "Tenth Omnibus Claim Objection"), solely with respect to Claim No. 1370 filed by Mansfield Oil Company of Gainesville, Inc.

    Current Hearing Date: January 10, 2023 at 10:00 a.m. (ET).

    New Hearing Date Requested: March 14, 2023 at 10:00 a.m. (ET).

    New Reply Deadline Requested: March 10, 2023 (ET).

    Reason for adjournment request:    The parties are in continued discussions regarding a potential consensual resolution of the claim.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: January 6, 2023                      /s/ *Michael Papandrea*
                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                    New hearing date:  3/14/2023 @ 10:00    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**