UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Brian Glass
Assistant Counsel
Office of Chief Counsel
Southeast Regional Counsel
2 East Main Street
Norristown, PA 19401-4915
Telephone: 484-250-5870
Facsimile: 484-250-5931
briaglass@pa.gov
FOR THE COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF ENVIRONMENTAL PROTECTION

In Re:

NEW ENGLAND MOTOR FREIGHT, INC.,
Debtor

Case No.: 19-12809-JKS

Chapter: 11

Judge: John K. Sherwood

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Brian Glass will substitute Vera Kanova as attorney of record for the Commonwealth of Pennsylvania, Department of Environmental Protection, Interested Party, in this case. The appearance of Brian Glass has already been entered in this case at Doc. No. 177. Vera Kanova has accepted employment elsewhere and will no longer be able to represent the Commonwealth of Pennsylvania, Department of Environmental Protection.

Date: 5/12/2023                    ___/s/Vera Kanova_____
                                   Signature of Former Attorney

Date: 5/12/2023                    __/s/ Brian Glass_____
                                   Signature of Substituted Attorney

*rev.8/1/16*