| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Michael Papandrea, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Liquidating Trustee* | Order Filed on May 19, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

### ORDER CONFIRMING THE LIQUIDATING TRUSTEE'S AUTHORITY PURSUANT TO THE PLAN AND LIQUIDATING TRUST AGREEMENT

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: May 19, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/3
04/17/2023 213520740.2

Page: 2
Debtor: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Confirming the Liquidating Trustee's Authority Pursuant to the Plan and Liquidating Trust Agreement

---

Upon the motion (the "Motion")[2] of the Liquidating Trustee appointed in the above-captioned Chapter 11 Cases seeking entry of an order, pursuant to section 105(a) of the Bankruptcy Code, Article XIII of the Plan, and paragraph 31 of the Confirmation Order, confirming the Liquidating Trustee's authority pursuant to the Plan and Liquidating Trust Agreement to prosecute, abandon, and settle Causes of Action; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Motion is in the best interests of the Debtors, their estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. Notwithstanding any indication otherwise in the Plan (including, without limitation, in Article VII.A.6. thereof), and as provided in Article IX.A.4. of the Plan, the Liquidating Trustee has authority to pursue, abandon, settle or release any or all such Causes of Action, as the Liquidation Trustee deems appropriate, without the need to obtain approval or any other or further relief from the Bankruptcy Court, except as set forth in the Liquidating Trust Agreement.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Page:     3
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Confirming the Liquidating Trustee's Authority Pursuant to the Plan and Liquidating Trust Agreement

---

3. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

4. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. Notwithstanding the applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-12809-JKS
New England Motor Freight, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 12
Date Rcvd: May 19, 2023      Form ID: pdf903      Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | New England Motor Freight, Inc., 1-71 North Ave E, Elizabeth, NJ 07201-2958 |
| aty | + | Deloitte Consulting LLP, 111 S Wacker Dr, Chicago, IL 60606-4302 |
| aty | | Gibbons, P.C., One Gateway Center, Newark, NJ 07102-5310 |
| aty | | Howard A. Cohen, Gibbons P.C, 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |
| aty | | Jeffrey L. Nagel, Gibbons P.C., One Pennsylvania Plaza, 37th Floor, New York, NY 10119-3701 |
| aty | + | Todd M. Brooks, Whiteford, Taylor & Preston L.L.P., 7 St. Paul Street, Suite 1500, Baltimore, MD 21202-1636 |
| aty | + | WASSERMAN, JURISTA & STOLZ, P.C., 110 Allen Road, Suite 304, Basking Ridge,, NJ 07920-4500 |
| aty | + | Whiteford Taylor & Preston, Seven Saint paul St. Ste 1800, Baltimore, MD 21202-1639 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Brent C. Strickland, Whiteford, Taylor & Preston L.L.P, 7501 Wisconsin Avenue,Suite 700W, Bethesda, MD 20814-6521 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 12 |
| Date Rcvd: May 19, 2023 | Form ID: pdf903 | Total Noticed: 8 |

