UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

| In re: | Chapter 11 |
|---|---|
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | Hearing Date: May 30, 2023 at 10:00 a.m. (ET) |

# ADJOURNMENT REQUEST

1.      I, Michael Papandrea, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above referenced chapter 11 cases (the "Liquidating Trustee"), hereby request an adjournment of the following matters for the reasons set forth below:

- Matter: *The Liquidating Trustee's Ninth Omnibus Objection to Certain Late Filed Claims* [Docket No. 1640], solely with respect to Claim No. 1374 filed by Hartford Fire Insurance Company.

    Current Hearing Date:            May 30, 2023 at 10:00 a.m. (ET).

    New Hearing Date Requested:      August 1, 2023 at 10:00 a.m. (ET).

    New Objection Deadline Requested: July 25, 2023.

    New Reply Deadline Requested:    July 28, 2023.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

  Reason for adjournment request:  The parties are in continued discussions regarding a potential consensual resolution of the claim.

- Matter: *The Liquidating Trustee's Tenth Omnibus Objection to Certain Claims to be Reduced and/or Reclassified, or Disallowed Entirely* [Docket No. 1641], solely with respect to Claim No. 1370 filed by Mansfield Oil Company of Gainesville, Inc.

  Current Hearing Date:  May 30, 2023 at 10:00 a.m. (ET).

  New Hearing Date Requested:  August 1, 2023 at 10:00 a.m. (ET).

  New Reply Deadline Requested:  July 28, 2023.

  Reason for adjournment request:  The parties are in continued discussions regarding a potential consensual resolution of the claim.

2. Consent to adjournment:

☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: May 23, 2023    /s/ *Michael Papandrea*
               Signature

**COURT USE ONLY:**

---

The request for adjournment is:

☒ Granted  New hearing date: 8/1/2023 @ 10:00  ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____  ☐ Peremptory

☐ Denied

  **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**