## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Sung Jae Kim, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 31st day of August 2023, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Motion for Entry of an Order Further Extending the Claims Objection Deadline" (Docket No. 1690), via electronic mail upon the parties as set forth on Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 5th day of September 2023, Brooklyn, New York.

By _Sung Jae Kim_
Sung Jae Kim

Sworn before me this
5th day of September 2023

_Robin Charles_
Notary Public

ROBIN ALEXANDRA CHARLES
NOTARY
NO. 01CH6427586
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
01-03-2026
PUBLIC
STATE OF NEW YORK

NEMF00261

# EXHIBIT 1

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Page

000159P001-1413S-261
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402
MIDATLANTICFIRE@YAHOO.COM

000162P001-1413S-261
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
SCOTT J GOLDSTEIN
280 WEST MAIN ST
DENVILLE NJ 07834
SJG@SGOLDSTEINLAW.COM

000164P002-1413S-261
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
KBUCK@MCCARTER.COM

000165P001-1413S-261
MCCARTER & ENGLISH LLP
DEIRDRE BURKE,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
DBURKE@MCCARTER.COM

000070P002-1413S-261
MCELROY DEUTSCH ET AL
GARY D BRESSLER, ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM

000069P002-1413S-261
MCELROY DEUTSCH MULVANEY
VIRGINIA T SHEA, ESQ
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962
VSHEA@MDMC-LAW.COM

000093P003-1413S-261
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
ASODONO@MSBNJ.COM

000093P003-1413S-261
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
SPLACONA@MSBNJ.COM

000174P001-1413S-261
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK NY 10005
JESSICA.AGARWAL@AG.NY.GOV

000096P002-1413S-261
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
JSCHWARTZ@RIKER.COM

000096P002-1413S-261
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
MTRENTIN@RIKER.COM

000096P002-1413S-261
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
AGARRASTEGUI@RIKER.COM

000160P001-1413S-261
SANTANDER BANK, N.A.
RICHARD WOLBACH
200 PARK AVE.,STE 100
FLORHAM PARK NJ 07932
RICHARD.WOLBACH@SANTANDER.US

000166P001-1413S-261
STEVENS & LEE PC
JOHN C KILGANNON,ESQ
PRINCETON PIKE CORPORATE CENTER
100 LENOX DRIVE STE 200
LAWRENCEVILLE NJ 08648
JCK@STEVENSLEE.COM

000167P001-1413S-261
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002
DREPEROWITZ@STRADLEY.COM

000167P001-1413S-261
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002
DPEREIRA@STRADLEY.COM

000097P002-1413S-261
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000001P001-1413S-261
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-261
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000161P001-1413S-261
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003
AMY@WEISSANDROSENBLOOM.COM

000171P001-1413S-261
WHITEFORD TAYLOR & PRESTON LLP
CHAD J TOMS,ESQ
THE RENAISSANCE CENTRE, STE 500
405 NORTH KING ST
WILMINGTON DE 19801-3700
CTOMS@WTPLAW.COM

000172P001-1413S-261
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
PNUSSBAUM@WTPLAW.COM

000172P001-1413S-261
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
VINGE@WTPLAW.COM

000173P002-1413S-261
WHITEFORD TAYLOR PRESTON LLP
JOSHUA D STIFF
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
JSTIFF@WTPLAW.COM

Records Printed :  **24**

**EXHIBIT 2**

New England Motor Freight, Inc., et al.
Exhibit Page

| 000163P001-1413S-261 | 000064P002-1413S-261 | 000065P003-1413S-261 | 000158P001-1413S-261 |
|---|---|---|---|
| DAVID METH,ESQ | TROUTMAN SANDERS LLP | TROUTMAN SANDERS LLP | WILLIAM & TERRY ECKER |
| 200 DANIELS WAY STE 240 | LOUIS A CURCIO, ESQ | DAVID A PISCIOTTA;ALISSA K PICCIONE | 5322 WHEELER RD |
| FREEHOLD NJ 07728 | 875 THIRD AVE | 875 THIRD AVE | JORDAN NY 13080 |
| | NEW YORK NY 10022 | NEW YORK NY 10022 | |

Records Printed :  **4**