## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AMENDED
## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )    ss:
COUNTY OF NEW YORK           )

I, Delicia A. Chung, declare:

1.     I am over the age of 18 years and not a party to these chapter 11 cases.

2.     I am employed by Donlin, Recano & Company, Inc., ("DRC"), 48 Wall Street, New York, NY 10005.

3.     On the 10th day of November 2023, DRC, at my direction and under my supervision, caused a true and accurate copy of the *Notice of Liquidating Trustee's Eleventh Omnibus Objection to Certain Claims as (I) Late Filed, (II) Satisfied, or (III) Lacking Support* (Docket No. 1699), to be served via electronic mail upon the parties as set forth in Exhibit 1; and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

---

[1] The Debtors in these Chapter 11 Cases (as defined herein) and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

4.      On the 10th day of November 2023, DRC, at my direction and under my supervision, caused a true and accurate copy of the *Notice of Liquidating Trustee's Eleventh Omnibus Objection to Certain Claims as (I) Late Filed, (II) Satisfied, or (III) Lacking Support* (Docket No. 1699), along with each of the Personalized Notice of Objection to indicate the name and address respective of the claimant's claim(s) subject to objection as set forth on <u>Exhibit 3</u>, via First Class U.S. Mail upon the parties as set forth on <u>Exhibit 4</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 14th day of November 2023, New York, New York.

By _____
Delicia A. Chung

Sworn before me this
14th day November 2023

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14 2025

# EXHIBIT 1

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Page

000159P001-1413S-263
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402
MIDATLANTICFIRE@YAHOO.COM

044489P004-1413A-263
HAROLD WILLIAMS
EFFAT HUSSAIN
FRIEDMAN & HOULDING LLP
1050 SEVEN OAKS LANE
MAMARONECK NY 10543
EFFAT@FRIEDMANHOULDINGLLP.COM

000162P001-1413S-263
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
SCOTT J GOLDSTEIN
280 WEST MAIN ST
DENVILLE NJ 07834
SJG@SGOLDSTEINLAW.COM

000164P002-1413S-263
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
KBUCK@MCCARTER.COM

000165P001-1413S-263
MCCARTER & ENGLISH LLP
DEIRDRE BURKE,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
DBURKE@MCCARTER.COM

000070P002-1413S-263
MCELROY DEUTSCH ET AL
GARY D BRESSLER, ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM

000069P002-1413S-263
MCELROY DEUTSCH MULVANEY
VIRGINIA T SHEA, ESQ
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962
VSHEA@MDMC-LAW.COM

000093P003-1413S-263
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
ASODONO@MSBNJ.COM

000093P003-1413S-263
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
SPLACONA@MSBNJ.COM

000174P001-1413S-263
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK NY 10005
JESSICA.AGARWAL@AG.NY.GOV

000096P002-1413S-263
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
JSCHWARTZ@RIKER.COM

000096P002-1413S-263
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
MTRENTIN@RIKER.COM

000096P002-1413S-263
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
AGARRASTEGUI@RIKER.COM

000160P001-1413S-263
SANTANDER BANK, N.A.
RICHARD WOLBACH
200 PARK AVE.,STE 100
FLORHAM PARK NJ 07932
RICHARD.WOLBACH@SANTANDER.US

000166P001-1413S-263
STEVENS & LEE PC
JOHN C KILGANNON,ESQ
PRINCETON PIKE CORPORATE CENTER
100 LENOX DRIVE STE 200
LAWRENCEVILLE NJ 08648
JCK@STEVENSLEE.COM

000167P001-1413S-263
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002
DREPEROWITZ@STRADLEY.COM

000167P001-1413S-263
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002
DPEREIRA@STRADLEY.COM

000097P002-1413S-263
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000001P001-1413S-263
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-263
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000161P001-1413S-263
WEISS & ROSENBLOOM PC
ANDREA A KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003
AMY@WEISSANDROSENBLOOM.COM

000171P001-1413S-263
WHITEFORD TAYLOR & PRESTON LLP
CHAD J TOMS,ESQ
THE RENAISSANCE CENTRE, STE 500
405 NORTH KING ST
WILMINGTON DE 19801-3700
CTOMS@WTPLAW.COM

000172P001-1413S-263
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
PNUSSBAUM@WTPLAW.COM

000172P001-1413S-263
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
VINGE@WTPLAW.COM

Case 19-12809-JKS    Doc 1708    Filed 11/14/23    Entered 11/14/23 17:01:27    Desc Main
Document      Page 5 of 24

New England Motor Freight, Inc., et al.
Electronic Mail
**Exhibit Page**

000173P002-1413S-263
WHITEFORD TAYLOR PRESTON LLP
JOSHUA D STIFF
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
JSTIFF@WTPLAW.COM

Records Printed :   **25**

# EXHIBIT 2

000163P001-1413S-263
DAVID METH,ESQ
200 DANIELS WAY STE 240
FREEHOLD NJ 07728

044489P004-1413A-263
HAROLD WILLIAMS
EFFAT HUSSAIN
FRIEDMAN & HOULDING LLP
1050 SEVEN OAKS LANE
MAMARONECK NY 10543

000064P002-1413S-263
TROUTMAN SANDERS LLP
LOUIS A CURCIO, ESQ
875 THIRD AVE
NEW YORK NY 10022

000065P003-1413S-263
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA;ALISSA K PICCIONE
875 THIRD AVE
NEW YORK NY 10022

