**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| NEW ENGLAND MOTOR FREIGHT, INC., et al ) | Case No. 19-12809(JKS) |
| ) | |
| ) | (Jointly Administered) |
| Debtors ) | |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned hereby notifies the court of the change of address for DONLIN, RECANO & COMPANY, INC., Claims and Noticing Agent for the above noted case as follows:

**OLD ADDRESS**

6201 15th Avenue
Brooklyn, NY 11219

**NEW ADDRESS**

c/o Equiniti
48 Wall Street, 22nd Fl
New York, NY 10005

Dated:  November 1, 2023

Respectfully Submitted,

/s/ *Lillian Jordan*_____
**Lillian Jordan**
**Supervisor**
**Operations Department**
**DONLIN RECANO & COMPANY, INC.**
**c/o Equiniti**
**48 Wall Street, 22nd Fl**
**New York, NY 10005**
**Telephone: (212) 481-1411**
**Direct:  (212) 771-1121**

**APPOINTED CLAIMS AGENT TO THE DEBTORS**