UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | Hearing Date: <u>December 12, 2023 at 10:00 a.m. (ET)</u> |

## ADJOURNMENT REQUEST

1.    I, <u>Michael Papandrea</u>, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above referenced chapter 11 cases (the "<u>Liquidating Trustee</u>"), hereby request an adjournment of the following matters for the reasons set forth below:

- Matter: *The Liquidating Trustee's Eleventh Omnibus Objection To Certain Claims As (I) Late Filed, (II) Satisfied, Or (III) Lacking Support* [Docket No. 1699], solely with respect to Claim No. 986 of Harold Williams and Claim Nos. 824 and 101006 of Liberty Mutual.

   Current Hearing Date:                <u>December 12, 2023 at 10:00 a.m. (ET).</u>

   New Hearing Date Requested:          <u>January 23, 2024 at 10:00 a.m. (ET).</u>

   New Objection Deadline Requested: <u>January 16, 2024.</u>

   New Reply Deadline Requested:        <u>January 19, 2024.</u>

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Reason for adjournment request:    The parties are in discussions regarding a potential consensual resolution of the claim.

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: December 11, 2023                         /s/ Michael Papandrea
                                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted               New hearing date:    Jan 23, 2024 @ 10:00    ☐ Peremptory

☐ Granted over objection(s)    New hearing date:                          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**