

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Michael Papandrea, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Liquidating Trustee* | Order Filed on December 20, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

### ORDER SUSTAINING THE LIQUIDATING TRUSTEE'S TWELFTH OMNIBUS OBJECTION TO CERTAIN (I) SUPERSEDED CLAIMS AND (II) DUPLICATIVE CLAIMS

The relief set forth on the following pages, numbered two (2) through three (3), and Exhibit A and Exhibit B, is hereby **ORDERED**.

**DATED: December 20, 2023**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 Cases (as defined herein) and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/3
12/18/2023 214922865.1

Page:     2
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Sustaining the Liquidating Trustee's Twelfth Omnibus Objection to Certain Claims (I) Superseded Claims and (II) Duplicative Claims

---

Upon the twelfth omnibus objection (the "Omnibus Objection")[2] of the Liquidating Trustee in the above-captioned Chapter 11 Cases seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2, disallowing and expunging the Superseded Claims listed on Exhibit A to this Order and the Duplicative Claims listed on Exhibit B to this Order for the reasons set forth in the Omnibus Objection; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the Liquidating Trustee, their estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.      The Omnibus Objection is SUSTAINED as set forth herein.

2.      The Superseded Claims listed on Exhibit A to this Order and the Duplicative Claims listed on Exhibit B to this Order are hereby disallowed and expunged in their entirety.

3.      For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Liquidating Trustee, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the Liquidating Trustee' rights to dispute any claim on any grounds, including with respect to

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

-2-

Page:     3
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Sustaining the Liquidating Trustee's Twelfth Omnibus Objection to Certain Claims (I) Superseded Claims and (II) Duplicative Claims

---

the "Amended Claims" and "Surviving Claims" listed on Exhibit A and Exhibit B to this Order, respectively.

4.  The Liquidating Trustee, its claims and noticing agent (Donlin Recano and Company, Inc.), and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

5.  The objection to each claim addressed in the Omnibus Objection and as set forth on Exhibit A and Exhibit B attached hereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

6.  The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

7.  Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.  The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

