**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                           )  ss:
COUNTY OF NEW YORK  )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 28th day of December, 2023, DRC, at my direction and under my supervision, caused to serve the *Notice of Liquidating Trustee's Motion for Entry of an Order Further Extending the Period Within Which the Liquidating Trustee May Remove Actions* (Docket No. 1710), via electronic mail upon the parties as set forth in Exhibit 1; and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 2nd day of January, 2024, New York, New York.

By _____
Roderick Wong

Sworn before me this
2nd day of January, 2024

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

# EXHIBIT 1

Case 19-12809-JKS    Doc 1711    Filed 01/08/24    Entered 01/08/24 09:36:45    Desc Main
Document    Page 3 of 5

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Page

Page # : 1 of 1                                                                          12/28/2023 02:29:16 PM

| | | | |
|---|---|---|---|
| 000159P001-1413S-266<br>FIRE SAFETY EQUIPMENT SUPPLY<br>DEBBIE A DONIVAN<br>606 WEST RACE ST<br>PO BOX 638<br>MARTINSBURG WV 25402<br>MIDATLANTICFIRE@YAHOO.COM | 000162P001-1413S-266<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>SCOTT J GOLDSTEIN<br>280 WEST MAIN ST<br>DENVILLE NJ 07834<br>SJG@SGOLDSTEINLAW.COM | 000164P002-1413S-266<br>MCCARTER & ENGLISH LLP<br>KATE ROGGIO BUCK,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>KBUCK@MCCARTER.COM | 000165P001-1413S-266<br>MCCARTER & ENGLISH LLP<br>DEIRDRE BURKE,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>DBURKE@MCCARTER.COM |
| 000070P002-1413S-266<br>MCELROY DEUTSCH ET AL<br>GARY D BRESSLER, ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000069P002-1413S-266<br>MCELROY DEUTSCH MULVANEY<br>VIRGINIA T SHEA, ESQ<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM | 000093P003-1413S-266<br>MCMANIMON, SCOTLAND BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000093P003-1413S-266<br>MCMANIMON, SCOTLAND BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM |
| 000174P001-1413S-266<br>OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL<br>JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK NY 10005<br>JESSICA.AGARWAL@AG.NY.GOV | 000096P002-1413S-266<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM | 000096P002-1413S-266<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>MTRENTIN@RIKER.COM | 000096P002-1413S-266<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>AGARRASTEGUI@RIKER.COM |
| 000160P001-1413S-266<br>SANTANDER BANK, N.A.<br>RICHARD WOLBACH<br>200 PARK AVE.,STE 100<br>FLORHAM PARK NJ 07932<br>RICHARD.WOLBACH@SANTANDER.US | 000166P001-1413S-266<br>STEVENS & LEE PC<br>JOHN C KILGANNON,ESQ<br>PRINCETON PIKE CORPORATE CENTER<br>100 LENOX DRIVE STE 200<br>LAWRENCEVILLE NJ 08648<br>JCK@STEVENSLEE.COM | 000167P001-1413S-266<br>STRADLEY RONON STEVENS & YOUNG LLP<br>DEBORAH A REPEROWITZ;DANIEL M PEREIRA<br>457 HADDONFIELD RD STE 100<br>CHERRY HILL NJ 08002<br>DREPEROWITZ@STRADLEY.COM | 000167P001-1413S-266<br>STRADLEY RONON STEVENS & YOUNG LLP<br>DEBORAH A REPEROWITZ;DANIEL M PEREIRA<br>457 HADDONFIELD RD STE 100<br>CHERRY HILL NJ 08002<br>DPEREIRA@STRADLEY.COM |
| 000097P002-1413S-266<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000001P001-1413S-266<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov | 000001P001-1413S-266<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000161P001-1413S-266<br>WEISS & ROSENBLOOM PC<br>ANDREA R KRUGMAN<br>27 UNION SQUARE WEST STE 307<br>NEW YORK NY 10003<br>AMY@WEISSANDROSENBLOOM.COM |
| 000171P001-1413S-266<br>WHITEFORD TAYLOR & PRESTON LLP<br>CHAD J TOMS,ESQ<br>THE RENAISSANCE CENTRE, STE 500<br>405 NORTH KING ST<br>WILMINGTON DE 19801-3700<br>CTOMS@WTPLAW.COM | 000172P001-1413S-266<br>WHITEFORD TAYLOR & PRESTON LLP<br>PAUL M NUSSBAUM;VERNON E INGE JR<br>1021 EAST CARY ST.,STE 1700<br>RICHMOND VA 23219<br>PNUSSBAUM@WTPLAW.COM | 000172P001-1413S-266<br>WHITEFORD TAYLOR & PRESTON LLP<br>PAUL M NUSSBAUM;VERNON E INGE JR<br>1021 EAST CARY ST.,STE 1700<br>RICHMOND VA 23219<br>VINGE@WTPLAW.COM | 000173P002-1413S-266<br>WHITEFORD TAYLOR PRESTON LLP<br>JOSHUA D STIFF<br>1021 EAST CARY ST.,STE 1700<br>RICHMOND VA 23219<br>JSTIFF@WTPLAW.COM |

Records Printed :    24

# EXHIBIT 2

New England Motor Freight, Inc., et al.
Exhibit Page

Page # : 1 of 1                                                                                                                 12/28/2023 02:28:57 PM

| 000163P001-1413S-266 | 000064P002-1413S-266 | 000065P003-1413S-266 | 000158P001-1413S-266 |
|---|---|---|---|
| DAVID METH,ESQ | TROUTMAN SANDERS LLP | TROUTMAN SANDERS LLP | WILLIAM & TERRY ECKER |
| 200 DANIELS WAY STE 240 | LOUIS A CURCIO, ESQ | DAVID A PISCIOTTA;ALISSA K PICCIONE | 5322 WHEELER RD |
| FREEHOLD NJ 07728 | 875 THIRD AVE | 875 THIRD AVE | JORDAN NY 13080 |
|  | NEW YORK NY 10022 | NEW YORK NY 10022 |  |

Records Printed :    4