**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                            )   ss:
COUNTY OF NEW YORK )

I, Delicia A. Chung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 8th day of January 2024, DRC, at my direction and under my supervision, caused a true and accurate copy of the *Notice of Liquidating Trustee's Motion for Entry of an Order (I) Further Extending the Claims Objection Deadline and (II) Extending the Trust Dissolution Date* (Docket No. 1713), to be served via electronic mail upon the parties as set forth in Exhibit 1; and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 16th day of January 2024, New York, New York.

By _____
Delicia A. Chung

Sworn before me this
16th day January 2024

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

NEMF00267

# EXHIBIT 1

Case 19-12809-JKS    Doc 1714    Filed 01/16/24    Entered 01/16/24 17:21:12    Desc Main
Document    Page 4 of 6

New England Motor Freight, Inc., et al.
Electronic Mail
**Exhibit Page**

Page # : 1 of 1                                                                                              01/08/2024 05:53:38 PM

044489P004-1413A-267
HAROLD WILLIAMS
EFFAT HUSSAIN
FRIEDMAN & HOULDING LLP
1050 SEVEN OAKS LANE
MAMARONECK NY 10543
EFFAT@FRIEDMANHOULDINGLLP.COM

044767P001-1413A-267
HAROLD WILLIAMS
FRIEDMAN & HOULDING LLP
JOSH@FRIEDMANHOULDINGLLP.COM

044767P001-1413A-267
HAROLD WILLIAMS
FRIEDMAN & HOULDING LLP
REBECCA@FRIEDMANHOULDINGLLP.COM

044766P001-1413A-267
LIBERTY MUTUAL
MICHAEL CALAWA
MICHAEL.CALAWA@LIBERTYMUTUAL.COM

Records Printed :   4

# EXHIBIT 2

Case 19-12809-JKS    Doc 1714    Filed 01/16/24    Entered 01/16/24 17:21:12    Desc Main
Document      Page 6 of 6

New England Motor Freight, Inc., et al.
Exhibit Page

Page # : 1 of 1                                                                                                                                                01/08/2024 05:53:14 PM

044489P004-1413A-267
HAROLD WILLIAMS
EFFAT HUSSAIN
FRIEDMAN & HOULDING LLP
1050 SEVEN OAKS LANE
MAMARONECK NY 10543

Records Printed : 1