| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Michael Papandrea, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br><br>*Counsel to the Liquidating Trustee* | |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>Hearing Date: March 5, 2024 at 10:00 a.m. (ET) |

# ADJOURNMENT REQUEST

1. I, Michael Papandrea, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above referenced chapter 11 cases (the "Liquidating Trustee"), hereby request an adjournment of the following matters for the reasons set forth below:

- Matter: *The Liquidating Trustee's Eleventh Omnibus Objection To Certain Claims As (I) Late Filed, (II) Satisfied, Or (III) Lacking Support* [Docket No. 1699], solely with respect to Claim No. 986 of Harold Williams and Claim Nos. 824 and 101006 of Liberty Mutual.

　　Current Hearing Date:　　　　　　March 5, 2024 at 10:00 a.m. (ET).

　　New Hearing Date Requested:　　　April 9, 2024 at 10:00 a.m. (ET).

　　New Objection Deadline Requested: April 2, 2024.

　　New Reply Deadline Requested:　　April 5, 2024.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/3
02/28/2024 215606558.1

-2-

Reason for adjournment request:   The parties are in discussions regarding a potential <u>consensual resolution of the claim.</u>

2. Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: <u>February 28, 2024</u>          /s/ *Michael Papandrea*
                                                    Signature

**COURT USE ONLY:**

---

The request for adjournment is:

X ☐ Granted          New hearing date:   <u>4/9/24 @ 10:00</u>          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**