UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WHITEFORD, TAYLOR & PRESTON L.L.P.**
Richard J. Riley, Esq.
Chad J. Toms, Esq.
600 North King Street
Suite 300
Wilmington, Delaware 19801-3700
Telephone:      (302) 357-3253
rriley@whitefordlaw.com
ctoms@whitefordlaw.com

Paul M. Nussbaum, Esq.
Vernon E. Inge, Jr., Esq. (admitted *pro hac vice*)
Joshua D. Stiff, Esq. (admitted *pro hac vice*)
1021 East Cary Street, Suite 2001
Richmond, Virginia 23219
Telephone:      (804) 977-3300
pnussbaum@whitefordlaw.com
vinge@whitefordlaw.com
jstiff@whitefordlaw.com
*Special Litigation Counsel to the Liquidating Trustee*

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF COUNSEL

*To the Clerk of this Court and All Parties of Record:*

**PLEASE TAKE NOTICE** on May 19, 2021, the Bankruptcy Court entered the *Order for Admission Pro Hac Vice* for Vernon E. Inge, Jr., [Docket No. 1529], in the above-captioned

---

[1] The "**Debtors**" in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

bankruptcy proceeding, as counsel on behalf of Special Litigation Counsel to Plaintiff, Kevin P. Clancy, Liquidating Trustee ("Mr. Clancy").

**PLEASE TAKE FURTHER NOTICE** pursuant to Rule 9010-2 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, Vernon E. Inge, Jr., hereby withdraws as counsel of record on behalf of Mr. Clancy.

**PLEASE TAKE FURTHER NOTICE** that Paul M. Nussbaum, Richard W. Riley, Chad J. Toms, and Joshua D. Stiff of Whiteford, Taylor & Preston L.L.P. have each previously noted their appearance as counsel for Mr. Clancy and will continue to represent Mr. Clancy in this matter.

Dated: September 27, 2024

**WHITEFORD, TAYLOR & PRESTON L.L.P.**

*/s/ Richard W. Riley*
Richard W. Riley, Esq.
Chad J. Toms, Esq.
600 North King Street
Suite 300
Wilmington, Delaware 19801-3700
Telephone:     (302) 357-3253
rriley@whitefordlaw.com
ctoms@whitefordlaw.com

Paul M. Nussbaum, Esq.
Vernon E. Inge, Jr., Esq. (*admitted pro hac vice*)
Joshua D. Stiff, Esq. (*admitted pro hac vice*)
1021 East Cary Street, Suite 2001
Richmond, Virginia 23219
Telephone:     (804) 977-3300
pnussbaum@whitefordlaw.com
vinge@whitefordlaw.com
jstiff@whitefordlaw.com

*Special Litigation Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WHITEFORD, TAYLOR & PRESTON L.L.P.**
Richard J. Riley, Esq.
Chad J. Toms, Esq.
600 North King Street
Suite 300
Wilmington, Delaware 19801-3700
Telephone:      (302) 357-3253
rriley@whitefordlaw.com
ctoms@whitefordlaw.com

Paul M. Nussbaum, Esq.
Vernon E. Inge, Jr., Esq. (admitted *pro hac vice*)
Joshua D. Stiff, Esq. (admitted *pro hac vice*)
1021 East Cary Street, Suite 2001
Richmond, Virginia 23219
Telephone:      (804) 977-3300
pnussbaum@whitefordlaw.com
vinge@whitefordlaw.com
jstiff@whitefordlaw.com
*Special Litigation Counsel to the Liquidating Trustee*

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1.      I, Christopher Lano, am a paralegal employed by the law firm of Whiteford, Taylor & Preston L.L.P., special litigation counsel to Plaintiff, Kevin P. Clancy, Liquidating Trustee.

---

[1]    The "**Debtors**" in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2.  On September 27, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- *Notice of Withdrawal of Counsel*

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 27, 2024

**WHITEFORD, TAYLOR & PRESTON L.L.P.**

*/s/ Christopher Lano*
Christopher Lano

Richard J. Riley, Esq.
Chad J. Toms, Esq.
600 North King Street
Suite 300
Wilmington, Delaware 19801-3700
Telephone:  (302) 357-3253
rriley@whitefordlaw.com
ctoms@whitefordlaw.com

Paul M. Nussbaum, Esq.
Vernon E. Inge, Jr., Esq. (admitted *pro hac vice*)
Joshua D. Stiff, Esq. (admitted *pro hac vice*)
1021 East Cary Street, Suite 2001
Richmond, Virginia 23219
Telephone:  (804) 977-3300
pnussbaum@whitefordlaw.com
vinge@whitefordlaw.com
jstiff@whitefordlaw.com

*Special Litigation Counsel to the Liquidating Trustee*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service | |
|---|---|---|---|
| I hereby certify that on this 27th day of September, 2024, a copy of the foregoing *Notice of Withdrawal of Counsel* was filed and served *via* the Court's Electronic Case Filing System on all parties receiving such notification. | *See* docket for parties in this case. |   | Hand-delivered |
|  |  |   | Regular mail |
|  |  |   | Certified mail/RR |
|  |  | **X** | Other: **Court's ECF System** (As authorized by the Court or by rule. Cite the rule if applicable.) |

*13699362*