# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

## NOTICE OF NAME CHANGE FOR CLAIMS/NOTICING AGENT AND ADMINISTRATIVE ADVISOR

NOTICE IS HEREBY GIVEN that **DONLIN, RECANO & COMPANY, INC.** has changed its name to **DONLIN, RECANO & COMPANY, LLC** effective immediately. The physical address, mailing address, telephone and fax numbers shall remain the same.

**Dated:** January 10, 2025

**Respectfully Submitted,**

Lillian Jordan
Supervisor
Operations Department
DONLIN RECANO & COMPANY, LLC.
c/o Equiniti
48 Wall Street, 22nd Fl
New York, NY 10005
Telephone: (212) 481-1411
Direct: (212) 771-1121

APPOINTED CLAIMS/NOTICING
AGENT AND ADMINISTRATIVE
ADVISOR TO THE DEBTORS

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

