

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Jeffrey Cohen, Esq.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br><br>-and-<br><br>Michael Papandrea, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br><br>*Counsel to the Liquidating Trustee* |

Order Filed on February 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

## ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE AND TRUST DISSOLUTION DATE

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: February 25, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:     2
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  *Order Extending the Claims Objection Deadline and Trust Dissolution Date*

---

Upon the motion (the "Motion")[2] of the Liquidating Trustee appointed in the above-captioned Chapter 11 Cases seeking entry of an order, pursuant to sections 105(a) and 1142 of the Bankruptcy Code, Bankruptcy Rules 3020(d), Local Rule 3007-1(c), Articles I.B.27., VII.A.10., and VIII.C. of the Plan, Article 12.1 of the Liquidating Trust Agreement, and the Prior Order, as applicable, extending the Claims Objection Deadline and Trust Dissolution Date through and including December 31, 2025, without prejudice to the Liquidating Trustee's right to seek further extensions of the Claims Objection Deadline and Trust Dissolution Date; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Motion is in the best interests of the Debtors, their estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Claims Objection Deadline (as defined in the Plan) is hereby extended through and including December 31, 2025, without prejudice to the Liquidating Trustee's right to seek further extensions of such Claims Objection Deadline.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Page:     3
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  *Order Extending the Claims Objection Deadline and Trust Dissolution Date*

---

3. The Trust Dissolution Date (as defined in the Motion) is hereby extended through and including December 31, 2025, without prejudice to the Liquidating Trustee's right to seek further extensions of such Trust Dissolution Date. The Plan and Liquidating Trust Agreement are hereby deemed modified to the extent necessary to be consistent with this Order with respect to the Trust Dissolution Date.

4. Upon the filing of a motion seeking a further extension of the Claims Objection Deadline and/or the Trust Dissolution Date, the Claims Objection Deadline and/or Trust Dissolution Date, as applicable, shall be automatically extended (without further order of the Court) through the date on which the Court enters an order on such motion(s). Notwithstanding anything to the contrary in the Plan, Liquidating Trust Agreement, or any order entered in these Chapter 11 Cases, a motion to extend the Claims Objection Deadline and/or Trust Dissolution Date may be filed at any time prior to the expiration of the Claims Objection Deadline and/or Trust Dissolution Date, as applicable.

5. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

6. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. Notwithstanding the applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.