**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1] | Case No. 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

The undersigned hereby notifies the court of the change of address for DONLIN, RECANO & COMPANY, LLC., Claims and Noticing Agent for the above noted case as follows:

**OLD ADDRESS**

c/o Equiniti
48 Wall Street 22nd Floor
New York, NY 10005

**NEW ADDRESS**

c/o Angeion Group
200 Vesey Street, 24th Floor
New York, NY 10281

Dated: March 31, 2025

Respectfully Submitted,

/s/ *Lillian Jordan*

**Lillian Jordan**
**Supervisor**
**Operations Department**
**DONLIN RECANO & COMPANY, LLC**
**c/o Angeion Group**
**200 Vesey Street, 24th Floor**
**New York, NY 10281**
**Telephone: (212) 481-1411**
**Direct: (212) 771-1121**

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).