# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: New England Motor Freight, Inc., et al. | CHAPTER 11 |
| | CASE NO. 19-12809 (JKS) |
| DEBTORS. | |

## LIQUIDATING TRUSTEE'S POST-EFFECTIVE DATE QUARTERLY REPORT

**FOR THE PERIOD**
FROM July 1, 2025     TO September 30, 2025

Comes now Kevin P. Clancy (the "Liquidating Trustee"), solely in his capacity as Liquidating Trustee pursuant to the *Debtors' and Official Committee of Unsecured Creditors' Third Amended Joint Combined Plan of Liquidating and Disclosure Statement* (the "Plan") [Docket No. 1023],* who hereby files this Post-Effective Date Quarterly Report on behalf of the Debtors and in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

**Notes and Explanations to PCR for the period ended September 30, 2025 regarding status of claim recoveries reported under Part 3 of the PCR:**

[a]  The Liquidating Trustee commenced initial distributions to holders of allowed general unsecured claims against the estates of the Consolidated Eastern Debtors and the Consolidated NEMF Debtors in March 2020 and December 2020, respectively [see Docket No. 1336]. The initial distributions (and any potential further distributions) are being made on a rolling basis as the Liquidating Trustee reconciles claims and gathers the necessary documentation to make such distributions.

[b]  The Liquidating Trustee has continued to focus on the review and reconciliation of the numerous proofs of claims filed in the Chapter 11 Cases and the pursuit of potential sources of recovery for the benefit of the Liquidating Trust Beneficiaries.  Although the Liquidating Trustee's review of the remaining unresolved claims asserted in the Chapter 11 Cases is nearly complete, the Liquidating Trustee continues to review and may assert additional objections to claims. The Liquidating Trustee also continues to pursue potential sources of recovery.  The ultimate outcome of these processes will determine the amounts available for distribution to holders of allowed claims under the Plan (and therefore such amounts remain subject to further review and change).

[c]  The Liquidating Trustee cannot determine with certainty the timing for seeking a Final Decree.  For the avoidance of doubt, the date reflected in Part 4 of the quarterly reports remains subject to change depending on the circumstances of the Chapter 11 Cases.

Signed: *Kevin Clancy*     Date: October 21, 2025

Kevin P. Clancy, Liquidating Trustee
Print Name

Liquidating Trustee's Address:
Kevin P. Clancy
CohnReznick LLP
14 Sylvan Way
Parsippany, New Jersey  07054
kevin.clancy@cohnreznick.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF  NEW JERSEY

| | |
|---|---|
| In re:  Eastern Freight Ways, Inc., et al  §<br>§<br>§<br>Debtor(s)  § | Case No.  19-12812<br>Lead Case No.  19-12809<br>☒ Jointly Administered |

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2025

Petition Date: 02/11/2019

Plan Confirmed Date: 01/15/2020

Plan Effective Date: 02/03/2020

This Post-confirmation Report relates to: ○ Reorganized Debtor

⦿ Other Authorized Party or Entity:  Liquidating Trust of Consolidated Eastern

Name of Authorized Party or Entity

/s/ Kevin Clancy

Signature of Responsible Party

10/21/2025

Date

Kevin P. Clancy, Liquidating Trustee

Printed Name of Responsible Party

CohnReznick LLP
14 Sylvan Way
Parsippany, New Jersey 07054

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)

1

Debtor's Name Eastern Freight Ways, Inc., et al    Case No. 19-12812

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $4,983,290 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $4,983,290 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | $0 | $1,206,147 | $0 | $1,206,147 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | Gibbons P.C. | Lead Counsel | $0 | $546,275 | $0 | $546,275 |
| ii | Phoenix Management Serv, Inc | Financial Professional | $0 | $410,907 | $0 | $410,907 |
| iii | Wasserman, Jurista & Stolz P.C | Special Counsel | $0 | $11,238 | $0 | $11,238 |
| iv | Whiteford Taylor & Preston LL | Special Counsel | $0 | $4,265 | $0 | $4,265 |
| v | Akerman LLP | Special Counsel | $0 | $8,891 | $0 | $8,891 |
| vi | Donlin Recano & Company Inc | Other | $0 | $11,864 | $0 | $11,864 |
| vii | Donlin Recano & Company Inc | Other | $0 | $116,701 | $0 | $116,701 |
| viii | U.S. TRUSTEE | Other | $0 | $96,006 | $0 | $96,006 |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Eastern Freight Ways, Inc., et al    Case No. 19-12812

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Eastern Freight Ways, Inc., et al    Case No. 19-12812

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | $0 | $52,054 | $0 | $52,054 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | WithumSmith+Brown | Financial Professional | $0 | $46,435 | $0 | $46,435 |
| | ii | Deloitte Consulting LLP | Financial Professional | $0 | $3,863 | $0 | $3,863 |
| | iii | Kevane Grant Thornton LLP | Financial Professional | $0 | $1,756 | $0 | $1,756 |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)    4

Debtor's Name Eastern Freight Ways, Inc., et al    Case No. 19-12812

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

| Debtor's Name | Eastern Freight Ways, Inc., et al | | | | | Case No. | 19-12812 |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxviii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name Eastern Freight Ways, Inc., et al    Case No. 19-12812

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $1,785,561 | $0 | $1,785,561 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $6,500 | $6,500 | 100% |
| b. Secured claims | $0 | $0 | $52,271 | $52,271 | 100% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $4,915,324 | $78,885,243 | 6% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ○    No ⦿
   If yes, give date Final Decree was entered: _____
   If no, give date when the application for Final Decree is anticipated: 06/30/2026
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

UST Form 11-PCR (12/01/2021)    7

Debtor's Name Eastern Freight Ways, Inc., et al                                                                                  Case No. 19-12812

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Kevin Clancy                                                                                  Kevin P. Clancy, Liquidating Trustee
Signature of Responsible Party                                                          Printed Name of Responsible Party

Liquidating Trustee                                                                              10/21/2025
Title                                                                                                        Date

UST Form 11-PCR (12/01/2021)                                    8

Debtor's Name Eastern Freight Ways, Inc., et al    Case No. 19-12812

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)    9

Debtor's Name Eastern Freight Ways, Inc., et al     Case No. 19-12812



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page