**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1] | Case No. 19-12809 (JKS) |
|  | (Jointly Administered) |
| Debtors. |  |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK      )
                                             )   ss:
COUNTY OF NEW YORK   )

I, Delicia A. Chung, declare:

1.    I am over the age of 18 years and not a party to these chapter 11 cases.

2.    I am employed by Donlin, Recano & Company, LLC, ("<u>DRC</u>"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3.    On the 21st day of November 2025, DRC, at my direction and under my supervision, caused a true and accurate copy of the following documents:

     i.    *Notice of the Liquidating Trustee's Thirteenth Omnibus Objection to Certain Claims to be Reduced, or Disallowed and Expunged in their Entirety, based on the Debtors' Books and Records* (Docket No. 1756);

    ii.   *Notice of Liquidating Trustee's Fourteenth Omnibus Objection to Certain Duplicative Claims* (Docket No. 1757); and

---

[1] The Debtors in these Chapter 11 Cases (as defined herein) and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

iii.    *Notice of Liquidating Trustee's Fifteenth Omnibus Objection to Certain Claims Held by Unresponsive Claimants* (Docket No. 1758),

to be served via electronic mail upon the parties as set forth in <u>Exhibit 1</u>; and via First Class U.S. Mail upon the parties as set forth in <u>Exhibit 2</u>, attached hereto.

4.    On the 21st day of November 2025, DRC, at my direction and under my supervision, caused a true and accurate copy of the *Notice of the Liquidating Trustee's Thirteenth Omnibus Objection to Certain Claims to be Reduced, or Disallowed and Expunged in their Entirety, based on the Debtors' Books and Records* (Docket No. 1756), to be served via electronic mail upon the parties as set forth in <u>Exhibit 3</u>; and via First Class U.S. Mail upon the parties as set forth in <u>Exhibit 4</u>, attached hereto.

5.    On the 21st day of November 2025, DRC, at my direction and under my supervision, caused a true and accurate copy of the *Notice of Liquidating Trustee's Fourteenth Omnibus Objection to Certain Duplicative Claims* (Docket No. 1757), to be served via electronic mail upon the parties as set forth in <u>Exhibit 5</u>; and via First Class U.S. Mail upon the parties as set forth in <u>Exhibit 6</u>, attached hereto.

6.    On the 21st day of November 2025, DRC, at my direction and under my supervision, caused a true and accurate copy of the *Notice of Liquidating Trustee's Fifteenth Omnibus Objection to Certain Claims Held by Unresponsive Claimants* (Docket No. 1758), to be served via electronic mail upon the parties as set forth in <u>Exhibit 7</u>; and via First Class U.S. Mail upon the parties as set forth in <u>Exhibit 8</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 25th day of November 2025, New York, New York.

By _____
Delicia A. Chung

Sworn before me this
25th day November 2025

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: _September 14, 2029_

# EXHIBIT 1

000159P001-1413S-269
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402
MIDATLANTICFIRE@YAHOO.COM

000176P001-1413S-269
FORD MOTOR CREDIT COMPANY, LLC DEPARTMENT
AMITKUMAR  SHARMA, CLAIMS PROCESSOR
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE.,DEPT APS
OKLAHOMA CITY OK 73118
ECFNOTICES@AISINFO.COM

000162P001-1413S-269
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
SCOTT J GOLDSTEIN
280 WEST MAIN ST
DENVILLE NJ 07834
SJG@SGOLDSTEINLAW.COM

000164P002-1413S-269
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
KBUCK@MCCARTER.COM

000165P001-1413S-269
MCCARTER & ENGLISH LLP
DEIRDRE BURKE,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
DBURKE@MCCARTER.COM

000070P002-1413S-269
MCELROY DEUTSCH ET AL
GARY D BRESSLER, ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM

000069P002-1413S-269
MCELROY DEUTSCH MULVANEY
VIRGINIA T SHEA, ESQ
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962
VSHEA@MDMC-LAW.COM

