**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, LLC, ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 5th day of December 2025, DRC, at my direction and under my supervision, caused a true and accurate copy of the *Notice of Filing of Amended Proposed Order to Liquidating Trustee's Fourteenth Omnibus Objection to Certain Duplicative Claims* (Docket No. 1760), to be served via electronic mail upon the parties as set forth in Exhibit 1; and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

[1] The Debtors in these Chapter 11 Cases (as defined herein) and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 5th day of December 2025, New York, New York.

By ______________________
Roderick Wong

Sworn before me this
5th day December 2025

______________________
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2029

# EXHIBIT 1

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**



---

020119P002-1413A-270
AAA COOPER TRANSPORTATION
MICHELLE LEWIS
1751 KINSEY RD
DOTHAN AL 36303
TIFFANY.ENGELHUBER@AAACOOPER.COM

009174P002-1413A-270
AERCO HEATING AND COOLING LLC
GARY Z MILAK
65 WASHINGTON AVE
CARTERET NJ 07008
AERCOHVAC@OUTLOOK.COM

009219P003-1413A-270
AIR GROUND XPRESS INC
KYLE J SAWCHAK
55 MATCHETTE RD
CLINTON PA 15026
KSAWCHAK@AIRGROUND.COM

009296P002-1413A-270
ALL BRIGHT JANITORIAL SVC
AMANDA J MILLER
290 W RIVER RD STE 5
HOOKSETT NH 03106-2655
NPRUDHOMME@ALLBRIGHTJS.COM

009632P002-1413A-270
ARROW SECURITY CO INC
JOHN D DEBARGE JR
P O BOX 1250
SPRINGFIELD MA 01101
CRAMOS@ARROWSECURITY.COM

009964P002-1413A-270
BJS WHOLESALE CLUB DC800
RYAN GOVE
869 QUAKER HWY
UXBRIDGE MA 01569
RGOVE@BJS.COM

044516P001-1413A-270
BJS WHOLESALE CLUB INC
LEGAL DEPT
25 RESEARCH DR
WESTBOROUGH MA 01581
legalnotices@bjs.com

010104P002-1413A-270
BRISTOL TRANSPORT INC
MOIRA TUMINARO
1 W LAKE ST
NORTHLAKE IL 60164
MJTUMINARO@BRISTOLHOSE.COM

010104P002-1413A-270
BRISTOL TRANSPORT INC
MOIRA TUMINARO
1 W LAKE ST
NORTHLAKE IL 60164
MOIRA@BRISTOLHOSE.COM

011260P002-1413A-270
DEPT OF MOTOR VEHICLES
GABRIEL L BOISVERT
PO BOX 27422
RICHMOND VA 23261
MCSFTL@DMV.VIRGINIA.GOV

019043P001-1413A-270
DHL GLOBAL SUPPLY CHAIN
JOANNA SPYCHALSKI
570 POLARIS PKWY DEPT 220
WESTERVILLE OH 43082-7900
JOANNA.SPYCHALSKI@DHL.COM

011495P002-1413A-270
E HABERLI ELECTRIC LLC
EDWARD G HABERLI
125 RESEARCH PKWY
MERIDEN CT 06051
JULIE@EHABERLIELECTRIC.COM

021276S001-1413A-270
ELWARD ENTERPRISE INC DBA
ROTO ROOTER PLUMBERS
PO BOX 8873
FT WAYNE IN 46898
SHERRY.ELWARD@RRSC.COM

044279P001-1413A-270
EULER HERMES NA INSURANCE CO
AGENT OF DENNIS K BURKE INC
DESTINY MCKOY
800 RED BROOK BLVD
OWINGS MILLS MD 21117
EHNAINSOLVENCIES@EULERHERMES.COM

044281P002-1413A-270
EULER HERMES NA INSURANCE CO
AGENT OF MANSFIELD OIL CO OF GAINESVILLE
DESTINY MCKOY/SUSAN HORN
800 RED BROOK BLVD
OWINGS MILLS MD 21117
EHNAINSOLVENCIES@EULERHERMES.COM

011806P001-1413A-270
EXACT DIRECT
MILTON ATKISSON
8113 RIDGEPOINT DR STE 200
IRVING TX 75063
CLAIMSDEPARTMENT@EXACTDIRECT.COM

