| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Michael Papandrea, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Liquidating Trustee* | Order Filed on January 12, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

## ORDER SUSTAINING THE LIQUIDATING TRUSTEE'S FOURTEENTH OMNIBUS OBJECTION TO CERTAIN DUPLICATIVE CLAIMS

The relief set forth on the following pages, numbered two (2) through four (4), and Exhibit A, is hereby **ORDERED**.

**DATED: January 12, 2026**

*/s/ John K. Sherwood*
_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 Cases (as defined herein) and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:     2
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Sustaining the Liquidating Trustee's Fourteenth Omnibus Objection to Certain Duplicative Claims

Upon the fourteenth omnibus objection (the "Omnibus Objection") [Docket No. 1757][2] of the Liquidating Trustee in the above-captioned Chapter 11 Cases seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2, disallowing and expunging the Disputed Claims listed on Exhibit A to this Order for the reasons set forth in the Omnibus Objection; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the Liquidating Trustee, their estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Omnibus Objection is SUSTAINED as set forth herein.

2. The Disputed Claims listed on Exhibit A to this Order are hereby disallowed and expunged in their entirety.

3. As set forth on Exhibit A to this Order, and notwithstanding any prior order or other filing to the contrary, Proof of Claim No. 1070 filed on behalf of Seabreeze North Corporation ("Seabreeze") is hereby deemed allowed against the Consolidated NEMF Debtors as (i) an administrative expense claim in the amount of $25,000, and (ii) a general unsecured claim in the amount of $179,978. All other claims filed or scheduled on behalf of Seabreeze are hereby deemed disallowed and expunged in their entirety.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Page:     3
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Sustaining the Liquidating Trustee's Fourteenth Omnibus Objection to Certain Duplicative Claims

---

4. For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Liquidating Trustee, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the Liquidating Trustee' rights to dispute any claim on any grounds, including with respect to the "Surviving Claims" listed on Exhibit A to this Order, respectively.

5. Notwithstanding anything to the contrary in the Omnibus Objection, this Order, or Exhibit A attached to this Order shall be construed as allowing any Surviving Claim. For the avoidance of doubt, any Surviving Claim that has previously been disallowed and expunged shall remain disallowed and expunged.

6. The Liquidating Trustee, its claims and noticing agent (Donlin Recano and Company, Inc.), and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

7. The objection to each claim addressed in the Omnibus Objection and as set forth on Exhibit A attached hereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

8. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

Page:     4
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Sustaining the Liquidating Trustee's Fourteenth Omnibus Objection to Certain Duplicative Claims

