| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 |
| **LOWENSTEIN SANDLER LLP**<br>Michael Papandrea, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Liquidating Trustee* |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>                       Debtors. |

Order Filed on January 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 19-12809 (JKS)

(Jointly Administered)

## ORDER GRANTING THE LIQUIDATING TRUSTEE'S THIRTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS TO BE REDUCED, OR DISALLOWED AND EXPUNGED IN THEIR ENTIRETY, <u>BASED ON THE DEBTORS' BOOKS AND RECORDS</u>

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

**DATED: January 12, 2026**

*/s/ John K. Sherwood*
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:     2
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Granting the Liquidating Trustee's Thirteenth Omnibus Objection to Certain Claims to be Reduced, or Disallowed and Expunged in their entirety, based on the Debtors' Books and Records

---

Upon the thirteenth omnibus objection (the "Omnibus Objection")[2] of the Liquidating Trustee appointed in the above-captioned Chapter 11 Cases, seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2, reducing or disallowing and expunging the claims set forth on Exhibit A to the proposed order submitted herewith because each such asserted claim (collectively, the "Disputed Claims") is either (i) asserted in amounts greater than the corresponding amounts reflected in the Debtors' books and records (the "Books and Records"), or (ii) is not a liability reflected in the Books and Records; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the Debtors, their estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.      The Omnibus Objection is GRANTED as set forth herein.

2.      The Disputed Claims listed on Exhibit A attached to this Order are hereby (i) reduced to the amount shown in the "Proposed Claims Treatment" column of Exhibit A, based on

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Page:    3
Debtor:  New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Granting the Liquidating Trustee's Thirteenth Omnibus Objection to Certain Claims to be Reduced, or Disallowed and Expunged in their entirety, based on the Debtors' Books and Records

---

the Debtors' Books and Records; or (ii) disallowed and expunged to the extent that the "Proposed Claims Treatment" column reflects a zero-dollar amount.

3. For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtors, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the Liquidating Trustee's rights to dispute any claim on any grounds.

4. The Liquidating Trustee, the Debtors, their Claims Agent, and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

5. The objection to each of the Disputed Claims, as addressed in the Omnibus Objection and as set forth in <u>Exhibit A</u> attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each of the disputed claims that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose Disputed Claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

6. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

Page: 4
Debtor: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Granting the Liquidating Trustee's Thirteenth Omnibus Objection to Certain Claims to be Reduced, or Disallowed and Expunged in their entirety, based on the Debtors' Books and Records

---

7. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**EXHIBIT A**

**UNRECONCILED WITH DEBTORS' BOOKS AND RECORDS**

| Debtor Name | Creditor Name & Address | Claim No. | Date Filed | Claims, as Asserted |||||  Proposed Claims Treatment |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Administrative | Priority | General Unsecured | Total | Secured | Administrative | Priority | General Unsecured | Total |
| NEW ENGLAND MOTOR FREIGHT, INC. | BALTIMORE GAS AND ELECTRIC CO<br>GAIL BUSH<br>PO BOX 1475<br>BALTIMORE, MD 21201 | 218 | 03/21/19 | $ - | $ - | $ - | $ 622 | $ 622 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | CUSTOM DOOR AND MIRROR<br>THERESA MUTONE<br>148 MILBAR BLVD<br>FARMINGDALE, NY 11735 | 540 | 05/23/19 | $ - | $ - | $ - | $ 562 | $ 562 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | CUSTOM DOOR AND MIRROR<br>THERESA MUTONE<br>148 MILBAR BLVD<br>FARMINGDALE, NY 11735 | 541 | 05/23/19 | $ - | $ - | $ - | $ 660 | $ 660 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | DERBY OFFICE EQUIPMENT<br>JASON BERRY<br>1040 STATE HWY 29A<br>GLOVERSVILLE, NY 12078 | 484 | 05/20/19 | $ - | $ - | $ - | $ 8,114 | $ 8,114 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | DERBY OFFICE EQUIPMENT<br>JASON BERRY<br>1040 STATE HWY 29A<br>GLOVERSVILLE, NY 12078 | 485 | 05/20/19 | $ - | $ - | $ - | $ 589 | $ 589 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | GIVENS LOGISTICS<br>LISA REYNARD<br>1720 S MILITARY HWY<br>CHESAPEAKE, VA 23320-2612 | 395 | 05/17/19 | $ - | $ - | $ - | $ 3,832 | $ 3,832 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | JARRETT LOGISTICS SYSTEMS<br>JESSICA RENNER<br>1347 N MAIN ST<br>ORRVILLE, OH 44667-9761 | 281 | 05/14/19 | $ - | $ - | $ - | $ 2,827 | $ 2,827 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | JARRETT LOGISTICS SYSTEMS<br>JESSICA RENNER<br>1347 N MAIN ST<br>ORRVILLE, OH 44667-9761 | 284 | 05/14/19 | $ - | $ - | $ - | $ 7,274 | $ 7,274 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | JARRETT LOGISTICS SYSTEMS<br>JESSICA RENNER<br>1347 N MAIN ST<br>ORRVILLE, OH 44667-9761 | 291 | 05/14/19 | $ - | $ - | $ - | $ 1,752 | $ 1,752 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | JARRETT LOGISTICS SYSTEMS<br>JESSICA RENNER<br>1347 N MAIN ST<br>ORRVILLE, OH 44667-9761 | 293 | 05/14/19 | $ - | $ - | $ - | $ 1,670 | $ 1,670 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | JARRETT LOGISTICS SYSTEMS<br>JESSICA RENNER<br>1347 N MAIN ST<br>ORRVILLE, OH 44667-9761 | 297 | 05/14/19 | $ - | $ - | $ - | $ 1,309 | $ 1,309 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | JARRETT LOGISTICS SYSTEMS<br>JESSICA RENNER<br>1347 N MAIN ST<br>ORRVILLE, OH 44667-9761 | 631 | 05/30/19 | $ - | $ - | $ - | $ 2,025 | $ 2,025 | $ - | $ - | $ - | $ - | $ - |
| NEW ENGLAND MOTOR FREIGHT, INC. | INNOVATIVE LOGISTICS<br>DEBORAH FOUGHT<br>PO BOX 1446<br>ELYRIA, OH 44035 | 504 | 05/22/19 | $ - | $ - | $ - | $ 8,116 | $ 8,116 | $ - | $ - | $ - | $ 52 | $ 52 |
| NEW ENGLAND MOTOR FREIGHT, INC. | OAK HARBOR FREIGHT LINES INC<br>JASON PETERSON<br>PO BOX 1469<br>AUBURN, WA 98071-1469 | 103 | 04/02/19 | $ - | $ - | $ - | $ 82,521 | $ 82,521 | $ - | $ - | $ - | $ 1,089 | $ 1,089 |
| NEW ENGLAND MOTOR FREIGHT, INC. | SILVER TRUCKING CO LLC<br>KIMBERLY SILVER<br>11401 SNOW DROP CRT<br>UPPER MARLBORO, MD 20774 | 11 | 02/21/19 | $ - | $ - | $ - | $ 236,850 | $ 236,850 | $ - | $ - | $ - | $ 221,765 | $ 221,765 |
| **TOTAL EXPUNGED CLAIM(S):** | | **15 Claim(s)** | | $ - | $ - | $ - | $ 358,721 | $ 358,721 | $ - | $ - | $ - | $ 222,905 | $ 222,905 |