| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**LOWENSTEIN SANDLER LLP**<br>Michael Papandrea, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Liquidating Trustee* | Order Filed on January 12, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

## ORDER SUSTAINING THE LIQUIDATING TRUSTEE'S FIFTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS HELD BY <u>UNRESPONSIVE CLAIMANTS</u>

The relief set forth on the following pages, numbered two (2) through three (3), and <u>Exhibit A</u>, is hereby **ORDERED**.

DATED: January 12, 2026

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 Cases (as defined herein) and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:     2
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Sustaining the Liquidating Trustee's Fifteenth Omnibus Objection to Certain Claims Held by Unresponsive Claimants

Upon the fifteenth omnibus objection (the "Omnibus Objection")[2] of the Liquidating Trustee in the above-captioned Chapter 11 Cases seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, Local Rules 3007-1 and 3007-2, and Article VIII.Q. of the Plan, disallowing and expunging the claims set forth on Exhibit A for the reasons set forth in the Omnibus Objection; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the Liquidating Trustee, their estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Omnibus Objection is SUSTAINED as set forth herein.

2. The Disputed Claims listed on Exhibit A attached to this Order are hereby disallowed and expunged in their entirety.

3. For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Liquidating Trustee, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the Liquidating Trustee' rights to dispute any claim on any grounds.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Page:     3
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Sustaining the Liquidating Trustee's Fifteenth Omnibus Objection to Certain Claims Held by Unresponsive Claimants

---

4.  The Liquidating Trustee, its claims and noticing agent (Donlin Recano and Company, Inc.), and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

5.  The objection to each claim addressed in the Omnibus Objection and as set forth on <u>Exhibit A</u> attached hereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

6.  The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

7.  Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.  The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**EXHIBIT A**

**NO SUBMISSION OF W-9 FORM**

| Debtor Name | Creditor Name & Address | Cargo Claims To Be Expunged | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total |
| NEW ENGLAND MOTOR FREIGHT, INC. | BUTTERNUT MOUNTAIN FARM<br>BRANDI DANNAT<br>37 INDUSTRIAL PK DR<br>MORRISVILLE, VT 05661-8533 | 835 | 06/12/19 | $ - | $ - | $ - | $ 1,121 | $ 1,121 |
| NEW ENGLAND MOTOR FREIGHT, INC. | CITIZEN CIDER<br>CAITLIN JENNESS<br>316 PINE ST STE 114<br>BURLINGTON, VT 05401 | 498 | 05/22/19 | $ - | $ - | $ - | $ 4,169 | $ 4,169 |
| NEW ENGLAND MOTOR FREIGHT, INC. | HORNINGS SUPPLY INC<br>JOSEPH P GRANTZ<br>23 PARK LN<br>HEGINS, PA 17938-9089 | 917 | 06/14/19 | $ - | $ - | $ - | $ 44 | $ 44 |
| NEW ENGLAND MOTOR FREIGHT, INC. | HORNINGS SUPPLY INC<br>JOSEPH P GRANTZ<br>23 PARK LN<br>HEGINS, PA 17938-9089 | 919 | 06/14/19 | $ - | $ - | $ - | $ 89 | $ 89 |
| NEW ENGLAND MOTOR FREIGHT, INC. | HORNINGS SUPPLY INC<br>JOSEPH P GRANTZ<br>23 PARK LN<br>HEGINS, PA 17938-9089 | 923 | 06/14/19 | $ - | $ - | $ - | $ 113 | $ 113 |
| NEW ENGLAND MOTOR FREIGHT, INC. | HORNINGS SUPPLY INC<br>JOSEPH P GRANTZ<br>23 PARK LN<br>HEGINS, PA 17938-9089 | 924 | 06/14/19 | $ - | $ - | $ - | $ 143 | $ 143 |
| NEW ENGLAND MOTOR FREIGHT, INC. | HORNINGS SUPPLY INC<br>JOSEPH P GRANTZ<br>23 PARK LN<br>HEGINS, PA 17938-9089 | 925 | 06/14/19 | $ - | $ - | $ - | $ 93 | $ 93 |
| NEW ENGLAND MOTOR FREIGHT, INC. | HORNINGS SUPPLY INC<br>JOSEPH P GRANTZ<br>23 PARK LN<br>HEGINS, PA 17938-9089 | 926 | 06/14/19 | $ - | $ - | $ - | $ 277 | $ 277 |
| NEW ENGLAND MOTOR FREIGHT, INC. | HORNINGS SUPPLY INC<br>JOSEPH P GRANTZ<br>23 PARK LN<br>HEGINS, PA 17938-9089 | 927 | 06/14/19 | $ - | $ - | $ - | $ 499 | $ 499 |
| NEW ENGLAND MOTOR FREIGHT, INC. | HORNINGS SUPPLY INC<br>JOSEPH P GRANTZ<br>23 PARK LN<br>HEGINS, PA 17938-9089 | 928 | 06/14/19 | $ - | $ - | $ - | $ 139 | $ 139 |
| NEW ENGLAND MOTOR FREIGHT, INC. | HORNINGS SUPPLY INC<br>JOSEPH P GRANTZ<br>23 PARK LN<br>HEGINS, PA 17938-9089 | 929 | 06/14/19 | $ - | $ - | $ - | $ 60 | $ 60 |
| NEW ENGLAND MOTOR FREIGHT, INC. | HORNINGS SUPPLY INC<br>JOSEPH P GRANTZ<br>23 PARK LN<br>HEGINS, PA 17938-9089 | 930 | 06/14/19 | $ - | $ - | $ - | $ 76 | $ 76 |
| NEW ENGLAND MOTOR FREIGHT, INC. | KAL PAC CORP<br>LISA MULE<br>10 FACTORY ST<br>MONTGOMERY, NY 12549 | 75 | 03/26/19 | $ - | $ - | $ - | $ 110 | $ 110 |

