

**Don Clarke**
Partner
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct:201.373.2060
Fax: 201.488.5556
dclarke@pashmanstein.com

June 24, 2026

United States Bankruptcy Court
For the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Attention: Clerk of the Court

**Re: New England Motor Freight, Inc., *et al.***
**Case Number: 19-12809 (JKS)**

Dear Sir/Madam:

I am no longer a member of the firm retained by the Debtors in the above referenced Chapter 11
proceeding, I hereby request to be removed from all electronic and mailing service lists.

My current information is as follows:

Donald Clarke
Pashman Stein Walder Hayden, P.C.
21 Main Street, Suite 200
Hackensack, NJ 07601
Email: Dclarke@pashmanstein.com

If you have any questions, please do not hesitate to contact our office.


Very truly yours,

*/s/ Don Clarke*
    Don Clarke


DC:gck