IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1**

**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Ave.
P.O. Box 2075
Morristown, New Jersey 07962
Phone: (973) 425-8660
Facsimile: (973) 425-0161
Gary D. Bressler, Esq.
Virginia T. Shea, Esq.
gbressler@mdmc-law.com
vshea@mdmc-law.com
*Counsel to VFS US LLCC*

In Re:

NEW ENGLAND MOTOR FREIGHT, INC. *et al[1]*.

Debtors.

Case Number: 19-12809-JKS

Chapter 11

Jointly Administered

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCE** of Gary D. Bressler, Esq. of McElroy, Deutsch, Mulvaney & Carpenter LLP as counsel for VFS US LLC.

**PLEASE TAKE FURTHER NOTICE** that VFS US LLC will also continue to be represented by Virgina T. Shea, Esq. of McElroy, Deutsch, Mulvaney & Carpenter LLP.

{SIGNATURE BLOCK ON FOLLOWING PAGE}

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

1

**McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP**

Dated: July 23, 2026

*/s/ Gary D. Bressler*
Gary D. Bressler, Esq. (No. 228882016)
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Ph: (973) 425-4274
E-mail: gbressler@mdmc-law.com

*Attorney for VFS US LLC*