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Creditor JP Morgan Chase brodya@gtlaw.com NJLitDock@gtlaw.com |
| Alissa Piccione | on behalf of Defendant Renal Treatment Centers Northeast Inc. apiccione@reedsmith.com alissa-piccione-6765@ecf.pacerpro.com |
| Alyssa A. Cimino | on behalf of Creditor Xiomara Mendoz-Lopez acimino@aciminolaw.com ciminoar98640@notify.bestcase.com |
| Alyssa A. Cimino | on behalf of Creditor Byron E Najera Osorio acimino@aciminolaw.com ciminoar98640@notify.bestcase.com |
| Alyssa A. Cimino | on behalf of Creditor Abel Trochez acimino@aciminolaw.com ciminoar98640@notify.bestcase.com |
| Andreas Milliaressis | on behalf of Defendant V.A.G. Inc. dba Performance Lubricants amilliaressis@coleschotz.com |
| Andrew Spears | on behalf of Creditor Francis and Kimberly Beck acs@mwke.com |
| Andrew J. Kelly | on behalf of Creditor Steven Ross akelly@kbtlaw.com wsheridan@kbtlaw.com |
| Andrew J. Kelly | on behalf of Defendant Mansfield Oil Co. of Gainesville Inc. aka Mansfield Oil Company akelly@kbtlaw.com wsheridan@kbtlaw.com |
| Andrew J. Kelly | on behalf of Creditor Mansfield Oil Co. of Gainesville Inc. akelly@kbtlaw.com, wsheridan@kbtlaw.com |
| Andrew R. Turner | on behalf of Interested Party Protective Insurance Company courts@turnerlaw.net |
| Andrew R. Turner | on behalf of Defendant Protective Insurance Company courts@turnerlaw.net |
| Ann Dee Lieberman | on behalf of Attorney State Farm Indemnity Company anndee@mayersubrolaw.com |
| Anthony Sodono, III | on behalf of Defendant Shauna Jones asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Shauna Jones asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Jalil Walters asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Mercedes Benz Financial Services USA LLC asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Rasheeda Carter asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Talley Petroleum Enterprises Inc. asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Jalil Waters and Rashida Carter asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Romulo Hernandez and Maria E. Hernandez asodono@msbnj.com |
| Ashley E Shapiro | on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee ashapiro@atllp.com, mmillis@atllp.com;skinsella@atllp.com |
| Beth J. Rotenberg | on behalf of Creditor Berkley Insurance Company brotenberg@csglaw.com ecf@csglaw.com |
| Blake D. Roth | on behalf of Creditor Bridgestone Americas Tire Operations LLC blake.roth@hklaw.com, chris.cronk@wallerlaw.com;gen.celentano@wallerlaw.com;katie.stenberg@wallerlaw.com;Cathy.thomas@wallerlaw.com |
| Brett S. Theisen | on behalf of Plaintiff New England Motor Freight Inc. btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Brett S. Theisen | on behalf of Debtor New England Motor Freight Inc. btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com |

Case 19-12809-JKS    Doc 1681    Filed 05/21/23    Entered 05/22/23 00:14:46    Desc
Imaged Certificate of Notice    Page 6 of 15

| District/off: 0312-2 | User: admin | Page 3 of 12 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: pdf903 | Total Noticed: 8 |

Brian Glass
    on behalf of Interested Party PA Department of Environmental Protection briaglass@pa.gov verkanova@pa.gov

Brian E Caine
    on behalf of Defendant Virtua West Jersey Health System Inc. bcaine@parkermccay.com BKcourtnotices@parkermccay.com

Brian W. Hofmeister
    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com j119@ecfcbis.com

Catherine L. Corey
    on behalf of Creditor East River Energy Inc, clcorey@nmmlaw.com

Chad J. Toms
    on behalf of Debtor New England Motor Freight Inc. ctoms@wtplaw.com, clano@wtplaw.com

Chad J. Toms
    on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee ctoms@wtplaw.com, clano@wtplaw.com

Chad J. Toms
    on behalf of Plaintiff Kevin P. Clancy ctoms@wtplaw.com clano@wtplaw.com

Chad J. Toms
    on behalf of Plaintiff Clancy ctoms@wtplaw.com clano@wtplaw.com

Christopher Lynch
    on behalf of Creditor Fifth Third Bank chrislynch65@gmail.com

Christopher John Leavell
    on behalf of Plaintiff Mary Carlin cleavell@klehr.com lclark@klehr.com

Christopher John Leavell
    on behalf of Interested Party Class Plaintiffs at al cleavell@klehr.com lclark@klehr.com

Christopher John Leavell
    on behalf of Plaintiff Dan Webster cleavell@klehr.com lclark@klehr.com

Craig Alan Domalewski
    on behalf of Defendant Trinitas Regional Medical Center cdomalewski@dughihewit.com