000158P001-1413S-263
WILLIAM & TERRY ECKER
5322 WHEELER RD
JORDAN NY 13080

Records Printed :  **5**

# EXHIBIT 3

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 12, 2023 at 10:00 a.m. (ET)**<br>**Obj. Deadline: December 5, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:  ARCH INDEMNITY INSURANCE CO
FRANCINE PETROSINO
HARBORSIDE 3
210 HUDSON ST STE 300
JERSEY CITY, NJ 07311

On November 10, 2023, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim for the reasons set forth in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 5, 2023 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/10/2023 214862139.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 12, 2023 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood may permit parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day before the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 12, 2023 at 10:00 a.m. (ET)** **Obj. Deadline: December 5, 2023 at 4:00 p.m. (ET)** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:  ARCH SPECIALTY INSURANCE CO
     FRANCINE PETROSINO
     HARBORSIDE 3
     210 HUDSON ST STE 300
     JERSEY CITY, NJ 07311-1107

On November 10, 2023, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim for the reasons set forth in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 5, 2023 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/10/2023 214862139.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 12, 2023 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood may permit parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day before the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 12, 2023 at 10:00 a.m. (ET)**<br>**Obj. Deadline: December 5, 2023 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:  CONNECTICUT INSURANCE GUARANTY
       ASSOCIATION
       ANDREW SHEPLEY
       ONE BOWDOIN SQUARE
       BOSTON, MA 02114

On November 10, 2023, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim for the reasons set forth in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 5, 2023 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/10/2023 214862139.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 12, 2023 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood may permit parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day before the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 12, 2023 at 10:00 a.m. (ET)**<br>**Obj. Deadline: December 5, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:  HAROLD WILLIAMS
      EFFAT HUSSAIN
      1050 SEVEN OAKS LANE
      MAMARONECK, NY 10543

On November 10, 2023, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim for the reasons set forth in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 5, 2023 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 12, 2023 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood may permit parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day before the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 12, 2023 at 10:00 a.m. (ET)**<br>**Obj. Deadline: December 5, 2023 at 4:00 p.m. (ET)** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:  LIBERTY MUTUAL INSURANCE
     CHRISTINE MCCARTHY
     13 RIVERSIDE RD
     MS 02BS
     WESTON, MA 02493

On November 10, 2023, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim for the reasons set forth in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 5, 2023 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 12, 2023 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood may permit parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day before the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 12, 2023 at 10:00 a.m. (ET)**<br>**Obj. Deadline: December 5, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:  LIBERTY MUTUAL INSURANCE
     JULIUS GAUTHIER
     100 LIBERTY WAY
     DOVER, NH 03820

On November 10, 2023, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim for the reasons set forth in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 5, 2023 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 12, 2023 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood may permit parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day before the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 12, 2023 at 10:00 a.m. (ET)** |
| | **Obj. Deadline: December 5, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:  ZACHARY TWELE
      1098 LIMA LN
      N HUNTINGDON, PA 15642

On November 10, 2023, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim for the reasons set forth in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 5, 2023 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/10/2023 214862139.1

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Mary E. Seymour, Esq. (mseymour@lowenstein.com), and Michael Papandrea, Esq. (mpapandrea@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 12, 2023 at 10:00 a.m. (ET).**[3]

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] Judge Sherwood may permit parties to appear *via* Court Solutions in lieu of in-person participation. Those who wish to appear *via* Court Solutions should submit their reservation requests to Court Solutions at www.court-solutions.com no later than noon on the day before the hearing so that Judge Sherwood and his staff will know who is appearing in-person and who is appearing on Court Solutions.

# EXHIBIT 4

044506P001-1413A-262
ARCH INDEMNITY INSURANCE CO
FRANCINE PETROSINO
HARBORSIDE 3
210 HUDSON ST STE 300
JERSEY CITY NJ 07311

018834P003-1413A-262
ARCH SPECIALTY INSURANCE CO
FRANCINE PETROSINO
ADDRESS INTENTIONALLY OMITTED

018987P002-1413A-262
CONNECTICUT INSURANCE GUARANTY ASSOCIATION
ANDREW SHEPLEY
ONE BOWDOIN SQUARE
BOSTON MA 02114

044489P003-1413A-262
HAROLD WILLIAMS
EFFAT HUSSAIN
1050 SEVEN OAKS LANE
MAMARONECK NY 10543

019382P001-1413A-262
LIBERTY MUTUAL INSURANCE
CHRISTINE MCCARTHY
ADDRESS INTENTIONALLY OMITTED

044453P002-1413A-262
LIBERTY MUTUAL INSURANCE
JULIUS GAUTHIER
100 LIBERTY WAY
DOVER NH 03820

003430P001-1413A-262
ZACHARY TWELE
ADDRESS INTENTIONALLY OMITTED

Records Printed :   **7**