## EXHIBIT A

### AMENDED CLAIMS PER CLAIM AGENT

| Debtor Name | Creditor Name & Address | Amended Claim | | | | | | | Amending Claim | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total Claim Amount | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total Claim Amount |
| NEW ENGLAND MOTOR FREIGHT, INC. | AL WARREN OIL CO INC<br>JEROME A PISZCZOR<br>P O BOX 2279<br>HAMMOND, IN 46323 | 598 | 5/28/2019 | $ - | $ - | $ - | $ 2,462 | $ 2,462 | 1178 | 6/20/2019 | $ - | $ - | $ - | $ 14,592 | $ 14,592 |
| NEW ENGLAND MOTOR FREIGHT, INC. | AMTRAK<br>SOPHIA REE<br>LANDMAN CORSI BALLAINE AND FORD PC<br>120 BRAODWAY 13TH FL<br>NEW YORK, NY 10271 | 895 | 6/14/2019 | $ - | $ - | $ - | $ 18,025 | $ 18,025 | 1107 | 6/18/2019 | $ - | $ - | $ - | $ 26,159 | $ 26,159 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ARAMARK UNIFORM AND CAREER APPAREL LLC<br>FKA ARAMARK UNIFORM AND CAREER APPAREL INC<br>HAWLEY TROXELL ENNIS AND HAWLEY LLP, PO BOX 1617 BOISE ID | 113 | 4/3/2019 | $ - | $ - | $ 29,732 | $ 5,715 | $ 35,448 | 1300 | 9/9/2019 | $ - | $ - | $ - | $ 5,715 | $ 5,715 |
| NEW ENGLAND MOTOR FREIGHT, INC. | BRIGGS*HOWARD<br>6 BICENTENNIAL WAY<br>N. PROVIDENCE, RI 02911 | 770 | 6/10/2019 | $ - | $ - | $ - | $ - | $ - | 1321 | 11/29/2019 | $ - | $ - | $ - | $ 25,000 | $ 25,000 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ERIE INSURANCE EXCHANGE<br>SECOND LOOK INC<br>360 MOTOR PKWY STE 500<br>HAUPPAUGE, NY 11788 | 823 | 6/10/2019 | $ - | $ - | $ - | $ 8,215 | $ 8,215 | 822 | 6/10/2019 | $ - | $ - | $ - | $ 8,215 | $ 8,215 |
| NEW ENGLAND MOTOR FREIGHT, INC. | FL- DEPT OF REVENUE<br>FREDERICK F RUDZIK ESQ<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | 3 | 2/19/2019 | $ - | $ - | $ 2,013 | $ 128 | $ 2,141 | 1324 | 12/6/2019 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | GLADIEUX TRADING AND MARKETING CO LP<br>COFACE NORTH AMERICA INS CO<br>AMY SCHMIDT<br>650 COLLEGE RD EAST, PRINCETON NJ 08540 | 38 | 3/12/2019 | $ - | $ - | $ - | $ 35,632 | $ 35,632 | 992 | 6/17/2019 | $ - | $ 35,216 | $ - | $ 416 | $ 35,632 |
| NEW ENGLAND MOTOR FREIGHT, INC. | GOODALL*JANICE A<br>MAYNARD OCONNOR SMITH AND CATALINOTTO LLP<br>JUSTIN W GRAY ESQ<br>6 TOWER PL<br>ALBANY, NY 12203 | 1122 | 6/18/2019 | $ - | $ - | $ - | $ 500,000 | $ 500,000 | 1248 | 7/24/2019 | $ - | $ - | $ - | $ 1 | $ 1 |
| NEW ENGLAND MOTOR FREIGHT, INC. | GOODALL*JANICE A<br>MAYNARD OCONNOR SMITH AND CATALINOTTO LLP<br>JUSTIN W GRAY ESQ<br>6 TOWER PL, ALBANY NY 12203 | 249 | 5/9/2019 | $ - | $ - | $ - | $ - | $ - | 1122 | 6/18/2019 | $ - | $ - | $ - | $ 500,000 | $ 500,000 |
| NEW ENGLAND MOTOR FREIGHT, INC. | IRS- DEPT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>230 S DEARBORN ST<br>CHICAGO, IL 60604-1688 | 1212 | 7/1/2019 | $ - | $ 24,487 | $ - | $ - | $ 24,487 | 1277 | 8/15/2019 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | IRS- DEPT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | 144 | 4/9/2019 | $ - | $ - | $ 219 | $ 530 | $ 749 | 1312 | 11/22/2019 | $ - | $ - | $ - | $ - | $ - |