000093P003-1413S-269
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
ASODONO@MSBNJ.COM

000093P003-1413S-269
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
SPLACONA@MSBNJ.COM

000174P001-1413S-269
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK NY 10005
JESSICA.AGARWAL@AG.NY.GOV

000096P002-1413S-269
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
JSCHWARTZ@RIKER.COM

000096P002-1413S-269
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
MTRENTIN@RIKER.COM

000096P002-1413S-269
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
AGARRASTEGUI@RIKER.COM

000160P001-1413S-269
SANTANDER BANK, N.A.
RICHARD WOLBACH
200 PARK AVE.,STE 100
FLORHAM PARK NJ 07932
RICHARD.WOLBACH@SANTANDER.US

000166P001-1413S-269
STEVENS & LEE PC
JOHN C KILGANNON,ESQ
PRINCETON PIKE CORPORATE CENTER
100 LENOX DRIVE STE 200
LAWRENCEVILLE NJ 08648
JCK@STEVENSLEE.COM

000178P001-1413S-269
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ; DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002
DREPEROWITZ@STRADLEY.COM

000167P001-1413S-269
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002
DPEREIRA@STRADLEY.COM

000177P001-1413S-269
UNITED STATES DEPARTMENT OF JUSTICE
DAVID GERARDI, ESQ
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
DAVID.GERARDI@USDOJ.GOV

000001P001-1413S-269
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-269
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000161P001-1413S-269
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003
AMY@WEISSANDROSENBLOOM.COM

000171P001-1413S-269
WHITEFORD TAYLOR & PRESTON LLP
CHAD J TOMS,ESQ
THE RENAISSANCE CENTRE, STE 500
405 NORTH KING ST
WILMINGTON DE 19801-3700
CTOMS@WTPLAW.COM

000172P001-1413S-269
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
PNUSSBAUM@WTPLAW.COM

000172P001-1413S-269
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
VINGE@WTPLAW.COM

000173P002-1413S-269
WHITEFORD TAYLOR PRESTON LLP
JOSHUA D STIFF
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
JSTIFF@WTPLAW.COM

Records Printed :   **25**

# EXHIBIT 2

New England Motor Freight, Inc., et al.
US First Class Mail
**Exhibit Page**

000163P001-1413S-269
DAVID METH,ESQ
200 DANIELS WAY STE 240
FREEHOLD NJ 07728

000159P001-1413S-269
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402

000176P001-1413S-269
FORD MOTOR CREDIT COMPANY, LLC DEPARTMENT
AMITKUMAR  SHARMA, CLAIMS PROCESSOR
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE.,DEPT APS
OKLAHOMA CITY OK 73118

000162P001-1413S-269
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
SCOTT J GOLDSTEIN
280 WEST MAIN ST
DENVILLE NJ 07834

000164P002-1413S-269
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

000165P001-1413S-269
MCCARTER & ENGLISH LLP
DEIDRE BURKE,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

000070P002-1413S-269
MCELROY DEUTSCH ET AL
GARY D BRESSLER, ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801

000069P002-1413S-269
MCELROY DEUTSCH MULVANEY
VIRGINIA T SHEA, ESQ
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962

000093P003-1413S-269
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068

000174P001-1413S-269
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK NY 10005

000096P002-1413S-269
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981

000160P001-1413S-269
SANTANDER BANK, N.A.
RICHARD WOLBACH
200 PARK AVE.,STE 100
FLORHAM PARK NJ 07932

000166P001-1413S-269
STEVENS & LEE PC
JOHN C KILGANNON,ESQ
PRINCETON PIKE CORPORATE CENTER
100 LENOX DRIVE STE 200
LAWRENCEVILLE NJ 08648

000167P001-1413S-269
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002

000064P002-1413S-269
TROUTMAN SANDERS LLP
LOUIS A CURCIO, ESQ
875 THIRD AVE
NEW YORK NY 10022

000065P003-1413S-269
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA;ALISSA K PICCIONE
875 THIRD AVE
NEW YORK NY 10022