044392P003-1413A-270
FASTENAL CO
JOHN MILEK
2001 THEURER BLVD
WINONA MN 55987
JMILEK@FASTENAL.COM

000159P001-1413S-270
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402
MIDATLANTICFIRE@YAHOO.COM

000176P001-1413S-270
FORD MOTOR CREDIT COMPANY, LLC DEPARTMENT
AMITKUMAR SHARMA, CLAIMS PROCESSOR
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE.,DEPT APS
OKLAHOMA CITY OK 73118
ECFNOTICES@AISINFO.COM

021277P002-1413A-270
GARY JURAK
A/K/A JR SNOW PLOW
26309 W RIVERBEND LN
CHANNAHON IL 60410
KTMCNDRW@GMAIL.COM

021266P002-1413A-270
JACKSON OIL AND SOLVENTS
GLENNA DEVERS
1970 KENTUCKY AVE
INDIANAPOLIS IN 46221
GLENNA.DEVERS@JOS.US.COM

013029P002-1413A-270
JONATHAN WALKER DBA RIVERSIDE
SERVICE SUPPLY
1613 LANDS END DR
HURON OH 44839
WALKER1613@MSN.COM

000162P001-1413S-270
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
SCOTT J GOLDSTEIN
280 WEST MAIN ST
DENVILLE NJ 07834
SJG@SGOLDSTEINLAW.COM

033758S002-1413A-270
M AND K TRUCK
LOREN S HUMES
8800 BYRON COMMERCE DR
BYRON CENTER MI 49315
LOREN.HUMES@MKTRUCK.COM

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**



044736P002-1413A-270
MANSFIELD OIL CO OF GAINESVILLE INC
THOMPSON OBRIEN KEMP AND NASUTI PC
ALBERT F. NASUTI
2 SUN CT SUITE 400
PEACHTREE CORNERS GA 30092
MPUGH@TOKN.COM

000164P002-1413S-270
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
KBUCK@MCCARTER.COM

000165P001-1413S-270
MCCARTER & ENGLISH LLP
DEIRDRE BURKE,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
DBURKE@MCCARTER.COM

000070P002-1413S-270
MCELROY DEUTSCH ET AL
GARY D BRESSLER, ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM

000069P002-1413S-270
MCELROY DEUTSCH MULVANEY
VIRGINIA T SHEA, ESQ
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962
VSHEA@MDMC-LAW.COM

000093P003-1413S-270
MCMANIMON, SCOTLAND BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
ASODONO@MSBNJ.COM

000093P003-1413S-270
MCMANIMON, SCOTLAND BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
SPLACONA@MSBNJ.COM

000174P001-1413S-270
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK NY 10005
JESSICA.AGARWAL@AG.NY.GOV

019824P003-1413A-270
PERRIN ASPHALT CO INC
BRENNAN MANNA AND DIAMOND LLC
JOHN F MARTIN
75 E MARKET ST
AKRON OH 44308
JFMARTIN@BMDLLC.COM

015609P002-1413A-270
QUALITY AUTO GLASS INC
SUSAN M LESTER
2300 SOUTH CLINTON AVE
SOUTH PLAINFIELD NJ 07080
QUALGLASS@AOL.COM

000096P002-1413S-270
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
JSCHWARTZ@RIKER.COM

000096P002-1413S-270
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
MTRENTIN@RIKER.COM

000096P002-1413S-270
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
AGARRASTEGUI@RIKER.COM

044534P002-1413A-270
RLI INSURANCE CO
GRACE WINKLER CRANLEY
DINSMORE AND SHOHL LLP
222 W ADAMS ST STE 3400
CHICAGO IL 60606-5258
grace.cranley@dinsmore.com

015926P003-1413A-270
ROBINSON AND MCELWEE PLLC
JESSICA STALEY
PO BOX 1791
CHARLESTON WV 25301
JS@RAMLAW.COM

000160P001-1413S-270
SANTANDER BANK, N.A.
RICHARD WOLBACH
200 PARK AVE.,STE 100
FLORHAM PARK NJ 07932
RICHARD.WOLBACH@SANTANDER.US

044536S001-1413A-270
SEABREEZE NORTH CORP
PO BOX 535
RICHFIELD OH 44286
KesterP@empacoequipment.com

044536P001-1413A-270
SEABREEZE NORTH CORP
KRISTOPHER IMMEL
RODERICK LINTON BELFANCE LLP
50 S MAIN ST 10TH FLOOR
AKRON OH 44308
kimmel@rlbllp.com