---

9. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

| Debtor Name | Creditor Name & Address | Duplicative Claim | | | | | | | Surviving Claim | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total |
| NEW ENGLAND MOTOR FREIGHT, INC. | AAA COOPER TRANSPORTATION<br>MICHELLE LEWIS<br>1751 KINSEY RD<br>DOTHAN, AL 36303 | 858 | 06/13/19 | $ - | $ - | $ - | $ 395,095 | $ 395,095 | 948 | 06/17/19 | $ - | $ - | $ - | $ 395,095 | $ 395,095 |
| NEW ENGLAND MOTOR FREIGHT, INC. | AERCO HEATING AND COOLING LLC<br>GARY Z MILAK<br>65 WASHINGTON AVE<br>CARTERET, NJ 07008 | 13 | 02/22/19 | $ - | $ - | $ - | $ 7,162 | $ 7,162 | 909 | 06/12/19 | $ - | $ - | $ - | $ 7,162 | $ 7,162 |
| NEW ENGLAND MOTOR FREIGHT, INC. | AIR GROUND XPRESS INC<br>KYLE J SAWCHAK<br>55 MATCHETTE RD<br>CLINTON, PA 15026 | 82 | 03/27/19 | $ - | $ - | $ - | $ 26,569 | $ 26,569 | 911[1] | 06/12/19 | $ - | $ - | $ - | $ 26,569 | $ 26,569 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ALL BRIGHT JANITORIAL SVC<br>AMANDA J MILLER<br>290 W RIVER RD STE 5<br>HOOKSETT, NH 03106-2655 | 101 | 04/01/19 | $ - | $ - | $ - | $ 2,400 | $ 2,400 | 472 | 05/17/19 | $ - | $ - | $ - | $ 2,400 | $ 2,400 |
| NEW ENGLAND MOTOR FREIGHT, INC. | PERRIN ASPHALT CO INC<br>BRENNAN MANNA AND DIAMOND LLC<br>75 E MARKET ST<br>AKRON, OH 44308 | 825 | 06/11/19 | $ - | $ - | $ - | $ 36,285 | $ 36,285 | 710 | 03/29/19 | $ - | $ - | $ - | $ 36,285 | $ 36,285 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ARROW SECURITY CO INC<br>JOHN D DEBARGE JR<br>P O BOX 1250<br>SPRINGFIELD, MA 01101 | 39 | 03/13/19 | $ - | $ - | $ - | $ 3,698 | $ 3,698 | 353 | 05/15/19 | $ - | $ - | $ - | $ 3,697 | $ 3,697 |
| NEW ENGLAND MOTOR FREIGHT, INC. | BJS WHOLESALE CLUB DC800<br>RYAN GOVE<br>869 QUAKER HWY<br>UXBRIDGE, MA 01569 | 364 | 05/15/19 | $ - | $ - | $ - | $ 25,498 | $ 25,498 | 1081[2] | 06/18/19 | $ - | $ - | $ - | $ 25,498 | $ 25,498 |
| NEW ENGLAND MOTOR FREIGHT, INC. | BRISTOL TRANSPORT INC<br>MOIRA TUMINARO<br>1 W LAKE ST<br>NORTHLAKE, IL 60164 | 89 | 03/27/19 | $ - | $ - | $ - | $ 3,422 | $ 3,422 | 477[3] | 05/17/19 | $ - | $ - | $ - | $ 3,422 | $ 3,422 |
| NEW ENGLAND MOTOR FREIGHT, INC. | DEPT OF MOTOR VEHICLES<br>GABRIEL L BOISVERT<br>PO BOX 27422<br>RICHMOND, VA 23261 | 255 | 04/08/19 | $ - | $ - | $ - | $ 679 | $ 679 | 271 | 05/10/19 | $ - | $ - | $ - | $ 679 | $ 679 |
| NEW ENGLAND MOTOR FREIGHT, INC. | DHL GLOBAL SUPPLY CHAIN<br>JOANNA SPYCHALSKI<br>570 POLARIS PKWY DEPT 220<br>WESTERVILLE, OH 43082-7900 | 516 | 05/24/19 | $ - | $ - | $ - | $ 2,804 | $ 2,804 | 676 | 05/31/19 | $ - | $ - | $ - | $ 2,804 | $ 2,804 |
| NEW ENGLAND MOTOR FREIGHT, INC. | E HABERLI ELECTRIC LLC<br>EDWARD G HABERLI<br>125 RESEARCH PKWY<br>MERIDEN, CT 06051 | 95 | 03/29/19 | $ - | $ - | $ - | $ 3,648 | $ 3,648 | 404 | 05/20/19 | $ - | $ - | $ - | $ 3,648 | $ 3,648 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ELWARD ENTERPRISE INC DBA<br>ROTO ROOTER PLUMBERS<br>4035 TRANSPORTATION DR<br>FORT WAYNE, IN 46818 | 194 | 04/22/19 | $ - | $ - | $ - | $ 3,347 | $ 3,347 | 469 | 05/21/19 | $ - | $ - | $ - | $ 3,347 | $ 3,347 |
| NEW ENGLAND MOTOR FREIGHT, INC. | EULER HERMES NA INSURANCE CO<br>AGENT OF DENNIS K BURKE INC<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | 252 | 04/15/19 | $ - | $ 182,981 | $ - | $ - | $ 182,981 | 1361 | 06/10/20 | $ - | $ - | $ - | $ 182,981 | $ 182,981 |
| NEW ENGLAND MOTOR FREIGHT, INC. | EULER HERMES NA INSURANCE CO<br>AGENT OF MANSFIELD OIL CO OF GAINESVILLE<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | 256 | 04/12/19 | $ - | $ 214,853 | $ - | $ 19,718 | $ 234,571 | 1370 | 04/05/21 | $ - | $ 190,000 | $ - | $ 64,571 | $ 254,571 |
| NEW ENGLAND MOTOR FREIGHT, INC. | EULER HERMES NA INSURANCE CO<br>AGENT OF MANSFIELD OIL CO OF GAINESVILLE<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | 1359 | 06/10/20 | $ - | $ - | $ - | $ 234,571 | $ 234,571 | 1370 | 04/05/21 | $ - | $ 190,000 | $ - | $ 64,571 | $ 254,571 |
| NEW ENGLAND MOTOR FREIGHT, INC. | EXACT DIRECT<br>MILTON ATKISSON<br>8113 RIDGEPOINT DR STE 200<br>IRVING, TX 75063 | 627 | 05/29/19 | $ - | $ - | $ - | $ 100 | $ 100 | 627 | 05/29/19 | $ - | $ - | $ - | $ 100 | $ 100 |