## EXHIBIT A

**NO SUBMISSION OF W-9 FORM**

| Debtor Name | Creditor Name & Address | Cargo Claims To Be Expunged ||||||
|---|---|---|---|---|---|---|---|
| | | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total |
| NEW ENGLAND MOTOR FREIGHT, INC. | KAL PAC INC<br>KARA BOYLE<br>10 FACTORY ST<br>MONTGOMERY, NY 12549-1202 | 741 | 06/06/19 | $ - | $ - | $ - | $ 157 | $ 157 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ODW LTS LLC ON BEHALF OF NATIONAL IMPORTERS<br>FRANK GUGGENBILLER<br>345 HIGH ST STE 600<br>HAMILTON, OH 45011 | 615 | 05/27/19 | $ - | $ - | $ - | $ 829 | $ 829 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ODW LTS LLC ON BEHALF OF BLANCO<br>FRANK GUGGENBILLER<br>345 HIGH ST STE 600<br>HAMILTON, OH 45011 | 618 | 05/27/19 | $ - | $ - | $ - | $ 224 | $ 224 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ODW LTS LLC ON BEHALF OF BLANCO<br>FRANK GUGGENBILLER<br>345 HIGH ST STE 600<br>HAMILTON, OH 45011 | 619 | 05/27/19 | $ - | $ - | $ - | $ 449 | $ 449 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ODW LTS LLC ON BEHALF OF HIPPEAS<br>FRANK GUGGENBILLER<br>345 HIGH ST STE 600<br>HAMILTON, OH 45011 | 616 | 05/27/19 | $ - | $ - | $ - | $ 578 | $ 578 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ODW LTS LLC ON BEHALF OF HIPPEAS<br>FRANK GUGGENBILLER<br>345 HIGH ST STE 600<br>HAMILTON, OH 45011 | 617 | 05/27/19 | $ - | $ - | $ - | $ 770 | $ 770 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ODW LTS LLC ON BEHALF OF HIPPEAS<br>FRANK GUGGENBILLER<br>345 HIGH ST STE 600<br>HAMILTON, OH 45011 | 1025 | 06/17/19 | $ - | $ - | $ - | $ 1,344 | $ 1,344 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ODW LTS LLC ON BEHALF OF HIPPEAS<br>FRANK GUGGENBILLER<br>345 HIGH ST STE 600<br>HAMILTON, OH 45011 | 1026 | 06/17/19 | $ - | $ - | $ - | $ 936 | $ 936 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ODW LTS LLC ON BEHALF OF HIPPEAS<br>FRANK GUGGENBILLER<br>345 HIGH ST STE 600<br>HAMILTON, OH 45011 | 1027 | 06/17/19 | $ - | $ - | $ - | $ 1,077 | $ 1,077 |
| NEW ENGLAND MOTOR FREIGHT, INC. | ODW LTS LLC ON BEHALF OF WINSUPPLY<br>FRANK GUGGENBILLER<br>345 HIGH ST STE 600<br>HAMILTON, OH 45011 | 620 | 05/27/19 | $ - | $ - | $ - | $ 10,892 | $ 10,892 |
| NEW ENGLAND MOTOR FREIGHT, INC. | PITCO FRIALATOR INC<br>TECH LOGISTICS<br>300 ELM ST UNIT 1<br>MILFORD, NH 03055-4715 | 172 | 04/19/19 | $ - | $ - | $ - | $ 942 | $ 942 |
| NEW ENGLAND MOTOR FREIGHT, INC. | PITCO FRIALATOR INC<br>TECH LOGISTICS<br>300 ELM ST UNIT 1<br>MILFORD, NH 03055-4715 | 173 | 04/19/19 | $ - | $ - | $ - | $ 673 | $ 673 |
| NEW ENGLAND MOTOR FREIGHT, INC. | PITCO FRIALATOR INC<br>TECH LOGISTICS<br>300 ELM ST UNIT 1<br>MILFORD, NH 03055-4715 | 174 | 04/19/19 | $ - | $ - | $ - | $ 3,324 | $ 3,324 |