Daniel Stolz
    on behalf of Debtor New England Motor Freight Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel L Reinganum
    on behalf of Creditor Keller Weber Trucking Inc. DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Daniel L Reinganum
    on behalf of Defendant Keller Weber Trucking Inc. DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Daniel M Pereira
    on behalf of Interested Party Eastern Regional Medical Center LLC dpereira@stradley.com

Daniel M Pereira
    on behalf of Defendant Eastern Regional Medical Center LLC dpereira@stradley.com

David Dino
    on behalf of Defendant Rochester General Hospital bkemail@harrisbeach.com

David Edelberg
    on behalf of Defendant Van Brunt & Son Inc. dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com,lmargotta@sh-law.com

David Edelberg
    on behalf of Defendant Petroleum Traders Corporation dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com,lmargotta@sh-law.com

David Edelberg
    on behalf of Creditor McIntosh Energy Company dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com,lmargotta@sh-law.com

David A. Pisciotta
    on behalf of Defendant Renal Treatment Centers Northeast Inc. dpisciotta@reedsmith.com david-pisciotta-4680@ecf.pacerpro.com;docketingecfnyc@reedsmith.com

David A. Pisciotta
    on behalf of Creditor Santander Bank N.A. dpisciotta@reedsmith.com, david-pisciotta-4680@ecf.pacerpro.com;docketingecfnyc@reedsmith.com

David M. Meth

Case 19-12809-JKS    Doc 1681    Filed 05/21/23    Entered 05/22/23 00:14:46    Desc
Imaged Certificate of Notice    Page 7 of 15

| District/off: 0312-2 | User: admin | Page 4 of 12 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| | on behalf of Creditor Jose Ferrer davidmeth102561@yahoo.com |
| David V. Fontana | |
| | on behalf of Creditor TD Bank  N.A. dfont@gebsmith.com, ltancredi@gebsmith.com;klusby@gebsmith.com |
| Davis Lee Wright | |
| | on behalf of Defendant Dennis K. Burke  Inc. dwright@rc.com |
| Deirdre E. Burke | |
| | on behalf of Defendant AHS Hospital Corp. dburke@mccarter.com |
| Deirdre E. Burke | |
| | on behalf of Defendant St. Josephs University Medical Center Inc. dburke@mccarter.com |
| Deirdre E. Burke | |
| | on behalf of Creditor Christiana Care Health Services  Inc. dburke@mccarter.com |
| Deirdre E. Burke | |
| | on behalf of Creditor AHS Hospital Corp. dburke@mccarter.com |
| Deirdre E. Burke | |
| | on behalf of Defendant Christiana Care Health Services  Inc. dburke@mccarter.com |
| Deirdre E. Burke | |
| | on behalf of Creditor St. Joseph's University Medical Center Inc. dburke@mccarter.com |
| Deirdre E. Burke | |
| | on behalf of Creditor Capital One  N.A. dburke@mccarter.com |
| Denise A Kuhn | |
| | on behalf of Creditor Dept. of Revenue Commonwealth of Pennsylvania  department of revenue dkuhn@attorneygeneral.gov |
| Denise E. Carlon | |
| | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald W Clarke | |
| | on behalf of Debtor New England Motor Freight  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas J. McGill | |
| | on behalf of Creditor Pilot Thomas Logistics LLC dmcgill@webbermcgill.com |
| Douglas T Tabachnik | |
| | on behalf of Defendant Rita Alvarado dtabachnik@dttlaw.com  rdalba@dttlaw.com |
| Douglas T Tabachnik | |
| | on behalf of Creditor to Rita Alvarado The Rosato Firm  P.C., counsel dtabachnik@dttlaw.com, rdalba@dttlaw.com |
| Eric Goldstein | |
| | on behalf of Creditor United HealthCare Services  Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Eric M. Ferrante | |
| | on behalf of Interested Party Ellis Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | |
| | on behalf of Interested Party Albany Medical Center Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | |
| | on behalf of Interested Party University of Rochester eferrante@nixonpeabody.com |
| Eric M. Ferrante | |
| | on behalf of Defendant University of Rochester eferrante@nixonpeabody.com |
| Eric M. Ferrante | |
| | on behalf of Defendant Ellis Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | |
| | on behalf of Defendant Albany Medical Center Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | |
| | on behalf of Defendant University of Vermont Medical Center Inc. eferrante@nixonpeabody.com |
| Eric M. Ferrante | |
| | on behalf of Interested Party University of Vermont Medical Center Inc. eferrante@nixonpeabody.com |
| Erin Teske | |
| | on behalf of Defendant Kaleida Health eteske@hodgsonruss.com |
| Erin Teske | |
| | on behalf of Defendant Kaledia Health eteske@hodgsonruss.com |
| Evan S. Goldstein | |