**EXHIBIT A**

**AMENDED CLAIMS PER CLAIM AGENT**

| Debtor Name | Creditor Name & Address | Amended Claim | | | | | | | Amending Claim | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total Claim Amount | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total Claim Amount |
| EASTERN FREIGHT WAYS, INC. | IRS- DEPT OF THE TREASURY INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101 | 184 | 4/18/2019 | $ - | $ - | $ 1,712 | $ 618 | $ 2,329 | 1313 | 11/22/2019 | $ - | $ - | $ - | $ 618 | $ 618 |
| APEX LOGISTICS, INC. | IRS- DEPT OF THE TREASURY INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101 | 185 | 4/16/2019 | $ - | $ - | $ 200 | $ - | $ 200 | 1314 | 11/22/2019 | $ - | $ - | $ - | $ - | $ - |
| CARRIER INDUSTRIES, INC. | IRS- DEPT OF THE TREASURY INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101 | 186 | 4/16/2019 | $ - | $ - | $ 700 | $ - | $ 700 | 1315 | 11/22/2019 | $ - | $ - | $ - | $ - | $ - |
| NEMF LOGISTICS, LLC | IRS- DEPT OF THE TREASURY INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101 | 187 | 4/18/2019 | $ - | $ - | $ 630 | $ - | $ 630 | 1316 | 11/22/2019 | $ - | $ - | $ - | $ - | $ - |
| JANS LEASING CORP. | IRS- DEPT OF THE TREASURY INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101 | 188 | 4/17/2019 | $ - | $ - | $ - | $ 390 | $ 390 | 1317 | 11/22/2019 | $ - | $ - | $ - | $ - | $ - |
| NEMF WORLD TRANSPORT, INC. | IRS- DEPT OF THE TREASURY INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101 | 189 | 4/18/2019 | $ - | $ - | $ 210 | $ - | $ 210 | 1318 | 11/22/2019 | $ - | $ - | $ - | $ - | $ - |
| EASTERN FREIGHT WAYS, INC. | IRS- DEPT OF THE TREASURY INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101 | 221 | 4/26/2019 | $ - | $ - | $ 210 | $ 618 | $ 828 | 1313 | 11/22/2019 | $ - | $ - | $ - | $ 618 | $ 618 |
| CARRIER INDUSTRIES, INC. | IRS- DEPT OF THE TREASURY INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101 | 222 | 4/26/2019 | $ - | $ - | $ 200 | $ - | $ 200 | 1315 | 11/22/2019 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | J M H ASSOCIATES KARYN L REBER-HUMMER 5060 RITTER RD STE C3 MECHANICSBURG, PA 17055-6774 | 448 | 5/21/2019 | $ - | $ - | $ - | $ 7,480 | $ 7,480 | 1299 | 9/9/2019 | $ - | $ - | $ - | $ 2,813 | $ 2,813 |
| NEW ENGLAND MOTOR FREIGHT, INC. | JALIL WALTERS AND RASHEEDA CARTER MCMANIMON SCOTLAND AND BAUMANN LLC 75 LIVINGSTON AVE 2ND FL ROSELAND, NJ 07068 | 139 | 3/28/2019 | $ - | $ - | $ - | $ - | $ - | 267 | 5/9/2019 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | LEAF CAPITAL FUNDING LLC LEGAL DEPT 2005 MARKET ST 14TH FL PHILADELPHIA, PA 19103 | 1182 | 6/17/2019 | $ - | $ - | $ - | $ 9,516 | $ 9,516 | 1364 | 12/7/2020 | $ - | $ - | $ - | $ 7,828 | $ 7,828 |
| NEW ENGLAND MOTOR FREIGHT, INC. | LINCOLN AUTOMOTIVE FINANCIAL SVCS AKA CAB EAST LLC DEBORAH EISENHAUER PO BOX 62180 COLORADO SPRINGS, CO 80962-4400 | 1 | 2/14/2019 | $ - | $ - | $ - | $ 2,246 | $ 2,246 | 670 | 6/4/2019 | $ - | $ - | $ - | $ 399 | $ 399 |
| NEW ENGLAND MOTOR FREIGHT, INC. | LINCOLN AUTOMOTIVE FINANCIAL SVCS AKA CAB EAST LLC DEBORAH EISENHAUER PO BOX 62180 COLORADO SPRINGS, CO 80962-4400 | 669 | 2/14/2019 | $ - | $ - | $ - | $ 2,246 | $ 2,246 | 670 | 6/4/2019 | $ - | $ - | $ - | $ 399 | $ 399 |