000177P001-1413S-269
UNITED STATES DEPARTMENT OF JUSTICE
DAVID GERARDI, ESQ
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102

000001P001-1413S-269
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102

000161P001-1413S-269
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003

000171P001-1413S-269
WHITEFORD TAYLOR & PRESTON LLP
CHAD J TOMS,ESQ
THE RENAISSANCE CENTRE, STE 500
405 NORTH KING ST
WILMINGTON DE 19801-3700

000172P001-1413S-269
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219

000173P002-1413S-269
WHITEFORD TAYLOR PRESTON LLP
JOSHUA D STIFF
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219

000158P001-1413S-269
WILLIAM & TERRY ECKER
5322 WHEELER RD
JORDAN NY 13080

Records Printed :  **23**

# EXHIBIT 3

| | | | |
|---|---|---|---|
| 011078P002-1413A-269A | 011268P001-1413A-269A | 019185P001-1413A-269A | 012898P001-1413A-269A |
| CUSTOM DOOR AND MIRROR | DERBY OFFICE EQUIPMENT | GIVENS LOGISTICS | INNOVATIVE LOGISTICS |
| THERESA MUTONE | JASON BERRY | LISA REYNARD | DEBORAH FOUGHT |
| 148 MILBAR BLVD | 1040 STATE HWY 29A | 1720 S MILITARY HWY | PO BOX 1446 |
| FARMINGDALE NY 11735 | GLOVERSVILLE NY 12078 | CHESAPEAKE VA 23320-2612 | ELYRIA OH 44035 |
| TERRY@PANIFLEX.COM | SEVICE@DERBYCOPIERS.COM | LREYNARD@GIVENS.COM | DEBORAHINNLOGICS@GMAIL.COM |
| | | | |
| 019301P002-1413A-269A | 014921P002-1413A-269A | 016376P003-1413A-269A | |
| JARRETT LOGISTICS SYSTEMS | OAK HARBOR FREIGHT LINES INC | SILVER TRUCKING CO LLC | |
| JESSICA RENNER | JASON PETERSON | KIMBERLY SILVER | |
| 1347 N MAIN ST | PO BOX 1469 | 11401 SNOW DROP CRT | |
| ORRVILLE OH 44667-9761 | AUBURN WA 98071-1469 | UPPER MARLBORO MD 20774 | |
| JRENNER@JARRETTLOGISTICS.COM | JASON.PETERSON@OAKH.COM | SILVERTRUCKINGCOLLC.KSILVER@GMAIL.COM | |

Records Printed : **7**

# EXHIBIT 4

New England Motor Freight, Inc., et al.
US First Class Mail
**Exhibit Page**

018592P002-1413A-269A
BALTIMORE GAS AND ELECTRIC CO
GAIL BUSH
PO BOX 1475
BALTIMORE MD 21201

011078P002-1413A-269A
CUSTOM DOOR AND MIRROR
THERESA MUTONE
148 MILBAR BLVD
FARMINGDALE NY 11735

011268P001-1413A-269A
DERBY OFFICE EQUIPMENT
JASON BERRY
1040 STATE HWY 29A
GLOVERSVILLE NY 12078

019185P001-1413A-269A
GIVENS LOGISTICS
LISA REYNARD
1720 S MILITARY HWY
CHESAPEAKE VA 23320-2612

012898P001-1413A-269A
INNOVATIVE LOGISTICS
DEBORAH FOUGHT
PO BOX 1446
ELYRIA OH 44035

019301P002-1413A-269A
JARRETT LOGISTICS SYSTEMS
JESSICA RENNER
1347 N MAIN ST
ORRVILLE OH 44667-9761

014921P002-1413A-269A
OAK HARBOR FREIGHT LINES INC
JASON PETERSON
PO BOX 1469
AUBURN WA 98071-1469

014921S001-1413A-269A
OAK HARBOR FREIGHT LINES INC
OAK HARBOR FREIGHT
MISTY GABLEHOUSE
PO BOX 1469
AUBURN WA 98071-1469

016376P003-1413A-269A
SILVER TRUCKING CO LLC
KIMBERLY SILVER
11401 SNOW DROP CRT
UPPER MARLBORO MD 20774

Records Printed :  **9**

# EXHIBIT 5

Case 19-12809-JKS    Doc 1759    Filed 11/26/25    Entered 11/26/25 08:36:24    Desc Main
Document    Page 13 of 21