018579P001-1413A-270
SECURITAS SECURITY SVCS USA INC
ANITA HOUGH
9 CAMPUS DR
PARSIPANNY NJ 07054
ANITA.HOUGH@SECURITASINC.COM

044463P002-1413A-270
SECURITAS SECURITY SVCS USA INC
JAIME BERGARA BUSINESS SVC MANAGER 00220
4330 PARK TER DR
WESTLAKE VILLAGE CA 91361
BUSINESSSERVICES@SECURITASINC.COM

016531P003-1413A-270
SPOTLESS CLEANING
TASHA AVERY-QUERIN
13 NEW BROADWAY
WESTFIELD MA 01085
TASHALEE88@HOTMAIL.COM

000166P001-1413S-270
STEVENS & LEE PC
JOHN C KILGANNON,ESQ
PRINCETON PIKE CORPORATE CENTER
100 LENOX DRIVE STE 200
LAWRENCEVILLE NJ 08648
JCK@STEVENSLEE.COM

000167P001-1413S-270
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002
DREPEROWITZ@STRADLEY.COM

000167P001-1413S-270
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002
DPEREIRA@STRADLEY.COM

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**



| | | | |
|---|---|---|---|
| 017225P002-1413A-270<br>TRANSNOW INC<br>CHRISTOPHER L RIVARD<br>1158 NORTH AVE<br>BEACON NY 12508<br>CERIVARD@AOL.COM | 000177P001-1413S-270<br>UNITED STATES DEPARTMENT OF JUSTICE<br>DAVID GERARDI, ESQ<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>DAVID.GERARDI@USDOJ.GOV | 000001P001-1413S-270<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov | 000001P001-1413S-270<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV |
| 017569P002-1413A-270<br>VAN AUKEN EXPRESS INC<br>LENA M SAVINO<br>PO BOX 339<br>GREENVILLE NY 12083<br>OFFICE@VANAUKENEXPRESS.COM | 000161P001-1413S-270<br>WEISS & ROSENBLOOM PC<br>ANDREA R KRUGMAN<br>27 UNION SQUARE WEST STE 307<br>NEW YORK NY 10003<br>AMY@WEISSANDROSENBLOOM.COM | 000171P001-1413S-270<br>WHITEFORD TAYLOR & PRESTON LLP<br>CHAD J TOMS,ESQ<br>THE RENAISSANCE CENTRE, STE 500<br>405 NORTH KING ST<br>WILMINGTON DE 19801-3700<br>CTOMS@WTPLAW.COM | 000172P001-1413S-270<br>WHITEFORD TAYLOR & PRESTON LLP<br>PAUL M NUSSBAUM;VERNON E INGE JR<br>1021 EAST CARY ST.,STE 1700<br>RICHMOND VA 23219<br>PNUSSBAUM@WTPLAW.COM |
| 000172P001-1413S-270<br>WHITEFORD TAYLOR & PRESTON LLP<br>PAUL M NUSSBAUM;VERNON E INGE JR<br>1021 EAST CARY ST.,STE 1700<br>RICHMOND VA 23219<br>VINGE@WTPLAW.COM | 000173P002-1413S-270<br>WHITEFORD TAYLOR PRESTON LLP<br>JOSHUA D STIFF<br>1021 EAST CARY ST.,STE 1700<br>RICHMOND VA 23219<br>JSTIFF@WTPLAW.COM | | |

Records Printed : **58**

# EXHIBIT 2

**New England Motor Freight, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**



020119P002-1413A-270
AAA COOPER TRANSPORTATION
MICHELLE LEWIS
1751 KINSEY RD
DOTHAN AL 36303

009174P002-1413A-270
AERCO HEATING AND COOLING LLC
GARY Z MILAK
65 WASHINGTON AVE
CARTERET NJ 07008

009219P003-1413A-270
AIR GROUND XPRESS INC
KYLE J SAWCHAK
55 MATCHETTE RD
CLINTON PA 15026

009296P002-1413A-270
ALL BRIGHT JANITORIAL SVC
AMANDA J MILLER
290 W RIVER RD STE 5
HOOKSETT NH 03106-2655

044761P000-1413A-270
ARGO PARTNERS/ PERRIN ASPHALT AND CONCRETE CO
TRANSFEROR: PERRIN ASPHALT AND CONCRETE CO IN
12 W 37TH ST 9TH FL
NEW YORK NY 10018