| Debtor Name | Creditor Name & Address | Duplicative Claim | | | | | | | Surviving Claim | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total |
| NEW ENGLAND MOTOR FREIGHT, INC. | FASTENAL CO<br>JOHN MILEK<br>2001 THEURER BLVD<br>WINONA, MN 55987 | 1355 | 03/16/20 | $ - | $ - | $ - | $ 1,799 | $ 1,799 | 644 | 06/03/19 | $ - | $ 2,736 | $ - | $ 6,237 | $ 8,973 |
| NEW ENGLAND MOTOR FREIGHT, INC. | GARY JURAK<br>A/K/A JR SNOW PLOW<br>26309 W RIVERBEND LN<br>CHANNAHON, IL 60410 | 197 | 04/22/19 | $ - | $ - | $ - | $ 1,800 | $ 1,800 | 1012 | 06/17/19 | $ - | $ - | $ - | $ 1,800 | $ 1,800 |
| NEW ENGLAND MOTOR FREIGHT, INC. | JACKSON OIL AND SOLVENTS<br>GLENNA DEVERS<br>1970 KENTUCKY AVE<br>INDIANAPOLIS, IN 46221 | 162 | 04/16/19 | $ - | $ - | $ - | $ 23,312 | $ 23,312 | 717 | 05/30/19 | $ - | $ - | $ - | $ 23,312 | $ 23,312 |
| NEW ENGLAND MOTOR FREIGHT, INC. | JONATHAN WALKER DBA RIVERSIDE SERVICE SUPPLY<br>1613 LANDS END DR<br>HURON, OH 44839 | 83 | 03/27/19 | $ - | $ - | $ - | $ 583 | $ 583 | 544 | 05/23/19 | $ - | $ - | $ - | $ 583 | $ 583 |
| NEW ENGLAND MOTOR FREIGHT, INC. | M AND K TRUCK<br>5300 W PLATTNER DR<br>ALSIP, IL 60803-3232 | 593 | 05/28/19 | $ - | $ - | $ - | $ 793 | $ 793 | 594 | 05/28/19 | $ - | $ - | $ - | $ 1,178 | $ 1,178 |
| NEW ENGLAND MOTOR FREIGHT, INC. | QUALITY AUTO GLASS INC<br>SUSAN M LESTER<br>2300 SOUTH CLINTON AVE<br>SOUTH PLAINFIELD, NJ 07080 | 94 | 03/28/19 | $ - | $ - | $ - | $ 784 | $ 784 | 352[4] | 05/15/19 | $ - | $ - | $ - | $ 784 | $ 784 |
| CARRIER INDUSTRIES, INC. | RLI INSURANCE CO<br>GRACE WINKLER CRANLEY<br>222 W ADAMS ST STE 3400<br>CHICAGO, IL 60606-5258 | 1074 | 06/18/19 | $ - | $ - | $ - | $ 9,765 | $ 9,765 | 1077 | 06/18/19 | $ - | $ - | $ - | $ 9,765 | $ 9,765 |
| APEX LOGISTICS, INC. | RLI INSURANCE CO<br>GRACE WINKLER CRANLEY<br>222 W ADAMS ST STE 3400<br>CHICAGO, IL 60606-5258 | 1080 | 06/18/19 | $ - | $ - | $ - | $ 9,765 | $ 9,765 | 1075 | 06/18/19 | $ - | $ - | $ - | $ 9,765 | $ 9,765 |
| NEMF LOGISTICS, LLC | RLI INSURANCE CO<br>GRACE WINKLER CRANLEY<br>222 W ADAMS ST STE 3400<br>CHICAGO, IL 60606-5258 | 1084 | 06/18/19 | $ - | $ - | $ - | $ 9,765 | $ 9,765 | 1075 | 06/18/19 | $ - | $ - | $ - | $ 9,765 | $ 9,765 |
| NEMF WORLD TRANSPORT, INC. | RLI INSURANCE CO<br>GRACE WINKLER CRANLEY<br>222 W ADAMS ST STE 3400<br>CHICAGO, IL 60606-5258 | 1085 | 06/18/19 | $ - | $ - | $ - | $ 9,765 | $ 9,765 | 1075 | 06/18/19 | $ - | $ - | $ - | $ 9,765 | $ 9,765 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ROBINSON AND MCELWEE PLLC<br>JESSICA STALEY<br>PO BOX 1791<br>CHARLESTON, WV 25301 | 442 | 05/21/19 | $ - | $ - | $ - | $ 2,793 | $ 2,793 | 491 | 05/21/19 | $ - | $ - | $ - | $ 2,793 | $ 2,793 |