## EXHIBIT A

**NO SUBMISSION OF W-9 FORM**

| Debtor Name | Creditor Name & Address | Cargo Claims To Be Expunged ||||||| 
|---|---|---|---|---|---|---|---|
| | | Claim No. | Date Filed | Secured | Administrative | Priority | General Unsecured | Total |
| NEW ENGLAND MOTOR FREIGHT, INC. | PITCO FRIALATOR INC<br>TECH LOGISTICS<br>300 ELM ST UNIT 1<br>MILFORD , NH  03055-4715 | 175 | 04/19/19 | $ - | $ - | $ - | $ 652 | $ 652 |
| NEW ENGLAND MOTOR FREIGHT, INC. | PITCO FRIALATOR INC<br>TECH LOGISTICS<br>300 ELM ST UNIT 1<br>MILFORD , NH  03055-4715 | 176 | 04/19/19 | $ - | $ - | $ - | $ 581 | $ 581 |
| NEW ENGLAND MOTOR FREIGHT, INC. | PITCO FRIALATOR INC<br>TECH LOGISTICS<br>300 ELM ST UNIT 1<br>MILFORD , NH  03055-4715 | 177 | 04/19/19 | $ - | $ - | $ - | $ 13,849 | $ 13,849 |
| NEW ENGLAND MOTOR FREIGHT, INC. | PITCO FRIALATOR INC<br>TECH LOGISTICS<br>300 ELM ST UNIT 1<br>MILFORD , NH  03055-4715 | 178 | 04/19/19 | $ - | $ - | $ - | $ 563 | $ 563 |
| NEW ENGLAND MOTOR FREIGHT, INC. | PUERTO RICO BIOMEDICAL CORP<br>GERMAN PADRO<br>PO BOX 4755<br>CAROLINA , PR  00984-4755 | 1112 | 06/18/19 | $ - | $ - | $ - | $ 752 | $ 752 |
| NEW ENGLAND MOTOR FREIGHT, INC. | PUERTO RICO BIOMEDICAL CORP<br>GERMAN PADRO<br>PO BOX 4755<br>CAROLINA , PR  00984-4755 | 1113 | 06/18/19 | $ - | $ - | $ - | $ 2,664 | $ 2,664 |
| NEW ENGLAND MOTOR FREIGHT, INC. | PUERTO RICO BIOMEDICAL CORP<br>GERMAN PADRO<br>PO BOX 4755<br>CAROLINA , PR  00984-4755 | 1117 | 06/18/19 | $ - | $ - | $ - | $ 3,920 | $ 3,920 |
| NEW ENGLAND MOTOR FREIGHT, INC. | TAPCO COMPANIES<br>JANET KERR<br>PO BOX 457<br>SHARON CENTER , OH  44274 | 564 | 05/24/19 | $ - | $ - | $ - | $ 737 | $ 737 |
| NEW ENGLAND MOTOR FREIGHT, INC. | WASSERSTROM CO* THE<br>TAMARA SECKEL<br>PO BOX 182056<br>COLUMBUS , OH  43218-2056 | 232 | 05/02/19 | $ - | $ - | $ - | $ 2,115 | $ 2,115 |
| NEW ENGLAND MOTOR FREIGHT, INC. | WASSERSTROM CO* THE<br>TAMARA SECKEL<br>PO BOX 182056<br>COLUMBUS , OH  43218-2056 | 233 | 05/02/19 | $ - | $ - | $ - | $ 2,667 | $ 2,667 |
| **TOTAL EXPUNGED CLAIM(S):** | | **36 Claim(s)** | | $ - | $ - | $ - | $ 57,628 | $ 57,628 |