Case 19-12809-JKS    Doc 1681    Filed 05/21/23    Entered 05/22/23 00:14:46    Desc
Imaged Certificate of Notice    Page 8 of 15

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 12 |
| Date Rcvd: May 19, 2023 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| | on behalf of Creditor Webster Capital Finance Inc. egoldstein@uks.com |
| Frank Perch, III | |
| | on behalf of Defendant The Milton S Hershey Medical Center perchf@whiteandwilliams.com |
| Frank Perch, III | |
| | on behalf of Defendant Penn State Health Holy Spirit Medical Center perchf@whiteandwilliams.com |
| Frank Peretore | |
| | on behalf of Creditor Wells Fargo Equipment Finance Inc. fperetore@csglaw.com |
| Frank F. Velocci | |
| | on behalf of Defendant UPMC Pinnacle Hospitals frank.velocci@faegredrinker.com brian.morgan@dbr.com |
| Gail Lin | |
| | on behalf of Creditor Alice Waters gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | |
| | on behalf of Creditor WARN Act Class Plaintiffs and Putative Class gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | |
| | on behalf of Creditor Rich Richardson gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | |
| | on behalf of Plaintiff Alice Waters gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | |
| | on behalf of Plaintiff Rich Richardson gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Garry M Graber | |
| | on behalf of Defendant Kaledia Health ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Gary D. Bressler | |
| | on behalf of Creditor VFS US LLC gbressler@mdmc-law.com scarney@mdmc-law.com |
| Gary D. Bressler | |
| | on behalf of Creditor Mack Trucks Inc. gbressler@mdmc-law.com, scarney@mdmc-law.com |
| Gary D. Bressler | |
| | on behalf of Creditor Volvo Financial gbressler@mdmc-law.com scarney@mdmc-law.com |
| Gary M. Perkiss | |
| | on behalf of Interested Party Travelers Insurance Company gperkiss@perkiss.com |
| Gavin Stewart | |
| | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Glenn R Reiser | |
| | on behalf of Defendant Profix Professional Trailer Repair Inc. greiser@shapiro-croland.com, r.gr75895@notify.bestcase.com |
| Gregory W. Hauswirth | |
| | on behalf of Defendant American Universal LLC ghauswirth@ch-legal.com pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com |
| Gregory W. Hauswirth | |
| | on behalf of Defendant Fabian Oil Inc. ghauswirth@ch-legal.com, pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com |
| Gregory W. Hauswirth | |
| | on behalf of Defendant Ara-Johnston Dialysis LLC ghauswirth@ch-legal.com pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com |
| Gregory W. Hauswirth | |
| | on behalf of Defendant A C & T Co. Inc. ghauswirth@ch-legal.com, pcarothers@ch-legal.com;dbender@ch-legal.com;cfaber@ch-legal.com |
| Jack M. Seitz | |
| | on behalf of Defendant St. Luke's Hospital Monroe Campus jseitz@lesavoybutz.com sblake@lesavoybutz.com |
| Jack M. Seitz | |
| | on behalf of Defendant St. Luke's Hospital jseitz@lesavoybutz.com sblake@lesavoybutz.com |
| James A. Kellar | |
| | on behalf of Creditor Rochester Gas & Electric Corporation jkellar@mccarter.com |
| James A. Kellar | |
| | on behalf of Creditor West Penn Power Company jkellar@mccarter.com |