**EXHIBIT A**

**AMENDED CLAIMS PER CLAIM AGENT**

| Debtor Name | Creditor Name & Address | Amended Claim ||||||| Amending Claim |||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total Claim Amount | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total Claim Amount |
| NEW ENGLAND MOTOR FREIGHT, INC. | MANSFIELD OIL CO OF GAINESVILLE INC<br>THOMPSON OBRIEN KEMP & NASUTI PC<br>40 TECHNOLOGY PKWY SOUTH STE 300<br>PEACHTREE CORNERS, GA 30092 | 1115 | 6/18/2019 | $ - | $ 214,598 | $ - | $ 19,973 | $ 234,571 | 1370 | 4/5/2021 | $ - | $ 234,701 | $ - | $ 19,973 | $ 254,674 |
| NEW ENGLAND MOTOR FREIGHT, INC. | MASERGY COMMUNICATIONS INC<br>STEVEN T HOLMES<br>CAVAZOS HENDRICKS POIROT PC<br>900 JACKSON STREET STE 570<br>DALLAS, TX 75202 | 1125 | 6/18/2019 | $ - | $ - | $ - | $ 24,217 | $ 24,217 | 1353 | 3/9/2020 | $ - | $ - | $ - | $ 1,206,944 | $ 1,206,944 |
| EASTERN FREIGHT WAYS, INC. | MCNEIL*ANTHONY<br>BUTTAFUOCO AND ASSOCIATES PLLC<br>DANIEL P BUTTAFUOCO<br>144 WOODBURY RD, WOODBURY NY 11797 | 164 | 4/16/2019 | $ - | $ - | $ - | $ 5,000,000 | $ 5,000,000 | 165 | 4/16/2019 | $ - | $ - | $ - | $ 5,000,000 | $ 5,000,000 |
| NEW ENGLAND MOTOR FREIGHT, INC. | MICHELIN NORTH AMERICA INC<br>LESLIE MCCAULEY<br>MICHELIN NORTH AMERICA INC<br>ONE PARKWAY SOUTH, GREENVILLE SC 29615 | 124 | 4/5/2019 | $ - | $ - | $ - | $ 98,877 | $ 98,877 | 125 | 4/5/2019 | $ - | $ - | $ - | $ 98,877 | $ 98,877 |
| NEW ENGLAND MOTOR FREIGHT, INC. | MILLER BROTHERS FURNITURE INC<br>MATTHEW B TALADAY<br>PO BOX 487<br>DUBOIS, PA 15801 | 685 | 6/3/2019 | $ - | $ - | $ - | $ 13,500 | $ 13,500 | 714 | 5/28/2019 | $ - | $ - | $ - | $ 13,500 | $ 13,500 |
| NEW ENGLAND MOTOR FREIGHT, INC. | MILLER BROTHERS FURNITURE INC<br>MATTHEW B TALADAY<br>PO BOX 487<br>DUBOIS, PA 15801 | 1196 | 5/17/2019 | $ - | $ - | $ - | $ 13,500 | $ 13,500 | 714 | 5/28/2019 | $ - | $ - | $ - | $ 13,500 | $ 13,500 |
| NEW ENGLAND MOTOR FREIGHT, INC. | NEW YORK STATE THRUWAY AUTHORITY<br>KATHLEEN CLARK<br>PO BOX 189<br>200 SOUTHERN BLVD, ALBANY NY 12201-0189 | 163 | 4/16/2019 | $ - | $ - | $ - | $ 4,138,019 | $ 4,138,019 | 167 | 4/17/2019 | $ - | $ - | $ - | $ 41,380 | $ 41,380 |
| NEW ENGLAND MOTOR FREIGHT, INC. | NEW YORK STATE THRUWAY AUTHORITY<br>KATHLEEN CLARK<br>PO BOX 189<br>200 SOUTHERN BLVD, ALBANY NY 12201-0189 | 166 | 4/17/2019 | $ - | $ - | $ - | $ 4,138,019 | $ 4,138,019 | 167 | 4/17/2019 | $ - | $ - | $ - | $ 41,380 | $ 41,380 |
| NEW ENGLAND MOTOR FREIGHT, INC. | NICKS TOWING SVC INC<br>NICOLAS F TESTA<br>158 E PASSAIC AVE<br>RUTHERFORD, NJ 07070 | 775 | 6/10/2019 | $ - | $ 1,505 | $ - | $ 1,647 | $ 3,151 | 777 | 6/10/2019 | $ - | $ 1,505 | $ - | $ 1,647 | $ 3,151 |
| NEW ENGLAND MOTOR FREIGHT, INC. | NORTHLAND INSURANCE CO<br>MARY WHITEHILL<br>PO BOX 5076<br>HARTFORD, CT 06102 | 833 | 6/12/2019 | $ - | $ - | $ - | $ 74,788 | $ 74,788 | 1116 | 6/18/2019 | $ - | $ - | $ - | $ 76,257 | $ 76,257 |
| APEX LOGISTICS, INC. | NYS- DEPT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 49 | 2/25/2019 | $ 3,208 | $ - | $ - | $ - | $ 3,208 | 1215 | 7/3/2019 | $ 3,208 | $ - | $ 8,648 | $ - | $ 11,856 |