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

020119P002-1413A-269B
AAA COOPER TRANSPORTATION
MICHELLE LEWIS
1751 KINSEY RD
DOTHAN AL 36303
TIFFANY.ENGELHUBER@AAACOOPER.COM

009174P002-1413A-269B
AERCO HEATING AND COOLING LLC
GARY Z MILAK
65 WASHINGTON AVE
CARTERET NJ 07008
AERCOHVAC@OUTLOOK.COM

009219P003-1413A-269B
AIR GROUND XPRESS INC
KYLE J SAWCHAK
55 MATCHETTE RD
CLINTON PA 15026
KSAWCHAK@AIRGROUND.COM

009296P002-1413A-269B
ALL BRIGHT JANITORIAL SVC
AMANDA J MILLER
290 W RIVER RD STE 5
HOOKSETT NH 03106-2655
NPRUDHOMME@ALLBRIGHTJS.COM

009632P002-1413A-269B
ARROW SECURITY CO INC
JOHN D DEBARGE JR
P O BOX 1250
SPRINGFIELD MA 01101
CRAMOS@ARROWSECURITY.COM

009964P002-1413A-269B
BJS WHOLESALE CLUB DC800
RYAN GOVE
869 QUAKER HWY
UXBRIDGE MA 01569
RGOVE@BJS.COM

044516P001-1413A-269B
BJS WHOLESALE CLUB INC
LEGAL DEPT
25 RESEARCH DR
WESTBOROUGH MA 01581
legalnotices@bjs.com

010104P002-1413A-269B
BRISTOL TRANSPORT INC
MOIRA TUMINARO
1 W LAKE ST
NORTHLAKE IL 60164
MJTUMINARO@BRISTOLHOSE.COM

010104P002-1413A-269B
BRISTOL TRANSPORT INC
MOIRA TUMINARO
1 W LAKE ST
NORTHLAKE IL 60164
MOIRA@BRISTOLHOSE.COM

011260P002-1413A-269B
DEPT OF MOTOR VEHICLES
GABRIEL L BOISVERT
PO BOX 27422
RICHMOND VA 23261
MCSFTL@DMV.VIRGINIA.GOV

019043P001-1413A-269B
DHL GLOBAL SUPPLY CHAIN
JOANNA SPYCHALSKI
570 POLARIS PKWY DEPT 220
WESTERVILLE OH 43082-7900
JOANNA.SPYCHALSKI@DHL.COM

011495P002-1413A-269B
E HABERLI ELECTRIC LLC
EDWARD G HABERLI
125 RESEARCH PKWY
MERIDEN CT 06051
JULIE@EHABERLIELECTRIC.COM

021276S001-1413A-269B
ELWARD ENTERPRISE INC DBA
ROTO ROOTER PLUMBERS
PO BOX 8873
FT WAYNE IN 46898
SHERRY.ELWARD@RRSC.COM

044279P001-1413A-269B
EULER HERMES NA INSURANCE CO
AGENT OF DENNIS K BURKE INC
DESTINY MCKOY
800 RED BROOK BLVD
OWINGS MILLS MD 21117
EHNAINSOLVENCIES@EULERHERMES.COM

044281P002-1413A-269B
EULER HERMES NA INSURANCE CO
AGENT OF MANSFIELD OIL CO OF GAINESVILLE
DESTINY MCKOY/SUSAN HORN
800 RED BROOK BLVD
OWINGS MILLS MD 21117
EHNAINSOLVENCIES@EULERHERMES.COM