009632P002-1413A-270
ARROW SECURITY CO INC
JOHN D DEBARGE JR
P O BOX 1250
SPRINGFIELD MA 01101

009964P002-1413A-270
BJS WHOLESALE CLUB DC800
RYAN GOVE
869 QUAKER HWY
UXBRIDGE MA 01569

044516P001-1413A-270
BJS WHOLESALE CLUB INC
LEGAL DEPT
25 RESEARCH DR
WESTBOROUGH MA 01581

010104P002-1413A-270
BRISTOL TRANSPORT INC
MOIRA TUMINARO
1 W LAKE ST
NORTHLAKE IL 60164

000163P001-1413S-270
DAVID METH,ESQ
200 DANIELS WAY STE 240
FREEHOLD NJ 07728

011260P002-1413A-270
DEPT OF MOTOR VEHICLES
GABRIEL L BOISVERT
PO BOX 27422
RICHMOND VA 23261

019043P001-1413A-270
DHL GLOBAL SUPPLY CHAIN
JOANNA SPYCHALSKI
570 POLARIS PKWY DEPT 220
WESTERVILLE OH 43082-7900

011495P002-1413A-270
E HABERLI ELECTRIC LLC
EDWARD G HABERLI
125 RESEARCH PKWY
MERIDEN CT 06051

021276P004-1413A-270
ELWARD ENTERPRISE INC DBA
ROTO ROOTER PLUMBERS
4035 TRANSPORTATION DR
FORT WAYNE IN 46818

021276S001-1413A-270
ELWARD ENTERPRISE INC DBA
ROTO ROOTER PLUMBERS
PO BOX 8873
FT WAYNE IN 46898

044279P001-1413A-270
EULER HERMES NA INSURANCE CO
AGENT OF DENNIS K BURKE INC
DESTINY MCKOY
800 RED BROOK BLVD
OWINGS MILLS MD 21117

044281P002-1413A-270
EULER HERMES NA INSURANCE CO
AGENT OF MANSFIELD OIL CO OF GAINESVILLE
DESTINY MCKOY/SUSAN HORN
800 RED BROOK BLVD
OWINGS MILLS MD 21117

011806P001-1413A-270
EXACT DIRECT
MILTON ATKISSON
8113 RIDGEPOINT DR STE 200
IRVING TX 75063

044392P003-1413A-270
FASTENAL CO
JOHN MILEK
2001 THEURER BLVD
WINONA MN 55987

000159P001-1413S-270
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402

000176P001-1413S-270
FORD MOTOR CREDIT COMPANY, LLC DEPARTMENT
AMITKUMAR SHARMA, CLAIMS PROCESSOR
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE.,DEPT APS
OKLAHOMA CITY OK 73118

021277P002-1413A-270
GARY JURAK
A/K/A JR SNOW PLOW
26309 W RIVERBEND LN
CHANNAHON IL 60410

021266P002-1413A-270
JACKSON OIL AND SOLVENTS
GLENNA DEVERS
1970 KENTUCKY AVE
INDIANAPOLIS IN 46221

013029P002-1413A-270
JONATHAN WALKER DBA RIVERSIDE
SERVICE SUPPLY
1613 LANDS END DR
HURON OH 44839

000162P001-1413S-270
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
SCOTT J GOLDSTEIN
280 WEST MAIN ST
DENVILLE NJ 07834

033758P001-1413A-270
M AND K TRUCK
5300 W PLATTNER DR
ALSIP IL 60803-3232

033758S001-1413A-270
M AND K TRUCK
PO BOX 268
BYRON CENTER MI 49315

033758S002-1413A-270
M AND K TRUCK
LOREN S HUMES
8800 BYRON COMMERCE DR
BYRON CENTER MI 49315

**New England Motor Freight, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**



044736P002-1413A-270
MANSFIELD OIL CO OF GAINESVILLE INC
THOMPSON OBRIEN KEMP AND NASUTI PC
ALBERT F. NASUTI
2 SUN CT SUITE 400
PEACHTREE CORNERS GA 30092

000164P002-1413S-270
MCCARTER & ENGLISH LLP
KATE ROGGIO BUCK,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

000165P001-1413S-270
MCCARTER & ENGLISH LLP
DEIRDRE BURKE,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

000070P002-1413S-270
MCELROY DEUTSCH ET AL
GARY D BRESSLER, ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801