| NEW ENGLAND MOTOR FREIGHT, INC. | SEABREEZE NORTH CORP<br>KRISTOPHER IMMEL<br>50 S MAIN ST 10TH FLOOR<br>AKRON, OH 44308 | 1034 | 06/17/19 | $ - | $ 214,978 | $ - | $ - | $ 214,978 | 1070[6] | 06/18/19 | $ - | $ 25,000 | $ - | $ 179,978 | $ 204,978 |
| NEW ENGLAND MOTOR FREIGHT, INC. | SEABREEZE NORTH CORP<br>KRISTOPHER IMMEL<br>50 S MAIN ST 10TH FLOOR<br>AKRON, OH 44308 | 1073 | 06/18/19 | $ - | $ - | $ - | $ 14,908 | $ 14,908 | 1070[6] | 06/18/19 | $ - | $ 25,000 | $ - | $ 179,978 | $ 204,978 |
| NEW ENGLAND MOTOR FREIGHT, INC. | SECURITAS SECURITY SVCS USA INC<br>ANITA HOUGH<br>9 CAMPUS DR<br>PARSIPANNY, NJ 07054 | 51 | 03/20/19 | $ - | $ - | $ - | $ 49,121 | $ 49,121 | 905[5] | 06/14/19 | $ - | $ - | $ - | $ 54,807 | $ 54,807 |
| NEW ENGLAND MOTOR FREIGHT, INC. | SPOTLESS CLEANING<br>TASHA AVERY-QUERIN<br>13 NEW BROADWAY<br>WESTFIELD, MA 01085 | 131 | 04/09/19 | $ - | $ - | $ - | $ 2,000 | $ 2,000 | 605 | 05/28/19 | $ - | $ - | $ - | $ 2,000 | $ 2,000 |
| NEW ENGLAND MOTOR FREIGHT, INC. | TRANSNOW INC<br>CHRISTOPHER L RIVARD<br>1158 NORTH AVE<br>BEACON, NY 12508 | 384 | 05/16/19 | $ - | $ - | $ - | $ 15,846 | $ 15,846 | 385 | 05/16/19 | $ - | $ - | $ - | $ 15,846 | $ 15,846 |
| NEW ENGLAND MOTOR FREIGHT, INC. | VAN AUKEN EXPRESS INC<br>LENA M SAVINO<br>PO BOX 339<br>GREENVILLE, NY 12083 | 21 | 02/28/19 | $ - | $ - | $ - | $ 963 | $ 963 | 12 | 02/21/19 | $ - | $ - | $ - | $ 4,340 | $ 4,340 |
| **TOTAL EXPUNGED CLAIM(S):** | | **33 Claim(s)** | | $ - | $ 612,812 | $ - | $ 918,756 | $ 1,531,567 | | | | | | | |

1. Claim No. 82 is a duplicate of Claim No. 911, which was previously disallowed under Dkt. No. 1611. Accordingly, Claim No. 82 has no surviving claim.
2. Claim No. 364 is a duplicate of Claim No. 1081, which was previously disallowed under Dkt. No. 1611. Accordingly, Claim No. 364 has no surviving claim.
3. Claim No. 89 is a duplicate of Claim No. 477, which was previously disallowed under Dkt. No. 1611. Accordingly, Claim No. 89 has no surviving claim.
4. Claim No. 94 is a duplicate of Claim No. 352, which was previously disallowed under Dkt. No. 1611. Accordingly, Claim No. 94 has no surviving claim.
5. Claim No. 51 is a duplicate of Claim No. 905, which was previously disallowed under Dkt. No. 1611. Accordingly, Claim No. 51 has no surviving claim.
6. The Liquidating Trustee and Seabreeze (as defined in the Order submitted herewith) have agreed to amend and allow Claim No. 1070 against the Consolidated NEMF Debtors as: (i) an administrative expense claim in the amount of $25,000 and (ii) a general unsecured claim in the amount of $179,978. Any other claim filed or scheduled on behalf of Seabreeze is hereby deemed disallowed and expunged.