Case 19-12809-JKS    Doc 1681    Filed 05/21/23    Entered 05/22/23 00:14:46    Desc
Imaged Certificate of Notice    Page 9 of 15

| District/off: 0312-2 | User: admin | Page 6 of 12 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| James A. Kellar | on behalf of Creditor Colonial Gas Company  KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk Power Corporation jkellar@mccarter.com |
| Jeffrey A. Cooper | on behalf of Defendant Roswell Park Cancer Institute jcooper@rltlawfirm.com  cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey I. Wasserman | on behalf of Defendant Gabrielli Kenworth of NJ  LLC jwasserman@wasslegal.com |
| Jenny R. Kasen | on behalf of Defendant Jackson Oil & Solvents  Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com |
| Jessica Agarwal | on behalf of Defendant SUNY Health Science Center at Syracuse jessica.agarwal@ag.ny.gov |
| Jessica Agarwal | on behalf of Interested Party SUNY Health Science Center at Syracuse jessica.agarwal@ag.ny.gov |
| JoAnne M. Bonacci | on behalf of Creditor RLI Insurance Company jbonacci@dbplawfirm.com |
| Jody Bedenbaugh | on behalf of Defendant Michelin North America  Inc. , Ronnie.McMahan@nelsonmullins.com |
| John Cagney | on behalf of Defendant Susan Volpe jcagney@kdlm.com |
| John Cagney | on behalf of Defendant Susan and Raymond Volpe jcagney@kdlm.com |
| John Cagney | on behalf of Creditor Susan and Raymond Volpe jcagney@kdlm.com |
| John C. Kilgannon | on behalf of Defendant Concord Hospital  Inc. john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Defendant The Cooper Health System john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Defendant York Hospital john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor York Hospital john.kilgannon@stevenslee.com |
| John F. Bracaglia, Jr. | on behalf of Interested Party Orange and Rockland Utilities  Inc. brokaw@centraljerseylaw.com |
| John James Sullivan | on behalf of Defendant Manitoulin Transport Ltd. jsullivan@hillrivkins.com |
| John Phillip Schneider | on behalf of Creditor Committee Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com |
| John Phillip Schneider | on behalf of Other Prof. Liquidating Trustee JPSchneider@mdmc-law.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph Lubertazzi, Jr. | on behalf of Creditor Capital One  N.A. jlubertazzi@mccarter.com |
| Joseph J. DiPasquale | on behalf of Creditor Committee Official Committee Of Unsecured Creditors Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Other Prof. Liquidating Trustee Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Other Prof. CohnReznick Capital Market Securities  LLC Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Attorney Lowenstein Sandler LLP Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. McMahon, Jr. | on behalf of Creditor Pilot Travel Centers LLC jmcmahon@ciardilaw.com  jclarke@ciardilaw.com |

| | |
|---|---|
| Joseph L. Schwartz | on behalf of Interested Party United States Fire Insurance Company jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Lucky's Energy Service Inc. jschwartz@riker.com |
| Joshua S Lim | on behalf of Creditor Pantos USA Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,brandonyoon@kcllawfirm,johnchen@kcllawfirm.com |
| Karen A. Giannelli | on behalf of Debtor Apex Logistics Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff MyJon LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Eastern Freight Ways Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Jans Leasing Corp. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Apex Logistics Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff NEMF Logistics LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Myar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor NEMF World Transport Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff United Express Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Other Prof. Donlin Recano & Company, Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Hollywood Avenue Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor MyJon LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor United Express Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor NEMF Logistics LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Carrier Industries Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor New England Motor Freight Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Eastern Freight Ways Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff NEMF World Transport Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Carrier Industries Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Hollywood Avenue Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Accountant Withumsmith+Brown kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Jans Leasing Corp. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff New England Motor Freight Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Myar LLC kgiannelli@gibbonslaw.com |
| Kate R. Buck | |