## EXHIBIT A

### AMENDED CLAIMS PER CLAIM AGENT

| Debtor Name | Creditor Name & Address | Amended Claim ||||||| Amending Claim |||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total Claim Amount | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total Claim Amount |
| NEW ENGLAND MOTOR FREIGHT, INC. | NYS- DEPT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 1325 | 7/22/2019 | $ - | $ - | $ 170,777 | $ 694,327 | $ 865,104 | 1332 | 1/15/2020 | $ - | $ - | $ 65,399 | $ - | $ 65,399 |
| NEW ENGLAND MOTOR FREIGHT, INC. | NYS- DEPT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 1329 | 12/27/2019 | $ - | $ - | $ 90,268 | $ 348,473 | $ 438,741 | 1332 | 1/15/2020 | $ - | $ - | $ - | $ 343,007 | $ 343,007 |
| NEW ENGLAND MOTOR FREIGHT, INC. | PA- DEPT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 519 | 5/15/2019 | $ - | $ - | $ 8,059 | $ 486 | $ 8,545 | 1320 | 12/2/2019 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | PA- DEPT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 1237 | 7/1/2019 | $ - | $ - | $ 8,059 | $ 486 | $ 8,545 | 1320 | 12/2/2019 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | PA- DEPT OF REVENUE BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 1311 | 11/13/2019 | $ - | $ - | $ 5,813 | $ 281 | $ 6,094 | 1320 | 12/2/2019 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | PANTOS USA INC FKA HILOGISTICS NJ INC JIEUN JANG 910 SYLVAN AVE ENGLEWOOD CLIFFS, NJ 07632-3306 | 983 | 6/18/2019 | $ - | $ - | $ - | $ 237,934 | $ 237,934 | 1330 | 1/2/2020 | $ - | $ - | $ - | $ 97,058 | $ 97,058 |
| NEW ENGLAND MOTOR FREIGHT, INC. | PETROLEUM TRADERS CORP SCARINCI HOLLENBECK LLC D. EDELBERG 1100 VALLEY BROOK AVE, LYNDHURST NJ 07071 | 27 | 3/4/2019 | $ - | $ 58,616 | $ - | $ - | $ 58,616 | 1372 | 9/29/2021 | $ - | $ - | $ 58,616 | $ - | $ 58,616 |
| UNITED EXPRESS SOLAR, LLC | PSE AND G SOLAR LOAN PROGRAM VILNA GASTON 80 PARK PLZ T5D NEWARK, NJ 07102 | 1099 | 6/18/2019 | $ 103,884 | $ - | $ - | $ - | $ 103,884 | 1102 | 6/18/2019 | $ 103,884 | $ - | $ - | $ - | $ 103,884 |
| NEW ENGLAND MOTOR FREIGHT, INC. | RADIANT POOLS MARILYN SIRCO 440 N PEARL ST ALBANY, NY 12207-1320 | 317 | 5/14/2019 | $ - | $ - | $ - | $ 2,141 | $ 2,141 | 1287 | 8/26/2019 | $ - | $ - | $ - | $ 1,070 | $ 1,070 |
| NEMF WORLD TRANSPORT, INC. | REDSTONE LOGISTICS LLC ERIC FRIEDLANDER 8500 W 110TH ST STE 300 OVERLAND PARK, KS 66210 | 842 | 6/12/2019 | $ - | $ - | $ - | $ 5,900 | $ 5,900 | 1310 | 10/22/2019 | $ - | $ - | $ - | $ 5,900 | $ 5,900 |
| NEW ENGLAND MOTOR FREIGHT, INC. | RI- CITY OF PAWTUCKET TREASURY DEPARTMENT DIANE E WYMAN 137 ROOSEVELT AVE PAWTUCKET, RI 02860 | 1191 | 6/24/2019 | $ - | $ - | $ 68,434 | $ - | $ 68,434 | 1333 | 1/21/2020 | $ - | $ - | $ 585 | $ - | $ 585 |
| EASTERN FREIGHT WAYS, INC. | RINALDI*DANIEL MAYNARD OCONNOR SMITH AND CATALINOTTO LLP JUSTIN W GRAY 6 TOWER PL, ALBANY NY 12203 | 105 | 4/2/2019 | $ - | $ - | $ - | $ - | $ - | 1120 | 6/18/2019 | $ - | $ - | $ - | $ 500,000 | $ 500,000 |