011806P001-1413A-269B
EXACT DIRECT
MILTON ATKISSON
8113 RIDGEPOINT DR STE 200
IRVING TX 75063
CLAIMSDEPARTMENT@EXACTDIRECT.COM

044392P003-1413A-269B
FASTENAL CO
JOHN MILEK
2001 THEURER BLVD
WINONA MN 55987
JMILEK@FASTENAL.COM

021277P002-1413A-269B
GARY JURAK
A/K/A JR SNOW PLOW
26309 W RIVERBEND LN
CHANNAHON IL 60410
KTMCNDRW@GMAIL.COM

021266P002-1413A-269B
JACKSON OIL AND SOLVENTS
GLENNA DEVERS
1970 KENTUCKY AVE
INDIANAPOLIS IN 46221
GLENNA.DEVERS@JOS.US.COM

013029P002-1413A-269B
JONATHAN WALKER DBA RIVERSIDE
SERVICE SUPPLY
1613 LANDS END DR
HURON OH 44839
WALKER1613@MSN.COM

033758S002-1413A-269B
M JAND K TRUCK
LOREN S HUMES
8800 BYRON COMMERCE DR
BYRON CENTER MI 49315
LOREN.HUMES@MKTRUCK.COM

044736P002-1413A-269B
MANSFIELD OIL CO OF GAINESVILLE INC
THOMPSON OBRIEN KEMP AND NASUTI PC
ALBERT F. NASUTI
2 SUN CT SUITE 400
PEACHTREE CORNERS GA 30092
MPUGH@TOKN.COM

019824P003-1413A-269B
PERRIN ASPHALT CO INC
BRENNAN MANNA AND DIAMOND LLC
JOHN F MARTIN
75 E MARKET ST
AKRON OH 44308
JFMARTIN@BMDLLC.COM

015609P002-1413A-269B
QUALITY AUTO GLASS INC
SUSAN M LESTER
2300 SOUTH CLINTON AVE
SOUTH PLAINFIELD NJ 07080
QUALGLASS@AOL.COM

New England Motor Freight, Inc., et al.
Electronic Mail
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 044534P002-1413A-269B<br>RLI INSURANCE CO<br>GRACE WINKLER CRANLEY<br>DINSMORE AND SHOHL LLP<br>222 W ADAMS ST STE 3400<br>CHICAGO IL 60606-5258<br>grace.cranley@dinsmore.com | 015926P003-1413A-269B<br>ROBINSON AND MCELWEE PLLC<br>JESSICA STALEY<br>PO BOX 1791<br>CHARLESTON WV 25301<br>JS@RAMLAW.COM | 044536S001-1413A-269B<br>SEABREEZE NORTH CORP<br>PO BOX 535<br>RICHFIELD OH 44286<br>KesterP@empacoequipment.com | 044536P001-1413A-269B<br>SEABREEZE NORTH CORP<br>KRISTOPHER IMMEL<br>RODERICK LINTON BELFANCE LLP<br>50 S MAIN ST 10TH FLOOR<br>AKRON OH 44308<br>kimmel@rlbllp.com |
| 018579P001-1413A-269B<br>SECURITAS SECURITY SVCS USA INC<br>ANITA HOUGH<br>9 CAMPUS DR<br>PARSIPANNY NJ 07054<br>ANITA.HOUGH@SECURITASINC.COM | 044463P002-1413A-269B<br>SECURITAS SECURITY SVCS USA INC<br>JAIME BERGARA BUSINESS SVC MANAGER 00220<br>4330 PARK TER DR<br>WESTLAKE VILLAGE CA 91361<br>BUSINESSSERVICES@SECURITASINC.COM | 016531P003-1413A-269B<br>SPOTLESS CLEANING<br>TASHA AVERY-QUERIN<br>13 NEW BROADWAY<br>WESTFIELD MA 01085<br>TASHALEE88@HOTMAIL.COM | 017225P002-1413A-269B<br>TRANSNOW INC<br>CHRISTOPHER L RIVARD<br>1158 NORTH AVE<br>BEACON NY 12508<br>CERIVARD@AOL.COM |
| 017569P002-1413A-269B<br>VAN AUKEN EXPRESS INC<br>LENA M SAVINO<br>PO BOX 339<br>GREENVILLE NY 12083<br>OFFICE@VANAUKENEXPRESS.COM | | | |