000069P002-1413S-270
MCELROY DEUTSCH MULVANEY
VIRGINIA T SHEA, ESQ
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962

000093P003-1413S-270
MCMANIMON, SCOTLAND BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068

000174P001-1413S-270
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL
28 LIBERTY STREET
NEW YORK NY 10005

019824P003-1413A-270
PERRIN ASPHALT CO INC
BRENNAN MANNA AND DIAMOND LLC
JOHN F MARTIN
75 E MARKET ST
AKRON OH 44308

015609P002-1413A-270
QUALITY AUTO GLASS INC
SUSAN M LESTER
2300 SOUTH CLINTON AVE
SOUTH PLAINFIELD NJ 07080

000096P002-1413S-270
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981

044534P002-1413A-270
RLI INSURANCE CO
GRACE WINKLER CRANLEY
DINSMORE AND SHOHL LLP
222 W ADAMS ST STE 3400
CHICAGO IL 60606-5258

015926P003-1413A-270
ROBINSON AND MCELWEE PLLC
JESSICA STALEY
PO BOX 1791
CHARLESTON WV 25301

000160P001-1413S-270
SANTANDER BANK, N.A.
RICHARD WOLBACH
200 PARK AVE.,STE 100
FLORHAM PARK NJ 07932

044536P001-1413A-270
SEABREEZE NORTH CORP
KRISTOPHER IMMEL
RODERICK LINTON BELFANCE LLP
50 S MAIN ST 10TH FLOOR
AKRON OH 44308

044536S001-1413A-270
SEABREEZE NORTH CORP
PO BOX 535
RICHFIELD OH 44286

018579P001-1413A-270
SECURITAS SECURITY SVCS USA INC
ANITA HOUGH
9 CAMPUS DR
PARSIPANNY NJ 07054

044463P002-1413A-270
SECURITAS SECURITY SVCS USA INC
JAIME BERGARA BUSINESS SVC MANAGER 00220
4330 PARK TER DR
WESTLAKE VILLAGE CA 91361

016531P003-1413A-270
SPOTLESS CLEANING
TASHA AVERY-QUERIN
13 NEW BROADWAY
WESTFIELD MA 01085

000166P001-1413S-270
STEVENS & LEE PC
JOHN C KILGANNON,ESQ
PRINCETON PIKE CORPORATE CENTER
100 LENOX DRIVE STE 200
LAWRENCEVILLE NJ 08648

000167P001-1413S-270
STRADLEY RONON STEVENS & YOUNG LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA
457 HADDONFIELD RD STE 100
CHERRY HILL NJ 08002

017225P002-1413A-270
TRANSNOW INC
CHRISTOPHER L RIVARD
1158 NORTH AVE
BEACON NY 12508

000064P002-1413S-270
TROUTMAN SANDERS LLP
LOUIS A CURCIO, ESQ
875 THIRD AVE
NEW YORK NY 10022

000065P003-1413S-270
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA;ALISSA K PICCIONE
875 THIRD AVE
NEW YORK NY 10022

000177P001-1413S-270
UNITED STATES DEPARTMENT OF JUSTICE
DAVID GERARDI, ESQ
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102

000001P001-1413S-270
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102

017569P002-1413A-270
VAN AUKEN EXPRESS INC
LENA M SAVINO
PO BOX 339
GREENVILLE NY 12083

000161P001-1413S-270
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003

000171P001-1413S-270
WHITEFORD TAYLOR & PRESTON LLP
CHAD J TOMS,ESQ
THE RENAISSANCE CENTRE, STE 500
405 NORTH KING ST
WILMINGTON DE 19801-3700

**New England Motor Freight, Inc., et al.**
**US First Class Mail**
**Exhibit Pages**



| | | |
|---|---|---|
| 000172P001-1413S-270<br>WHITEFORD TAYLOR & PRESTON LLP<br>PAUL M NUSSBAUM;VERNON E INGE JR<br>1021 EAST CARY ST.,STE 1700<br>RICHMOND VA 23219 | 000173P002-1413S-270<br>WHITEFORD TAYLOR PRESTON LLP<br>JOSHUA D STIFF<br>1021 EAST CARY ST.,STE 1700<br>RICHMOND VA 23219 | 000158P001-1413S-270<br>WILLIAM & TERRY ECKER<br>5322 WHEELER RD<br>JORDAN NY 13080 |

Records Printed : **59**