| | |
|---|---|
| | on behalf of Creditor St. Joseph's University Medical Center Inc. kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Defendant St. Josephs University Medical Center Inc. kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor AHS Hospital Corp. kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Defendant Christiana Care Health Services  Inc. kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor Potomac Edison Company  Toledo Edison Company and West Penn Power Company kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor Connecticut Light & Power Company  NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor Christiana Care Health Services  Inc. kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Defendant AHS Hospital Corp. kbuck@mccarter.com |
| Keith Murphy | |
| | on behalf of Defendant The Mercy Hospital INc. kmurphy@bakerlaw.com |
| Keith Murphy | |
| | on behalf of Defendant Mount Carmel Health System kmurphy@bakerlaw.com |
| Keith Murphy | |
| | on behalf of Creditor St. Joseph's University Medical Center Inc. kmurphy@bakerlaw.com |
| Keith Murphy | |
| | on behalf of Defendant St. Josephs Hospital Health Center kmurphy@bakerlaw.com |
| Kenneth L. Baum | |
| | on behalf of Creditor Clermont Holdings  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com |
| Keri P. Ebeck | |
| | on behalf of Defendant American Asphalt Paving Co. KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Guttman Energy  Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor VW Credit Leasing  Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Joseph Bloom | |
| | on behalf of Interested Party Mirabito Holdings Inc kbloom@hhk.com |
| Kevin M. Capuzzi | |
| | on behalf of Interested Party Amazon.com Services  Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Leah Eisenberg | |
| | on behalf of Defendant Regional Cancer Care Associates  LLC leisenberg@mayerbrown.com, ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Leonard R Boyer | |
| | on behalf of Creditor Nelson Vasquez lrbnjesq@gmail.com  mcordova48890@aol.com |
| Louis A. Curcio | |
| | on behalf of Creditor Santander Bank  N.A. lcurcio@reedsmith.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com |
| Louis A. Modugno | |
| | on behalf of Defendant Hudson Hospital OPCO LLC lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Defendant IJKG OPCO LLC lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Defendant HMH Hospitals Corporation lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Defendant The Valley Hospital  Inc. lmodugno@tm-firm.com |
| Louis A. Modugno | |
| | on behalf of Defendant Vista Underwriting Partners  LLC lmodugno@tm-firm.com |

Case 19-12809-JKS    Doc 1681    Filed 05/21/23    Entered 05/22/23 00:14:46    Desc
Imaged Certificate of Notice    Page 12 of 15

| District/off: 0312-2 | User: admin | Page 9 of 12 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| Mark A. Platt | on behalf of Creditor Omnitracs LLC mplatt@fbtlaw.com |
| Mark B Conlan | on behalf of Defendant New England Motor Freight Inc., et al. mconlan@gibbonslaw.com |
| Mark B Conlan | on behalf of Debtor New England Motor Freight Inc. mconlan@gibbonslaw.com |
| Mark B Conlan | on behalf of Plaintiff New England Motor Freight Inc. mconlan@gibbonslaw.com |
| Mark D. Pfeiffer | on behalf of Defendant The Toledo Hospital mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Mark D. Pfeiffer | on behalf of Defendant Westmoreland Hospital Association mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Martha Baskett Chovanes | on behalf of Defendant Deborah Heart and Lung Center mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Martha Baskett Chovanes | on behalf of Defendant Regional Cancer Care Associates LLC mchovanes@foxrothschild.com, rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Mary E. Seymour | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mseymour@lowenstein.com jkimble@lowenstein.com |
| Mary E. Seymour | on behalf of Attorney Lowenstein Sandler LLP mseymour@lowenstein.com jkimble@lowenstein.com |
| Mary E. Seymour | on behalf of Other Prof. Liquidating Trustee mseymour@lowenstein.com jkimble@lowenstein.com |
| Melissa A. Pena | on behalf of Creditor Webster Capital Finance Inc. mapena@norris-law.com, pfreda@nmmlaw.com |
| Michael Kwiatkowski | on behalf of Defendant Ports Petroleum Company Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com |
| Michael Papandrea | on behalf of Other Prof. Liquidating Trustee mpapandrea@lowenstein.com dclaussen@lowenstein.com |
| Michael R. Caruso | on behalf of Creditor Wells Fargo Equipment Finance Inc. mcaruso@csglaw.com, ecf@csglaw.com |
| Morris S. Bauer | on behalf of Creditor East River Energy Inc, MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Noah Reiss | on behalf of Creditor Esmeralda Ramirez Reiss@lawyer1.com |
| Norman N Kinel | on behalf of Interested Party East West Bank norman.kinel@squirepb.com sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com |
| Peter M. Knob | on behalf of Creditor Capital One N.A. pknob@mccarter.com, lrestivo@mccarter.com |
| Rachel A. Parisi | on behalf of Defendant Michelin North America Inc. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Raymond T. Lyons | on behalf of Defendant Deborah Heart and Lung Center rlyons@foxrothschild.com |
| Raymond T. Lyons | on behalf of Defendant Regional Cancer Care Associates LLC rlyons@foxrothschild.com |
| Rene S. Roupinian | on behalf of Plaintiff Alice Waters rsr@outtengolden.com |
| Rene S. Roupinian | on behalf of Plaintiff Rich Richardson rsr@outtengolden.com |
| Richard Albuquerque | on behalf of Creditor MICHAEL SINGLEY richarda@djdlawyers.com |
| Richard Kanowitz | |