**EXHIBIT A**

**AMENDED CLAIMS PER CLAIM AGENT**

| Debtor Name | Creditor Name & Address | Amended Claim ||||||| Amending Claim |||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total Claim Amount | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total Claim Amount |
| NEMF LOGISTICS, LLC | SAIA MOTOR FREIGHT LINE LLC<br>CLAIMS DEPARTMENT<br>PO BOX A STATION 1<br>HOUMA, LA 70363 | 829 | 6/11/2019 | $ - | $ - | $ - | $ 108,715 | $ 108,715 | 1323 | 12/6/2019 | $ - | $ - | $ - | $ 91,013 | $ 91,013 |
| NEMF LOGISTICS, LLC | SAIA MOTOR FREIGHT LINE LLC<br>M KEVIN MCCARRELL<br>FOX ROTHSCHILD LLP<br>2 WEST WASHINGTON ST STE 1100<br>GREENVILLE, SC 29601 | 1091 | 6/18/2019 | $ - | $ - | $ - | $ 74,733 | $ 74,733 | 1322 | 12/6/2019 | $ - | $ - | $ - | $ 87,614 | $ 87,614 |
| EASTERN FREIGHT WAYS, INC. | SCHNADER HARRISON SEGAL AND LEWIS LLP<br>DANIEL M PEREIRA<br>1600 MARKET ST<br>SUITE 3600<br>PHILADELPHIA, PA 19103 | 653 | 6/5/2019 | $ - | $ - | $ - | $ 1,476 | $ 1,476 | 655 | 6/6/2019 | $ - | $ - | $ - | $ 1,476 | $ 1,476 |
| NEW ENGLAND MOTOR FREIGHT, INC. | SHERWIN WILLIAMS CO* THE<br>LINDA FIOCCA<br>101 PROSPECT AVE<br>720 GUILDHALL<br>CLEVELAND, OH 44115-1093 | 921 | 6/14/2019 | $ - | $ - | $ - | $ 15,276 | $ 15,276 | 1305 | 9/30/2019 | $ - | $ - | $ - | $ 4,464 | $ 4,464 |
| NEW ENGLAND MOTOR FREIGHT, INC. | SHORE BUSINESS SOLUTIONS<br>JEFFREY PRUDEN<br>PO BOX 2428<br>FARMINGDALE, NJ 07727 | 7 | 2/19/2019 | $ - | $ - | $ - | $ 368 | $ 368 | 393 | 5/17/2019 | $ - | $ - | $ - | $ 1,519 | $ 1,519 |
| NEW ENGLAND MOTOR FREIGHT, INC. | SIMPLE TRANSPORTATION INC<br>DONALD W MACKEY<br>432 E MAJOR DR<br>NORTHLAKE, IL 60164 | 22 | 2/28/2019 | $ - | $ - | $ 9,991 | $ - | $ 9,991 | 224 | 4/29/2019 | $ - | $ - | $ - | $ 14,665 | $ 14,665 |
| NEW ENGLAND MOTOR FREIGHT, INC. | SQP INC<br>TECH LOGISTICS<br>300 ELM ST UNIT 1<br>MILFORD, NH 03055-4715 | 169 | 4/19/2019 | $ - | $ - | $ - | $ 80 | $ 80 | 170 | 4/19/2019 | $ - | $ - | $ - | $ 80 | $ 80 |
| NEW ENGLAND MOTOR FREIGHT, INC. | TELESCOPE CASUAL FURNITURE<br>TECH LOGISTICS<br>JENNIFER A BORTNOWSKY<br>300 ELM ST UNIT 1, MILFORD NH 03055-4715 | 180 | 4/19/2019 | $ - | $ - | $ - | $ 1,489 | $ 1,489 | 584 | 5/28/2019 | $ - | $ - | $ - | $ 1,489 | $ 1,489 |
| NEW ENGLAND MOTOR FREIGHT, INC. | TOP DAWG GROUP LLC<br>TONI KOLENO<br>220 EASTVIEW DR STE 102<br>BROOKLYN HEIGHTS, OH 44131 | 2 | 2/14/2019 | $ - | $ - | $ - | $ 8,534 | $ 8,534 | 560 | 5/24/2019 | $ - | $ - | $ - | $ 9,433 | $ 9,433 |
| NEW ENGLAND MOTOR FREIGHT, INC. | WILLIAMS*HAROLD<br>EFFAT HUSSAIN<br>1050 SEVEN OAKS LANE<br>MAMARONECK, NY 10543 | 985 | 6/16/2019 | $ - | $ - | $ - | $ 500,000 | $ 500,000 | 986 | 6/16/2019 | $ - | $ - | $ - | $ 500,000 | $ 500,000 |
| NEW ENGLAND MOTOR FREIGHT, INC. | WOODS* MICHAEL AND ANDREA<br>JASON D BRUSH ESQ<br>9 MILES RD<br>RUTLAND, MA 01543 | 115 | 4/5/2019 | $ - | $ - | $ - | $ 820 | $ 820 | 751 | 6/10/2019 | $ - | $ - | $ - | $ 820 | $ 820 |
| **TOTAL EXPUNGED CLAIM(S):** | | **58 Claim(s)** | | **$ 107,092** | **$ 299,206** | **$ 397,227** | **$ 16,117,876** | **$ 16,921,401** | | | | | | | |