Records Printed :  **33**

# EXHIBIT 6

020119P002-1413A-269B
AAA COOPER TRANSPORTATION
MICHELLE LEWIS
1751 KINSEY RD
DOTHAN AL 36303

009174P002-1413A-269B
AERCO HEATING AND COOLING LLC
GARY Z MILAK
65 WASHINGTON AVE
CARTERET NJ 07008

009296P002-1413A-269B
ALL BRIGHT JANITORIAL SVC
AMANDA J MILLER
290 W RIVER RD STE 5
HOOKSETT NH 03106-2655

044761P000-1413A-269B
ARGO PARTNERS/ PERRIN ASPHALT AND CONCRETE CO
TRANSFEROR: PERRIN ASPHALT AND CONCRETE CO IN
12 W 37TH ST 9TH FL
NEW YORK NY 10018

009632P002-1413A-269B
ARROW SECURITY CO INC
JOHN D DEBARGE JR
P O BOX 1250
SPRINGFIELD MA 01101

009964P002-1413A-269B
BJS WHOLESALE CLUB DC800
RYAN GOVE
869 QUAKER HWY
UXBRIDGE MA 01569

011260P002-1413A-269B
DEPT OF MOTOR VEHICLES
GABRIEL L BOISVERT
PO BOX 27422
RICHMOND VA 23261

019043P001-1413A-269B
DHL GLOBAL SUPPLY CHAIN
JOANNA SPYCHALSKI
570 POLARIS PKWY DEPT 220
WESTERVILLE OH 43082-7900

011495P002-1413A-269B
E HABERLI ELECTRIC LLC
EDWARD G HABERLI
125 RESEARCH PKWY
MERIDEN CT 06051

021276P004-1413A-269B
ELWARD ENTERPRISE INC DBA
ROTO ROOTER PLUMBERS
4035 TRANSPORTATION DR
FORT WAYNE IN 46818

021276S001-1413A-269B
ELWARD ENTERPRISE INC DBA
ROTO ROOTER PLUMBERS
PO BOX 8873
FT WAYNE IN 46898

044279P001-1413A-269B
EULER HERMES NA INSURANCE CO
AGENT OF DENNIS K BURKE INC
DESTINY MCKOY
800 RED BROOK BLVD
OWINGS MILLS MD 21117

044281P002-1413A-269B
EULER HERMES NA INSURANCE CO
AGENT OF MANSFIELD OIL CO OF GAINESVILLE
DESTINY MCKOY/SUSAN HORN
800 RED BROOK BLVD
OWINGS MILLS MD 21117

011806P001-1413A-269B
EXACT DIRECT
MILTON ATKISSON
8113 RIDGEPOINT DR STE 200
IRVING TX 75063

044392P003-1413A-269B
FASTENAL CO
JOHN MILEK
2001 THEURER BLVD
WINONA MN 55987

021277P002-1413A-269B
GARY JURAK
A/K/A JR SNOW PLOW
26309 W RIVERBEND LN
CHANNAHON IL 60410

021266P002-1413A-269B
JACKSON OIL AND SOLVENTS
GLENNA DEVERS
1970 KENTUCKY AVE
INDIANAPOLIS IN 46221

013029P002-1413A-269B
JONATHAN WALKER DBA RIVERSIDE
SERVICE SUPPLY
1613 LANDS END DR
HURON OH 44839

033758P001-1413A-269B
M AND K TRUCK
5300 W PLATTNER DR
ALSIP IL 60803-3232

033758S001-1413A-269B
M AND K TRUCK
PO BOX 268
BYRON CENTER MI 49315

033758S002-1413A-269B
M AND K TRUCK
LOREN S HUMES
8800 BYRON COMMERCE DR
BYRON CENTER MI 49315

044736P002-1413A-269B
MANSFIELD OIL CO OF GAINESVILLE INC
THOMPSON OBRIEN KEMP AND NASUTI PC
ALBERT F. NASUTI
2 SUN CT SUITE 400
PEACHTREE CORNERS GA 30092