Case 19-12809-JKS    Doc 1681    Filed 05/21/23    Entered 05/22/23 00:14:46    Desc
Imaged Certificate of Notice    Page 13 of 15

| District/off: 0312-2 | User: admin | Page 10 of 12 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| | on behalf of Unknown Role Type Ad Hoc Group of Tort Claimants richard.kanowitz@haynesboone.com |
| Richard G. Placey | |
| | on behalf of Defendant Morris Hospital rplacey@mmwr.com plorenz@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com |
| Richard W. Riley | |
| | on behalf of Plaintiff Clancy rriley@wtplaw.com twhitt@wtplaw.com;eslate@wtplaw.com |
| Richard W. Riley | |
| | on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee rriley@wtplaw.com, twhitt@wtplaw.com;eslate@wtplaw.com |
| Richard W. Riley | |
| | on behalf of Other Prof. Liquidating Trustee rriley@wtplaw.com twhitt@wtplaw.com;eslate@wtplaw.com |
| Rick Aaron Steinberg | |
| | on behalf of Defendant SAIA INC. rsteinberg@pricemeese.com |
| Rick Aaron Steinberg | |
| | on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com |
| Rick Aaron Steinberg | |
| | on behalf of Defendant SAIA Motor Freight Line LLC rsteinberg@pricemeese.com |
| Robert A. Burke | |
| | on behalf of Defendant Jenny Munson Andress individually and as the Administratrix of the Estate of Herbert Andress rburke@macelree.com |
| Robert E. Nies | |
| | on behalf of Creditor Berkley Insurance Company rnies@csglaw.com |
| Robert K. Scheinbaum | |
| | on behalf of Defendant New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy rscheinbaum@connellfoley.com |
| Robert K. Scheinbaum | |
| | on behalf of Creditor New Jersey Manufacturers rscheinbaum@connellfoley.com |
| Robert N. H. Christmas | |
| | on behalf of Interested Party Albany Medical Center Hospital rchristmas@nixonpeabody.com nyc.managing.clerk@nixonpeabody.com |
| Rona J. Rosen | |
| | on behalf of Creditor WARN Act Class Plaintiffs and Putative Class rosenrona007@gmail.com cbbutler@klehr.com |
| Ryan Notarangelo | |
| | on behalf of Defendant Trinitas Regional Medical Center rnotarangelo@dughihewit.com |
| Sari Blair Placona | |
| | on behalf of Creditor Shauna Jones splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Creditor Mercedes Benz Financial Services USA LLC splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Defendant DARYL MARTIN AND KIM MARTIN splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Creditor Daryl & Kim Martin splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Defendant Jalil Waters and Rashida Carter splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Creditor Rasheeda Carter splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Creditor Interstate Towing Recovery Incorporated splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Defendant Talley Petroleum Enterprises Inc. splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Creditor Jalil Walters splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Defendant Shauna Jones splacona@msbnj.com |
| Scott H. Bernstein | |
| | on behalf of Creditor Masergy Communications Inc. scott@scottbernsteinlaw.com, scott.bernstein@gmail.com |
| Scott J. Freedman | |
| | on behalf of Creditor Corcentric LLC sfreedman@dilworthlaw.com |