**EXHIBIT B**

**DUPLICATIVE CLAIMS PER CLAIM AGENT**

| | | Duplicative and Superseded Claim ||||||| Superseding Claim |||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtor Name | Creditor Name & Address | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total Claim Amount | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total Claim Amount |
| NEW ENGLAND MOTOR FREIGHT, INC. | DHL GLOBAL SUPPLY CHAIN  JOANNA SPYCHALSKI  570 POLARIS PKWY DEPT 220  WESTERVILLE, OH 43082-7900 | 674 | 5/31/2019 | $ - | $ - | $ - | $ 119 | $ 119 | 518 | 5/24/2019 | $ - | $ - | $ - | $ 119 | $ 119 |
| NEW ENGLAND MOTOR FREIGHT, INC. | DHL GLOBAL SUPPLY CHAIN  JOANNA SPYCHALSKI  570 POLARIS PKWY DEPT 220  WESTERVILLE, OH 43082-7900 | 675 | 5/31/2019 | $ - | $ - | $ - | $ 3,530 | $ 3,530 | 517 | 5/24/2019 | $ - | $ - | $ - | $ 3,530 | $ 3,530 |
| NEW ENGLAND MOTOR FREIGHT, INC. | IPC USA INC  HELEN SURH  4 HUTTON CENTRE DR STE 700  SANTA ANA, CA 92707 | 1128 | 6/18/2019 | $ - | $ 242,855 | $ - | $ - | $ 242,855 | 1127 | 6/18/2019 | $ - | $ 242,855 | $ - | $ - | $ 242,855 |
| NEW ENGLAND MOTOR FREIGHT, INC. | SEABREEZE NORTH CORP  KRISTOPHER IMMEL  RODERICK LINTON BELFANCE LLP  50 S MAIN ST 10TH FLOOR, AKRON OH 44308 | 1035 | 6/17/2019 | $ - | $ 214,978 | $ - | $ - | $ 214,978 | 1034 | 6/17/2019 | $ - | $ 214,978 | $ - | $ - | $ 214,978 |
| NEW ENGLAND MOTOR FREIGHT, INC. | VAG INC  DBA PERFORMANCE LUBRICANTS  GARY R GALATI  7460 LANCASTER PIKE STE 4, HOCKESSIN DE 19707 | 119 | 4/9/2019 | $ - | $ - | $ - | $ 39,352 | $ 39,352 | 215 | 3/12/2019 | $ - | $ - | $ - | $ 39,352 | $ 39,352 |
| NEW ENGLAND MOTOR FREIGHT, INC. | VW CREDIT LEASING LTD  CO VW CREDIT INC  BONIAL AND ASSOCIATES  JASON A COTTRILL, PO BOX 9013  ADDISON TX | 59 | 3/24/2019 | $ 19,980 | $ - | $ - | $ - | $ 19,980 | 56 | 3/24/2019 | $ 19,980 | $ - | $ - | $ - | $ 19,980 |
| **TOTAL EXPUNGED CLAIM(S):** | | 6 Claim(s) | | $ 19,980 | $ 457,833 | $ - | $ 43,001 | $ 520,814 | | | | | | | |