019824P003-1413A-269B
PERRIN ASPHALT CO INC
BRENNAN MANNA AND DIAMOND LLC
JOHN F MARTIN
75 E MARKET ST
AKRON OH 44308

044534P002-1413A-269B
RLI INSURANCE CO
GRACE WINKLER CRANLEY
DINSMORE AND SHOHL LLP
222 W ADAMS ST STE 3400
CHICAGO IL 60606-5258

015926P003-1413A-269B
ROBINSON AND MCELWEE PLLC
JESSICA STALEY
PO BOX 1791
CHARLESTON WV 25301

044536P001-1413A-269B
SEABREEZE NORTH CORP
KRISTOPHER IMMEL
RODERICK LINTON BELFANCE LLP
50 S MAIN ST 10TH FLOOR
AKRON OH 44308

044536S001-1413A-269B
SEABREEZE NORTH CORP
PO BOX 535
RICHFIELD OH 44286

018579P001-1413A-269B
SECURITAS SECURITY SVCS USA INC
ANITA HOUGH
9 CAMPUS DR
PARSIPANNY NJ 07054

New England Motor Freight, Inc., et al.
US First Class Mail
**Exhibit Pages**

| | | |
|---|---|---|
| 016531P003-1413A-269B | 017225P002-1413A-269B | 017569P002-1413A-269B |
| SPOTLESS CLEANING | TRANSNOW INC | VAN AUKEN EXPRESS INC |
| TASHA AVERY-QUERIN | CHRISTOPHER L RIVARD | LENA M SAVINO |
| 13 NEW BROADWAY | 1158 NORTH AVE | PO BOX 339 |
| WESTFIELD MA 01085 | BEACON NY 12508 | GREENVILLE NY 12083 |

Records Printed :    **31**

# EXHIBIT 7

Page # : 1 of 1                                                                11/21/2025 03:51:08 PM

---

010180P002-1413A-269C
BUTTERNUT MOUNTAIN FARM
BRANDI DANNAT
37 INDUSTRIAL PK DR
MORRISVILLE VT 05661-8533
AR@BUTTERNUTMOUNTAINFARM.COM

010624P001-1413A-269C
CITIZEN CIDER
CAITLIN JENNESS
316 PINE ST STE 114
BURLINGTON VT 05401
CAITLINJ@CITIZENCIDER.COM

012753P002-1413A-269C
HORNINGS SUPPLY INC
JOSEPH P GRANTZ
23 PARK LN
HEGINS PA 17938-9089
KATHY@HORNINGS-SUPPLY.COM

019249P002-1413A-269C
HORNINGS SUPPLY INC
JOSEPH P GRANTZ
23 PARK LN
HEGINS PA 17938-9089
KATHY@HORNINGS-SUPPLY.COM

018601P002-1413A-269C
KAL PAC CORP
LISA MULE
10 FACTORY ST
MONTGOMERY NY 12549
LMULE@KALPAC.COM

019326P001-1413A-269C
KAL PAC INC
KARA BOYLE
10 FACTORY ST
MONTGOMERY NY 12549-1202
KBOYLE@KALPAC.COM

044411P001-1413A-269C
ODW LTS LLC ON BEHALF OF BLANCO
FRANK GUGGENBILLER
345 HIGH ST STE 600
HAMILTON OH 45011
FGuggenbiller@odwlogistics.com