Case 19-12809-JKS    Doc 1681    Filed 05/21/23    Entered 05/22/23 00:14:46    Desc
Imaged Certificate of Notice    Page 14 of 15

| District/off: 0312-2 | User: admin | Page 11 of 12 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| Scott J. Freedman | on behalf of Creditor New Jersey Manufacturers sfreedman@dilworthlaw.com |
| Scott J. Goldstein | on behalf of Creditor Melinda Londos sjg@sgoldsteinlaw.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Scott M Palatucci | on behalf of Defendant HMH Hospitals Corporation spalatucci@tm-firm.com |
| Scott M Palatucci | on behalf of Defendant The Valley Hospital Inc. spalatucci@tm-firm.com |
| Scott M Palatucci | on behalf of Defendant IJKG OPCO LLC spalatucci@tm-firm.com |
| Scott M Palatucci | on behalf of Defendant Hudson Hospital OPCO LLC spalatucci@tm-firm.com |
| Scott W Lichtenstein | on behalf of Creditor Berkley Insurance Company slichtenstein@csglaw.com |
| Sheila Calello | on behalf of Defendant Electric Insurance Company scalello@mccarter.com lharkins@mccarter.com |
| Stephanie L. Jonaitis | on behalf of Defendant Newark Beth Israel Medical Center stephanie.jonaitis@troutman.com balaa@pepperlaw.com |
| Stephanie L. Jonaitis | on behalf of Defendant Robert Wood Johnson University Hospital at Rahway stephanie.jonaitis@troutman.com balaa@pepperlaw.com |
| Stephanie L. Jonaitis | on behalf of Defendant Robert Wood Johnson University Hospital stephanie.jonaitis@troutman.com balaa@pepperlaw.com |
| Stephanie L. Jonaitis | on behalf of Defendant St. Barnabas Medical Center stephanie.jonaitis@troutman.com balaa@pepperlaw.com |
| Stephen B. Ravin | on behalf of Creditor Riggins Inc. sravin@saul.com, jgillman@saul.com |
| Stephen B. Ravin | on behalf of Defendant Riggins Inc. sravin@saul.com, jgillman@saul.com |
| Steven J. Mitnick | on behalf of Plaintiff Kevin P. Clancy smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| Travis Graga | on behalf of Creditor Steven Ross tgraga@riker.com akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Travis Graga | on behalf of Creditor BSP Trans Inc. tgraga@riker.com akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Travis Graga | on behalf of Defendant BSP Trans Inc. tgraga@riker.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Travis Graga | on behalf of Creditor Truck Tire Service Corporation tgraga@riker.com akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| Travis Graga | on behalf of Creditor Mansfield Oil Co. of Gainesville Inc. tgraga@riker.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | on behalf of Creditor Volvo Financial vshea@mdmc-law.com gbressler@mdmc-law.com |
| Virginia T. Shea | on behalf of Creditor VFS US LLC vshea@mdmc-law.com gbressler@mdmc-law.com |
| Warren Scott Gottlieb | on behalf of Defendant Consolidated Edison Company of New York Inc. wgottlieb@golawllp.com |
| William Hahn | on behalf of Defendant GEICO V DAVID WOOD ET AL TANGO DICKINSON LORENZO MCDERMOTT ET AL whahn@tdlmm.com |
| William Hahn | |

District/off: 0312-2 User: admin Page 12 of 12
Date Rcvd: May 19, 2023 Form ID: pdf903 Total Noticed: 8

on behalf of Creditor Geico whahn@tdlmm.com

TOTAL: 260