044412P001-1413A-269C
ODW LTS LLC ON BEHALF OF HIPPEAS
FRANK GUGGENBILLER
345 HIGH ST STE 600
HAMILTON OH 45011
FGuggenbiller@odwlogistics.com

044413P001-1413A-269C
ODW LTS LLC ON BEHALF OF NATIONAL IMPORTERS
FRANK GUGGENBILLER
345 HIGH ST STE 600
HAMILTON OH 45011
FGuggenbiller@odwlogistics.com

044414P001-1413A-269C
ODW LTS LLC ON BEHALF OF WINSUPPLY
FRANK GUGGENBILLER
345 HIGH ST STE 600
HAMILTON OH 45011
FGuggenbiller@odwlogistics.com

015342P001-1413A-269C
PITCO FRIALATOR INC
TECH LOGISTICS
300 ELM ST UNIT 1
MILFORD NH 03055-4715
JENNIFER.BORTNOWSKY@TECHLOGISTICS.COM

019625P002-1413A-269C
PUERTO RICO BIOMEDICAL CORP
GERMAN PADRO
PO BOX 4755
CAROLINA PR 00984-4755
ACCOUNTING@PRBIOMEDIC.COM

016900P001-1413A-269C
TAPCO COMPANIES
JANET KERR
PO BOX 457
SHARON CENTER OH 44274
PAYROLL@TAPCOCO.COM

043917P003-1413A-269C
THE WASSERSTROM CO
TAMARA SECKEL
PO BOX 182056
COLUMBUS OH 43218-2056
FREIGHTCLAIMS@WASSERSTROM.COM

Records Printed :  **14**

# EXHIBIT 8

New England Motor Freight, Inc., et al.
US First Class Mail
**Exhibit Page**

Page # : 1 of 1                                                                                11/21/2025 03:52:37 PM

010180P002-1413A-269C
BUTTERNUT MOUNTAIN FARM
BRANDI DANNAT
37 INDUSTRIAL PK DR
MORRISVILLE VT 05661-8533

010624P001-1413A-269C
CITIZEN CIDER
CAITLIN JENNESS
316 PINE ST STE 114
BURLINGTON VT 05401

019249P002-1413A-269C
HORNINGS SUPPLY INC
JOSEPH P GRANTZ
23 PARK LN
HEGINS PA 17938-9089

018601P002-1413A-269C
KAL PAC CORP
LISA MULE
10 FACTORY ST
MONTGOMERY NY 12549

019326P001-1413A-269C
KAL PAC INC
KARA BOYLE
10 FACTORY ST
MONTGOMERY NY 12549-1202

044411P001-1413A-269C
ODW LTS LLC ON BEHALF OF BLANCO
FRANK GUGGENBILLER
345 HIGH ST STE 600
HAMILTON OH 45011

044412P001-1413A-269C
ODW LTS LLC ON BEHALF OF HIPPEAS
FRANK GUGGENBILLER
345 HIGH ST STE 600
HAMILTON OH 45011

044413P001-1413A-269C
ODW LTS LLC ON BEHALF OF NATIONAL IMPORTERS
FRANK GUGGENBILLER
345 HIGH ST STE 600
HAMILTON OH 45011

044414P001-1413A-269C
ODW LTS LLC ON BEHALF OF WINSUPPLY
FRANK GUGGENBILLER
345 HIGH ST STE 600
HAMILTON OH 45011

015342P001-1413A-269C
PITCO FRIALATOR INC
TECH LOGISTICS
300 ELM ST UNIT 1
MILFORD NH 03055-4715

019625P002-1413A-269C
PUERTO RICO BIOMEDICAL CORP
GERMAN PADRO
PO BOX 4755
CAROLINA PR 00984-4755

016900P001-1413A-269C
TAPCO COMPANIES
JANET KERR
PO BOX 457
SHARON CENTER OH 44274

043917P003-1413A-269C
THE WASSERSTROM CO
TAMARA SECKEL
PO BOX 182056
COLUMBUS OH 43218-2056

Records Printed :   **13**